# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

ERNESTO DARQUEA

V.

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K. AULET,
and DENIS K. BERUBE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10438 MLW

FILED CLERKS OFFICE
'05 APR 18 P 1:23

**05cv10438 MLW**

TO: (Name and address of Defendant)
WILLIAM K. AULET
Viisage Technology, Inc.
296 Concord Road, 3rd Floor
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this ___ day of _____, 2005

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_____
Attorney for Defendant William K. Aulet
3-8-05

DATE