**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------------x

ERNESTO DANQUEA

                Plaintiff,


       –against–                        C. A. NO. 05-10438 MLW

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K. AULET,
and DENIS K. BERUBE,

                Defendants.


-------------------------------------------------------------x

**MOTION FOR CONSOLIDATION OF RELATED CASES,**
**APPOINTMENT OF  LEAD PLAINTIFF AND**
**LEAD COUNSEL BY MOVANT WALTER D. COHUTT**

Movant Walter D. Cohutt ("Movant") hereby moves this Court for an order (i) consolidating all related actions; (ii) appointing Movant as Lead Plaintiff; and (iii) approving Movant's selection of Paskowitz & Associates as Lead Counsel and Shapiro Haber & Urmy as Liaison Counsel. Submitted herewith in support of this Motion is the Declaration of Laurence D. Paskowitz sworn to May 5, 2005, the Declaration of Theodore M. Hess-Mahan sworn to May 9, 2005, Movant's Memorandum of Law in Support.

**REQUEST FOR ORAL ARGUMENT**

Movant requests that the Court grant oral argument on this Motion.

Dated: May 9, 2005                     **SHAPIRO HABER & URMY LLP**

                                 **/s/Theodore M. Hess-Mahan**
                                 Thomas G. Shapiro (BBO#454680)
                                 Theodore M. Hess-Mahan (BBO#57109)
                                 53 State Street
                                 Boston, MA 02109
                                 617-439-3939

                                 Attorneys For Movant Walter D. Cohutt

**Of Counsel:**

**PASKOWITZ & ASSOCIATES**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 685-0969
(212) 685-2306 (Fax)

**ROY L. JACOBS**
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 867-1156
(212) 504-8343 (Fax)


## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion.  Defendants' counsel do not take a position on this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan
