UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
ERNESTO DARQUEA
                        Plaintiff,


            –against–                                          C. A. NO. 05-10438 MLW

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K. AULET,
and DENIS K. BERUBE,
                        Defendants.

-------------------------------------------------------------x


**CERTIFICATE OF SERVICE**

      I hereby certify that copies of the Motion for Consolidation of Related Cases, Appoint of Lead Plaintiff and Lead Counsel of Walter D. Cohutt, Memorandum of Law in Support of Motion for Consolidation of Related Cases, Appoint of Lead Plaintiff and Lead Counsel of Walter D. Cohutt, Declaration of Lawrence Paskowitz In Support of Motion for Consolidation of Related Cases, Appoint of Lead Plaintiff and Lead Counsel of Walter D. Cohutt, and Declaration of Theodore M. Hess-Mahan In Support of Motion for Consolidation of Related Cases, Appoint of Lead Plaintiff and Lead Counsel of Walter D. Cohutt, were served by mail on counsel listed below on May 9, 2005.

                                                **/s/Theodore M. Hess-Mahan**
                                                Theodore M. Hess-Mahan BBO #557109
                                                Shapiro Haber & Urmy LLP
                                                53 State Street
                                                Boston, MA 02109
                                                (617) 439-3939

                                                Attorneys for Movant Walter D. Cohutt

**SERVICE LIST**

| | |
|---|---|
| Susan E. Stenger | Jeffrey C Block |
| Perkins, Smith & Cohen, LLP | Berman DeValerio Pease |
| One Beacon Street, 30th Floor | Tabacco Burt & Pucillo |
| Boston, MA 02108 | One Liberty Square, 8th Floor |
| | Boston, MA 02109 |
| | |
| David Pastor | Alan L. Kovacs |
| Gilman and Pastor, LLP | Law Office of Alan L. Kovacs |
| 60 State Street | 2001 Beacon Street |
| 37th Floor | Suite 106 |
| Boston, MA 02109 | Boston, MA 02135 |

Counsel for Plaintiffs

Mitchell H. Kaplan
Exchange Place
53 State Street
Boston, MA 02109

Counsel for Defendants