**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| ERNESTO DARQUEA, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    **Case No. 1:05-cv-10438-MLW** |
| | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
| | : |
| | : |
| Defendants. | : |

**DECLARATION OF STEPHEN D. OESTREICH IN SUPPORT OF THE MOTION OF THE TURNBERRY ASSET GROUP FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL**

|  |  |
|---|---|
| GERALD D. BRODER, | : |
|  | : |
|  | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Case No. 1:05-cv-10475-MLW |
|  | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
|  | : |
|  | : |
| Defendants. | : |
| JOHN FLYNN, On Behalf of Himself and | : |
| All Others Similarly Situated, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Case No. 1:05-cv-10498-MLW |
|  | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
| BUDDY G. BECK, MARCEL YON, and | : |
| THOMAS J. REILLY, | : |
|  | : |
| Defendants. | : |
| MIN CHANG, Individually, and On behalf | : |
| of All Others Similarly Situated, | : |
|  | : |
| Plaintiffs, | : |
|  | : |
| v. | : Case No. 1:05-cv-10537-MLW |
|  | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
|  | : |
|  | : |
| Defendants. | : |

|  |  |  |
|---|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10577-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |
| DAPENG LUO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10615-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE | : | |
| | : | |
| Defendants. | : | |

_____

WAYNE CLARK, Individually and on
behalf of All Others Similarly Situated,

              Plaintiff,

              v.

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K.
AULET, and DENIS K. BERUBE,

              Defendants.
_____

**Case No. 1:05-cv-10578-MLW**

OLYMPIA LEVINSON STIEGELE,

Plaintiffs,

              v.

BERNARD BAILEY, PAUL T.
PRINCIPATO, PETER NESSEN,
THOMAS J. REILLY, B. G. BECK.
CHARLES E. LEVINE, WILLIAM K.
AULET, and VIISAGE TECHNOLOGY,
INC.,

              Defendants.
_____

**Case No. 1:05-cv-10677-MLW**

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    **Case No. 1:05-cv-10725-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

I, Stephen D. Oestreich, under penalties of perjury, hereby declares:

1.      I am of counsel to the law firm of Entwistle & Cappucci LLP ("Entwistle & Cappucci").  I submit this declaration in support of the motion of the Turnberry Asset Group for Consolidation, Appointment As Lead Plaintiff, And Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel and Liaison Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the first published PSLRA notice by plaintiff in the action *Darquea v. Viisage Technology, Inc., et al.*, Case No. 1:05-cv-10438-MLW (D. Mass. filed on March 8, 2005).  Notice was published on *Business Wire*.

3.      Attached hereto as Exhibit B are true and accurate copies of the certifications of Turnberry Asset Management, Electronic Trading Group L.L.C., Ronald Sauer, and David and Lance Hancock (collectively, the "Turnberry Asset Group").

4.      Attached hereto as Exhibit C is a chart analyzing the Turnberry Asset

Group's financial interest in this action.

5.      Attached hereto as Exhibit D is the firm resume of Entwistle & Cappucci

LLP.

6.      Attached hereto as Exhibit E is the firm resume of Klafter & Olsen  LLP.

7.      Attached hereto as Exhibit F is the firm resume of Berman DeValerio

Pease Tabacco Burt & Pucillo.

Dated:  May 9, 2005

_____/s/_____

Stephen D. Oestreich

Copyright 2005 Business Wire, Inc.
Business Wire

March 8, 2005 Tuesday  10:30 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 482 words

**HEADLINE:** Paskowitz & Associates Announces the Filing of a Class Action Suit on Behalf of Viisage Technology, Inc. Purchasers

**DATELINE:** NEW YORK March 8, 2005

**BODY:**

The law firm of Paskowitz & Associates announces that it has filed a class action suit on March 8, 2005, in the United States District Court for the District of Massachusetts on behalf of purchasers of the securities of Viisage Technology, Inc. ("Viisage" or the "Company") (Nasdaq: VISG- News) between October 25, 2004 and March 2, 2005, inclusive (the "Class Period") seeking to pursue remedies for securities fraud under the Securities Exchange Act of 1934 (the "Exchange Act"). The named defendants are Viisage; its CEO, Bernard Bailey; its CFO, William K. Aulet; and its Chairman of the Board, Denis K. Berube.

For further information you may call toll free, 800-705-9529, or contact Paskowitz & Associates by e-mail by writing to classattorney@aol.com.

The Complaint alleges that, after a prolonged period of unprofitability, Viisage was forced to borrow funds from its controlling shareholder, and was in dire need of a credit line adequate to finance its ongoing business needs. In order to secure such credit, the defendants engaged in a scheme to artificially engineer a profit in the third quarter of 2004 (ending Sept. 26, 2004), and made earnings projections known by them to be baseless and unsupportable. The third quarter profit, which was reported on October 25, 2004, was only made possible through various accounting manipulations, whereby certain assets were prematurely recognized, while certain expenses were artificially deferred from the third quarter of 2004 into the fourth quarter of 2004.

After obtaining the desired credit line, the defendants waited until February 27, 2005 to shock investors with the news of numerous fourth quarter charges and a significant asset impairment, all of which returned Viisage to substantial unprofitability. This news caused Viisage stock to drop over 20% on heavy trading. Then, on March 2, 2005, defendants again shocked the market by announcing a "material weakness" in its internal financial controls, and that "management will be unable to conclude that the Company's internal controls over financial reporting are effective as of December 31, 2004. Therefore, BDO Seidman LLP, the Company's external accounting firm, will issue an adverse opinion with respect to the effectiveness of the Company's internal controls over financial reporting." On this news, the stock dropped another 20%, closing on March 3, 2005 at $4.50 per share, down from almost $7 per share at the commencement of the Class Period.

If you purchased VISG securities from between October, 25 2004 through March 2, 2005, you may qualify to serve as Lead Plaintiff on behalf of the Class. You are not required to have sold your securities in order to claim damages, or to serve in this role. All motions for appointment as Lead Plaintiff must be filed with the Court no later than May 9, 2005.

CONTACT: Paskowitz & Associates Laurence Paskowitz, Esq., 800-705-9529

**URL:** http://www.businesswire.com

**LOAD-DATE:** March 9, 2005

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Jeffrey Schnipper declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     My name is Jeffrey Schnipper and I am Sole Proprietor of Turnberry Asset Management ("Turnberry").

2.     I am duly authorized to designate Entwistle & Cappucci LLP as counsel for Turnberry in this action for all purposes, to pursue appointment Turnberry as lead plaintiff in this matter, and to seek approval of Turnberry's selection of Entwistle & Cappucci LLP as lead counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as liaison counsel.

3.     I have reviewed a copy of the complaint filed in the action and have been advised that additional complaints based on the same operative facts have been filed.

4.     Turnberry did not acquire any of the relevant securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

5.     Turnberry is willing to serve as a lead plaintiff in this action and it recognizes its duties as lead plaintiff to act on behalf of other class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

6.     Turnberry will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

7.     Turnberry has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

8.      Turnberry's transactions during the proposed Class Period, May 3, 2005 to March

2, 2005, inclusive, in Viisage Technology, Inc. securities, which are the subject of this litigation,

are described in the chart attached hereto as Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

Executed this _12th_ day of April 2005

By: _____
Jeffrey Schnipper

## SCHEDULE A  FOR TURNBERRY ASSET MANAGEMENT

| Trade Date | Symbol | Activity | Quantity | USD Price | Net Amt/Net Notional Value |
|---|---|---|---|---|---|
| 6/23/2004 | VISG | Buy | 1,900 | $8.73 | $16,587.00 |
| 6/23/2004 | VISG | Buy | 100 | $8.73 | $873.00 |
| 6/23/2004 | VISG | Buy | 200 | $8.73 | $1,746.00 |
| 6/23/2004 | VISG | Buy | 100 | $8.73 | $873.00 |
| 6/23/2004 | VISG | Buy | 100 | $8.73 | $873.00 |
| 6/23/2004 | VISG | Buy | 600 | $8.73 | $5,238.00 |
| 7/1/2004 | VISG | Buy | 100 | $8.31 | $831.00 |
| 7/1/2004 | VISG | Buy | 300 | $8.31 | $2,493.00 |
| 7/1/2004 | VISG | Buy | 400 | $8.31 | $3,324.00 |
| 7/1/2004 | VISG | Buy | 100 | $8.31 | $831.00 |
| 7/1/2004 | VISG | Buy | 100 | $8.31 | $831.00 |
| 7/1/2004 | VISG | Buy | 500 | $8.35 | $4,175.00 |
| 7/1/2004 | VISG | Buy | 500 | $8.35 | $4,175.00 |
| 7/1/2004 | VISG | Buy | 200 | $8.35 | $1,670.00 |
| 7/1/2004 | VISG | Buy | 200 | $8.35 | $1,670.00 |
| 7/1/2004 | VISG | Buy | 100 | $8.35 | $835.00 |
| 7/1/2004 | VISG | Buy | 100 | $8.35 | $835.00 |
| 7/1/2004 | VISG | Buy | 400 | $8.34 | $3,336.00 |
| 7/8/2004 | VISG | Buy | 100 | $7.63 | $763.00 |
| 7/8/2004 | VISG | Buy | 100 | $7.63 | $763.00 |
| 7/8/2004 | VISG | Buy | 100 | $7.63 | $763.00 |
| 7/8/2004 | VISG | Buy | 400 | $7.63 | $3,052.00 |
| 7/8/2004 | VISG | Buy | 900 | $7.63 | $6,867.00 |
| 7/8/2004 | VISG | Buy | 100 | $7.63 | $763.00 |
| 7/8/2004 | VISG | Buy | 100 | $7.63 | $763.00 |
| 7/8/2004 | VISG | Buy | 200 | $7.62 | $1,524.00 |
| 7/28/2004 | VISG | Buy | 100 | $6.30 | $630.00 |
| 7/28/2004 | VISG | Buy | 700 | $6.30 | $4,410.00 |
| 7/28/2004 | VISG | Buy | 100 | $6.30 | $630.00 |
| 7/28/2004 | VISG | Buy | 500 | $6.30 | $3,150.00 |
| 7/28/2004 | VISG | Buy | 100 | $6.30 | $630.00 |
| 7/28/2004 | VISG | Buy | 100 | $6.30 | $630.00 |
| 8/5/2004 | VISG | Buy | 5,000 | $5.50 | $27,500.00 |
| 8/5/2004 | VISG | Buy | 20,000 | $5.50 | $110,000.00 |
| 8/6/2004 | VISG | Buy | 500 | $5.55 | $2,775.00 |
| 8/6/2004 | VISG | Buy | 500 | $5.55 | $2,775.00 |
| 8/6/2004 | VISG | Buy | 500 | $5.55 | $2,775.00 |
| 8/6/2004 | VISG | Buy | 1,500 | $5.43 | $8,145.00 |
| 8/6/2004 | VISG | Buy | 350 | $5.57 | $1,949.50 |
| 8/9/2004 | VISG | Buy | 10,000 | $5.59 | $55,850.00 |
| 8/12/2004 | VISG | Buy | 700 | $5.34 | $3,738.00 |
| 8/12/2004 | VISG | Buy | 300 | $5.34 | $1,602.00 |
| 8/12/2004 | VISG | Buy | 500 | $5.35 | $2,675.00 |
| 8/12/2004 | VISG | Buy | 100 | $5.35 | $535.00 |
| 8/12/2004 | VISG | Buy | 100 | $5.35 | $535.00 |
| 8/12/2004 | VISG | Buy | 300 | $5.32 | $1,596.00 |
| 8/25/2004 | VISG | Buy | 800 | $6.53 | $5,224.00 |

| 8/25/2004 | VISG | Buy | 1,000 | $6.53 | $6,530.00 |
|-----------|------|-----|-------|-------|-----------|
| 8/25/2004 | VISG | Buy | 700 | $6.54 | $4,578.00 |
| 8/26/2004 | VISG | Buy | 311 | $6.36 | $1,977.96 |
| 8/26/2004 | VISG | Buy | 100 | $6.36 | $636.00 |
| 8/26/2004 | VISG | Buy | 100 | $6.36 | $636.00 |
| 8/26/2004 | VISG | Buy | 400 | $6.36 | $2,544.00 |
| 8/26/2004 | VISG | Buy | 566 | $6.36 | $3,599.76 |
| 8/26/2004 | VISG | Buy | 23 | $6.36 | $146.28 |
| 8/26/2004 | VISG | Buy | 1,000 | $6.38 | $6,380.00 |
| 8/30/2004 | VISG | Buy | 100 | $6.48 | $648.00 |
| 8/30/2004 | VISG | Buy | 200 | $6.48 | $1,296.00 |
| 8/30/2004 | VISG | Buy | 200 | $6.48 | $1,296.00 |
| 8/30/2004 | VISG | Buy | 500 | $6.48 | $3,240.00 |
| 8/30/2004 | VISG | Buy | 1,000 | $6.47 | $6,470.00 |
| 8/31/2004 | VISG | Buy | 100 | $6.36 | $636.00 |
| 8/31/2004 | VISG | Buy | 500 | $6.36 | $3,180.00 |
| 8/31/2004 | VISG | Buy | 400 | $6.36 | $2,544.00 |
| 9/9/2004 | VISG | Buy | 100 | $6.77 | $677.00 |
| 9/29/2004 | VISG | Buy | 300 | $6.02 | $1,806.00 |
| 9/29/2004 | VISG | Buy | 700 | $6.03 | $4,221.00 |
| 9/29/2004 | VISG | Buy | 1,000 | $6.05 | $6,050.00 |
| 9/29/2004 | VISG | Buy | 2,000 | $6.08 | $12,160.00 |
| 9/29/2004 | VISG | Buy | 900 | $6.09 | $5,481.00 |
| 9/29/2004 | VISG | Buy | 2,000 | $6.17 | $12,340.00 |
| 10/6/2004 | VISG | Buy | 400 | $6.34 | $2,536.00 |
| 10/6/2004 | VISG | Buy | 100 | $6.34 | $634.00 |
| 10/6/2004 | VISG | Buy | 500 | $6.34 | $3,170.00 |
| 10/6/2004 | VISG | Buy | 1,000 | $6.36 | $6,360.00 |
| 10/6/2004 | VISG | Buy | 700 | $6.41 | $4,487.00 |
| 10/6/2004 | VISG | Buy | 200 | $6.42 | $1,284.00 |
| 10/6/2004 | VISG | Buy | 100 | $6.54 | $654.00 |
| 10/8/2004 | VISG | Buy | 1,000 | $6.64 | $6,640.00 |
| 10/12/2004 | VISG | Buy | 400 | $6.70 | $2,680.00 |
| 10/12/2004 | VISG | Buy | 500 | $6.70 | $3,350.00 |
| 10/12/2004 | VISG | Buy | 100 | $6.70 | $670.00 |
| 10/13/2004 | VISG | Buy | 100 | $6.51 | $651.00 |
| 10/13/2004 | VISG | Buy | 900 | $6.54 | $5,886.00 |
| 10/19/2004 | VISG | Buy | 100 | $6.72 | $672.00 |
| 10/22/2004 | VISG | Buy | 100 | $6.86 | $686.00 |
| 11/5/2004 | VISG | Buy | 34 | $7.28 | $247.52 |
| 11/5/2004 | VISG | Buy | 100 | $7.28 | $728.00 |
| 11/5/2004 | VISG | Buy | 466 | $7.28 | $3,392.48 |
| 11/5/2004 | VISG | Buy | 300 | $7.28 | $2,184.00 |
| 11/5/2004 | VISG | Buy | 100 | $7.26 | $726.00 |
| 11/5/2004 | VISG | Buy | 100 | $7.45 | $745.00 |
| 11/15/2004 | VISG | Buy | 100 | $6.84 | $684.00 |
| 11/16/2004 | VISG | Buy | 800 | $6.98 | $5,584.00 |
| 11/22/2004 | VISG | Buy | 500 | $6.70 | $3,350.00 |
| 11/22/2004 | VISG | Buy | 400 | $6.70 | $2,680.00 |
| 11/22/2004 | VISG | Buy | 100 | $6.70 | $670.00 |
| 11/22/2004 | VISG | Buy | 1,000 | $6.69 | $6,690.00 |
| 11/24/2004 | VISG | Buy | 2,000 | $6.86 | $13,720.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/26/2004 | VISG | Buy | 500 | $7.03 | $3,515.00 |
| 11/26/2004 | VISG | Buy | 100 | $7.03 | $703.00 |
| 11/26/2004 | VISG | Buy | 121 | $7.03 | $850.63 |
| 11/26/2004 | VISG | Buy | 100 | $7.03 | $703.00 |
| 11/26/2004 | VISG | Buy | 500 | $7.03 | $3,515.00 |
| 11/26/2004 | VISG | Buy | 100 | $7.03 | $703.00 |
| 11/26/2004 | VISG | Buy | 100 | $7.03 | $703.00 |
| 11/26/2004 | VISG | Buy | 100 | $7.03 | $703.00 |
| 11/26/2004 | VISG | Buy | 300 | $7.03 | $2,109.00 |
| 11/26/2004 | VISG | Buy | 79 | $7.03 | $555.37 |
| 12/1/2004 | VISG | Buy | 500 | $8.02 | $4,010.00 |
| 12/1/2004 | VISG | Buy | 400 | $8.02 | $3,208.00 |
| 12/1/2004 | VISG | Buy | 300 | $8.02 | $2,406.00 |
| 12/1/2004 | VISG | Buy | 200 | $8.02 | $1,604.00 |
| 12/1/2004 | VISG | Buy | 100 | $8.02 | $802.00 |
| 12/1/2004 | VISG | Buy | 100 | $8.02 | $802.00 |
| 12/1/2004 | VISG | Buy | 500 | $8.02 | $4,010.00 |
| 12/1/2004 | VISG | Buy | 500 | $8.02 | $4,010.00 |
| 12/1/2004 | VISG | Buy | 200 | $8.00 | $1,600.00 |
| 12/1/2004 | VISG | Buy | 50 | $8.03 | $401.50 |
| 12/3/2004 | VISG | Buy | 200 | $8.04 | $1,608.00 |
| 12/6/2004 | VISG | Buy | 1,900 | $8.08 | $15,352.00 |
| 12/6/2004 | VISG | Buy | 100 | $8.13 | $813.00 |
| 12/7/2004 | VISG | Buy | 900 | $8.07 | $7,263.00 |
| 12/8/2004 | VISG | Buy | 500 | $8.10 | $4,050.00 |
| 12/8/2004 | VISG | Buy | 500 | $8.10 | $4,050.00 |
| 12/8/2004 | VISG | Buy | 1,000 | $7.86 | $7,860.00 |
| 12/8/2004 | VISG | Buy | 1,000 | $8.06 | $8,060.00 |
| 12/14/2004 | VISG | Buy | 50 | $8.16 | $408.00 |
| 12/14/2004 | VISG | Buy | 500 | $8.16 | $4,080.00 |
| 12/14/2004 | VISG | Buy | 200 | $8.16 | $1,632.00 |
| 12/14/2004 | VISG | Buy | 200 | $8.16 | $1,632.00 |
| 12/14/2004 | VISG | Buy | 50 | $8.14 | $407.00 |
| 12/14/2004 | VISG | Buy | 1,000 | $8.40 | $8,400.00 |
| 12/14/2004 | VISG | Buy | 1,000 | $8.45 | $8,450.00 |
| 12/27/2004 | VISG | Buy | 5,000 | $8.52 | $42,600.00 |
| 1/4/2005 | VISG | Buy | 500 | $8.83 | $4,415.00 |
| 1/4/2005 | VISG | Buy | 100 | $8.83 | $883.00 |
| 1/4/2005 | VISG | Buy | 280 | $8.83 | $2,472.40 |
| 1/4/2005 | VISG | Buy | 200 | $8.83 | $1,766.00 |
| 1/4/2005 | VISG | Buy | 1,000 | $8.78 | $8,780.00 |
| 1/4/2005 | VISG | Buy | 120 | $8.80 | $1,056.00 |
| 1/5/2005 | VISG | Buy | 1,000 | $8.38 | $8,380.00 |
| 1/5/2005 | VISG | Buy | 1,000 | $8.56 | $8,560.00 |
| 1/5/2005 | VISG | Buy | 500 | $8.61 | $4,305.00 |
| 1/5/2005 | VISG | Buy | 1,000 | $8.62 | $8,620.00 |
| 1/5/2005 | VISG | Buy | 1,000 | $8.66 | $8,660.00 |
| 1/5/2005 | VISG | Buy | 500 | $8.69 | $4,345.00 |
| 1/5/2005 | VISG | Buy | 5,000 | $8.55 | $42,750.00 |
| 1/12/2005 | VISG | Buy | 1,000 | $7.78 | $7,780.00 |
| 1/14/2005 | VISG | Buy | 148 | $7.84 | $1,160.32 |
| 1/14/2005 | VISG | Buy | 86 | $7.84 | $674.24 |

| | | | | | |
|---|---|---|---|---|---|
| 1/14/2005 | VISG | Buy | 100 | $7.84 | $784.00 |
| 1/14/2005 | VISG | Buy | 366 | $7.84 | $2,869.44 |
| 1/14/2005 | VISG | Buy | 100 | $7.84 | $784.00 |
| 1/14/2005 | VISG | Buy | 100 | $7.98 | $798.00 |
| 1/14/2005 | VISG | Buy | 100 | $8.01 | $801.00 |
| 1/14/2005 | VISG | Buy | 100 | $8.05 | $805.00 |
| 1/18/2005 | VISG | Buy | 300 | $7.59 | $2,277.00 |
| 1/18/2005 | VISG | Buy | 100 | $7.59 | $759.00 |
| 1/18/2005 | VISG | Buy | 100 | $7.59 | $759.00 |
| 1/18/2005 | VISG | Buy | 100 | $7.59 | $759.00 |
| 1/18/2005 | VISG | Buy | 300 | $7.59 | $2,277.00 |
| 1/19/2005 | VISG | Buy | 900 | $7.54 | $6,786.00 |
| 1/19/2005 | VISG | Buy | 100 | $7.54 | $754.00 |
| 1/19/2005 | VISG | Buy | 500 | $7.54 | $3,770.00 |
| 1/19/2005 | VISG | Buy | 300 | $7.54 | $2,262.00 |
| 1/19/2005 | VISG | Buy | 200 | $7.54 | $1,508.00 |
| 1/20/2005 | VISG | Buy | 100 | $7.42 | $742.00 |
| 1/20/2005 | VISG | Buy | 100 | $7.46 | $746.00 |
| 1/20/2005 | VISG | Buy | 500 | $7.47 | $3,735.00 |
| 1/20/2005 | VISG | Buy | 200 | $7.53 | $1,506.00 |
| 1/20/2005 | VISG | Buy | 300 | $7.54 | $2,262.00 |
| 1/24/2005 | VISG | Buy | 100 | $7.44 | $744.00 |
| 1/25/2005 | VISG | Buy | 1,000 | $7.13 | $7,130.00 |
| 1/25/2005 | VISG | Buy | 100 | $7.19 | $719.00 |
| 1/25/2005 | VISG | Buy | 100 | $7.19 | $719.00 |
| 1/25/2005 | VISG | Buy | 300 | $7.19 | $2,157.00 |
| 1/25/2005 | VISG | Buy | 500 | $7.19 | $3,595.00 |
| 1/25/2005 | VISG | Buy | 100 | $7.22 | $722.00 |
| 1/25/2005 | VISG | Buy | 900 | $7.22 | $6,498.00 |
| 1/26/2005 | VISG | Buy | 1,000 | $6.96 | $6,960.00 |
| 2/4/2005 | VISG | Buy | 100 | $7.41 | $741.00 |
| 2/4/2005 | VISG | Buy | 100 | $7.46 | $746.00 |
| 2/7/2005 | VISG | Buy | 100 | $7.47 | $747.00 |
| 2/8/2005 | VISG | Buy | 400 | $6.19 | $2,476.00 |
| 2/8/2005 | VISG | Buy | 500 | $6.20 | $3,100.00 |
| 2/8/2005 | VISG | Buy | 1,000 | $6.08 | $6,080.00 |
| 2/8/2005 | VISG | Buy | 400 | $6.00 | $2,400.00 |
| 2/8/2005 | VISG | Buy | 255 | $6.00 | $1,530.00 |
| 2/8/2005 | VISG | Buy | 200 | $6.00 | $1,200.00 |
| 2/8/2005 | VISG | Buy | 100 | $6.00 | $600.00 |
| 2/8/2005 | VISG | Buy | 37 | $6.00 | $222.00 |
| 2/8/2005 | VISG | Buy | 8 | $6.00 | $48.00 |
| 2/8/2005 | VISG | Buy | 100 | $5.97 | $597.00 |
| 2/8/2005 | VISG | Buy | 500 | $5.97 | $2,985.00 |
| 2/8/2005 | VISG | Buy | 200 | $5.97 | $1,194.00 |
| 2/9/2005 | VISG | Buy | 1,000 | $5.84 | $5,840.00 |
| 2/11/2005 | VISG | Buy | 300 | $5.83 | $1,749.00 |
| 2/11/2005 | VISG | Buy | 200 | $5.83 | $1,166.00 |
| 2/11/2005 | VISG | Buy | 100 | $5.83 | $583.00 |
| 2/11/2005 | VISG | Buy | 400 | $5.83 | $2,332.00 |
| 2/15/2005 | VISG | Buy | 400 | $5.76 | $2,304.00 |
| 2/15/2005 | VISG | Buy | 600 | $5.76 | $3,456.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/16/2005 | VISG | Buy | 2,000 | $5.77 | $11,540.00 |
| 2/16/2005 | VISG | Buy | 1,500 | $5.76 | $8,640.00 |
| 2/16/2005 | VISG | Buy | 712 | $5.76 | $4,101.12 |
| 2/16/2005 | VISG | Buy | 288 | $5.76 | $1,658.88 |
| 2/17/2005 | VISG | Buy | 100 | $5.77 | $577.00 |
| 2/17/2005 | VISG | Buy | 100 | $5.79 | $579.00 |
| 2/17/2005 | VISG | Buy | 2,040 | $5.66 | $11,546.40 |
| 2/18/2005 | VISG | Buy | 2 | $5.79 | $11.58 |
| 2/18/2005 | VISG | Buy | 500 | $5.81 | $2,905.00 |
| 2/18/2005 | VISG | Buy | 300 | $5.81 | $1,743.00 |
| 2/18/2005 | VISG | Buy | 200 | $5.81 | $1,162.00 |
| 2/23/2005 | VISG | Buy | 100 | $6.02 | $602.00 |
| 2/24/2005 | VISG | Buy | 200 | $5.73 | $1,146.00 |
| 2/24/2005 | VISG | Buy | 500 | $5.73 | $2,865.00 |
| 2/24/2005 | VISG | Buy | 200 | $5.73 | $1,146.00 |
| 2/28/2005 | VISG | Buy | 1,000 | $5.87 | $5,870.00 |
| 2/28/2005 | VISG | Buy | 200 | $5.87 | $1,174.00 |
| 2/28/2005 | VISG | Buy | 500 | $5.87 | $2,935.00 |
| 2/28/2005 | VISG | Buy | 200 | $5.87 | $1,174.00 |
| 2/28/2005 | VISG | Buy | 100 | $5.87 | $587.00 |
| 2/28/2005 | VISG | Buy | 100 | $5.81 | $581.00 |
| 2/28/2005 | VISG | Buy | 500 | $5.81 | $2,905.00 |
| 2/28/2005 | VISG | Buy | 100 | $5.81 | $581.00 |
| 2/28/2005 | VISG | Buy | 226 | $5.81 | $1,313.06 |
| 2/28/2005 | VISG | Buy | 74 | $5.81 | $429.94 |
| 2/28/2005 | VISG | Buy | 87 | $5.80 | $504.60 |
| 2/28/2005 | VISG | Buy | 73 | $5.80 | $423.40 |
| 2/28/2005 | VISG | Buy | 100 | $5.80 | $580.00 |
| 3/1/2005 | VISG | Buy | 540 | $5.88 | $3,175.20 |
| 3/1/2005 | VISG | Buy | 100 | $5.88 | $588.00 |
| 3/2/2005 | VISG | Buy | 100 | $5.62 | $562.00 |
| 3/2/2005 | VISG | Buy | 200 | $5.62 | $1,124.00 |
| 3/2/2005 | VISG | Buy | 100 | $5.62 | $562.00 |
| 3/2/2005 | VISG | Buy | 100 | $5.62 | $562.00 |
| 3/2/2005 | VISG | Buy | 87 | $5.62 | $488.94 |
| 3/2/2005 | VISG | Buy | 100 | $5.62 | $562.00 |
| 3/2/2005 | VISG | Buy | 313 | $5.62 | $1,759.06 |
| 3/2/2005 | VISG | Buy | 400 | $5.48 | $2,192.00 |
| 3/2/2005 | VISG | Buy | 600 | $5.48 | $3,288.00 |
| | | | | | |
| 6/25/2004 | VISG | Sell | 3,000 | $9.15 | $27,450.00 |
| 7/27/2004 | VISG | Sell | 1,500 | $6.75 | $10,125.00 |
| 7/27/2004 | VISG | Sell | 466 | $6.85 | $3,192.10 |
| 8/2/2004 | VISG | Sell | 100 | $6.83 | $683.00 |
| 8/2/2004 | VISG | Sell | 300 | $6.83 | $2,049.00 |
| 8/2/2004 | VISG | Sell | 857 | $6.85 | $5,870.45 |
| 8/2/2004 | VISG | Sell | 43 | $6.85 | $294.55 |
| 8/2/2004 | VISG | Sell | 100 | $6.85 | $685.00 |
| 8/2/2004 | VISG | Sell | 300 | $6.86 | $2,058.00 |
| 8/2/2004 | VISG | Sell | 300 | $6.86 | $2,058.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/2/2004 | VISG | Sell | 1,000 | $6.80 | $6,800.00 |
| 8/3/2004 | VISG | Sell | 1,500 | $6.86 | $10,290.00 |
| 8/3/2004 | VISG | Sell | 500 | $6.87 | $3,435.00 |
| 8/3/2004 | VISG | Sell | 400 | $7.20 | $2,880.00 |
| 8/3/2004 | VISG | Sell | 165 | $7.21 | $1,189.65 |
| 8/3/2004 | VISG | Sell | 1,489 | $7.23 | $10,765.47 |
| 8/4/2004 | VISG | Sell | 118 | $6.27 | $739.86 |
| 8/4/2004 | VISG | Sell | 100 | $6.27 | $627.00 |
| 8/4/2004 | VISG | Sell | 800 | $6.27 | $5,016.00 |
| 8/4/2004 | VISG | Sell | 382 | $6.27 | $2,395.14 |
| 8/4/2004 | VISG | Sell | 100 | $6.27 | $627.00 |
| 8/4/2004 | VISG | Sell | 500 | $6.27 | $3,135.00 |
| 8/4/2004 | VISG | Sell | 234 | $6.50 | $1,521.00 |
| 8/4/2004 | VISG | Sell | 1,400 | $6.50 | $9,100.00 |
| 8/4/2004 | VISG | Sell | 200 | $6.50 | $1,300.00 |
| 8/4/2004 | VISG | Sell | 166 | $6.50 | $1,079.00 |
| 8/4/2004 | VISG | Sell | 1,700 | $6.59 | $11,203.00 |
| 8/4/2004 | VISG | Sell | 100 | $6.60 | $660.00 |
| 8/4/2004 | VISG | Sell | 100 | $6.61 | $661.00 |
| 8/4/2004 | VISG | Sell | 100 | $6.63 | $663.00 |
| 8/4/2004 | VISG | Sell | 300 | $6.06 | $1,818.00 |
| 8/4/2004 | VISG | Sell | 50 | $6.09 | $304.50 |
| 8/5/2004 | VISG | Sell | 4,500 | $5.70 | $25,650.00 |
| 8/5/2004 | VISG | Sell | 500 | $5.71 | $2,855.00 |
| 8/10/2004 | VISG | Sell | 3,000 | $5.67 | $17,010.00 |
| 8/16/2004 | VISG | Sell | 2,000 | $5.50 | $11,000.00 |
| 8/17/2004 | VISG | Sell | 500 | $5.82 | $2,910.00 |
| 8/17/2004 | VISG | Sell | 500 | $5.82 | $2,910.00 |
| 8/17/2004 | VISG | Sell | 100 | $5.89 | $589.00 |
| 8/17/2004 | VISG | Sell | 300 | $5.89 | $1,767.00 |
| 8/17/2004 | VISG | Sell | 100 | $5.89 | $589.00 |
| 8/17/2004 | VISG | Sell | 500 | $5.89 | $2,945.00 |
| 8/18/2004 | VISG | Sell | 2,000 | $6.05 | $12,100.00 |
| 8/23/2004 | VISG | Sell | 2,000 | $6.28 | $12,560.00 |
| 9/1/2004 | VISG | Sell | 1,000 | $6.71 | $6,710.00 |
| 9/1/2004 | VISG | Sell | 1,000 | $6.81 | $6,810.00 |
| 9/7/2004 | VISG | Sell | 500 | $6.61 | $3,305.00 |
| 9/7/2004 | VISG | Sell | 500 | $6.61 | $3,305.00 |
| 9/7/2004 | VISG | Sell | 500 | $6.61 | $3,305.00 |
| 9/7/2004 | VISG | Sell | 500 | $6.61 | $3,305.00 |
| 9/28/2004 | VISG | Sell | 2,000 | $6.78 | $13,560.00 |
| 10/4/2004 | VISG | Sell | 1,500 | $6.13 | $9,195.00 |
| 10/5/2004 | VISG | Sell | 1,500 | $6.19 | $9,285.00 |
| 10/5/2004 | VISG | Sell | 2,000 | $6.38 | $12,760.00 |
| 10/7/2004 | VISG | Sell | 1,000 | $6.72 | $6,720.00 |
| 10/21/2004 | VISG | Sell | 100 | $6.92 | $692.00 |
| 10/21/2004 | VISG | Sell | 500 | $6.92 | $3,460.00 |
| 10/21/2004 | VISG | Sell | 500 | $6.92 | $3,460.00 |
| 10/21/2004 | VISG | Sell | 216 | $6.93 | $1,496.88 |
| 10/21/2004 | VISG | Sell | 100 | $6.93 | $693.00 |
| 10/21/2004 | VISG | Sell | 500 | $6.93 | $3,465.00 |
| 10/21/2004 | VISG | Sell | 484 | $6.93 | $3,354.12 |

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2004 | VISG | Sell | 100 | $6.93 | $693.00 |
| 10/21/2004 | VISG | Sell | 200 | $6.93 | $1,386.00 |
| 10/21/2004 | VISG | Sell | 400 | $6.93 | $2,772.00 |
| 10/21/2004 | VISG | Sell | 500 | $6.93 | $3,465.00 |
| 10/25/2004 | VISG | Sell | 2,500 | $7.05 | $17,625.00 |
| 10/26/2004 | VISG | Sell | 2,500 | $7.20 | $18,000.00 |
| 10/27/2004 | VISG | Sell | 500 | $7.35 | $3,675.00 |
| 10/27/2004 | VISG | Sell | 100 | $7.35 | $735.00 |
| 10/27/2004 | VISG | Sell | 500 | $7.35 | $3,675.00 |
| 10/27/2004 | VISG | Sell | 200 | $7.42 | $1,484.00 |
| 10/27/2004 | VISG | Sell | 100 | $7.42 | $742.00 |
| 10/27/2004 | VISG | Sell | 100 | $7.42 | $742.00 |
| 10/27/2004 | VISG | Sell | 100 | $7.42 | $742.00 |
| 11/4/2004 | VISG | Sell | 1,000 | $7.49 | $7,490.00 |
| 11/30/2004 | VISG | Sell | 350 | $8.05 | $2,817.50 |
| 11/30/2004 | VISG | Sell | 500 | $8.05 | $4,025.00 |
| 11/30/2004 | VISG | Sell | 1,000 | $8.06 | $8,060.00 |
| 12/2/2004 | VISG | Sell | 100 | $8.24 | $824.00 |
| 12/7/2004 | VISG | Sell | 500 | $8.40 | $4,200.00 |
| 12/7/2004 | VISG | Sell | 500 | $8.40 | $4,200.00 |
| 12/7/2004 | VISG | Sell | 400 | $8.40 | $3,360.00 |
| 12/7/2004 | VISG | Sell | 100 | $8.40 | $840.00 |
| 12/7/2004 | VISG | Sell | 500 | $8.40 | $4,200.00 |
| 12/7/2004 | VISG | Sell | 1,000 | $8.65 | $8,650.00 |
| 12/9/2004 | VISG | Sell | 1,000 | $8.05 | $8,050.00 |
| 12/13/2004 | VISG | Sell | 900 | $8.42 | $7,578.00 |
| 12/13/2004 | VISG | Sell | 100 | $8.42 | $842.00 |
| 12/13/2004 | VISG | Sell | 1,200 | $8.19 | $9,828.00 |
| 12/13/2004 | VISG | Sell | 300 | $8.20 | $2,460.00 |
| 12/13/2004 | VISG | Sell | 1,500 | $8.30 | $12,450.00 |
| 12/13/2004 | VISG | Sell | 1,000 | $8.55 | $8,550.00 |
| 12/13/2004 | VISG | Sell | 1,500 | $8.73 | $13,095.00 |
| 12/13/2004 | VISG | Sell | 1,500 | $8.85 | $13,275.00 |
| 12/14/2004 | VISG | Sell | 200 | $8.27 | $1,654.00 |
| 12/14/2004 | VISG | Sell | 500 | $8.27 | $4,135.00 |
| 12/14/2004 | VISG | Sell | 300 | $8.31 | $2,493.00 |
| 12/15/2004 | VISG | Sell | 200 | $8.50 | $1,700.00 |
| 12/22/2004 | VISG | Sell | 2,000 | $8.75 | $17,500.00 |
| 12/28/2004 | VISG | Sell | 5,000 | $9.30 | $46,490.50 |
| 1/13/2005 | VISG | Sell | 1,000 | $8.08 | $8,080.00 |
| 1/20/2005 | VISG | Sell | 1,250 | $7.70 | $9,625.00 |
| 1/21/2005 | VISG | Sell | 100 | $7.63 | $763.00 |
| 1/21/2005 | VISG | Sell | 400 | $7.63 | $3,052.00 |
| 1/21/2005 | VISG | Sell | 500 | $7.63 | $3,815.00 |
| 1/21/2005 | VISG | Sell | 1,050 | $7.53 | $7,906.50 |
| 1/21/2005 | VISG | Sell | 1,000 | $7.56 | $7,560.00 |
| 1/28/2005 | VISG | Sell | 100 | $7.40 | $740.00 |
| 1/28/2005 | VISG | Sell | 100 | $7.40 | $740.00 |
| 1/28/2005 | VISG | Sell | 800 | $7.40 | $5,920.00 |
| 2/3/2005 | VISG | Sell | 1,000 | $7.42 | $7,420.00 |
| 2/9/2005 | VISG | Sell | 1,000 | $6.10 | $6,100.00 |
| 2/10/2005 | VISG | Sell | 200 | $6.00 | $1,200.00 |

| 2/10/2005 | VISG | Sell | 500 | $6.00 | $3,000.00 |
|-----------|------|------|-----|-------|-----------|
| 2/10/2005 | VISG | Sell | 300 | $6.00 | $1,800.00 |
| 2/16/2005 | VISG | Sell | 500 | $5.79 | $2,895.00 |
| 2/16/2005 | VISG | Sell | 300 | $5.79 | $1,737.00 |
| 2/16/2005 | VISG | Sell | 300 | $5.79 | $1,737.00 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 73 | $5.79 | $422.67 |
| 2/16/2005 | VISG | Sell | 27 | $5.79 | $156.33 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 500 | $5.79 | $2,895.00 |
| 2/16/2005 | VISG | Sell | 300 | $5.79 | $1,737.00 |
| 2/16/2005 | VISG | Sell | 500 | $5.79 | $2,895.00 |
| 2/16/2005 | VISG | Sell | 500 | $5.79 | $2,895.00 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/16/2005 | VISG | Sell | 42 | $5.79 | $243.18 |
| 2/16/2005 | VISG | Sell | 100 | $5.79 | $579.00 |
| 2/25/2005 | VISG | Sell | 13 | $5.95 | $77.35 |
| 2/25/2005 | VISG | Sell | 87 | $5.95 | $517.65 |
| 2/25/2005 | VISG | Sell | 300 | $5.95 | $1,785.00 |
| 2/25/2005 | VISG | Sell | 600 | $5.95 | $3,570.00 |
| 2/25/2005 | VISG | Sell | 900 | $6.05 | $5,445.00 |
| 2/25/2005 | VISG | Sell | 100 | $6.05 | $605.00 |
| 3/1/2005 | VISG | Sell | 300 | $5.93 | $1,779.00 |
| 3/1/2005 | VISG | Sell | 400 | $5.93 | $2,372.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.93 | $593.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.93 | $593.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.90 | $590.00 |
| 3/1/2005 | VISG | Sell | 300 | $5.90 | $1,770.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.90 | $590.00 |
| 3/1/2005 | VISG | Sell | 500 | $5.90 | $2,950.00 |
| 3/1/2005 | VISG | Sell | 800 | $5.96 | $4,768.00 |
| 3/1/2005 | VISG | Sell | 500 | $5.97 | $2,985.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.98 | $598.00 |
| 3/1/2005 | VISG | Sell | 500 | $5.99 | $2,995.00 |
| 3/1/2005 | VISG | Sell | 100 | $5.99 | $599.00 |

## CERTIFICATION

Gregg Giaquinto declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     My name is Gregg Giaquinto and I am the Chief Operating Officer and General Counsel of Electronic Trading Group, L.L.C. ("ETG").

2.     I have reviewed a copy of the complaint filed in the action, captioned *Darquea v. Viisage Technology, Inc., et. al.*, Civil Action No. 05-cv-10438 (U.S. Dist. Ct., D. Mass.).

3.     ETG did not acquire any of the relevant securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.     I am duly authorized to pursue appointment of ETG as a representative party in this matter and to seek approval of ETG's selection of lead and liaison counsel. ETG is willing to serve as a representative party in this action and it recognizes its duties as such, including monitoring and directing the litigation, and providing testimony at deposition and trial, if necessary.

5.     ETG will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.     ETG has not sought to serve or served as a representative party for a class in any action under the federal securities laws within the past three years, except *PLA, LLC v. Advanced Neuromodulation Systems, Inc., et al.*, Civil Action No. 05-cv-78 (U.S. Dist. Ct., E.D. Tex.); *Williams v. Elan Corporation, plc, et. al.*, Civil Action No. 05-cv-10413 (U.S. Dist. Ct., D. Mass.); and *Heywood v. Cell Therapeutics Inc., et. al.*, Civil Action No. 05-cv-00396 (U.S. Dist. Ct., W. Wash.).

7.     ETG's transactions during the proposed class period in Viisage Technology, Inc. securities, that are the subject of this litigation, are described in the chart attached hereto as Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this **2nd** day of May 2005

By: _____
      Gregg Giaquinto
      Chief Operating Officer and
      General Counsel
      Electronic Trading Group, L.L.C.

| CLIENT | SYMBOL | TDATE | QUANTITY | PRICE | COMMISSIONS | NET_AMT |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/03/2004 | 100 | 8.7400 | 0.5000 | -874.5000 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | 100 | 8.6200 | 0.5000 | -862.5000 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | 100 | 8.4600 | 0.5000 | -846.5000 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | 50 | 8.7400 | 0.2500 | -437.2500 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | 50 | 8.5000 | 0.2500 | -425.2500 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | -100 | 8.4700 | 6.4200 | 840.5800 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | -100 | 8.4400 | 0.5200 | 843.4800 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | -300 | 8.4000 | 0.0600 | 2,519.9400 |
| Electronic Trading Group, LLC | VISG | 05/03/2004 | -300 | 8.4000 | 1.5600 | 2,518.4400 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 1,000 | 10.0500 | 6 | -10,056 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 1,000 | 9.7600 | 1 | -9,761 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 1,000 | 9.9100 | 1 | -9,911 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 939 | 9.6000 | 5.6400 | -9,020.0400 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 900 | 10.0500 | 5.7300 | -9,050.7300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 900 | 10.0500 | 5.4000 | -9,050.4000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 800 | 10.0100 | 5.1100 | -8,013.1100 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 700 | 10.0200 | 8.5000 | -7,022.5000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 600 | 9.7600 | 0.6000 | -5,856.6000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 500 | 10.1300 | 3.5000 | -5,068.5000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 400 | 10.1400 | 2.4000 | -4,058.4000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 400 | 9.7600 | 0.4000 | -3,904.4000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 200 | 10.0900 | 2.4300 | -2,020.4300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 200 | 10.0100 | 1.3600 | -2,003.3600 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 200 | 10.0200 | 2.4300 | -2,006.4300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.1400 | 0.7000 | -1,014.7000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0800 | 0.6200 | -1,008.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0800 | 0.6200 | -1,008.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0500 | 0.7300 | -1,005.7300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0500 | 0.6200 | -1,005.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0300 | 0.7300 | -1,003.7300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0200 | 0.6200 | -1,002.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0100 | 0.6200 | -1,001.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0100 | 0.6200 | -1,001.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0200 | 1.3200 | -1,003.3200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0300 | 0.6200 | -1,003.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0500 | 0.6200 | -1,005.6200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 100 | 10.0500 | 1.2100 | -1,006.2100 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | 61 | 9.5700 | 0.0600 | -583.8300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -25 | 10.3800 | 0.0400 | 259.4600 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 9.4300 | 0.6300 | 942.3700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 9.7600 | 0.1300 | 975.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 9.8600 | 0.1300 | 985.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 9.8900 | 0.1300 | 988.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.0700 | 0.7600 | 1,006.2400 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.0800 | 0.1300 | 1,007.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.1300 | 0.6500 | 1,012.3500 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.1300 | 0.7600 | 1,012.2400 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.1500 | 0.6300 | 1,014.3700 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3600 | 0.1300 | 1,035.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -100 | 10.3800 | 0.1300 | 1,037.8700 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -171 | 9.9300 | 0.2100 | 1,697.8200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -200 | 10.3500 | 0.2500 | 2,069.7500 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -200 | 10.2500 | 1.2500 | 2,048.7500 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -200 | 9.9000 | 0.2500 | 1,979.7500 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -200 | 9.9300 | 0.2500 | 1,985.7500 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -300 | 10.2200 | 1.8800 | 3,064.1200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -300 | 9.8900 | 0.3700 | 2,966.6300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -375 | 10.3800 | 0.4800 | 3,892.0200 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -400 | 10.2300 | 2.5000 | 4,089.5000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -400 | 9.7600 | 0.5000 | 3,903.5000 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -400 | 9.4100 | 0.4900 | 3,763.5100 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -400 | 9.4100 | 0.4900 | 3,763.5100 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 10.1400 | 5.7400 | 5,064.2600 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.7600 | 3.1200 | 4,876.8800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.4200 | 3.1200 | 4,706.8800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.7600 | 3.1200 | 4,876.8800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.9000 | 0.6200 | 4,949.3800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.7600 | 3.1200 | 4,876.8800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -500 | 9.8900 | 0.6200 | 4,944.3800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -600 | 9.4000 | 0.7400 | 5,639.2600 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -629 | 9.9300 | 3.9300 | 6,242.0400 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -700 | 9.9200 | 0.8700 | 6,943.1300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -700 | 9.9200 | 0.8700 | 6,943.1300 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -900 | 10.2000 | 1.1200 | 9,178.8800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -900 | 9.8600 | 1.1100 | 8,872.8900 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -1,000 | 9.8600 | 1.2400 | 9,858.7600 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -1,000 | 9.4000 | 1.2200 | 9,398.7800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -1,000 | 9.3900 | 1.2200 | 9,388.7800 |
| Electronic Trading Group, LLC | VISG | 05/04/2004 | -1,000 | 9.7600 | 6.2300 | 9,753.7700 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 800 | 10.3400 | 4.8000 | -8,276.8000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 600 | 10.1100 | 4.2000 | -6,070.2000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 500 | 10.2500 | 3.5000 | -5,128.5000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 500 | 10.2500 | 0.5000 | -5,125.5000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 500 | 10.2800 | 0.5000 | -5,140.5000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 500 | 10.4200 | 3 | -5,213 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 500 | 10.1300 | 3 | -5,068 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 400 | 10.2800 | 0.4000 | -4,112.4000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 200 | 10.1100 | 1.4000 | -2,023.4000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 100 | 10.3400 | 0.1000 | -1,034.1000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 100 | 10.3400 | 0.1000 | -1,034.1000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 100 | 10.1100 | 0.7000 | -1,011.7000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 100 | 10.2800 | 0.1000 | -1,028.1000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | 100 | 10.1100 | 0.7000 | -1,011.7000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -26 | 10.0800 | 0.1900 | 261.8900 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -47 | 10.1500 | 0.3500 | 476.7000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -100 | 10.2000 | 0.7300 | 1,019.2700 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -300 | 10.0800 | 2.1800 | 3,021.8200 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -674 | 10.0600 | 4.8800 | 6,775.5600 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -1,000 | 10.1800 | 7.2400 | 10,172.7600 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -1,000 | 10.1000 | 6.6000 | 10,093.4000 |
| Electronic Trading Group, LLC | VISG | 05/05/2004 | -1,853 | 10.1500 | 13.4200 | 18,794.5300 |
| Electronic Trading Group, LLC | VISG | 05/06/2004 | 1,880 | 9.2000 | 1.8800 | -17,297.8800 |
| Electronic Trading Group, LLC | VISG | 05/06/2004 | 1,000 | 9.2000 | 1 | -9,201 |
| Electronic Trading Group, LLC | VISG | 05/06/2004 | 120 | 9.2000 | 0.1200 | -1,104.1200 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 1,000 | 11.1000 | 6.3600 | -11,106.3600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 1,000 | 11.1000 | 6.3600 | -11,106.3600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 1,000 | 11.2000 | 6 | -11,206 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 1,000 | 11.1000 | 6.3600 | -11,106.3600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 1,000 | 11.1000 | 6.3600 | -11,106.3600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 983 | 11.1200 | 12.5300 | -10,943.4900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 712 | 11.2000 | 4.2800 | -7,978.6800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 610 | 10.3500 | 3.6600 | -6,317.1600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 500 | 11.0800 | 6.0700 | -5,546.0700 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 500 | 11.0700 | 3.2300 | -5,538.2300 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 500 | 11.0900 | 6.3800 | -5,551.3800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 500 | 11.0800 | 6.3800 | -5,546.3800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 500 | 10.4400 | 0.3800 | -5,220.3800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 400 | 11.1700 | 0.4000 | -4,468.4000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 390 | 10.3500 | 2.3400 | -4,038.8400 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 390 | 10.3500 | 2.3400 | -4,038.8400 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 390 | 10.3500 | 0.3900 | -4,036.8900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 300 | 11.1700 | 0.3000 | -3,351.3000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 200 | 11.1700 | 0.2000 | -2,234.2000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 200 | 10.4000 | 0.1500 | -2,080.1500 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 188 | 11.2000 | 1.1200 | -2,106.7200 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 125 | 10.4100 | 0.7200 | -1,301.9700 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 11.2000 | 0.6000 | -1,120.6000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 11.1700 | 0.1000 | -1,117.1000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 11.0300 | 1.2800 | -1,104.2800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 11.2200 | 1.2800 | -1,123.2800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 10.4900 | 0.7100 | -1,049.7100 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 100 | 10.4000 | 0.5800 | -1,040.5800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 75 | 10.4100 | 0.4400 | -781.1900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 17 | 11.1200 | 0.2200 | -189.2600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 10 | 10.5100 | 0.0600 | -105.1600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | 10 | 10.9700 | 0.0600 | -109.7600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -4 | 10.4300 | 0.0300 | 41.6900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -6 | 10.3200 | 0.0500 | 61.8700 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -10 | 10.4200 | 0.0200 | 104.1800 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -10 | 10.4700 | 0.1800 | 104.5200 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -80 | 10.4000 | 0.1000 | 831.9000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -100 | 10.7900 | 0.6500 | 1,078.3500 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -100 | 10.9900 | 1.3100 | 1,097.6900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -100 | 10.9100 | 1.3100 | 1,089.6900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -100 | 11.0600 | 1.3100 | 1,104.6900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -147 | 10.3600 | 0.8800 | 1,522.0400 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -153 | 10.4200 | 0.9200 | 1,593.3400 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -190 | 10.4100 | 0.2400 | 1,977.6600 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -200 | 10.4100 | 0.2500 | 2,081.7500 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -233 | 10.8000 | 2.9900 | 2,513.4100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -300 | 11.1300 | 0.3800 | 3,338.6200 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -300 | 10.8000 | 3.9100 | 3,236.0900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -300 | 10.4200 | 1.8100 | 3,124.1900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -400 | 10.9100 | 5.2100 | 4,358.7900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -470 | 11.1500 | 0.6000 | 5,239.9000 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -500 | 10.3700 | 3.0100 | 5,181.9900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -500 | 10.9000 | 6.5100 | 5,443.4900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -530 | 11.1500 | 0.6700 | 5,908.8300 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -600 | 10.4100 | 0.7500 | 6,245.2500 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -667 | 10.7900 | 8.2800 | 7,188.6500 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -700 | 11.1300 | 0.8900 | 7,790.1100 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -700 | 10.8100 | 9.1100 | 7,557.8900 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -700 | 10.4000 | 0.8800 | 7,279.1200 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -1,000 | 10.8100 | 6.2600 | 10,803.7400 |
| Electronic Trading Group, LLC | VISG | 05/07/2004 | -1,000 | 10.8000 | 6.2600 | 10,793.7400 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | 100 | 9.8900 | 3.3100 | -992.3100 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | 100 | 9.8900 | 3.2000 | -992.2000 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | 100 | 9.8900 | 3.7000 | -992.7000 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | 100 | 9.8900 | 3.7000 | -992.7000 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | -100 | 9.8400 | 3.3100 | 980.6900 |
| Electronic Trading Group, LLC | VISG | 05/10/2004 | -300 | 9.8100 | 9.9000 | 2,933.1000 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 500 | 9.1800 | 0.5000 | -4,590.5000 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 500 | 9.1600 | 0.5000 | -4,580.5000 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 500 | 9.1600 | 0.5000 | -4,580.5000 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 257 | 9.1700 | 1.8000 | -2,358.4900 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 200 | 9.1800 | 0.2000 | -1,836.2000 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | 43 | 9.1700 | 0.3000 | -394.6100 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | -300 | 9.1600 | 2.1700 | 2,745.8300 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | -300 | 9.1400 | 1.8700 | 2,740.1300 |
| Electronic Trading Group, LLC | VISG | 05/12/2004 | -1,400 | 9.1400 | 8.7000 | 12,787.3000 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 600 | 8.9500 | 6 | -5,376 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 500 | 8.9500 | 14.2300 | -4,489.2300 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 100 | 8.9500 | 0.5000 | -895.5000 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 100 | 8.9500 | 0.5000 | -895.5000 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 100 | 8.8600 | 0.5000 | -886.5000 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | 100 | 8.9400 | 0.5000 | -894.5000 |
| Electronic Trading Group, LLC | VISG | 05/17/2004 | -500 | 9.0300 | 11.6100 | 4,503.3900 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 500 | 8.6600 | 7.7500 | -4,337.7500 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 500 | 8.6600 | 7.2500 | -4,337.2500 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 100 | 8.9300 | 0.5000 | -893.5000 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 100 | 8.9000 | 0.5000 | -890.5000 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 100 | 8.6600 | 0.5000 | -866.5000 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | 100 | 8.6600 | 0.5000 | -866.5000 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | -100 | 9.0200 | 0.5300 | 901.4700 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | -100 | 8.9600 | 0.5300 | 895.4700 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | -100 | 8.9700 | 0.5300 | 896.4700 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | -300 | 8.7800 | 1.5700 | 2,632.4300 |
| Electronic Trading Group, LLC | VISG | 05/18/2004 | -600 | 8.7100 | 6.1300 | 5,219.8700 |
| Electronic Trading Group, LLC | VISG | 05/19/2004 | -100 | 8.7400 | 1.5800 | 872.4200 |
| Electronic Trading Group, LLC | VISG | 05/19/2004 | -100 | 8.7800 | 0.5300 | 877.4700 |
| Electronic Trading Group, LLC | VISG | 05/19/2004 | -100 | 8.7300 | 0.5300 | 872.4700 |
| Electronic Trading Group, LLC | VISG | 05/19/2004 | -200 | 8.7400 | 2.1500 | 1,745.8500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/19/2004 | -700 | 8.7400 | 11 | 6,107 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 1,500 | 8.7200 | 18.7500 | -13,098.7500 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 1,500 | 8.6500 | 0 | -12,975 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 900 | 8.7400 | 0 | -7,866 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 500 | 8.6800 | 0 | -4,340 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 236 | 8.5400 | 2.7200 | -2,018.1600 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 200 | 8.5400 | 2.3000 | -1,710.3000 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 200 | 8.5100 | 2.3000 | -1,704.3000 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 100 | 8.5500 | 1.1500 | -856.1500 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 100 | 8.5400 | 1.1500 | -855.1500 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 100 | 8.6000 | 1.1500 | -861.1500 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 100 | 8.7400 | 0 | -874 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 100 | 8.5800 | 1.1500 | -859.1500 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | 64 | 8.5400 | 0.7300 | -547.2900 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -100 | 8.6400 | 1.1900 | 862.8100 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -100 | 8.7600 | 1.1900 | 874.8100 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -400 | 8.6800 | 4.7300 | 3,467.2700 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -500 | 8.6800 | 5.9100 | 4,334.0900 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -500 | 8.5700 | 0 | 4,285 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -500 | 8.6800 | 0 | 4,340 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -500 | 8.7000 | 0 | 4,350 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -1,500 | 8.6500 | 19.0600 | 12,955.9400 |
| Electronic Trading Group, LLC | VISG | 05/21/2004 | -1,500 | 8.7200 | 0 | 13,080 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 600 | 9.1700 | 3.6000 | -5,505.6000 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 500 | 9.1300 | 2.5000 | -4,567.5000 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 500 | 9.1300 | 2.5000 | -4,567.5000 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 400 | 9.3300 | 1.5600 | -3,733.5600 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 400 | 9.2000 | 1.6700 | -3,681.6700 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 325 | 9.1300 | 1.2700 | -2,968.5200 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 300 | 9.2300 | 1.5000 | -2,770.5000 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 200 | 9.1400 | 1 | -1,829 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | 75 | 9.1300 | 0.3000 | -685.0500 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.1400 | 0.4200 | 913.5800 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.5200 | 0.0700 | 951.9300 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.8700 | 0.4200 | 986.5800 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.5000 | 0.5300 | 949.4700 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.7500 | 0.8300 | 974.1700 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -100 | 9.7200 | 0.4200 | 971.5800 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -200 | 9.5100 | 0.9400 | 1,901.0600 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -200 | 9.5200 | 0.1300 | 1,903.8700 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -200 | 9.3300 | 1.0500 | 1,864.9500 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -300 | 9.1400 | 1.2400 | 2,740.7600 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -500 | 9.3100 | 2.6100 | 4,652.3900 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -600 | 9.1600 | 3.7300 | 5,492.2700 |
| Electronic Trading Group, LLC | VISG | 05/24/2004 | -800 | 9.3100 | 4.1800 | 7,443.8200 |
| Electronic Trading Group, LLC | VISG | 05/25/2004 | -100 | 9.9300 | 0.8300 | 992.1700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 1,000 | 10.4900 | 11.3600 | -10,501.3600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 1,000 | 10.3800 | 6 | -10,386 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 1,000 | 10.4800 | 6 | -10,486 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 1,000 | 10.4900 | 8 | -10,498 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 977 | 10.3000 | 5.8600 | -10,068.9600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 977 | 10.3000 | 5.8600 | -10,068.9600 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 900 | 10.4800 | 5.4000 | -9,437.4000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 800 | 10.4900 | 6.4000 | -8,398.4000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 800 | 10.3400 | 4.8000 | -8,276.8000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 500 | 10.3000 | 3 | -5,153 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 500 | 9.8800 | 2.5000 | -4,942.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 500 | 10.3800 | 2.5000 | -5,192.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 500 | 9.8500 | 2.5000 | -4,927.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 313 | 10.3000 | 1.8800 | -3,225.7800 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 200 | 10.4900 | 1.6000 | -2,099.6000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 200 | 10.3100 | 1 | -2,063 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 200 | 10.3300 | 1.2000 | -2,067.2000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 150 | 10.5100 | 0.7500 | -1,577.2500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 133 | 10.4000 | 0.6600 | -1,383.8600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.4800 | 0.6000 | -1,048.6000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.4000 | 0.5000 | -1,040.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3800 | 0.5000 | -1,038.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.2200 | 0.5000 | -1,022.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3100 | 0.5000 | -1,031.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3100 | 0.5000 | -1,031.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3300 | 0.5000 | -1,033.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3900 | 0.5000 | -1,039.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.4700 | 0.5000 | -1,047.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3000 | 0.6000 | -1,030.6000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.3100 | 0.5000 | -1,031.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.4700 | 0.5000 | -1,047.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 100 | 10.5000 | 0.5000 | -1,050.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 87 | 10.3300 | 0.6500 | -899.3600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 67 | 10.3900 | 0.3300 | -696.4600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 50 | 10.3300 | 0.2500 | -516.7500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 23 | 10.3000 | 0.1400 | -237.0400 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | 23 | 10.3000 | 0.1400 | -237.0400 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -21 | 9.9400 | 0.1800 | 208.5600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -25 | 10.4400 | 0.0400 | 260.9600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -45 | 10.0800 | 0.5400 | 453.0600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -75 | 10.4400 | 0.1000 | 782.9000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -79 | 9.9400 | 0.6500 | 784.6100 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4400 | 0.1300 | 1,043.8700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4400 | 0.1300 | 1,043.8700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4400 | 0.1300 | 1,043.8700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4400 | 0.1300 | 1,043.8700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.1000 | 0.7600 | 1,009.2400 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4900 | 0.8300 | 1,048.1700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 9.8200 | 0.8300 | 981.1700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.0800 | 0.6500 | 1,007.3500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.1000 | 0.6500 | 1,009.3500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.1400 | 0.6300 | 1,013.3700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -100 | 10.4400 | 0.1300 | 1,043.8700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -200 | 9.9900 | 1.0500 | 1,996.9500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -200 | 10.4400 | 1.0500 | 2,086.9500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -200 | 9.9400 | 1.0500 | 1,986.9500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -200 | 10.0700 | 1.0500 | 2,012.9500 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -255 | 10.0800 | 2.9500 | 2,567.4500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -400 | 10.1400 | 2.5000 | 4,053.5000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -400 | 10.0900 | 2.6000 | 4,033.4000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -400 | 10.0300 | 2.1000 | 4,009.9000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.4400 | 0.6300 | 5,219.3700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.4800 | 2.6300 | 5,237.3700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.4800 | 2.6300 | 5,237.3700 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.1500 | 3.1200 | 5,071.8800 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.1800 | 4.1200 | 5,085.8800 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -500 | 10.1800 | 3.1200 | 5,086.8800 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -900 | 10.4400 | 1.1200 | 9,394.8800 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -1,000 | 10.2000 | 6.6000 | 10,193.4000 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -1,000 | 10.1500 | 8.2400 | 10,141.7600 |
| Electronic Trading Group, LLC | VISG | 05/26/2004 | -2,000 | 10.4400 | 2.4900 | 20,877.5100 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | 1,000 | 10.5300 | 5 | -10,535 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | 500 | 10.3500 | 2.5000 | -5,177.5000 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | 300 | 10.5500 | 1.5000 | -3,166.5000 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | 200 | 10.5200 | 1 | -2,105 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -200 | 10.1500 | 1.2700 | 2,028.7300 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -300 | 10.1500 | 1.9100 | 3,043.0900 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -500 | 10.7100 | 2.6300 | 5,352.3700 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -500 | 10.5900 | 2.6300 | 5,292.3700 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -1,000 | 10.5000 | 5.2500 | 10,494.7500 |
| Electronic Trading Group, LLC | VISG | 05/27/2004 | -1,000 | 10.4200 | 5.2500 | 10,414.7500 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 500 | 10.3200 | 2.5000 | -5,162.5000 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 500 | 10.2800 | 2.5000 | -5,142.5000 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 500 | 10.2800 | 2.5000 | -5,142.5000 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 482 | 10.2500 | 2.4100 | -4,942.9100 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 300 | 10.2600 | 1.5000 | -3,079.5000 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 200 | 10.2100 | 1 | -2,043 |
| Electronic Trading Group, LLC | VISG | 06/01/2004 | 18 | 10.2700 | 0.0900 | -184.9500 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | 500 | 9.8400 | 2.5000 | -4,922.5000 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | 500 | 10.0200 | 2.5000 | -5,012.5000 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | 200 | 9.8500 | 1 | -1,971 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | 100 | 9.8500 | 0.5000 | -985.5000 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | -300 | 9.7200 | 10.0700 | 2,905.9300 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | -300 | 9.7000 | 0.0700 | 2,909.9300 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | -800 | 9.7800 | 4.1900 | 7,819.8100 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | -1,000 | 9.7800 | 5.2300 | 9,774.7700 |
| Electronic Trading Group, LLC | VISG | 06/02/2004 | -1,400 | 9.7100 | 0.3200 | 13,593.6800 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | 1,500 | 9.9700 | 9 | -14,964 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | 200 | 10 | 1.2000 | -2,001.2000 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | 200 | 9.9800 | 1.2000 | -1,997.2000 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | 100 | 9.9900 | 0.6000 | -999.6000 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -11 | 9.7800 | 0.1200 | 107.4600 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -89 | 9.8000 | 0.5700 | 871.6300 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -100 | 9.7900 | 0.6400 | 978.3600 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -100 | 9.8000 | 0.6300 | 979.3700 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -300 | 9.8000 | 1.8700 | 2,938.1300 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -500 | 9.8000 | 3.1600 | 4,896.8400 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -500 | 9.8000 | 3.1600 | 4,896.8400 |
| Electronic Trading Group, LLC | VISG | 06/03/2004 | -900 | 9.7800 | 5.6100 | 8,796.3900 |
| Electronic Trading Group, LLC | VISG | 06/04/2004 | 600 | 9.5400 | 6 | -5,730 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 06/07/2004 | 590 | 9.1500 | 0 | -5,398.5000 |
| Electronic Trading Group, LLC | VISG | 06/07/2004 | 10 | 9.1400 | 6 | -97.4000 |
| Electronic Trading Group, LLC | VISG | 06/07/2004 | -600 | 8.9700 | 6.1300 | 5,375.8700 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 500 | 10.4300 | 10.3300 | -5,210.3300 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 500 | 10.0700 | 6.3800 | -5,041.3800 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 400 | 10.2100 | 7.9700 | -4,091.9700 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 200 | 10.1200 | 3.9800 | -2,027.9800 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 200 | 10.1600 | 1.7800 | -2,033.7800 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 200 | 10.1200 | 4.9800 | -2,028.9800 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.1200 | 2.1000 | -1,014.1000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 9.9200 | 1 | -993 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.0100 | 1 | -1,002 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.0100 | 1 | -1,002 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 9.9200 | 1 | -993 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.3800 | 9.5000 | -1,047.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.4000 | 0.7300 | -1,040.7300 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.3200 | 0.6000 | -1,032.6000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.2500 | 0.7300 | -1,025.7300 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.2100 | 0.7300 | -1,021.7300 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.4000 | 0.6200 | -1,040.6200 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | 100 | 10.2100 | 2.1000 | -1,023.1000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.0800 | 1.5000 | 1,006.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10 | 1.0300 | 998.9700 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.1600 | 1.1500 | 1,014.8500 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.1600 | 1.2600 | 1,014.7400 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.1700 | 0.7600 | 1,016.2400 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.3600 | 0.1300 | 1,035.8700 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.1600 | 0.6500 | 1,015.3500 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.0800 | 1.5000 | 1,006.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.0800 | 1.5000 | 1,006.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.0800 | 1.5000 | 1,006.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -100 | 10.0800 | 1.5000 | 1,006.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -200 | 10.2000 | 1.2500 | 2,038.7500 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -200 | 10.0100 | 2.0500 | 1,999.9500 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -300 | 9.8700 | 3.0700 | 2,957.9300 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -500 | 10.3500 | 10.4600 | 5,164.5400 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -500 | 9.9600 | 6.5000 | 4,973.5000 |
| Electronic Trading Group, LLC | VISG | 06/08/2004 | -500 | 10.0600 | 9.9500 | 5,020.0500 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | 2,500 | 9.6100 | 12.5000 | -24,037.5000 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | 500 | 9.6500 | 2.5000 | -4,827.5000 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -100 | 9.6500 | 2.5300 | 962.4700 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -200 | 9.6400 | 1.0500 | 1,926.9500 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -300 | 9.6500 | 1.5700 | 2,893.4300 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -400 | 9.6400 | 0.1000 | 3,855.9000 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -500 | 9.6900 | 2.6200 | 4,842.3800 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -500 | 9.6900 | 2.6200 | 4,842.3800 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -500 | 9.6800 | 2.6200 | 4,837.3800 |
| Electronic Trading Group, LLC | VISG | 06/09/2004 | -500 | 9.6400 | 2.6200 | 4,817.3800 |
| Electronic Trading Group, LLC | VISG | 06/16/2004 | 300 | 9.4100 | 3 | -2,826 |
| Electronic Trading Group, LLC | VISG | 06/16/2004 | -300 | 9.2800 | 3.0700 | 2,780.9300 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | 10,000 | 9.3137 | 0 | -93,137 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -100 | 9.3100 | 0 | 931 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -100 | 9.2900 | 0 | 929 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -127 | 9.2900 | 0 | 1,179.8300 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -500 | 9.3000 | 0 | 4,650 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -600 | 9.3100 | 0 | 5,586 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -873 | 9.3000 | 0 | 8,118.9000 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -900 | 9.2900 | 0 | 8,361 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -900 | 9.3000 | 0 | 8,370 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -1,000 | 9.3400 | 0 | 9,340 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -1,000 | 9.3200 | 0 | 9,320 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -1,000 | 9.3800 | 0 | 9,380 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -1,000 | 9.3200 | 0 | 9,320 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -1,900 | 9.2900 | 0 | 17,651 |
| Electronic Trading Group, LLC | VISG | 06/17/2004 | -10,000 | 9.3137 | 132.1800 | 93,004.8200 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | 2,300 | 9.1804 | 29.9000 | -21,144.8200 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | 2,300 | 9.3100 | 0 | -21,413 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | 1,200 | 9.1900 | 0 | -11,028 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | 1,100 | 9.1700 | 0 | -10,087 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | 300 | 9.3800 | 3 | -2,817 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | -300 | 9.2600 | 3.0700 | 2,774.9300 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | -2,300 | 9.3100 | 30.4100 | 21,382.5900 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | -2,300 | 9.1804 | 0 | 21,114.9200 |
| Electronic Trading Group, LLC | VISG | 06/18/2004 | -2,300 | 9.3100 | 0 | 21,413 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 17,000 | 9.1852 | 221 | -156,369.4000 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 2,000 | 9.2600 | 0 | -18,520 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1700 | 0 | -9,170 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1100 | 0 | -9,110 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2100 | 0 | -9,210 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2000 | 0 | -9,200 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2000 | 0 | -9,200 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1100 | 0 | -9,110 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1700 | 0 | -9,170 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1900 | 0 | -9,190 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1800 | 0 | -9,180 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2000 | 0 | -9,200 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.1700 | 0 | -9,170 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2000 | 0 | -9,200 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 1,000 | 9.2100 | 0 | -9,210 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 770 | 9.1500 | 0 | -7,045.5000 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 770 | 9.1700 | 0 | -7,060.9000 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 230 | 9.1200 | 0 | -2,097.6000 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | 230 | 9.1500 | 0 | -2,104.5000 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | -36 | 8.7600 | 0.3800 | 314.9800 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | -164 | 8.7600 | 1.7000 | 1,434.9400 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | -200 | 8.7600 | 2.0700 | 1,749.9300 |
| Electronic Trading Group, LLC | VISG | 06/22/2004 | -17,000 | 9.1852 | 0 | 156,148.4000 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | 500 | 9.0100 | 5.7500 | -4,510.7500 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | 500 | 9.3300 | 5.7500 | -4,670.7500 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | 200 | 9.0700 | 2.3000 | -1,816.3000 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | 200 | 9.0500 | 2 | -1,812 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | 100 | 9.0700 | 1 | -908 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -10 | 8.9600 | 1.0100 | 88.5900 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -90 | 8.9600 | 0.0200 | 806.3800 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -100 | 9.0800 | 1.0300 | 906.9700 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -100 | 8.9300 | 1.0300 | 891.9700 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -200 | 8.9900 | 2.3800 | 1,795.6200 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -500 | 8.9900 | 5.9000 | 4,489.1000 |
| Electronic Trading Group, LLC | VISG | 06/28/2004 | -500 | 8.9800 | 5.9100 | 4,484.0900 |
| Electronic Trading Group, LLC | VISG | 07/07/2004 | 500 | 8.0200 | 6.3800 | -4,016.3800 |
| Electronic Trading Group, LLC | VISG | 07/07/2004 | 305 | 8.0200 | 3.8900 | -2,449.9900 |
| Electronic Trading Group, LLC | VISG | 07/07/2004 | 195 | 8.0200 | 2.4900 | -1,566.3900 |
| Electronic Trading Group, LLC | VISG | 07/07/2004 | -1,000 | 8.1500 | 12.9500 | 8,137.0500 |
| Electronic Trading Group, LLC | VISG | 07/13/2004 | 6,000 | 7.2682 | 265 | -43,874.2000 |
| Electronic Trading Group, LLC | VISG | 07/13/2004 | 4,000 | 7.2682 | 185 | -29,257.8000 |
| Electronic Trading Group, LLC | VISG | 07/16/2004 | -200 | 6.5300 | 1.7000 | 1,304.3000 |
| Electronic Trading Group, LLC | VISG | 07/19/2004 | 6,000 | 6.4186 | 265 | -38,776.6000 |
| Electronic Trading Group, LLC | VISG | 07/19/2004 | 4,000 | 6.4186 | 185 | -25,859.4000 |
| Electronic Trading Group, LLC | VISG | 07/19/2004 | 200 | 6.7300 | 1.8600 | -1,347.8600 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 200 | 7.0200 | 1.7000 | -1,405.7000 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 200 | 6.9800 | 2.3800 | -1,398.3800 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 200 | 6.9800 | 2.3800 | -1,398.3800 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 150 | 7 | 1.6600 | -1,051.6600 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 100 | 6.9800 | 1.1900 | -699.1900 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | 50 | 7 | 0.5600 | -350.5600 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 7 | 0.8700 | 699.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 6.8700 | 0.8700 | 686.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 6.8700 | 0.8700 | 686.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 7 | 0.8700 | 699.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 7 | 0.8700 | 699.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 6.9100 | 0.8700 | 690.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -100 | 6.9200 | 0.8700 | 691.1300 |
| Electronic Trading Group, LLC | VISG | 07/21/2004 | -200 | 7.0100 | 1.7400 | 1,400.2600 |
| Electronic Trading Group, LLC | VISG | 07/23/2004 | 200 | 6.6400 | 1.7000 | -1,329.7000 |
| Electronic Trading Group, LLC | VISG | 07/23/2004 | -200 | 6.5500 | 1.9400 | 1,308.0600 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | 300 | 6.9200 | 3 | -2,079 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | 100 | 7.2400 | 0 | -724 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | 100 | 7.2400 | 1.8000 | -725.8000 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | 100 | 7.2400 | 0 | -724 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | -80 | 7.1400 | 0.0200 | 571.1800 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | -100 | 6.7900 | 3.0200 | 675.9800 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | -100 | 6.7900 | 0.0200 | 678.9800 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | -100 | 6.7900 | 0.0200 | 678.9800 |
| Electronic Trading Group, LLC | VISG | 08/03/2004 | -220 | 7.1100 | 1.8400 | 1,562.3600 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 1,500 | 6.2500 | 15 | -9,390 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 600 | 6.3100 | 6 | -3,792 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 500 | 6.2500 | 2.5000 | -3,127.5000 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 500 | 6.3100 | 5 | -3,160 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 500 | 6.3400 | 4.9900 | -3,174.9900 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 500 | 6.2400 | 2.5000 | -3,122.5000 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 200 | 6.3100 | 2 | -1,264 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 200 | 6.3300 | 2 | -1,268 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 200 | 6.3100 | 2 | -1,264 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 200 | 6.3100 | 2 | -1,264 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3400 | 0.9900 | -634.9900 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3400 | 1.0200 | -635.0200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3300 | 1 | -634 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/04/2004 | 100 | 6.3100 | 1 | -632 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 6,000 | 5.6000 | 259 | -33,859 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 6,000 | 5.6000 | 259 | -33,859 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 6,000 | 5.6000 | 259 | -33,859 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 5,000 | 5.6400 | 315 | -28,515 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 4,000 | 5.6000 | 179 | -22,579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 4,000 | 5.6000 | 179 | -22,579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 4,000 | 5.6000 | 179 | -22,579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 2,000 | 5.7900 | 0 | -11,580 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 1,000 | 5.7900 | 15 | -5,805 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 1,000 | 5.7000 | 0 | -5,700 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 1,000 | 5.8000 | 5 | -5,805 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 1,000 | 5.8300 | 5 | -5,835 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 800 | 5.7000 | 0 | -4,560 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 700 | 5.7900 | 0 | -4,053 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.8300 | 5 | -2,920 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.7900 | 0 | -2,895 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.7800 | 5 | -2,895 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.7900 | 0 | -2,895 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.8300 | 0 | -2,915 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.7900 | 0 | -2,895 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 500 | 5.7000 | 15 | -2,865 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 400 | 5.7000 | 0 | -2,280 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 300 | 5.7900 | 3 | -1,740 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 300 | 5.7900 | 0 | -1,737 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 300 | 5.7000 | 0 | -1,710 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 270 | 5.8300 | 0 | -1,574.1000 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 200 | 5.7900 | 15 | -1,173 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 130 | 5.8300 | 0 | -757.9000 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 100 | 5.8300 | 5 | -588 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 100 | 5.7900 | 0 | -579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 100 | 5.7900 | 0 | -579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | 100 | 5.7900 | 0 | -579 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 0.0200 | 575.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 0.0200 | 575.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 0.0200 | 575.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 15.0200 | 560.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 0.0200 | 575.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7600 | 0.0200 | 575.9800 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 15.0200 | 559.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -100 | 5.7500 | 0.0200 | 574.9800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -200 | 5.7500 | 0.0300 | 1,149.9700 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -300 | 5.7500 | 0.0500 | 1,724.9500 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -400 | 5.7500 | 0.0600 | 2,299.9400 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7600 | 0.0700 | 2,879.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7500 | 0.0700 | 2,874.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7700 | 15.0700 | 2,869.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7800 | 5.1200 | 2,884.8800 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7600 | 0.0700 | 2,879.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7500 | 0.0700 | 2,874.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.7500 | 0.0700 | 2,874.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -500 | 5.6000 | 15.0700 | 2,784.9300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,000 | 5.6500 | 5.1400 | 5,644.8600 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,000 | 5.7800 | 10.2400 | 5,769.7600 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,000 | 5.6000 | 0.1400 | 5,599.8600 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,200 | 5.7500 | 0.1700 | 6,899.8300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,300 | 5.7000 | 13.1800 | 7,396.8200 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,500 | 5.6000 | 0.2000 | 8,399.8000 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -1,500 | 5.7800 | 15.3600 | 8,654.6400 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -2,000 | 5.7500 | 0.2700 | 11,499.7300 |
| Electronic Trading Group, LLC | VISG | 08/05/2004 | -2,000 | 5.7800 | 20.4800 | 11,539.5200 |
| Electronic Trading Group, LLC | VISG | 08/09/2004 | 2,500 | 5.6200 | 15 | -14,065 |
| Electronic Trading Group, LLC | VISG | 08/11/2004 | -7,500 | 5.3000 | 87.1900 | 39,662.8100 |
| Electronic Trading Group, LLC | VISG | 08/26/2004 | -600 | 6.3900 | 6.0900 | 3,827.9100 |
| Electronic Trading Group, LLC | VISG | 08/30/2004 | 600 | 6.5600 | 6 | -3,942 |
| Electronic Trading Group, LLC | VISG | 08/31/2004 | 3,000 | 6.5500 | 180 | -19,830 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 1,000 | 7.3000 | 5 | -7,305 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 1,000 | 7.4400 | 5 | -7,445 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 1,000 | 7.4500 | 5 | -7,455 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 1,000 | 7.3300 | 5 | -7,335 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 1,000 | 7.3000 | 5 | -7,305 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 600 | 7.4500 | 5 | -4,475 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 590 | 7.3800 | 0 | -4,354.2000 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 500 | 7.3100 | 5 | -3,660 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 500 | 7.3800 | 0 | -3,690 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 500 | 7.3100 | 0 | -3,655 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 500 | 7.2500 | 0 | -3,625 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 500 | 7.2700 | 5 | -3,640 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 410 | 7.3800 | 5 | -3,030.8000 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 410 | 7.3800 | 5 | -3,030.8000 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 400 | 7.3100 | 0 | -2,924 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 300 | 7.3100 | 0 | -2,193 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 200 | 7.3100 | 0 | -1,462 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 200 | 7.4600 | 0 | -1,492 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 100 | 7.4500 | 0 | -745 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 100 | 7.3100 | 5 | -736 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 100 | 7.4600 | 0 | -746 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | 90 | 7.3800 | 0 | -664.2000 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -100 | 7.2500 | 0.0200 | 724.9800 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -200 | 7.2500 | 0.0400 | 1,449.9600 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -300 | 7.3200 | 0.0600 | 2,195.9400 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -300 | 7.2500 | 20.0600 | 2,154.9400 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -302 | 7.3000 | 0.0600 | 2,204.5400 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -500 | 7.3100 | 25.0900 | 3,629.9100 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -1,271 | 7.3000 | 0.2200 | 9,278.0800 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -1,398 | 7.3300 | 10.2400 | 10,237.1000 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -3,229 | 7.3000 | 0.5600 | 23,571.1400 |
| Electronic Trading Group, LLC | VISG | 09/15/2004 | -3,400 | 7.2500 | 0.5800 | 24,649.4200 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -100 | 6.6300 | 1.1800 | 661.8200 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -357 | 6.6300 | 4.2100 | 2,362.7000 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -400 | 6.6300 | 4.7100 | 2,647.2900 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -400 | 6.6300 | 4.7100 | 2,647.2900 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -500 | 6.6400 | 5.8800 | 3,314.1200 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -500 | 6.6400 | 5.8800 | 3,314.1200 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -500 | 6.6500 | 5.8800 | 3,319.1200 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -1,000 | 6.6400 | 11.7600 | 6,628.2400 |
| Electronic Trading Group, LLC | VISG | 09/27/2004 | -1,711 | 6.6400 | 20.1200 | 11,340.9200 |
| Electronic Trading Group, LLC | VISG | 09/28/2004 | -2,000 | 6.7500 | 23.5200 | 13,476.4800 |
| Electronic Trading Group, LLC | VISG | 09/28/2004 | -3,000 | 6.7500 | 35.2800 | 20,214.7200 |
| Electronic Trading Group, LLC | VISG | 10/08/2004 | -100 | 6.5900 | 1.1700 | 657.8300 |
| Electronic Trading Group, LLC | VISG | 10/08/2004 | -200 | 6.5900 | 2.3500 | 1,315.6500 |
| Electronic Trading Group, LLC | VISG | 10/08/2004 | -300 | 6.5900 | 3.5500 | 1,973.4500 |
| Electronic Trading Group, LLC | VISG | 10/08/2004 | -2,000 | 6.5900 | 23.5100 | 13,156.4900 |
| Electronic Trading Group, LLC | VISG | 10/08/2004 | -2,400 | 6.5900 | 28.2200 | 15,787.7800 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -30 | 6.5700 | 0.3600 | 196.7400 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -100 | 6.5700 | 1.1700 | 655.8300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -100 | 6.5700 | 1.1700 | 655.8300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -100 | 6.5700 | 1.1700 | 655.8300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -130 | 6.5700 | 1.5200 | 852.5800 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -179 | 6.5700 | 2.1000 | 1,173.9300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -200 | 6.5700 | 2.4700 | 1,311.5300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -200 | 6.5700 | 2.3500 | 1,311.6500 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -200 | 6.5700 | 2.3500 | 1,311.6500 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -270 | 6.5700 | 3.1800 | 1,770.7200 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -291 | 6.5400 | 3.4300 | 1,899.7100 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -300 | 6.5700 | 3.5200 | 1,967.4800 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -300 | 6.5700 | 3.5200 | 1,967.4800 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -500 | 6.5700 | 5.8700 | 3,279.1300 |
| Electronic Trading Group, LLC | VISG | 10/13/2004 | -2,000 | 6.5600 | 23.5100 | 13,096.4900 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -100 | 6.4400 | 1.1700 | 642.8300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -100 | 6.5100 | 1.1800 | 649.9200 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -100 | 6.5000 | 1.1700 | 648.8300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -100 | 6.5000 | 1.1700 | 648.8300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -200 | 6.4400 | 2.3800 | 1,285.6200 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -200 | 6.5000 | 2.3500 | 1,297.6500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -447 | 6.4400 | 5.2500 | 2,873.4300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -500 | 6.4400 | 5.8700 | 3,214.1300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -500 | 6.5000 | 5.8700 | 3,244.1300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -500 | 6.5000 | 5.8700 | 3,244.1300 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -1,496 | 6.5000 | 17.5800 | 9,706.4200 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -1,604 | 6.5000 | 18.8500 | 10,407.1500 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -1,685 | 6.5000 | 19.8000 | 10,932.7000 |
| Electronic Trading Group, LLC | VISG | 10/14/2004 | -1,900 | 6.5000 | 22.4000 | 12,327.6000 |

## VIISAGE TECHNOLOGIES, INC.
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

_Ronald   Sauer_   ("Plaintiff") duly swears
and says, as to the claims asserted under the federal securities
laws, that:

1.    I have retained Klafter & Olsen LLP as my counsel,
reviewed the complaint, and authorized the filing of a
substantially similar complaint on my behalf.

2.    The security that is the subject of this action
was not purchased at the direction of plaintiff's counsel or in
order to participate in this private action.

3.    Plaintiff is willing to serve as a representative
party on behalf of the class, including providing testimony at
deposition and trial, if necessary.

4.    The transactions in the security that is the
subject of this action during the Class Period are as follows:

| Date | Number of Shares Purchased | Price Per Share |
|------|----------------------------|-----------------|
| 12-17-04 | 2,000 | 9.00 |
| 1-5-05 | 2,000 | 8.39 |
| 1-5-05 | 1,500 | 8.73 |
| 1-5-05 | 500 | 8.63 |
| 1-11-05 | 2,000 | 8.00 |
| 2-4-05 | 2,000 | 7.60 |

| Date | Number of Shares Sold | Price Per Share |
|------|-----------------------|-----------------|
| 3-16-05 | 2,000 | 4.37 |
| 3-16-05 | 1,633 | 4.32 |
| 3-15-05 | 367 | 4.16 |
| 3-15-05 | 2,000 | 4.18 |
| 3-14-05 | 2,000 | 4.15 |
| 3-14-05 | 2,000 | 4.16 |

5.    Plaintiff has not sought to serve as a class representative in more than five securities fraud class actions in the last three (3) years.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct. Executed this __21__ day of March 2005, at WILMINGTON N.C. .

Ronald Saver

**VIISAGE TECHNOLOGIES, INC.**

CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

_David Hancock_ ("Plaintiff") duly swears and says, as to the claims asserted under the federal securities laws, that:

        1.    I have retained Klafter & Olsen LLP as my counsel, reviewed the complaint, and authorized the filing of a substantially similar complaint on my behalf.

        2.    The security that is the subject of this action was not purchased at the direction of plaintiff's counsel or in order to participate in this private action.

        3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

        4.    The transactions in the security that is the subject of this action during the Class Period are as follows:

| Date | Number of Shares Purchased | Price Per Share |
|---|---|---|
| 2/4/05 | 3,000 | 7.55 |
| 2/8/05 | 1,000 | 6.14 |
| 2/8/05 | 1,900 | 6.16 |
| 2/8/05 | 100 | 6.20 |

| Date | Number of Shares Sold | Price Per Share |
|---|---|---|
| 3/9/05 | 3,000 | 4.51 |
| 3/9/05 | 3,000 | 4.51 |

5.     Plaintiff has not sought to serve as a class representative in more than five securities fraud class actions in the last three (3) years.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.  Executed this **29th** day of March 2005, at **4:00 PM**          .

**VIISAGE TECHNOLOGIES, INC.**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

_Lance Hancock_ ("Plaintiff") duly swears

and says, as to the claims asserted under the federal securities

laws, that:

     1.   I have retained Klafter & Olsen LLP as my counsel,

reviewed the complaint, and authorized the filing of a

substantially similar complaint on my behalf.

     2.   The security that is the subject of this action

was not purchased at the direction of plaintiff's counsel or in

order to participate in this private action.

     3.   Plaintiff is willing to serve as a representative

party on behalf of the class, including providing testimony at

deposition and trial, if necessary.

     4.   The transactions in the security that is the

subject of this action during the Class Period are as follows:

| Date | Number of Shares Purchased | Price Per Share |
|------|----------------------------|-----------------|
| 2/4/05 | 5,000 | 7.5 |
| 2/8/05 | 3,000 | 5.98 |
| 3/3/05 | 20,000 | 4.83 |
| 3/7/05 | 4,000 | 4.85 |
| 3/18/05 | 4,000 | 4.45 |

| Date | Number of Shares Sold | Price Per Share |
|------|-----------------------|-----------------|
| 2/9/05 | 5,000 | 5.82 |
| 2/9/05 | 3,000 | 5.95 |
| 3/4/05 | 1,700 | 4.61 |
| 3/4/05 | 3,300 | 4.612 |
| 3/4/05 | 5,000 | 4.69 |
| 3/4/05 | 10,000 | 4.82 |
| 3/4/05 | 4,000 | 4.18 |
| 3/4/05 | 4,000 | 4.47 |

5.    Plaintiff has not sought to serve as a class
representative in more than five securities fraud class actions
in the last three (3) years.

6.    Plaintiff will not accept any payment for serving
as a representative party on behalf of the class beyond the
Plaintiff's pro rata share of any recovery, except as ordered or
approved by the court for reasonable costs and expenses
(including lost wages) directly relating to the representation of
the class.


I declare under penalty of perjury under the laws of
United States that the foregoing is true and correct.  Executed
this 24th day of March 2005, at  8:30 Am  .

Class Period: 05/03/2004 - 03/02/2005 VIISAGE TECHNOLOGY INC (NasdaqNM:VISG) HOLD PRICE: $ 3.4587

| PLANTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| ELECTRONIC TRADING GROUP, L.L.C. | pre-class | 3,002 | | | 05/03/2004 | 100 | 8.4700 | | | | |
| | | | | | 05/03/2004 | 100 | 8.4400 | | | | |
| | | | | | 05/03/2004 | 300 | 8.4000 | | | | |
| | | | | | 05/03/2004 | 300 | 8.4000 | | | | |
| | | | | | 05/04/2004 | 25 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 9.4300 | | | | |
| | | | | | 05/04/2004 | 100 | 9.7600 | | | | |
| | | | | | 05/04/2004 | 100 | 9.8600 | | | | |
| | | | | | 05/04/2004 | 100 | 9.8900 | | | | |
| | | | | | 05/04/2004 | 100 | 10.0700 | | | | |
| | | | | | 05/04/2004 | 100 | 10.0800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.1300 | | | | |
| | | | | | 05/04/2004 | 100 | 10.1300 | | | | |
| | | | | | 05/04/2004 | 100 | 10.1500 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3600 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 100 | 10.3800 | | | | |
| | | | | | 05/04/2004 | 171 | 9.9300 | | | | |
| | | | | | 05/04/2004 | 200 | 10.3500 | | | | |
| | | | | | 05/04/2004 | 200 | 10.2500 | | | | |
| | | | | | 05/04/2004 | 6 | 9.9000 | | | | |
| | | | | | Total | 3,002 | | | | | |
| | 05/03/2004 | 100 | 8.7400 | $ 874.00 | 05/04/2004 | 194 | 9.9000 | $ 1,980.00 | (94) | $ (325.12) | $ (780.88) |
| | 05/03/2004 | 100 | 8.6200 | $ 862.00 | 05/04/2004 | 200 | 9.9300 | $ 1,986.00 | (100) | $ (345.87) | $ (778.13) |
| | 05/03/2004 | 100 | 8.4600 | $ 846.00 | 05/04/2004 | 300 | 10.2200 | $ 3,066.00 | (200) | $ (691.74) | $ (1,528.26) |
| | 05/03/2004 | 50 | 8.7400 | $ 437.00 | 05/04/2004 | 300 | 9.8900 | $ 2,967.00 | (250) | $ (864.67) | $ (1,665.33) |
| | 05/03/2004 | 50 | 8.5000 | $ 425.00 | 05/04/2004 | 375 | 10.3800 | $ 3,892.50 | (325) | $ (1,124.08) | $ (2,343.42) |
| | 05/04/2004 | 1,000 | 10.0500 | $ 10,050.00 | 05/04/2004 | 400 | 10.2300 | $ 4,092.00 | 600 | $ 2,075.22 | $ 3,882.78 |
| | 05/04/2004 | 1,000 | 9.7600 | $ 9,760.00 | 05/04/2004 | 400 | 9.7600 | $ 3,904.00 | 600 | $ 2,075.22 | $ 3,780.78 |
| | 05/04/2004 | 1,000 | 9.9100 | $ 9,910.00 | 05/04/2004 | 400 | 9.4100 | $ 3,764.00 | 600 | $ 2,075.22 | $ 4,070.78 |
| | 05/04/2004 | 939 | 9.6000 | $ 9,014.40 | 05/04/2004 | 400 | 9.4100 | $ 3,764.00 | 539 | $ 1,864.24 | $ 3,386.16 |
| | 05/04/2004 | 900 | 10.0500 | $ 9,045.00 | 05/04/2004 | 500 | 10.1400 | $ 5,070.00 | 400 | $ 1,383.48 | $ 2,591.52 |
| | 05/04/2004 | 900 | 10.0500 | $ 9,045.00 | 05/04/2004 | 500 | 9.7600 | $ 4,880.00 | 400 | $ 1,383.48 | $ 2,781.52 |
| | 05/04/2004 | 800 | 10.0100 | $ 8,008.00 | 05/04/2004 | 500 | 9.4200 | $ 4,710.00 | 300 | $ 1,037.61 | $ 2,260.39 |
| | 05/04/2004 | 700 | 10.0200 | $ 7,014.00 | 05/04/2004 | 500 | 9.7600 | $ 4,880.00 | 200 | $ 691.74 | $ 1,442.26 |
| | 05/04/2004 | 600 | 9.7600 | $ 5,856.00 | 05/04/2004 | 500 | 9.9000 | $ 4,950.00 | 100 | $ 345.87 | $ 560.13 |
| | 05/04/2004 | 500 | 10.1300 | $ 5,065.00 | 05/04/2004 | 500 | 9.7600 | $ 4,880.00 | 0 | $ - | $ 185.00 |
| | 05/04/2004 | 400 | 10.1400 | $ 4,056.00 | 05/04/2004 | 500 | 9.8900 | $ 4,945.00 | (100) | $ (345.87) | $ (543.13) |
| | 05/04/2004 | 400 | 9.7600 | $ 3,904.00 | 05/04/2004 | 600 | 9.4000 | $ 5,640.00 | (200) | $ (691.74) | $ (1,044.26) |
| | 05/04/2004 | 200 | 10.0900 | $ 2,018.00 | 05/04/2004 | 629 | 9.9300 | $ 6,245.97 | (429) | $ (1,483.78) | $ (2,744.19) |
| | 05/04/2004 | 200 | 10.0100 | $ 2,002.00 | 05/04/2004 | 700 | 9.9200 | $ 6,944.00 | (500) | $ (1,729.35) | $ (3,212.65) |
| | 05/04/2004 | 200 | 10.0200 | $ 2,004.00 | 05/04/2004 | 700 | 9.9200 | $ 6,944.00 | (500) | $ (1,729.35) | $ (3,210.65) |
| | 05/04/2004 | 100 | 10.1400 | $ 1,014.00 | 05/04/2004 | 900 | 10.2000 | $ 9,180.00 | (800) | $ (2,766.96) | $ (5,399.04) |
| | 05/04/2004 | 100 | 10.0800 | $ 1,008.00 | 05/04/2004 | 900 | 9.8600 | $ 8,874.00 | (800) | $ (2,766.96) | $ (5,099.04) |
| | 05/04/2004 | 100 | 10.0800 | $ 1,008.00 | 05/04/2004 | 1,000 | 9.8600 | $ 9,860.00 | (900) | $ (3,112.83) | $ (5,739.17) |
| | 05/04/2004 | 100 | 10.0500 | $ 1,005.00 | 05/04/2004 | 1,000 | 9.4000 | $ 9,400.00 | (900) | $ (3,112.83) | $ (5,282.17) |
| | 05/04/2004 | 100 | 10.0500 | $ 1,005.00 | 05/04/2004 | 1,000 | 9.3900 | $ 9,390.00 | (900) | $ (3,112.83) | $ (5,272.17) |
| | 05/04/2004 | 100 | 10.0300 | $ 1,003.00 | 05/04/2004 | 1,000 | 9.7600 | $ 9,760.00 | (900) | $ (3,112.83) | $ (5,644.17) |
| | 05/04/2004 | 100 | 10.0200 | $ 1,002.00 | 05/05/2004 | 26 | 10.0800 | $ 262.08 | 74 | $ 255.94 | $ 483.98 |
| | 05/04/2004 | 100 | 10.0100 | $ 1,001.00 | 05/05/2004 | 47 | 10.1500 | $ 477.05 | 53 | $ 183.31 | $ 340.64 |
| | 05/04/2004 | 100 | 10.0100 | $ 1,001.00 | 05/05/2004 | 100 | 10.2000 | $ 1,020.00 | 0 | $ - | $ (19.00) |
| | 05/04/2004 | 100 | 10.0200 | $ 1,002.00 | 05/05/2004 | 300 | 10.0800 | $ 3,024.00 | (200) | $ (691.74) | $ (1,330.26) |
| | 05/04/2004 | 100 | 10.0300 | $ 1,003.00 | 05/05/2004 | 674 | 10.0600 | $ 6,780.44 | (574) | $ (1,985.29) | $ (3,792.15) |
| | 05/04/2004 | 100 | 10.0500 | $ 1,005.00 | 05/05/2004 | 1,000 | 10.1800 | $ 10,180.00 | (900) | $ (3,112.83) | $ (6,062.17) |
| | 05/04/2004 | 100 | 10.0500 | $ 1,005.00 | 05/05/2004 | 1,000 | 10.1000 | $ 10,100.00 | (900) | $ (3,112.83) | $ (5,982.17) |
| | 05/04/2004 | 61 | 9.5700 | $ 583.77 | 05/05/2004 | 1,853 | 10.1500 | $ 18,807.95 | (1,792) | $ (6,197.98) | $ (12,026.20) |
| | 05/05/2004 | 800 | 10.3400 | $ 8,272.00 | 05/07/2004 | 4 | 10.4300 | $ 41.72 | 796 | $ 2,753.12 | $ 5,477.16 |
| | 05/05/2004 | 600 | 10.1100 | $ 6,066.00 | 05/07/2004 | 6 | 10.3200 | $ 61.92 | 594 | $ 2,054.47 | $ 3,949.61 |
| | 05/05/2004 | 500 | 10.2500 | $ 5,125.00 | 05/07/2004 | 10 | 10.4200 | $ 104.20 | 490 | $ 1,694.76 | $ 3,326.04 |
| | 05/05/2004 | 500 | 10.2500 | $ 5,125.00 | 05/07/2004 | 10 | 10.4700 | $ 104.70 | 490 | $ 1,694.76 | $ 3,325.54 |
| | 05/05/2004 | 500 | 10.2800 | $ 5,140.00 | 05/07/2004 | 80 | 10.4000 | $ 832.00 | 420 | $ 1,452.65 | $ 2,855.35 |
| | 05/05/2004 | 500 | 10.4200 | $ 5,210.00 | 05/07/2004 | 100 | 10.7900 | $ 1,079.00 | 400 | $ 1,383.48 | $ 2,747.52 |
| | 05/05/2004 | 500 | 10.1300 | $ 5,065.00 | 05/07/2004 | 100 | 10.9900 | $ 1,099.00 | 400 | $ 1,383.48 | $ 2,582.52 |
| | 05/05/2004 | 400 | 10.2800 | $ 4,112.00 | 05/07/2004 | 100 | 10.9100 | $ 1,091.00 | 300 | $ 1,037.61 | $ 1,983.39 |
| | 05/05/2004 | 200 | 10.1100 | $ 2,022.00 | 05/07/2004 | 100 | 11.0600 | $ 1,106.00 | 100 | $ 345.87 | $ 570.13 |

**Class Period: 05/03/2004 - 03/02/2005**    VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)    HOLD PRICE:    $    3.4587

| | | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | |
| PLANTIFF | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/05/2004 | 100 | 10.3400 | 1,034.00 | 05/07/2004 | 147 | 10.3600 | 1,522.92 | (47) | (162.56) | (326.36) |
| | 05/05/2004 | 100 | 10.3400 | 1,034.00 | 05/07/2004 | 153 | 10.4200 | 1,594.26 | (53) | (183.31) | (376.95) |
| | 05/05/2004 | 100 | 10.1100 | 1,011.00 | 05/07/2004 | 190 | 10.4100 | 1,977.90 | (90) | (311.28) | (655.62) |
| | 05/05/2004 | 100 | 10.2800 | 1,028.00 | 05/07/2004 | 200 | 10.4100 | 2,082.00 | (100) | (345.87) | (708.13) |
| | 05/05/2004 | 100 | 10.1100 | 1,011.00 | 05/07/2004 | 233 | 10.8000 | 2,516.40 | (133) | (460.01) | (1,045.39) |
| | 05/06/2004 | 1,880 | 9.2000 | 17,296.00 | 05/07/2004 | 300 | 11.1300 | 3,339.00 | 1,580 | 5,464.74 | 8,492.26 |
| | 05/06/2004 | 1,000 | 9.2000 | 9,200.00 | 05/07/2004 | 300 | 10.8000 | 3,240.00 | 700 | 2,421.09 | 3,538.91 |
| | 05/06/2004 | 120 | 9.2000 | 1,104.00 | 05/07/2004 | 300 | 10.4200 | 3,126.00 | (180) | (622.57) | (1,399.43) |
| | 05/07/2004 | 1,000 | 11.1000 | 11,100.00 | 05/07/2004 | 400 | 10.9100 | 4,364.00 | 600 | 2,075.22 | 4,660.78 |
| | 05/07/2004 | 1,000 | 11.1000 | 11,100.00 | 05/07/2004 | 470 | 11.1500 | 5,240.50 | 530 | 1,833.11 | 4,026.39 |
| | 05/07/2004 | 1,000 | 11.2000 | 11,200.00 | 05/07/2004 | 500 | 10.3700 | 5,185.00 | 500 | 1,729.35 | 4,285.65 |
| | 05/07/2004 | 1,000 | 11.1000 | 11,100.00 | 05/07/2004 | 500 | 10.9000 | 5,450.00 | 500 | 1,729.35 | 3,920.65 |
| | 05/07/2004 | 1,000 | 11.1000 | 11,100.00 | 05/07/2004 | 530 | 11.1500 | 5,909.50 | 470 | 1,625.59 | 3,564.91 |
| | 05/07/2004 | 983 | 11.1200 | 10,930.96 | 05/07/2004 | 600 | 10.4100 | 6,246.00 | 383 | 1,324.68 | 3,360.28 |
| | 05/07/2004 | 712 | 11.2000 | 7,974.40 | 05/07/2004 | 667 | 10.7900 | 7,196.93 | 45 | 155.64 | 621.83 |
| | 05/07/2004 | 610 | 10.3500 | 6,313.50 | 05/07/2004 | 700 | 11.1300 | 7,791.00 | (90) | (311.28) | (1,166.22) |
| | 05/07/2004 | 500 | 11.0800 | 5,540.00 | 05/07/2004 | 700 | 10.8100 | 7,567.00 | (200) | (691.74) | (1,335.26) |
| | 05/07/2004 | 500 | 11.0700 | 5,535.00 | 05/07/2004 | 700 | 10.4000 | 7,280.00 | (200) | (691.74) | (1,053.26) |
| | 05/07/2004 | 500 | 11.0900 | 5,545.00 | 05/07/2004 | 1,000 | 10.8100 | 10,810.00 | (500) | (1,729.35) | (3,535.65) |
| | 05/07/2004 | 500 | 11.0800 | 5,540.00 | 05/07/2004 | 1,000 | 10.8000 | 10,800.00 | (500) | (1,729.35) | (3,530.65) |
| | 05/07/2004 | 500 | 10.4400 | 5,220.00 | 05/10/2004 | 100 | 9.8400 | 984.00 | 400 | 1,383.48 | 2,852.52 |
| | 05/07/2004 | 400 | 11.1700 | 4,468.00 | 05/10/2004 | 300 | 9.8100 | 2,943.00 | 100 | 345.87 | 1,179.13 |
| | 05/07/2004 | 390 | 10.3500 | 4,036.50 | 05/12/2004 | 300 | 9.1600 | 2,748.00 | 90 | 311.28 | 977.22 |
| | 05/07/2004 | 390 | 10.3500 | 4,036.50 | 05/12/2004 | 300 | 9.1400 | 2,742.00 | 90 | 311.28 | 983.22 |
| | 05/07/2004 | 390 | 10.3500 | 4,036.50 | 05/12/2004 | 1,400 | 9.1400 | 12,796.00 | (1,010) | (3,493.28) | (5,266.22) |
| | 05/07/2004 | 300 | 11.1700 | 3,351.00 | 05/12/2004 | 500 | 9.0300 | 4,515.00 | (200) | (691.74) | (472.26) |
| | 05/07/2004 | 200 | 11.1700 | 2,234.00 | 05/18/2004 | 100 | 9.0200 | 902.00 | 100 | 345.87 | 986.13 |
| | 05/07/2004 | 200 | 10.4000 | 2,080.00 | 05/18/2004 | 100 | 8.9600 | 896.00 | 100 | 345.87 | 838.13 |
| | 05/07/2004 | 188 | 11.2000 | 2,105.60 | 05/18/2004 | 100 | 8.9700 | 897.00 | 88 | 304.37 | 904.23 |
| | 05/07/2004 | 125 | 10.4100 | 1,301.25 | 05/18/2004 | 300 | 8.7800 | 2,634.00 | (175) | (605.27) | (727.48) |
| | 05/07/2004 | 100 | 11.2000 | 1,120.00 | 05/18/2004 | 600 | 8.7100 | 5,226.00 | (500) | (1,729.35) | (2,376.65) |
| | 05/07/2004 | 100 | 11.1700 | 1,117.00 | 05/19/2004 | 100 | 8.7400 | 874.00 | 0 | - | 243.00 |
| | 05/07/2004 | 100 | 11.0300 | 1,103.00 | 05/19/2004 | 100 | 8.7800 | 878.00 | 0 | - | 225.00 |
| | 05/07/2004 | 100 | 11.2200 | 1,122.00 | 05/19/2004 | 100 | 8.7300 | 873.00 | 0 | - | 249.00 |
| | 05/07/2004 | 100 | 10.4900 | 1,049.00 | 05/19/2004 | 200 | 8.7400 | 1,748.00 | (100) | (345.87) | (353.13) |
| | 05/07/2004 | 100 | 10.4000 | 1,040.00 | 05/19/2004 | 700 | 8.7400 | 6,118.00 | (600) | (2,075.22) | (3,002.78) |
| | 05/07/2004 | 75 | 10.4100 | 780.75 | 05/21/2004 | 100 | 8.6400 | 864.00 | (25) | (86.47) | 3.22 |
| | 05/07/2004 | 17 | 11.1200 | 189.04 | 05/21/2004 | 100 | 8.7600 | 876.00 | (83) | (287.07) | (399.89) |
| | 05/07/2004 | 10 | 10.5100 | 105.10 | 05/21/2004 | 400 | 8.6800 | 3,472.00 | (390) | (1,348.89) | (2,018.01) |
| | 05/07/2004 | 10 | 10.9700 | 109.70 | 05/21/2004 | 500 | 8.6800 | 4,340.00 | (490) | (1,694.76) | (2,535.54) |
| | 05/10/2004 | 100 | 9.8900 | 989.00 | 05/21/2004 | 500 | 8.5700 | 4,285.00 | (400) | (1,383.48) | (1,912.52) |
| | 05/10/2004 | 100 | 9.8900 | 989.00 | 05/21/2004 | 500 | 8.6800 | 4,340.00 | (400) | (1,383.48) | (1,967.52) |
| | 05/10/2004 | 100 | 9.8900 | 989.00 | 05/21/2004 | 500 | 8.7000 | 4,350.00 | (400) | (1,383.48) | (1,977.52) |
| | 05/10/2004 | 100 | 9.8900 | 989.00 | 05/21/2004 | 1,500 | 8.6500 | 12,975.00 | (1,400) | (4,842.17) | (7,143.83) |
| | 05/12/2004 | 500 | 9.1800 | 4,590.00 | 05/21/2004 | 1,500 | 8.7200 | 13,080.00 | (1,000) | (3,458.70) | (5,031.30) |
| | 05/12/2004 | 500 | 9.1600 | 4,580.00 | 05/21/2004 | 100 | 9.1400 | 914.00 | 400 | 1,383.48 | 2,282.52 |
| | 05/12/2004 | 500 | 9.1600 | 4,580.00 | 05/24/2004 | 100 | 9.5200 | 952.00 | 400 | 1,383.48 | 2,244.52 |
| | 05/12/2004 | 257 | 9.1700 | 2,356.69 | 05/24/2004 | 100 | 9.8700 | 987.00 | 157 | 543.02 | 826.67 |
| | 05/12/2004 | 200 | 9.1800 | 1,836.00 | 05/24/2004 | 100 | 9.5000 | 950.00 | 100 | 345.87 | 540.13 |
| | 05/12/2004 | 43 | 9.1700 | 394.31 | 05/24/2004 | 100 | 9.7500 | 975.00 | (57) | (197.15) | (383.54) |
| | 05/17/2004 | 600 | 8.9500 | 5,370.00 | 05/24/2004 | 100 | 9.7200 | 972.00 | 500 | 1,729.35 | 2,668.65 |
| | 05/17/2004 | 500 | 8.9500 | 4,475.00 | 05/24/2004 | 200 | 9.5100 | 1,902.00 | 300 | 1,037.61 | 1,535.39 |
| | 05/17/2004 | 100 | 8.9500 | 895.00 | 05/24/2004 | 200 | 9.5200 | 1,904.00 | (100) | (345.87) | (663.13) |
| | 05/17/2004 | 100 | 8.9500 | 895.00 | 05/24/2004 | 200 | 9.3300 | 1,866.00 | (100) | (345.87) | (625.13) |
| | 05/17/2004 | 100 | 8.8600 | 886.00 | 05/24/2004 | 300 | 9.1400 | 2,742.00 | (200) | (691.74) | (1,164.26) |
| | 05/17/2004 | 100 | 8.9400 | 894.00 | 05/24/2004 | 500 | 9.3100 | 4,655.00 | (400) | (1,383.48) | (2,377.52) |
| | 05/18/2004 | 500 | 8.6600 | 4,330.00 | 05/24/2004 | 600 | 9.1600 | 5,496.00 | (100) | (345.87) | (820.13) |
| | 05/18/2004 | 500 | 8.6600 | 4,330.00 | 05/24/2004 | 800 | 9.3100 | 7,448.00 | (300) | (1,037.61) | (2,080.39) |
| | 05/18/2004 | 100 | 8.9300 | 893.00 | 05/25/2004 | 100 | 9.9300 | 993.00 | 0 | - | (100.00) |
| | 05/18/2004 | 100 | 8.9000 | 890.00 | 05/26/2004 | 21 | 9.9400 | 208.74 | 79 | 273.24 | 408.02 |
| | 05/18/2004 | 100 | 8.6600 | 866.00 | 05/26/2004 | 25 | 10.4400 | 261.00 | 75 | 259.40 | 345.60 |
| | 05/18/2004 | 100 | 8.6600 | 866.00 | 05/26/2004 | 45 | 10.0800 | 453.60 | 55 | 190.23 | 222.17 |
| | 05/21/2004 | 1,500 | 8.7200 | 13,080.00 | 05/26/2004 | 75 | 10.4400 | 783.00 | 1,425 | 4,928.64 | 7,368.36 |
| | 05/21/2004 | 1,500 | 8.6500 | 12,975.00 | 05/26/2004 | 79 | 9.9400 | 785.26 | 1,421 | 4,914.81 | 7,274.93 |
| | 05/21/2004 | 900 | 8.7400 | 7,866.00 | 05/26/2004 | 100 | 10.4400 | 1,044.00 | 800 | 2,766.96 | 4,055.04 |
| | 05/21/2004 | 500 | 8.6800 | 4,340.00 | 05/26/2004 | 100 | 10.4400 | 1,044.00 | 400 | 1,383.48 | 1,912.52 |
| | 05/21/2004 | 236 | 8.5400 | 2,015.44 | 05/26/2004 | 100 | 10.4400 | 1,044.00 | 136 | 470.38 | 501.06 |
| | 05/21/2004 | 200 | 8.5400 | 1,708.00 | 05/26/2004 | 100 | 10.4400 | 1,044.00 | 100 | 345.87 | 318.13 |
| | 05/21/2004 | 200 | 8.5100 | 1,702.00 | 05/26/2004 | 100 | 10.1000 | 1,010.00 | 100 | 345.87 | 346.13 |
| | 05/21/2004 | 100 | 8.5500 | 855.00 | 05/26/2004 | 100 | 10.4900 | 1,049.00 | 0 | - | (194.00) |
| | 05/21/2004 | 100 | 8.5400 | 854.00 | 05/26/2004 | 100 | 9.8200 | 982.00 | 0 | - | (128.00) |

Class Period: 05/03/2004 - 03/02/2005          VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)          HOLD PRICE:          $     3.4587

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | | | ESTIMATED |
| PLANTIFF | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | LOSSES (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/21/2004 | 100 | 8.6000 | $ 860.00 | 05/26/2004 | 100 | 10.0800 | $ 1,008.00 | 0 | $ - | $ (148.00) |
| | 05/21/2004 | 100 | 8.7400 | $ 874.00 | 05/26/2004 | 100 | 10.1000 | $ 1,010.00 | 0 | $ - | $ (136.00) |
| | 05/21/2004 | 100 | 8.5800 | $ 858.00 | 05/26/2004 | 100 | 10.1400 | $ 1,014.00 | 0 | $ - | $ (156.00) |
| | 05/21/2004 | 64 | 8.5400 | $ 546.56 | 05/26/2004 | 100 | 10.4400 | $ 1,044.00 | (36) | $ (124.51) | $ (372.93) |
| | 05/24/2004 | 600 | 9.1700 | $ 5,502.00 | 05/26/2004 | 200 | 9.9900 | $ 1,998.00 | 400 | $ 1,383.48 | 2,120.52 |
| | 05/24/2004 | 500 | 9.1300 | $ 4,565.00 | 05/26/2004 | 200 | 10.4400 | $ 2,088.00 | 300 | $ 1,037.61 | 1,439.39 |
| | 05/24/2004 | 500 | 9.1300 | $ 4,565.00 | 05/26/2004 | 200 | 9.9400 | $ 1,988.00 | 300 | $ 1,037.61 | 1,539.39 |
| | 05/24/2004 | 400 | 9.3300 | $ 3,732.00 | 05/26/2004 | 200 | 10.0700 | $ 2,014.00 | 200 | $ 691.74 | 1,026.26 |
| | 05/24/2004 | 400 | 9.2000 | $ 3,680.00 | 05/26/2004 | 255 | 10.0800 | $ 2,570.40 | 145 | $ 501.51 | 608.09 |
| | 05/24/2004 | 325 | 9.1300 | $ 2,967.25 | 05/26/2004 | 400 | 10.1400 | $ 4,056.00 | (75) | $ (259.40) | (829.35) |
| | 05/24/2004 | 300 | 9.2300 | $ 2,769.00 | 05/26/2004 | 400 | 10.0900 | $ 4,036.00 | (100) | $ (345.87) | (921.13) |
| | 05/24/2004 | 200 | 9.1400 | $ 1,828.00 | 05/26/2004 | 400 | 10.0300 | $ 4,012.00 | (200) | $ (691.74) | (1,492.26) |
| | 05/24/2004 | 75 | 9.1300 | $ 684.75 | 05/26/2004 | 500 | 10.4400 | $ 5,220.00 | (425) | $ (1,469.95) | (3,065.30) |
| | 05/26/2004 | 1,000 | 10.4900 | $ 10,490.00 | 05/26/2004 | 500 | 10.4800 | $ 5,240.00 | 500 | $ 1,729.35 | 3,520.65 |
| | 05/26/2004 | 1,000 | 10.3800 | $ 10,380.00 | 05/26/2004 | 500 | 10.4800 | $ 5,240.00 | 500 | $ 1,729.35 | 3,410.65 |
| | 05/26/2004 | 1,000 | 10.4800 | $ 10,480.00 | 05/26/2004 | 500 | 10.1500 | $ 5,075.00 | 500 | $ 1,729.35 | 3,675.65 |
| | 05/26/2004 | 1,000 | 10.4900 | $ 10,490.00 | 05/26/2004 | 500 | 10.1800 | $ 5,090.00 | 500 | $ 1,729.35 | 3,670.65 |
| | 05/26/2004 | 977 | 10.3000 | $ 10,063.10 | 05/26/2004 | 500 | 10.1800 | $ 5,090.00 | 477 | $ 1,649.80 | 3,323.30 |
| | 05/26/2004 | 977 | 10.3000 | $ 10,063.10 | 05/26/2004 | 900 | 10.4400 | $ 9,396.00 | 77 | $ 266.32 | 400.78 |
| | 05/26/2004 | 900 | 10.4800 | $ 9,432.00 | 05/26/2004 | 1,000 | 10.2000 | $ 10,200.00 | (100) | $ (345.87) | (422.13) |
| | 05/26/2004 | 800 | 10.4900 | $ 8,392.00 | 05/26/2004 | 1,000 | 10.1500 | $ 10,150.00 | (200) | $ (691.74) | (1,066.26) |
| | 05/26/2004 | 800 | 10.3400 | $ 8,272.00 | 05/26/2004 | 2,000 | 10.4400 | $ 20,880.00 | (1,200) | $ (4,150.43) | (8,457.57) |
| | 05/26/2004 | 500 | 10.3000 | $ 5,150.00 | 05/27/2004 | 200 | 10.1500 | $ 2,030.00 | 300 | $ 1,037.61 | 2,082.39 |
| | 05/26/2004 | 500 | 9.8800 | $ 4,940.00 | 05/27/2004 | 300 | 10.1500 | $ 3,045.00 | 200 | $ 691.74 | 1,203.26 |
| | 05/26/2004 | 500 | 10.3800 | $ 5,190.00 | 05/27/2004 | 500 | 10.7100 | $ 5,355.00 | 0 | $ - | (165.00) |
| | 05/26/2004 | 500 | 9.8500 | $ 4,925.00 | 05/27/2004 | 500 | 10.5900 | $ 5,295.00 | 0 | $ - | (370.00) |
| | 05/26/2004 | 313 | 10.3000 | $ 3,223.90 | 05/27/2004 | 1,000 | 10.5000 | $ 10,500.00 | (687) | $ (2,376.12) | (4,899.98) |
| | 05/26/2004 | 200 | 10.4900 | $ 2,098.00 | 05/27/2004 | 1,000 | 10.4200 | $ 10,420.00 | (800) | $ (2,766.96) | (5,555.04) |
| | 05/26/2004 | 200 | 10.3100 | $ 2,062.00 | 06/02/2004 | 300 | 9.7200 | $ 2,916.00 | (100) | $ (345.87) | (508.13) |
| | 05/26/2004 | 200 | 10.3300 | $ 2,066.00 | 06/02/2004 | 300 | 9.7000 | $ 2,910.00 | (100) | $ (345.87) | (498.13) |
| | 05/26/2004 | 150 | 10.5100 | $ 1,576.50 | 06/02/2004 | 800 | 9.7800 | $ 7,824.00 | (650) | $ (2,248.15) | (3,999.35) |
| | 05/26/2004 | 133 | 10.4000 | $ 1,383.20 | 06/02/2004 | 1,000 | 9.7800 | $ 9,780.00 | (867) | $ (2,998.69) | (5,398.11) |
| | 05/26/2004 | 100 | 10.4800 | $ 1,048.00 | 06/02/2004 | 1,400 | 9.7100 | $ 13,594.00 | (1,300) | $ (4,496.30) | (8,049.70) |
| | 05/26/2004 | 100 | 10.4000 | $ 1,040.00 | 06/03/2004 | 11 | 9.7800 | $ 107.58 | 89 | $ 307.82 | 624.60 |
| | 05/26/2004 | 100 | 10.3800 | $ 1,038.00 | 06/03/2004 | 89 | 9.8000 | $ 872.20 | 11 | $ 38.05 | 127.75 |
| | 05/26/2004 | 100 | 10.2200 | $ 1,022.00 | 06/03/2004 | 100 | 9.7900 | $ 979.00 | 0 | $ - | 43.00 |
| | 05/26/2004 | 100 | 10.3100 | $ 1,031.00 | 06/03/2004 | 100 | 9.8000 | $ 980.00 | 0 | $ - | 51.00 |
| | 05/26/2004 | 100 | 10.3100 | $ 1,031.00 | 06/03/2004 | 300 | 9.8000 | $ 2,940.00 | (200) | $ (691.74) | (1,217.26) |
| | 05/26/2004 | 100 | 10.3300 | $ 1,033.00 | 06/03/2004 | 500 | 9.8000 | $ 4,900.00 | (400) | $ (1,383.48) | (2,483.52) |
| | 05/26/2004 | 100 | 10.3900 | $ 1,039.00 | 06/03/2004 | 500 | 9.8000 | $ 4,900.00 | (400) | $ (1,383.48) | (2,477.52) |
| | 05/26/2004 | 100 | 10.4700 | $ 1,047.00 | 06/03/2004 | 900 | 9.7800 | $ 8,802.00 | (800) | $ (2,766.96) | (4,988.04) |
| | 05/26/2004 | 100 | 10.3000 | $ 1,030.00 | 06/07/2004 | 600 | 8.9700 | $ 5,382.00 | (500) | $ (1,729.35) | (2,622.65) |
| | 05/26/2004 | 100 | 10.3100 | $ 1,031.00 | 06/07/2004 | 100 | 10.0800 | $ 1,008.00 | 0 | $ - | 23.00 |
| | 05/26/2004 | 100 | 10.4700 | $ 1,047.00 | 06/08/2004 | 100 | 10 | $ 1,000.00 | 0 | $ - | 47.00 |
| | 05/26/2004 | 100 | 10.5000 | $ 1,050.00 | 06/08/2004 | 100 | 10.1600 | $ 1,016.00 | 0 | $ - | 34.00 |
| | 05/26/2004 | 87 | 10.3300 | $ 898.71 | 06/08/2004 | 100 | 10.1600 | $ 1,016.00 | (13) | $ (44.96) | (72.33) |
| | 05/26/2004 | 67 | 10.3900 | $ 696.13 | 06/08/2004 | 100 | 10.1700 | $ 1,017.00 | (33) | $ (114.14) | (206.73) |
| | 05/26/2004 | 50 | 10.3300 | $ 516.50 | 06/08/2004 | 100 | 10.3600 | $ 1,036.00 | (50) | $ (172.93) | (346.57) |
| | 05/26/2004 | 23 | 10.3000 | $ 236.90 | 06/08/2004 | 100 | 10.1600 | $ 1,016.00 | (77) | $ (266.32) | (512.78) |
| | 05/26/2004 | 23 | 10.3000 | $ 236.90 | 06/08/2004 | 100 | 10.0800 | $ 1,008.00 | (77) | $ (266.32) | (504.78) |
| | 05/27/2004 | 1,000 | 10.5300 | $ 10,530.00 | 06/08/2004 | 100 | 10.0800 | $ 1,008.00 | 900 | $ 3,112.83 | 6,409.17 |
| | 05/27/2004 | 500 | 10.3500 | $ 5,175.00 | 06/08/2004 | 100 | 10.0800 | $ 1,008.00 | 400 | $ 1,383.48 | 2,783.52 |
| | 05/27/2004 | 300 | 10.5500 | $ 3,165.00 | 06/08/2004 | 100 | 10.0800 | $ 1,008.00 | 200 | $ 691.74 | 1,465.26 |
| | 05/27/2004 | 200 | 10.5200 | $ 2,104.00 | 06/08/2004 | 200 | 10.2000 | $ 2,040.00 | 0 | $ - | 64.00 |
| | 06/01/2004 | 500 | 10.3200 | $ 5,160.00 | 06/08/2004 | 200 | 10.0100 | $ 2,002.00 | 300 | $ 1,037.61 | 2,120.39 |
| | 06/01/2004 | 500 | 10.2800 | $ 5,140.00 | 06/08/2004 | 300 | 9.8700 | $ 2,961.00 | 200 | $ 691.74 | 1,487.26 |
| | 06/01/2004 | 500 | 10.2800 | $ 5,140.00 | 06/08/2004 | 500 | 10.3500 | $ 5,175.00 | 0 | $ - | (35.00) |
| | 06/01/2004 | 482 | 10.2500 | $ 4,940.50 | 06/08/2004 | 500 | 9.9600 | $ 4,980.00 | (18) | $ (62.26) | 22.76 |
| | 06/01/2004 | 300 | 10.2600 | $ 3,078.00 | 06/08/2004 | 500 | 10.0600 | $ 5,030.00 | (200) | $ (691.74) | (1,260.26) |
| | 06/01/2004 | 200 | 10.2100 | $ 2,042.00 | 06/09/2004 | 100 | 9.6500 | $ 965.00 | 100 | $ 345.87 | 731.13 |
| | 06/01/2004 | 18 | 10.2700 | $ 184.86 | 06/09/2004 | 200 | 9.6400 | $ 1,928.00 | (182) | $ (629.48) | (1,113.66) |
| | 06/02/2004 | 500 | 9.8400 | $ 4,920.00 | 06/09/2004 | 300 | 9.6500 | $ 2,895.00 | 200 | $ 691.74 | 1,333.26 |
| | 06/02/2004 | 500 | 10.0200 | $ 5,010.00 | 06/09/2004 | 400 | 9.6400 | $ 3,856.00 | 100 | $ 345.87 | 808.13 |
| | 06/02/2004 | 200 | 9.8500 | $ 1,970.00 | 06/09/2004 | 500 | 9.6900 | $ 4,845.00 | (300) | $ (1,037.61) | (1,837.39) |
| | 06/02/2004 | 100 | 9.8500 | $ 985.00 | 06/09/2004 | 500 | 9.6900 | $ 4,845.00 | (400) | $ (1,383.48) | (2,476.52) |
| | 06/03/2004 | 1,500 | 9.9700 | $ 14,955.00 | 06/09/2004 | 500 | 9.6800 | $ 4,840.00 | 1,000 | $ 3,458.70 | 6,656.30 |
| | 06/03/2004 | 200 | 10 | $ 2,000.00 | 06/09/2004 | 500 | 9.6400 | $ 4,820.00 | (300) | $ (1,037.61) | (1,782.39) |
| | 06/03/2004 | 200 | 9.9800 | $ 1,996.00 | 06/16/2004 | 300 | 9.2800 | $ 2,784.00 | (100) | $ (345.87) | (442.13) |
| | 06/03/2004 | 100 | 9.9900 | $ 999.00 | 06/17/2004 | 100 | 9.3100 | $ 931.00 | 0 | $ - | 68.00 |
| | 06/04/2004 | 600 | 9.5400 | $ 5,724.00 | 06/17/2004 | 100 | 9.2900 | $ 929.00 | 500 | $ 1,729.35 | 3,065.65 |
| | 06/07/2004 | 590 | 9.1500 | $ 5,398.50 | 06/17/2004 | 127 | 9.2900 | $ 1,179.83 | 463 | $ 1,601.38 | 2,617.29 |

Class Period: 05/03/2004 - 03/02/2005          VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)          HOLD PRICE:          $          3.4587

| | | | | | | | | | | ESTIMATED |
| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | | | |
| PLANTIFF | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | LOSSES (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/07/2004 | 10 | $ 9.1400 | $ 91.40 | 06/17/2004 | 500 | $ 9.3000 | $ 4,650.00 | (490) | $ (1,694.76) | $ (2,863.84) |
| | 06/08/2004 | 500 | $ 10.4000 | $ 5,200.00 | 06/17/2004 | 600 | $ 9.3100 | $ 5,586.00 | (100) | $ (345.87) | $ (40.13) |
| | 06/08/2004 | 500 | $ 10.0700 | $ 5,035.00 | 06/17/2004 | 873 | $ 9.3000 | $ 8,118.90 | (373) | $ (1,290.09) | $ (1,793.81) |
| | 06/08/2004 | 400 | $ 10.2100 | $ 4,084.00 | 06/17/2004 | 900 | $ 9.2900 | $ 8,361.00 | (500) | $ (1,729.35) | $ (2,547.65) |
| | 06/08/2004 | 200 | $ 10.1200 | $ 2,024.00 | 06/17/2004 | 900 | $ 9.3000 | $ 8,370.00 | (700) | $ (2,421.09) | $ (3,924.91) |
| | 06/08/2004 | 200 | $ 10.1600 | $ 2,032.00 | 06/17/2004 | 1,000 | $ 9.3400 | $ 9,340.00 | (800) | $ (2,766.96) | $ (4,541.04) |
| | 06/08/2004 | 200 | $ 10.1200 | $ 2,024.00 | 06/17/2004 | 1,000 | $ 9.3200 | $ 9,320.00 | (800) | $ (2,766.96) | $ (4,529.04) |
| | 06/08/2004 | 100 | $ 10.1200 | $ 1,012.00 | 06/17/2004 | 1,000 | $ 9.3800 | $ 9,380.00 | (900) | $ (3,112.83) | $ (5,255.17) |
| | 06/08/2004 | 100 | $ 9.9200 | $ 992.00 | 06/17/2004 | 1,000 | $ 9.3200 | $ 9,320.00 | (900) | $ (3,112.83) | $ (5,215.17) |
| | 06/08/2004 | 100 | $ 10.0100 | $ 1,001.00 | 06/17/2004 | 1,900 | $ 9.2900 | $ 17,651.00 | (1,800) | $ (6,225.65) | $ (10,424.35) |
| | 06/08/2004 | 100 | $ 10.0100 | $ 1,001.00 | 06/17/2004 | 10,000 | $ 9.3137 | $ 93,137.00 | (9,900) | $ (34,241.09) | $ (57,894.91) |
| | 06/08/2004 | 100 | $ 9.9200 | $ 992.00 | 06/18/2004 | 300 | $ 9.2600 | $ 2,778.00 | (200) | $ (691.74) | $ (1,094.26) |
| | 06/08/2004 | 100 | $ 10.3800 | $ 1,038.00 | 06/18/2004 | 2,300 | $ 9.3100 | $ 21,413.00 | (2,200) | $ (7,609.13) | $ (12,765.87) |
| | 06/08/2004 | 100 | $ 10.4000 | $ 1,040.00 | 06/18/2004 | 2,300 | $ 9.1804 | $ 21,114.92 | (2,200) | $ (7,609.13) | $ (12,465.79) |
| | 06/08/2004 | 100 | $ 10.3200 | $ 1,032.00 | 06/18/2004 | 2,300 | $ 9.3100 | $ 21,413.00 | (2,200) | $ (7,609.13) | $ (12,771.87) |
| | 06/08/2004 | 100 | $ 10.2500 | $ 1,025.00 | 06/18/2004 | 36 | $ 8.7600 | $ 315.36 | 64 | $ 221.36 | $ 488.28 |
| | 06/08/2004 | 100 | $ 10.2100 | $ 1,021.00 | 06/22/2004 | 164 | $ 8.7600 | $ 1,436.64 | (64) | $ (221.36) | $ (194.28) |
| | 06/08/2004 | 100 | $ 10.4000 | $ 1,040.00 | 06/22/2004 | 200 | $ 8.7600 | $ 1,752.00 | (100) | $ (345.87) | $ (366.13) |
| | 06/08/2004 | 100 | $ 10.2100 | $ 1,021.00 | 06/22/2004 | 17,000 | $ 9.1852 | $ 156,148.40 | (16,900) | $ (58,451.96) | $ (96,675.44) |
| | 06/09/2004 | 2,500 | $ 9.6100 | $ 24,025.00 | 06/28/2004 | 10 | $ 8.9600 | $ 89.60 | 2,490 | $ 8,612.15 | $ 15,323.25 |
| | 06/09/2004 | 500 | $ 9.6500 | $ 4,825.00 | 06/28/2004 | 90 | $ 8.9600 | $ 806.40 | 410 | $ 1,418.07 | $ 2,600.53 |
| | 06/16/2004 | 300 | $ 9.4100 | $ 2,823.00 | 06/28/2004 | 100 | $ 9.0800 | $ 908.00 | 200 | $ 691.74 | $ 1,223.26 |
| | 06/17/2004 | 10,000 | $ 9.3137 | $ 93,137.00 | 06/28/2004 | 100 | $ 8.9300 | $ 893.00 | 9,900 | $ 34,241.09 | $ 58,002.91 |
| | 06/18/2004 | 2,300 | $ 9.1804 | $ 21,114.92 | 06/28/2004 | 200 | $ 8.9900 | $ 1,798.00 | 2,100 | $ 7,263.26 | $ 12,053.66 |
| | 06/18/2004 | 2,300 | $ 9.3100 | $ 21,413.00 | 06/28/2004 | 500 | $ 8.9900 | $ 4,495.00 | 1,800 | $ 6,225.65 | $ 10,692.35 |
| | 06/18/2004 | 1,200 | $ 9.1900 | $ 11,028.00 | 06/28/2004 | 500 | $ 8.9800 | $ 4,490.00 | 700 | $ 2,421.09 | $ 4,116.91 |
| | 06/18/2004 | 1,100 | $ 9.1700 | $ 10,087.00 | 07/07/2004 | 1,000 | $ 8.1500 | $ 8,150.00 | 100 | $ 345.87 | $ 1,591.13 |
| | 06/18/2004 | 300 | $ 9.3800 | $ 2,814.00 | 07/16/2004 | 200 | $ 6.5300 | $ 1,306.00 | 100 | $ 345.87 | $ 1,162.13 |
| | 06/22/2004 | 17,000 | $ 9.1852 | $ 156,148.40 | 07/21/2004 | 100 | $ 7 | $ 700.00 | 16,900 | $ 58,451.96 | $ 96,996.44 |
| | 06/22/2004 | 2,000 | $ 9.2600 | $ 18,520.00 | 07/21/2004 | 100 | $ 6.8700 | $ 687.00 | 1,900 | $ 6,571.52 | $ 11,261.48 |
| | 06/22/2004 | 1,000 | $ 9.1700 | $ 9,170.00 | 07/21/2004 | 100 | $ 6.8700 | $ 687.00 | 900 | $ 3,112.83 | $ 5,370.17 |
| | 06/22/2004 | 1,000 | $ 9.1100 | $ 9,110.00 | 07/21/2004 | 100 | $ 7 | $ 700.00 | 900 | $ 3,112.83 | $ 5,297.17 |
| | 06/22/2004 | 1,000 | $ 9.2100 | $ 9,210.00 | 07/21/2004 | 100 | $ 7 | $ 700.00 | 900 | $ 3,112.83 | $ 5,397.17 |
| | 06/22/2004 | 1,000 | $ 9.2000 | $ 9,200.00 | 07/21/2004 | 100 | $ 6.9100 | $ 691.00 | 900 | $ 3,112.83 | $ 5,396.17 |
| | 06/22/2004 | 1,000 | $ 9.2000 | $ 9,200.00 | 07/21/2004 | 100 | $ 6.9200 | $ 692.00 | 900 | $ 3,112.83 | $ 5,395.17 |
| | 06/22/2004 | 1,000 | $ 9.1100 | $ 9,110.00 | 07/21/2004 | 200 | $ 7.0100 | $ 1,402.00 | 800 | $ 2,766.96 | $ 4,941.04 |
| | 06/22/2004 | 1,000 | $ 9.1700 | $ 9,170.00 | 07/23/2004 | 200 | $ 6.5500 | $ 1,310.00 | 800 | $ 2,766.96 | $ 5,093.04 |
| | 06/22/2004 | 1,000 | $ 9.1900 | $ 9,190.00 | 08/03/2004 | 80 | $ 7.1400 | $ 571.20 | 920 | $ 3,182.00 | $ 5,436.80 |
| | 06/22/2004 | 1,000 | $ 9.1800 | $ 9,180.00 | 08/03/2004 | 100 | $ 6.7900 | $ 679.00 | 900 | $ 3,112.83 | $ 5,388.17 |
| | 06/22/2004 | 1,000 | $ 9.2000 | $ 9,200.00 | 08/03/2004 | 100 | $ 6.7900 | $ 679.00 | 900 | $ 3,112.83 | $ 5,408.17 |
| | 06/22/2004 | 1,000 | $ 9.1700 | $ 9,170.00 | 08/03/2004 | 100 | $ 6.7900 | $ 679.00 | 900 | $ 3,112.83 | $ 5,378.17 |
| | 06/22/2004 | 1,000 | $ 9.2000 | $ 9,200.00 | 08/03/2004 | 220 | $ 7.1100 | $ 1,564.20 | 780 | $ 2,697.78 | $ 4,938.02 |
| | 06/22/2004 | 1,000 | $ 9.2100 | $ 9,210.00 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 900 | $ 3,112.83 | $ 5,522.17 |
| | 06/22/2004 | 770 | $ 9.1500 | $ 7,045.50 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 670 | $ 2,317.33 | $ 4,153.17 |
| | 06/22/2004 | 770 | $ 9.1700 | $ 7,060.90 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 670 | $ 2,317.33 | $ 4,168.57 |
| | 06/22/2004 | 230 | $ 9.1200 | $ 2,097.60 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 130 | $ 449.63 | $ 1,072.97 |
| | 06/22/2004 | 230 | $ 9.1500 | $ 2,104.50 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 130 | $ 449.63 | $ 1,079.87 |
| | 06/28/2004 | 500 | $ 9.0100 | $ 4,505.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 400 | $ 1,383.48 | $ 2,545.52 |
| | 06/28/2004 | 500 | $ 9.3300 | $ 4,665.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 400 | $ 1,383.48 | $ 2,705.52 |
| | 06/28/2004 | 200 | $ 9.0700 | $ 1,814.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 100 | $ 345.87 | $ 892.13 |
| | 06/28/2004 | 200 | $ 9.0500 | $ 1,810.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 100 | $ 345.87 | $ 888.13 |
| | 06/28/2004 | 100 | $ 9.0700 | $ 907.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 0 | $ - | $ 331.00 |
| | 07/07/2004 | 500 | $ 8.0200 | $ 4,010.00 | 08/05/2004 | 100 | $ 5.7600 | $ 576.00 | 400 | $ 1,383.48 | $ 2,050.52 |
| | 07/07/2004 | 305 | $ 8.0200 | $ 2,446.10 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 205 | $ 709.03 | $ 1,162.07 |
| | 07/07/2004 | 195 | $ 8.0200 | $ 1,563.90 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 95 | $ 328.58 | $ 660.32 |
| | 07/13/2004 | 6,000 | $ 7.2682 | $ 43,609.20 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 5,900 | $ 20,406.30 | $ 22,627.90 |
| | 07/13/2004 | 4,000 | $ 7.2682 | $ 29,072.80 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 3,900 | $ 13,488.91 | $ 15,008.89 |
| | 07/19/2004 | 6,000 | $ 6.4186 | $ 38,511.60 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 5,900 | $ 20,406.30 | $ 17,530.30 |
| | 07/19/2004 | 4,000 | $ 6.4186 | $ 25,674.40 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 3,900 | $ 13,488.91 | $ 11,610.49 |
| | 07/19/2004 | 200 | $ 6.7300 | $ 1,346.00 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 100 | $ 345.87 | $ 425.13 |
| | 07/21/2004 | 200 | $ 7.0200 | $ 1,404.00 | 08/05/2004 | 100 | $ 5.7500 | $ 575.00 | 100 | $ 345.87 | $ 483.13 |
| | 07/21/2004 | 200 | $ 6.9800 | $ 1,396.00 | 08/05/2004 | 200 | $ 5.7500 | $ 1,150.00 | 0 | $ - | $ 246.00 |
| | 07/21/2004 | 200 | $ 6.9800 | $ 1,396.00 | 08/05/2004 | 300 | $ 5.7500 | $ 1,725.00 | (100) | $ (345.87) | $ 16.87 |
| | 07/21/2004 | 150 | $ 7 | $ 1,050.00 | 08/05/2004 | 400 | $ 5.7500 | $ 2,300.00 | (250) | $ (864.67) | $ (385.33) |
| | 07/21/2004 | 100 | $ 6.9800 | $ 698.00 | 08/05/2004 | 500 | $ 5.7600 | $ 2,880.00 | (400) | $ (1,383.48) | $ (798.52) |
| | 07/21/2004 | 50 | $ 7 | $ 350.00 | 08/05/2004 | 500 | $ 5.7500 | $ 2,875.00 | (450) | $ (1,556.41) | $ (968.59) |
| | 07/23/2004 | 200 | $ 6.6400 | $ 1,328.00 | 08/05/2004 | 500 | $ 5.7700 | $ 2,885.00 | (300) | $ (1,037.61) | $ (519.39) |
| | 08/03/2004 | 300 | $ 6.9200 | $ 2,076.00 | 08/05/2004 | 500 | $ 5.7800 | $ 2,890.00 | (200) | $ (691.74) | $ (122.26) |
| | 08/03/2004 | 100 | $ 7.2400 | $ 724.00 | 08/05/2004 | 500 | $ 5.7600 | $ 2,880.00 | (400) | $ (1,383.48) | $ (772.52) |
| | 08/03/2004 | 100 | $ 7.2400 | $ 724.00 | 08/05/2004 | 500 | $ 5.7500 | $ 2,875.00 | (400) | $ (1,383.48) | $ (767.52) |
| | 08/03/2004 | 100 | $ 7.2400 | $ 724.00 | 08/05/2004 | 500 | $ 5.7500 | $ 2,875.00 | (400) | $ (1,383.48) | $ (767.52) |

Class Period: 05/03/2004 - 03/02/2005     VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)     HOLD PRICE:    $   3.4587

| PLANTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES (GAINS) |
| | 08/04/2004 | 1,500 | $ 6.2500 | $ 9,375.00 | 08/05/2004 | 500 | $ 5.6000 | $ 2,800.00 | 1,000 | $ 3,458.70 | $ 3,116.30 |
| | 08/04/2004 | 600 | $ 6.3100 | $ 3,786.00 | 08/05/2004 | 1,000 | $ 5.6500 | $ 5,650.00 | (400) | $ (1,383.48) | $ (480.52) |
| | 08/04/2004 | 500 | $ 6.2500 | $ 3,125.00 | 08/05/2004 | 1,000 | $ 5.7800 | $ 5,780.00 | (500) | $ (1,729.35) | $ (925.65) |
| | 08/04/2004 | 500 | $ 6.3100 | $ 3,155.00 | 08/05/2004 | 1,000 | $ 5.6000 | $ 5,600.00 | (500) | $ (1,729.35) | $ (715.65) |
| | 08/04/2004 | 500 | $ 6.3400 | $ 3,170.00 | 08/05/2004 | 1,200 | $ 5.7500 | $ 6,900.00 | (700) | $ (2,421.09) | $ (1,308.91) |
| | 08/04/2004 | 500 | $ 6.2400 | $ 3,120.00 | 08/05/2004 | 1,300 | $ 5.7000 | $ 7,410.00 | (800) | $ (2,766.96) | $ (1,523.04) |
| | 08/04/2004 | 200 | $ 6.3100 | $ 1,262.00 | 08/05/2004 | 1,500 | $ 5.6000 | $ 8,400.00 | (1,300) | $ (4,496.30) | $ (2,641.70) |
| | 08/04/2004 | 200 | $ 6.3300 | $ 1,266.00 | 08/05/2004 | 1,500 | $ 5.7800 | $ 8,670.00 | (1,300) | $ (4,496.30) | $ (2,907.70) |
| | 08/04/2004 | 200 | $ 6.3100 | $ 1,262.00 | 08/05/2004 | 2,000 | $ 5.7500 | $ 11,500.00 | (1,800) | $ (6,225.65) | $ (4,012.35) |
| | 08/04/2004 | 200 | $ 6.3100 | $ 1,262.00 | 08/05/2004 | 2,000 | $ 5.7800 | $ 11,560.00 | (1,800) | $ (6,225.65) | $ (4,072.35) |
| | 08/04/2004 | 100 | $ 6.3400 | $ 634.00 | 08/11/2004 | 7,500 | $ 5.3000 | $ 39,750.00 | (7,400) | $ (25,594.35) | $ (13,521.65) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 08/26/2004 | 600 | $ 6.3900 | $ 3,834.00 | (500) | $ (1,729.35) | $ (1,470.65) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 100 | $ 7.2500 | $ 725.00 | 0 | $ - | $ (94.00) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 200 | $ 7.2500 | $ 1,450.00 | (100) | $ (345.87) | $ (473.13) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 300 | $ 7.3200 | $ 2,196.00 | (200) | $ (691.74) | $ (873.26) |
| | 08/04/2004 | 100 | $ 6.3300 | $ 633.00 | 09/15/2004 | 300 | $ 7.2500 | $ 2,175.00 | (200) | $ (691.74) | $ (850.26) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 302 | $ 7.3000 | $ 2,204.60 | (202) | $ (698.66) | $ (874.94) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 500 | $ 7.3100 | $ 3,655.00 | (400) | $ (1,383.48) | $ (1,640.52) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 1,271 | $ 7.3000 | $ 9,278.30 | (1,171) | $ (4,050.13) | $ (4,597.17) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 1,398 | $ 7.3300 | $ 10,247.34 | (1,298) | $ (4,489.39) | $ (5,126.95) |
| | 08/04/2004 | 100 | $ 6.3100 | $ 631.00 | 09/15/2004 | 3,229 | $ 7.3000 | $ 23,571.70 | (3,129) | $ (10,822.26) | $ (12,118.44) |
| | 08/05/2004 | 6,000 | $ 5.6000 | $ 33,600.00 | 09/15/2004 | 3,400 | $ 7.2500 | $ 24,650.00 | 2,600 | $ 8,992.61 | $ (42.61) |
| | 08/05/2004 | 6,000 | $ 5.6000 | $ 33,600.00 | 09/27/2004 | 100 | $ 6.6300 | $ 663.00 | 5,900 | $ 20,406.30 | $ 12,530.70 |
| | 08/05/2004 | 6,000 | $ 5.6000 | $ 33,600.00 | 09/27/2004 | 357 | $ 6.6300 | $ 2,366.91 | 5,643 | $ 19,517.42 | $ 11,715.67 |
| | 08/05/2004 | 5,000 | $ 5.6400 | $ 28,200.00 | 09/27/2004 | 400 | $ 6.6300 | $ 2,652.00 | 4,600 | $ 15,910.00 | $ 9,638.00 |
| | 08/05/2004 | 4,000 | $ 5.6000 | $ 22,400.00 | 09/27/2004 | 400 | $ 6.6300 | $ 2,652.00 | 3,600 | $ 12,451.30 | $ 7,296.70 |
| | 08/05/2004 | 4,000 | $ 5.6000 | $ 22,400.00 | 09/27/2004 | 400 | $ 6.6400 | $ 3,320.00 | 3,500 | $ 12,105.43 | $ 6,974.57 |
| | 08/05/2004 | 4,000 | $ 5.6000 | $ 22,400.00 | 09/27/2004 | 500 | $ 6.6400 | $ 3,320.00 | 3,500 | $ 12,105.43 | $ 6,974.57 |
| | 08/05/2004 | 2,000 | $ 5.7900 | $ 11,580.00 | 09/27/2004 | 500 | $ 6.6500 | $ 3,325.00 | 1,500 | $ 5,188.04 | $ 3,066.96 |
| | 08/05/2004 | 1,000 | $ 5.7900 | $ 5,790.00 | 09/27/2004 | 1,000 | $ 6.6400 | $ 6,640.00 | 0 | $ - | $ (850.00) |
| | 08/05/2004 | 1,000 | $ 5.7000 | $ 5,700.00 | 09/27/2004 | 1,711 | $ 6.6400 | $ 11,361.04 | (711) | $ (2,459.13) | $ (3,201.91) |
| | 08/05/2004 | 1,000 | $ 5.8000 | $ 5,800.00 | 09/28/2004 | 2,000 | $ 6.7500 | $ 13,500.00 | (1,000) | $ (3,458.70) | $ (4,241.30) |
| | 08/05/2004 | 1,000 | $ 5.8300 | $ 5,830.00 | 09/28/2004 | 3,000 | $ 6.7500 | $ 20,250.00 | (2,000) | $ (6,917.39) | $ (7,502.61) |
| | 08/05/2004 | 800 | $ 5.7000 | $ 4,560.00 | 10/08/2004 | 100 | $ 6.5900 | $ 659.00 | 700 | $ 2,421.09 | $ 1,479.91 |
| | 08/05/2004 | 700 | $ 5.7900 | $ 4,053.00 | 10/08/2004 | 200 | $ 6.5900 | $ 1,318.00 | 500 | $ 1,729.35 | $ 1,005.65 |
| | 08/05/2004 | 500 | $ 5.8300 | $ 2,915.00 | 10/08/2004 | 300 | $ 6.5900 | $ 1,977.00 | 200 | $ 691.74 | $ 246.26 |
| | 08/05/2004 | 500 | $ 5.7900 | $ 2,895.00 | 10/08/2004 | 2,000 | $ 6.5900 | $ 13,180.00 | (1,500) | $ (5,188.04) | $ (6,096.96) |
| | 08/05/2004 | 500 | $ 5.7800 | $ 2,890.00 | 10/08/2004 | 2,400 | $ 6.5900 | $ 15,816.00 | (1,900) | $ (6,571.52) | $ (6,354.48) |
| | 08/05/2004 | 500 | $ 5.7900 | $ 2,895.00 | 10/13/2004 | 30 | $ 6.5700 | $ 197.10 | 470 | $ 1,625.59 | $ 1,072.31 |
| | 08/05/2004 | 500 | $ 5.8300 | $ 2,915.00 | 10/13/2004 | 100 | $ 6.5700 | $ 657.00 | 400 | $ 1,383.48 | $ 874.52 |
| | 08/05/2004 | 500 | $ 5.7900 | $ 2,895.00 | 10/13/2004 | 100 | $ 6.5700 | $ 657.00 | 400 | $ 1,383.48 | $ 854.52 |
| | 08/05/2004 | 500 | $ 5.7000 | $ 2,850.00 | 10/13/2004 | 100 | $ 6.5700 | $ 657.00 | 400 | $ 1,383.48 | $ 809.52 |
| | 08/05/2004 | 400 | $ 5.7000 | $ 2,280.00 | 10/13/2004 | 100 | $ 6.5700 | $ 657.00 | 300 | $ 1,037.61 | $ 585.39 |
| | 08/05/2004 | 300 | $ 5.7900 | $ 1,737.00 | 10/13/2004 | 130 | $ 6.5700 | $ 854.10 | 170 | $ 587.98 | $ 294.92 |
| | 08/05/2004 | 300 | $ 5.7900 | $ 1,737.00 | 10/13/2004 | 179 | $ 6.5700 | $ 1,176.03 | 121 | $ 418.50 | $ 142.47 |
| | 08/05/2004 | 300 | $ 5.7000 | $ 1,710.00 | 10/13/2004 | 200 | $ 6.5700 | $ 1,314.00 | 100 | $ 345.87 | $ 50.13 |
| | 08/05/2004 | 270 | $ 5.8300 | $ 1,574.10 | 10/13/2004 | 200 | $ 6.5700 | $ 1,314.00 | 70 | $ 242.11 | $ 17.99 |
| | 08/05/2004 | 200 | $ 5.7900 | $ 1,158.00 | 10/13/2004 | 200 | $ 6.5700 | $ 1,314.00 | 0 | $ - | $ (156.00) |
| | 08/05/2004 | 130 | $ 5.8300 | $ 757.90 | 10/13/2004 | 270 | $ 6.5700 | $ 1,773.90 | (140) | $ (484.22) | $ (531.78) |
| | 08/05/2004 | 100 | $ 5.8300 | $ 583.00 | 10/13/2004 | 291 | $ 5.5400 | $ 1,903.14 | (191) | $ (660.61) | $ (659.53) |
| | 08/05/2004 | 100 | $ 5.7900 | $ 579.00 | 10/13/2004 | 300 | $ 6.5700 | $ 1,971.00 | (200) | $ (691.74) | $ (700.26) |
| | 08/05/2004 | 100 | $ 5.7900 | $ 579.00 | 10/13/2004 | 300 | $ 6.5700 | $ 1,971.00 | (200) | $ (691.74) | $ (700.26) |
| | 08/05/2004 | 100 | $ 5.7900 | $ 579.00 | 10/13/2004 | 500 | $ 6.5700 | $ 3,285.00 | (400) | $ (1,383.48) | $ (1,322.52) |
| | 08/09/2004 | 2,500 | $ 5.6200 | $ 14,050.00 | 10/13/2004 | 2,000 | $ 6.5600 | $ 13,120.00 | 500 | $ 1,729.35 | $ (799.35) |
| | 08/30/2004 | 600 | $ 6.5600 | $ 3,936.00 | 10/14/2004 | 100 | $ 6.4400 | $ 644.00 | 500 | $ 1,729.35 | $ 1,562.65 |
| | 08/31/2004 | 3,000 | $ 6.5500 | $ 19,650.00 | 10/14/2004 | 100 | $ 6.5100 | $ 651.00 | 2,900 | $ 10,030.22 | $ 8,968.78 |
| | 09/15/2004 | 1,000 | $ 7.3000 | $ 7,300.00 | 10/14/2004 | 100 | $ 6.5000 | $ 650.00 | 900 | $ 3,112.83 | $ 3,537.17 |
| | 09/15/2004 | 1,000 | $ 7.4400 | $ 7,440.00 | 10/14/2004 | 100 | $ 6.5000 | $ 650.00 | 900 | $ 3,112.83 | $ 3,677.17 |
| | 09/15/2004 | 1,000 | $ 7.4500 | $ 7,450.00 | 10/14/2004 | 100 | $ 6.5000 | $ 650.00 | 900 | $ 3,112.83 | $ 3,687.17 |
| | 09/15/2004 | 1,000 | $ 7.3300 | $ 7,330.00 | 10/14/2004 | 200 | $ 6.4400 | $ 1,288.00 | 800 | $ 2,766.96 | $ 3,275.04 |
| | 09/15/2004 | 1,000 | $ 7.3000 | $ 7,300.00 | 10/14/2004 | 200 | $ 6.5000 | $ 1,300.00 | 800 | $ 2,766.96 | $ 3,233.04 |
| | 09/15/2004 | 600 | $ 7.4500 | $ 4,470.00 | 10/14/2004 | 447 | $ 6.4400 | $ 2,878.68 | 153 | $ 529.18 | $ 1,062.14 |
| | 09/15/2004 | 590 | $ 7.3800 | $ 4,354.20 | 10/14/2004 | 500 | $ 6.4400 | $ 3,220.00 | 90 | $ 311.28 | $ 822.92 |
| | 09/15/2004 | 500 | $ 7.3100 | $ 3,655.00 | 10/14/2004 | 500 | $ 6.5000 | $ 3,250.00 | 0 | $ - | $ 405.00 |
| | 09/15/2004 | 500 | $ 7.3800 | $ 3,690.00 | 10/14/2004 | 500 | $ 6.5000 | $ 3,250.00 | 0 | $ - | $ 440.00 |
| | 09/15/2004 | 500 | $ 7.3100 | $ 3,655.00 | 10/14/2004 | 1,496 | $ 6.5000 | $ 9,724.00 | (996) | $ (3,444.86) | $ (2,624.14) |
| | 09/15/2004 | 500 | $ 7.2500 | $ 3,625.00 | 10/14/2004 | 1,604 | $ 6.5000 | $ 10,426.00 | (1,104) | $ (3,818.40) | $ (2,982.60) |
| | 09/15/2004 | 500 | $ 7.2700 | $ 3,635.00 | 10/14/2004 | 1,685 | $ 6.5000 | $ 10,952.50 | (1,185) | $ (4,098.55) | $ (3,218.95) |
| | 09/15/2004 | 410 | $ 7.3800 | $ 3,025.80 | 10/14/2004 | 1,900 | $ 6.5000 | $ 12,350.00 | (1,490) | $ (5,153.46) | $ (4,170.74) |
| | 09/15/2004 | 410 | $ 7.3800 | $ 3,025.80 | | | | | 410 | $ 1,418.07 | $ 1,607.73 |
| | 09/15/2004 | 400 | $ 7.3100 | $ 2,924.00 | | | | | 400 | $ 1,383.48 | $ 1,540.52 |

Class Period: 05/03/2004 - 03/02/2005          VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)          HOLD PRICE:          $    3.4587

| | | | | | | | | | | ESTIMATED |
| | | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | |
| | | | SHARE | PURCHASE | | | SHARE | SALES | SHARES | ESTIMATED | LOSSES |
| PLANTIFF | DATE | SHARES | PRICE | AMOUNT | DATE | SHARES | PRICE | AMOUNT | HELD | VALUE (2) | (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/15/2004 | 300 | 7.3100 | $ 2,193.00 | | | | | 300 | $ 1,037.61 | $ 1,155.39 |
| | 09/15/2004 | 200 | 7.3100 | $ 1,462.00 | | | | | 200 | $ 691.74 | $ 770.26 |
| | 09/15/2004 | 200 | 7.4600 | $ 1,492.00 | | | | | 200 | $ 691.74 | $ 800.26 |
| | 09/15/2004 | 100 | 7.4500 | $ 745.00 | | | | | 100 | $ 345.87 | $ 399.13 |
| | 09/15/2004 | 100 | 7.3100 | $ 731.00 | | | | | 100 | $ 345.87 | $ 385.13 |
| | 09/15/2004 | 100 | 7.4600 | $ 746.00 | | | | | 100 | $ 345.87 | $ 400.13 |
| | 09/15/2004 | 90 | 7.3800 | $ 664.20 | | | | | 90 | $ 311.28 | $ 352.92 |
| **ELECTRONIC TRADING GROUP, L.L.C. Totals** | | **222,500** | | **$ 1,827,752.99** | | **190,298** | | **$ 1,600,557.51** | **32,202** | **$ 111,376.92** | **$ 115,818.56** |
| | | | | | | | | | | | |
| TURNBERRY ASSET MANAGEMENT | pre-class | 7500 | | | 06/25/2004 | 3,000 | 9.1500 | | | | |
| | | | | | 07/27/2004 | 1,500 | 6.7500 | | | | |
| | | | | | 07/27/2004 | 466 | 6.8500 | | | | |
| | | | | | 08/02/2004 | 100 | 6.8300 | | | | |
| | | | | | 08/02/2004 | 300 | 6.8300 | | | | |
| | | | | | 08/02/2004 | 857 | 6.8500 | | | | |
| | | | | | 08/02/2004 | 43 | 6.8500 | | | | |
| | | | | | 08/02/2004 | 100 | 6.8500 | | | | |
| | | | | | 08/02/2004 | 300 | 6.8600 | | | | |
| | | | | | 08/02/2004 | 300 | 6.8600 | | | | |
| | | | | | 08/02/2004 | 534 | 6.8000 | | | | |
| | | | | | Total: | 7,500 | | | | | |
| | | | | | | | | | | | |
| | 06/23/2004 | 1,900 | 8.7300 | $ 16,587.00 | 08/02/2004 | 466 | 6.8000 | $ 6,800.00 | 34 | $ 117.60 | $ (2,742.60) |
| | 06/23/2004 | 100 | 8.7300 | $ 873.00 | 08/03/2004 | 1,500 | 6.8600 | $ 10,290.00 | (1,000) | $ (3,458.70) | $ (2,656.30) |
| | 06/23/2004 | 200 | 8.7300 | $ 1,746.00 | 08/03/2004 | 500 | 6.8700 | $ 3,435.00 | 0 | $ - | $ 740.00 |
| | 06/23/2004 | 100 | 8.7300 | $ 873.00 | 08/03/2004 | 400 | 7.2000 | $ 2,880.00 | (200) | $ (691.74) | $ (518.26) |
| | 06/23/2004 | 100 | 8.7300 | $ 873.00 | 08/03/2004 | 165 | 7.2100 | $ 1,189.65 | 35 | $ 121.05 | $ 359.30 |
| | 06/23/2004 | 600 | 8.7300 | $ 5,238.00 | 08/03/2004 | 1,489 | 7.2300 | $ 10,765.47 | (1,389) | $ (4,804.13) | $ (5,126.34) |
| | 07/01/2004 | 100 | 8.3100 | $ 831.00 | 08/04/2004 | 118 | 6.2700 | $ 739.86 | (18) | $ (62.26) | $ 157.40 |
| | 07/01/2004 | 300 | 8.3100 | $ 2,493.00 | 08/04/2004 | 100 | 6.2700 | $ 627.00 | 300 | $ 1,037.61 | $ 1,671.39 |
| | 07/01/2004 | 400 | 8.3100 | $ 3,324.00 | 08/04/2004 | 800 | 6.2700 | $ 5,016.00 | (700) | $ (2,421.09) | $ (1,831.91) |
| | 07/01/2004 | 100 | 8.3100 | $ 831.00 | 08/04/2004 | 382 | 6.2700 | $ 2,395.14 | (282) | $ (975.35) | $ (656.79) |
| | 07/01/2004 | 100 | 8.3100 | $ 831.00 | 08/04/2004 | 100 | 6.2700 | $ 627.00 | 0 | $ - | $ 136.00 |
| | 07/01/2004 | 500 | 8.3500 | $ 4,175.00 | 08/04/2004 | 500 | 6.2700 | $ 3,135.00 | (100) | $ (345.87) | $ 262.87 |
| | 07/01/2004 | 500 | 8.3500 | $ 4,175.00 | 08/04/2004 | 234 | 6.5000 | $ 1,521.00 | 666 | $ 2,303.49 | $ 3,042.51 |
| | 07/01/2004 | 200 | 8.3500 | $ 1,670.00 | 08/04/2004 | 1,400 | 6.5000 | $ 9,100.00 | (1,300) | $ (4,496.30) | $ (3,840.70) |
| | 07/01/2004 | 200 | 8.3500 | $ 1,670.00 | 08/04/2004 | 200 | 6.5000 | $ 1,300.00 | (100) | $ (345.87) | $ (191.13) |
| | 07/01/2004 | 100 | 8.3500 | $ 835.00 | 08/04/2004 | 166 | 6.5000 | $ 1,079.00 | 34 | $ 117.60 | $ 327.40 |
| | 07/01/2004 | 100 | 8.3500 | $ 835.00 | 08/04/2004 | 1,700 | 6.5900 | $ 11,203.00 | (1,600) | $ (5,533.91) | $ (5,039.09) |
| | 07/01/2004 | 400 | 8.3400 | $ 3,336.00 | 08/04/2004 | 100 | 6.6000 | $ 660.00 | 600 | $ 2,075.22 | $ 1,674.78 |
| | 07/08/2004 | 100 | 7.6300 | $ 763.00 | 08/04/2004 | 100 | 6.6100 | $ 661.00 | 0 | $ - | $ (31.00) |
| | 07/08/2004 | 100 | 7.6300 | $ 763.00 | 08/04/2004 | 100 | 6.6300 | $ 663.00 | 400 | $ 1,383.48 | $ 1,103.52 |
| | 07/08/2004 | 100 | 7.6300 | $ 763.00 | 08/04/2004 | 300 | 6.0600 | $ 1,818.00 | (200) | $ (691.74) | $ (496.26) |
| | 07/08/2004 | 400 | 7.6300 | $ 3,052.00 | 08/04/2004 | 50 | 6.0900 | $ 304.50 | 50 | $ 172.93 | $ 152.57 |
| | 07/08/2004 | 900 | 7.6300 | $ 6,867.00 | 08/05/2004 | 4,500 | 5.7000 | $ 25,650.00 | 500 | $ 1,729.35 | $ 120.65 |
| | 07/08/2004 | 100 | 7.6300 | $ 763.00 | 08/05/2004 | 500 | 5.7100 | $ 2,855.00 | 19,500 | $ 67,444.57 | $ 39,700.43 |
| | 07/08/2004 | 100 | 7.6300 | $ 763.00 | 08/10/2004 | 3,000 | 5.6700 | $ 17,010.00 | (2,500) | $ (8,646.74) | $ (5,588.26) |
| | 07/08/2004 | 200 | 7.6200 | $ 1,524.00 | 08/16/2004 | 2,000 | 5.5000 | $ 11,000.00 | (1,500) | $ (5,188.04) | $ (3,036.96) |
| | 07/28/2004 | 100 | 6.3000 | $ 630.00 | 08/17/2004 | 500 | 5.8200 | $ 2,910.00 | 0 | $ - | $ (135.00) |
| | 07/28/2004 | 700 | 6.3000 | $ 4,410.00 | 08/17/2004 | 500 | 5.8200 | $ 2,910.00 | 1,000 | $ 3,458.70 | $ 1,776.30 |
| | 07/28/2004 | 100 | 6.3000 | $ 630.00 | 08/17/2004 | 100 | 5.8900 | $ 589.00 | 250 | $ 864.67 | $ 495.83 |
| | 07/28/2004 | 500 | 6.3000 | $ 3,150.00 | 08/17/2004 | 300 | 5.8900 | $ 1,767.00 | 9,700 | $ 33,549.35 | $ 20,533.65 |
| | 07/28/2004 | 100 | 6.3000 | $ 630.00 | 08/17/2004 | 100 | 5.8900 | $ 589.00 | 600 | $ 2,075.22 | $ 1,073.78 |
| | 07/28/2004 | 100 | 6.3000 | $ 630.00 | 08/17/2004 | 500 | 5.8900 | $ 2,945.00 | (200) | $ (691.74) | $ (651.26) |
| | 08/05/2004 | 5,000 | 5.5000 | $ 27,500.00 | 08/18/2004 | 2,000 | 6.0500 | $ 12,100.00 | (1,500) | $ (5,188.04) | $ (4,236.96) |
| | 08/05/2004 | 20,000 | 5.5000 | $ 110,000.00 | 08/23/2004 | 2,000 | 6.2800 | $ 12,560.00 | (1,900) | $ (6,571.52) | $ (5,453.48) |
| | 08/06/2004 | 500 | 5.5500 | $ 2,775.00 | 09/01/2004 | 1,000 | 6.7100 | $ 6,710.00 | (900) | $ (3,112.83) | $ (3,062.17) |
| | 08/06/2004 | 500 | 5.5500 | $ 2,775.00 | 09/01/2004 | 1,000 | 6.8100 | $ 6,810.00 | (700) | $ (2,421.09) | $ (2,792.91) |
| | 08/06/2004 | 500 | 5.5500 | $ 2,775.00 | 09/07/2004 | 500 | 6.6100 | $ 3,305.00 | 300 | $ 1,037.61 | $ 881.39 |
| | 08/06/2004 | 1,500 | 5.4300 | $ 8,145.00 | 09/07/2004 | 500 | 6.6100 | $ 3,305.00 | 500 | $ 1,729.35 | $ 1,495.65 |
| | 08/06/2004 | 350 | 5.5700 | $ 1,949.50 | 09/07/2004 | 500 | 6.6100 | $ 3,305.00 | 200 | $ 691.74 | $ 581.26 |
| | 08/09/2004 | 10,000 | 5.5850 | $ 55,850.00 | 09/07/2004 | 500 | 6.6100 | $ 3,305.00 | (189) | $ (653.69) | $ (673.35) |
| | 08/12/2004 | 700 | 5.3400 | $ 3,738.00 | 09/28/2004 | 2,000 | 6.7800 | $ 13,560.00 | (1,900) | $ (6,571.52) | $ (6,352.48) |
| | 08/12/2004 | 300 | 5.3400 | $ 1,602.00 | 10/04/2004 | 1,500 | 6.1300 | $ 9,195.00 | (1,400) | $ (4,842.17) | $ (3,716.83) |
| | 08/12/2004 | 500 | 5.3500 | $ 2,675.00 | 10/05/2004 | 1,500 | 6.1900 | $ 9,285.00 | (1,100) | $ (3,804.57) | $ (2,936.43) |
| | 08/12/2004 | 100 | 5.3500 | $ 535.00 | 10/06/2004 | 2,000 | 6.3800 | $ 12,760.00 | (1,434) | $ (4,959.77) | $ (4,200.47) |
| | 08/12/2004 | 100 | 5.3500 | $ 535.00 | 10/07/2004 | 1,000 | 6.7200 | $ 6,720.00 | (977) | $ (3,379.15) | $ (3,194.57) |
| | 08/12/2004 | 300 | 5.3200 | $ 1,596.00 | 10/21/2004 | 100 | 6.9200 | $ 692.00 | 900 | $ 3,112.83 | $ 2,575.17 |
| | 08/25/2004 | 800 | 6.5300 | $ 5,224.00 | 10/21/2004 | 500 | 6.9200 | $ 3,460.00 | (400) | $ (1,383.48) | $ (1,428.52) |

Class Period: 05/03/2004 - 03/02/2005  VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)  HOLD PRICE:  $  3.4587

| | | | | | | | | | ESTIMATED |
| PLANTIFF | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | | LOSSES |
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/25/2004 | 1,000 | 6.5300 | $ 6,530.00 | 10/21/2004 | 500 | 6.9200 | $ 3,460.00 | (300) | $ (1,037.61) | $ (1,126.39) |
| | 08/25/2004 | 700 | 6.5400 | $ 4,578.00 | 10/21/2004 | 216 | 6.9300 | $ 1,496.88 | (16) | $ (55.34) | $ (145.54) |
| | 08/26/2004 | 311 | 6.3600 | $ 1,977.96 | 10/21/2004 | 100 | 6.9300 | $ 693.00 | 400 | $ 1,383.48 | $ 1,163.52 |
| | 08/26/2004 | 100 | 6.3600 | $ 636.00 | 10/21/2004 | 500 | 6.9300 | $ 3,465.00 | 500 | $ 1,729.35 | $ 1,275.65 |
| | 08/26/2004 | 100 | 6.3600 | $ 636.00 | 10/21/2004 | 484 | 6.9300 | $ 3,354.12 | (384) | $ (1,328.14) | $ (1,389.98) |
| | 08/26/2004 | 400 | 6.3600 | $ 2,544.00 | 10/21/2004 | 100 | 6.9300 | $ 693.00 | 400 | $ 1,383.48 | $ 1,103.52 |
| | 08/26/2004 | 566 | 6.3600 | $ 3,599.76 | 10/21/2004 | 200 | 6.9300 | $ 1,386.00 | 200 | $ 691.74 | $ 466.26 |
| | 08/26/2004 | 23 | 6.3600 | $ 146.28 | 10/21/2004 | 400 | 6.9300 | $ 2,772.00 | (300) | $ (1,037.61) | $ (1,057.39) |
| | 08/26/2004 | 1,000 | 6.3800 | $ 6,380.00 | 10/21/2004 | 500 | 6.9300 | $ 3,465.00 | (200) | $ (691.74) | $ (967.26) |
| | 08/30/2004 | 100 | 6.4800 | $ 648.00 | 10/25/2004 | 2,500 | 7.0500 | $ 17,625.00 | (1,800) | $ (6,225.65) | $ (7,178.35) |
| | 08/30/2004 | 200 | 6.4800 | $ 1,296.00 | 10/26/2004 | 2,500 | 7.2000 | $ 18,000.00 | (1,500) | $ (5,188.04) | $ (6,761.96) |
| | 08/30/2004 | 200 | 6.4800 | $ 1,296.00 | 10/27/2004 | 500 | 7.3500 | $ 3,675.00 | 1,500 | $ 5,188.04 | $ 3,296.96 |
| | 08/30/2004 | 500 | 6.4800 | $ 3,240.00 | 10/27/2004 | 100 | 7.3500 | $ 735.00 | 800 | $ 2,766.96 | $ 1,979.04 |
| | 08/30/2004 | 1,000 | 6.4700 | $ 6,470.00 | 10/27/2004 | 500 | 7.3500 | $ 3,675.00 | 1,500 | $ 5,188.04 | $ 3,476.96 |
| | 08/31/2004 | 100 | 6.3600 | $ 636.00 | 10/27/2004 | 200 | 7.4200 | $ 1,484.00 | 200 | $ 691.74 | $ 360.26 |
| | 08/31/2004 | 500 | 6.3600 | $ 3,180.00 | 10/27/2004 | 100 | 7.4200 | $ 742.00 | 0 | $ - | $ (108.00) |
| | 08/31/2004 | 400 | 6.3600 | $ 2,544.00 | 10/27/2004 | 100 | 7.4200 | $ 742.00 | 400 | $ 1,383.48 | $ 1,044.52 |
| | 09/09/2004 | 100 | 6.7700 | $ 677.00 | 10/27/2004 | 100 | 7.4200 | $ 742.00 | 900 | $ 3,112.83 | $ 2,505.17 |
| | 09/29/2004 | 300 | 6.0200 | $ 1,806.00 | 11/04/2004 | 1,000 | 7.4900 | $ 7,490.00 | (300) | $ (1,037.61) | $ (1,965.39) |
| | 09/29/2004 | 700 | 6.0300 | $ 4,221.00 | 11/30/2004 | 350 | 8.0500 | $ 2,817.50 | (150) | $ (518.80) | $ (1,014.70) |
| | 09/29/2004 | 1,000 | 6.0500 | $ 6,050.00 | 11/30/2004 | 500 | 8.0500 | $ 4,025.00 | (400) | $ (1,383.48) | $ (1,987.52) |
| | 09/29/2004 | 2,000 | 6.0800 | $ 12,160.00 | 11/30/2004 | 1,000 | 8.0600 | $ 8,060.00 | 0 | $ - | $ (1,420.00) |
| | 09/29/2004 | 900 | 6.0900 | $ 5,481.00 | 12/02/2004 | 100 | 8.2400 | $ 824.00 | 300 | $ 1,037.61 | $ 818.39 |
| | 09/29/2004 | 2,000 | 6.1700 | $ 12,340.00 | 12/07/2004 | 500 | 8.4000 | $ 4,200.00 | 0 | $ - | $ (850.00) |
| | 10/06/2004 | 400 | 6.3400 | $ 2,536.00 | 12/07/2004 | 500 | 8.4000 | $ 4,200.00 | (400) | $ (1,383.48) | $ (2,146.52) |
| | 10/06/2004 | 100 | 6.3400 | $ 634.00 | 12/07/2004 | 400 | 8.4000 | $ 3,360.00 | (300) | $ (1,037.61) | $ (1,671.39) |
| | 10/06/2004 | 500 | 6.3400 | $ 3,170.00 | 12/07/2004 | 100 | 8.4000 | $ 840.00 | 800 | $ 2,766.96 | $ 2,279.04 |
| | 10/06/2004 | 1,000 | 6.3600 | $ 6,360.00 | 12/07/2004 | 500 | 8.4000 | $ 4,200.00 | (400) | $ (1,383.48) | $ (2,144.52) |
| | 10/06/2004 | 700 | 6.4100 | $ 4,487.00 | 12/07/2004 | 1,000 | 8.6500 | $ 8,650.00 | (900) | $ (3,112.83) | $ (4,851.17) |
| | 10/06/2004 | 200 | 6.4200 | $ 1,284.00 | 12/09/2004 | 1,000 | 8.0500 | $ 8,050.00 | (966) | $ (3,341.10) | $ (4,461.38) |
| | 10/06/2004 | 100 | 6.5400 | $ 654.00 | 12/13/2004 | 900 | 8.4200 | $ 7,578.00 | (800) | $ (2,766.96) | $ (4,083.04) |
| | 10/08/2004 | 1,000 | 6.6400 | $ 6,640.00 | 12/13/2004 | 100 | 8.4200 | $ 842.00 | 366 | $ 1,265.88 | $ 1,284.60 |
| | 10/12/2004 | 400 | 6.7000 | $ 2,680.00 | 12/13/2004 | 1,200 | 8.1900 | $ 9,828.00 | (900) | $ (3,112.83) | $ (4,531.17) |
| | 10/12/2004 | 500 | 6.7000 | $ 3,350.00 | 12/13/2004 | 300 | 8.2000 | $ 2,460.00 | (200) | $ (691.74) | $ (1,042.26) |
| | 10/12/2004 | 100 | 6.7000 | $ 670.00 | 12/13/2004 | 1,500 | 8.3000 | $ 12,450.00 | (1,400) | $ (4,842.17) | $ (6,862.83) |
| | 10/13/2004 | 100 | 6.5100 | $ 651.00 | 12/13/2004 | 1,000 | 8.5500 | $ 8,550.00 | (900) | $ (3,112.83) | $ (4,753.17) |
| | 10/13/2004 | 900 | 6.5400 | $ 5,886.00 | 12/13/2004 | 1,500 | 8.7300 | $ 13,095.00 | (700) | $ (2,421.09) | $ (5,089.91) |
| | 10/19/2004 | 100 | 6.7200 | $ 672.00 | 12/13/2004 | 1,500 | 8.8500 | $ 13,275.00 | (1,000) | $ (3,458.70) | $ (6,466.30) |
| | 10/22/2004 | 100 | 6.8600 | $ 686.00 | 12/14/2004 | 200 | 8.2700 | $ 1,654.00 | 200 | $ 691.74 | $ 334.26 |
| | 11/05/2004 | 34 | 7.2800 | $ 247.52 | 12/14/2004 | 500 | 8.2700 | $ 4,135.00 | (400) | $ (1,383.48) | $ (2,081.52) |
| | 11/05/2004 | 100 | 7.2800 | $ 728.00 | 12/14/2004 | 300 | 8.3100 | $ 2,493.00 | 700 | $ 2,421.09 | $ 1,775.91 |
| | 11/05/2004 | 466 | 7.2800 | $ 3,392.48 | 12/15/2004 | 200 | 8.5000 | $ 1,700.00 | 1,800 | $ 6,225.65 | $ 5,794.35 |
| | 11/05/2004 | 300 | 7.2800 | $ 2,184.00 | 12/22/2004 | 2,000 | 8.7500 | $ 17,500.00 | (1,500) | $ (5,188.04) | $ (8,796.96) |
| | 11/05/2004 | 100 | 7.2600 | $ 726.00 | 12/28/2004 | 5,000 | 9.2981 | $ 46,490.50 | (4,900) | $ (16,947.61) | $ (28,839.89) |
| | 11/05/2004 | 100 | 7.4500 | $ 745.00 | 01/13/2005 | 1,000 | 8.0800 | $ 8,080.00 | (879) | $ (3,040.19) | $ (4,189.18) |
| | 11/15/2004 | 100 | 6.8400 | $ 684.00 | 01/20/2005 | 1,250 | 7.7000 | $ 9,625.00 | (1,150) | $ (3,977.50) | $ (4,944.50) |
| | 11/16/2004 | 800 | 6.9800 | $ 5,584.00 | 01/21/2005 | 100 | 7.6300 | $ 763.00 | 400 | $ 1,383.48 | $ 1,368.52 |
| | 11/22/2004 | 500 | 6.7000 | $ 3,350.00 | 01/21/2005 | 400 | 7.6300 | $ 3,052.00 | (300) | $ (1,037.61) | $ (1,311.39) |
| | 11/22/2004 | 400 | 6.7000 | $ 2,680.00 | 01/21/2005 | 500 | 7.6300 | $ 3,815.00 | (400) | $ (1,383.48) | $ (1,728.52) |
| | 11/22/2004 | 100 | 6.7000 | $ 670.00 | 01/21/2005 | 1,050 | 7.5300 | $ 7,906.50 | (950) | $ (3,285.76) | $ (3,917.74) |
| | 11/22/2004 | 1,000 | 6.6900 | $ 6,690.00 | 01/21/2005 | 1,000 | 7.5600 | $ 7,560.00 | (700) | $ (2,421.09) | $ (3,029.91) |
| | 11/24/2004 | 2,000 | 6.8600 | $ 13,720.00 | 01/28/2005 | 100 | 7.4000 | $ 740.00 | (21) | $ (72.63) | $ (112.00) |
| | 11/26/2004 | 500 | 7.0300 | $ 3,515.00 | 01/28/2005 | 100 | 7.4000 | $ 740.00 | 400 | $ 1,383.48 | $ 1,886.52 |
| | 11/26/2004 | 100 | 7.0300 | $ 703.00 | 01/28/2005 | 800 | 7.4000 | $ 5,920.00 | (400) | $ (1,383.48) | $ (1,328.52) |
| | 11/26/2004 | 121 | 7.0300 | $ 850.63 | 02/03/2005 | 1,000 | 7.4200 | $ 7,420.00 | (700) | $ (2,421.09) | $ (2,592.91) |
| | 11/26/2004 | 100 | 7.0300 | $ 703.00 | 02/09/2005 | 1,000 | 6.1000 | $ 6,100.00 | (800) | $ (2,766.96) | $ (1,729.04) |
| | 11/26/2004 | 500 | 7.0300 | $ 3,515.00 | 02/10/2005 | 200 | 6.0000 | $ 1,200.00 | (100) | $ (345.87) | $ (52.13) |
| | 11/26/2004 | 100 | 7.0300 | $ 703.00 | 02/10/2005 | 500 | 6.0000 | $ 3,000.00 | (400) | $ (1,383.48) | $ (814.52) |
| | 11/26/2004 | 100 | 7.0300 | $ 703.00 | 02/10/2005 | 300 | 6.0000 | $ 1,800.00 | 200 | $ 691.74 | $ 1,518.26 |
| | 11/26/2004 | 300 | 7.0300 | $ 2,109.00 | 02/16/2005 | 500 | 5.7900 | $ 2,895.00 | 0 | $ - | $ 1,115.00 |
| | 11/26/2004 | 79 | 7.0300 | $ 555.37 | 02/16/2005 | 300 | 5.7900 | $ 1,737.00 | (100) | $ (345.87) | $ 208.87 |
| | 12/01/2004 | 500 | 8.0200 | $ 4,010.00 | 02/16/2005 | 300 | 5.7900 | $ 1,737.00 | (250) | $ (864.67) | $ (470.83) |
| | 12/01/2004 | 400 | 8.0200 | $ 3,208.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 100 | $ 345.87 | $ 683.13 |
| | 12/01/2004 | 300 | 8.0200 | $ 2,406.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 1,800 | $ 6,225.65 | $ 8,547.35 |
| | 12/01/2004 | 200 | 8.0200 | $ 1,604.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 0 | $ - | $ 234.00 |
| | 12/01/2004 | 100 | 8.0200 | $ 802.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 800 | $ 2,766.96 | $ 3,917.04 |
| | 12/01/2004 | 100 | 8.0200 | $ 802.00 | 02/16/2005 | 73 | 5.7900 | $ 422.67 | 427 | $ 1,476.86 | $ 2,150.47 |
| | 12/01/2004 | 100 | 8.0200 | $ 802.00 | 02/16/2005 | 27 | 5.7900 | $ 156.33 | 473 | $ 1,635.96 | $ 2,257.71 |
| | 12/01/2004 | 500 | 8.0200 | $ 4,010.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 900 | $ 3,112.83 | $ 4,168.17 |
| | 12/01/2004 | 500 | 8.0200 | $ 4,010.00 | 02/16/2005 | 500 | 5.7900 | $ 2,895.00 | 500 | $ 1,729.35 | $ 3,435.65 |
| | 12/01/2004 | 200 | 8.0000 | $ 1,600.00 | 02/16/2005 | 300 | 5.7900 | $ 1,737.00 | (250) | $ (864.67) | $ (464.33) |

Class Period: 05/03/2004 - 03/02/2005                    VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)                    HOLD PRICE:         $         3.4587

| | | | | | | | | | | ESTIMATED |
| | | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | |
| | | | SHARE | PURCHASE | | | SHARE | SALES | SHARES | ESTIMATED | LOSSES |
| PLANTIFF | DATE | SHARES | PRICE | AMOUNT | DATE | SHARES | PRICE | AMOUNT | HELD | VALUE (2) | (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/01/2004 | 50 | 8.0300 | $ 401.50 | 02/16/2005 | 500 | 5.7900 | $ 2,895.00 | 0 | $ - | $ 1,185.00 |
| | 12/03/2004 | 200 | 8.0400 | $ 1,608.00 | 02/16/2005 | 500 | 5.7900 | $ 2,895.00 | (300) | $ (1,037.61) | $ (225.39) |
| | 12/06/2004 | 1,900 | 8.0800 | $ 15,352.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 100 | $ 345.87 | $ 707.13 |
| | 12/06/2004 | 100 | 8.1300 | $ 813.00 | 02/16/2005 | 42 | 5.7900 | $ 243.18 | 8 | $ 27.67 | $ 136.15 |
| | 12/07/2004 | 900 | 8.0700 | $ 7,263.00 | 02/16/2005 | 100 | 5.7900 | $ 579.00 | 900 | $ 3,112.83 | $ 4,708.17 |
| | 12/08/2004 | 500 | 8.1000 | $ 4,050.00 | 02/25/2005 | 13 | 5.9500 | $ 77.35 | 987 | $ 3,413.73 | $ 4,958.92 |
| | 12/08/2004 | 500 | 8.1000 | $ 4,050.00 | 02/25/2005 | 87 | 5.9500 | $ 517.65 | 4,913 | $ 16,992.57 | $ 25,089.78 |
| | 12/08/2004 | 1,000 | 7.8600 | $ 7,860.00 | 02/25/2005 | 300 | 5.9500 | $ 1,785.00 | 200 | $ 691.74 | $ 1,938.26 |
| | 12/08/2004 | 1,000 | 8.0600 | $ 8,060.00 | 02/25/2005 | 600 | 5.9500 | $ 3,570.00 | (500) | $ (1,729.35) | $ (957.65) |
| | 12/14/2004 | 50 | 8.1600 | $ 408.00 | 02/25/2005 | 900 | 6.0500 | $ 5,445.00 | (620) | $ (2,144.39) | $ (828.21) |
| | 12/14/2004 | 500 | 8.1600 | $ 4,080.00 | 02/25/2005 | 100 | 6.0500 | $ 605.00 | 100 | $ 345.87 | $ 815.13 |
| | 12/14/2004 | 200 | 8.1600 | $ 1,632.00 | 03/01/2005 | 300 | 5.9300 | $ 1,779.00 | 700 | $ 2,421.09 | $ 4,579.91 |
| | 12/14/2004 | 200 | 8.1600 | $ 1,632.00 | 03/01/2005 | 400 | 5.9300 | $ 2,372.00 | (280) | $ (968.43) | $ (347.57) |
| | 12/14/2004 | 50 | 8.1400 | $ 407.00 | 03/01/2005 | 100 | 5.9300 | $ 593.00 | 900 | $ 3,112.83 | $ 4,674.17 |
| | 12/14/2004 | 1,000 | 8.4000 | $ 8,400.00 | 03/01/2005 | 100 | 5.9300 | $ 593.00 | 900 | $ 3,112.83 | $ 4,854.17 |
| | 12/14/2004 | 1,000 | 8.4500 | $ 8,450.00 | 03/01/2005 | 100 | 5.9000 | $ 590.00 | 400 | $ 1,383.48 | $ 2,331.52 |
| | 12/27/2004 | 5,000 | 8.5200 | $ 42,600.00 | 03/01/2005 | 300 | 5.9000 | $ 1,770.00 | 700 | $ 2,421.09 | $ 4,428.91 |
| | 01/04/2005 | 500 | 8.8300 | $ 4,415.00 | 03/01/2005 | 100 | 5.9000 | $ 590.00 | 900 | $ 3,112.83 | $ 4,957.17 |
| | 01/04/2005 | 100 | 8.8300 | $ 883.00 | 03/01/2005 | 500 | 5.9000 | $ 2,950.00 | 0 | $ - | $ 1,395.00 |
| | 01/04/2005 | 280 | 8.8300 | $ 2,472.40 | 03/01/2005 | 800 | 5.9600 | $ 4,768.00 | 4,200 | $ 14,526.52 | $ 23,455.48 |
| | 01/04/2005 | 200 | 8.8300 | $ 1,766.00 | 03/01/2005 | 500 | 5.9700 | $ 2,985.00 | 500 | $ 1,729.35 | $ 3,065.65 |
| | 01/04/2005 | 1,000 | 8.7800 | $ 8,780.00 | 03/01/2005 | 100 | 5.9800 | $ 598.00 | 48 | $ 166.02 | $ 396.30 |
| | 01/04/2005 | 120 | 8.8000 | $ 1,056.00 | 03/01/2005 | 500 | 5.9900 | $ 2,995.00 | (414) | $ (1,431.90) | $ (888.86) |
| | 01/05/2005 | 1,000 | 8.3800 | $ 8,380.00 | 03/01/2005 | 100 | 5.9900 | $ 599.00 | 0 | $ - | $ 185.00 |
| | 01/05/2005 | 1,000 | 8.5600 | $ 8,560.00 | | | | | 366 | $ 1,265.88 | $ 1,603.56 |
| | 01/05/2005 | 500 | 8.6100 | $ 4,305.00 | | | | | 100 | $ 345.87 | $ 438.13 |
| | 01/05/2005 | 1,000 | 8.6200 | $ 8,620.00 | | | | | 100 | $ 345.87 | $ 452.13 |
| | 01/05/2005 | 1,000 | 8.6600 | $ 8,660.00 | | | | | 100 | $ 345.87 | $ 455.13 |
| | 01/05/2005 | 500 | 8.6900 | $ 4,345.00 | | | | | 100 | $ 345.87 | $ 459.13 |
| | 01/05/2005 | 5,000 | 8.5500 | $ 42,750.00 | | | | | 300 | $ 1,037.61 | $ 1,239.39 |
| | 01/12/2005 | 1,000 | 7.7800 | $ 7,780.00 | | | | | 100 | $ 345.87 | $ 413.13 |
| | 01/14/2005 | 148 | 7.8400 | $ 1,160.32 | | | | | 100 | $ 345.87 | $ 413.13 |
| | 01/14/2005 | 86 | 7.8400 | $ 674.24 | | | | | 100 | $ 345.87 | $ 413.13 |
| | 01/14/2005 | 100 | 7.8400 | $ 784.00 | | | | | 300 | $ 1,037.61 | $ 1,239.39 |
| | 01/14/2005 | 366 | 7.8400 | $ 2,869.44 | | | | | 900 | $ 3,112.83 | $ 3,673.17 |
| | 01/14/2005 | 100 | 7.8400 | $ 784.00 | | | | | 100 | $ 345.87 | $ 408.13 |
| | 01/14/2005 | 100 | 7.9800 | $ 798.00 | | | | | 500 | $ 1,729.35 | $ 2,040.65 |
| | 01/14/2005 | 100 | 8.0100 | $ 801.00 | | | | | 300 | $ 1,037.61 | $ 1,224.39 |
| | 01/14/2005 | 100 | 8.0500 | $ 805.00 | | | | | 200 | $ 691.74 | $ 816.26 |
| | 01/18/2005 | 300 | 7.5900 | $ 2,277.00 | | | | | 100 | $ 345.87 | $ 396.13 |
| | 01/18/2005 | 100 | 7.5900 | $ 759.00 | | | | | 100 | $ 345.87 | $ 400.13 |
| | 01/18/2005 | 100 | 7.5900 | $ 759.00 | | | | | 500 | $ 1,729.35 | $ 2,005.65 |
| | 01/18/2005 | 100 | 7.5900 | $ 759.00 | | | | | 200 | $ 691.74 | $ 814.26 |
| | 01/18/2005 | 300 | 7.5900 | $ 2,277.00 | | | | | 300 | $ 1,037.61 | $ 1,224.39 |
| | 01/19/2005 | 900 | 7.5400 | $ 6,786.00 | | | | | 100 | $ 345.87 | $ 398.13 |
| | 01/19/2005 | 100 | 7.5400 | $ 754.00 | | | | | 1,000 | $ 3,458.70 | $ 3,671.30 |
| | 01/19/2005 | 500 | 7.5400 | $ 3,770.00 | | | | | 100 | $ 345.87 | $ 373.13 |
| | 01/19/2005 | 300 | 7.5400 | $ 2,262.00 | | | | | 100 | $ 345.87 | $ 373.13 |
| | 01/19/2005 | 200 | 7.5400 | $ 1,508.00 | | | | | 300 | $ 1,037.61 | $ 1,119.39 |
| | 01/20/2005 | 100 | 7.4200 | $ 742.00 | | | | | 500 | $ 1,729.35 | $ 1,865.65 |
| | 01/20/2005 | 100 | 7.4600 | $ 746.00 | | | | | 100 | $ 345.87 | $ 376.13 |
| | 01/20/2005 | 500 | 7.4700 | $ 3,735.00 | | | | | 900 | $ 3,112.83 | $ 3,385.17 |
| | 01/20/2005 | 200 | 7.5300 | $ 1,506.00 | | | | | 1,000 | $ 3,458.70 | $ 3,501.30 |
| | 01/20/2005 | 300 | 7.5400 | $ 2,262.00 | | | | | 100 | $ 345.87 | $ 395.13 |
| | 01/24/2005 | 100 | 7.4400 | $ 744.00 | | | | | 100 | $ 345.87 | $ 400.13 |
| | 01/25/2005 | 1,000 | 7.1300 | $ 7,130.00 | | | | | 100 | $ 345.87 | $ 401.13 |
| | 01/25/2005 | 100 | 7.1900 | $ 719.00 | | | | | 400 | $ 1,383.48 | $ 1,092.52 |
| | 01/25/2005 | 100 | 7.1900 | $ 719.00 | | | | | 500 | $ 1,729.35 | $ 1,370.65 |
| | 01/25/2005 | 300 | 7.1900 | $ 2,157.00 | | | | | 1,000 | $ 3,458.70 | $ 2,621.30 |
| | 01/25/2005 | 500 | 7.1900 | $ 3,595.00 | | | | | 400 | $ 1,383.48 | $ 1,016.52 |
| | 01/25/2005 | 100 | 7.2200 | $ 722.00 | | | | | 255 | $ 881.97 | $ 648.03 |
| | 01/25/2005 | 900 | 7.2200 | $ 6,498.00 | | | | | 200 | $ 691.74 | $ 508.26 |
| | 01/26/2005 | 1,000 | 6.9600 | $ 6,960.00 | | | | | 100 | $ 345.87 | $ 254.13 |
| | 02/04/2005 | 100 | 7.4100 | $ 741.00 | | | | | 37 | $ 127.97 | $ 94.03 |
| | 02/04/2005 | 100 | 7.4600 | $ 746.00 | | | | | 8 | $ 27.67 | $ 20.33 |
| | 02/07/2005 | 100 | 7.4700 | $ 747.00 | | | | | 100 | $ 345.87 | $ 251.13 |
| | 02/08/2005 | 400 | 6.1900 | $ 2,476.00 | | | | | 500 | $ 1,729.35 | $ 1,255.65 |
| | 02/08/2005 | 500 | 6.2000 | $ 3,100.00 | | | | | 200 | $ 691.74 | $ 502.26 |
| | 02/08/2005 | 1,000 | 6.0800 | $ 6,080.00 | | | | | 1,000 | $ 3,458.70 | $ 2,381.30 |
| | 02/08/2005 | 400 | 6.0000 | $ 2,400.00 | | | | | 300 | $ 1,037.61 | $ 711.39 |
| | 02/08/2005 | 255 | 6.0000 | $ 1,530.00 | | | | | 200 | $ 691.74 | $ 474.26 |

Class Period: 05/03/2004 - 03/02/2005          VIISAGE TECHNOLOGY INC (NasdaqNM:VISG)          HOLD PRICE:          $    3.4587

|  | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | | | ESTIMATED LOSSES (GAINS) |
|---|---|---|---|---|---|---|---|---|---|---|
| PLANTIFF | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) |
|  | 02/08/2005 | 200 | 6.0000 | $ 1,200.00 |  |  |  |  | 100 | $ 345.87 | $ 237.13 |
|  | 02/08/2005 | 100 | 6.0000 | $ 600.00 |  |  |  |  | 400 | $ 1,383.48 | $ 948.52 |
|  | 02/08/2005 | 37 | 6.0000 | $ 222.00 |  |  |  |  | 400 | $ 1,383.48 | $ 920.52 |
|  | 02/08/2005 | 8 | 6.0000 | $ 48.00 |  |  |  |  | 600 | $ 2,075.22 | $ 1,380.78 |
|  | 02/08/2005 | 100 | 5.9700 | $ 597.00 |  |  |  |  | 2,000 | $ 6,917.39 | $ 4,622.61 |
|  | 02/08/2005 | 500 | 5.9700 | $ 2,985.00 |  |  |  |  | 1,500 | $ 5,188.04 | $ 3,451.96 |
|  | 02/08/2005 | 200 | 5.9700 | $ 1,194.00 |  |  |  |  | 712 | $ 2,462.59 | $ 1,638.53 |
|  | 02/09/2005 | 1,000 | 5.8400 | $ 5,840.00 |  |  |  |  | 288 | $ 996.10 | $ 662.78 |
|  | 02/11/2005 | 300 | 5.8300 | $ 1,749.00 |  |  |  |  | 100 | $ 345.87 | $ 231.13 |
|  | 02/11/2005 | 200 | 5.8300 | $ 1,166.00 |  |  |  |  | 100 | $ 345.87 | $ 233.13 |
|  | 02/11/2005 | 100 | 5.8300 | $ 583.00 |  |  |  |  | 2,040 | $ 7,055.74 | $ 4,490.66 |
|  | 02/11/2005 | 400 | 5.7600 | $ 2,332.00 |  |  |  |  | 2 | $ 6.92 | $ 4.66 |
|  | 02/15/2005 | 400 | 5.7600 | $ 2,304.00 |  |  |  |  | 500 | $ 1,729.35 | $ 1,175.65 |
|  | 02/15/2005 | 600 | 5.7600 | $ 3,456.00 |  |  |  |  | 300 | $ 1,037.61 | $ 705.39 |
|  | 02/16/2005 | 2,000 | 5.7700 | $ 11,540.00 |  |  |  |  | 200 | $ 691.74 | $ 470.26 |
|  | 02/16/2005 | 1,500 | 5.7600 | $ 8,640.00 |  |  |  |  | 100 | $ 345.87 | $ 256.13 |
|  | 02/16/2005 | 712 | 5.7600 | $ 4,101.12 |  |  |  |  | 200 | $ 691.74 | $ 454.26 |
|  | 02/16/2005 | 288 | 5.7600 | $ 1,658.88 |  |  |  |  | 500 | $ 1,729.35 | $ 1,135.65 |
|  | 02/17/2005 | 100 | 5.7700 | $ 577.00 |  |  |  |  | 200 | $ 691.74 | $ 454.26 |
|  | 02/17/2005 | 100 | 5.7900 | $ 579.00 |  |  |  |  | 1,000 | $ 3,458.70 | $ 2,411.30 |
|  | 02/17/2005 | 2,040 | 5.6600 | $ 11,546.40 |  |  |  |  | 200 | $ 691.74 | $ 482.26 |
|  | 02/18/2005 | 2 | 5.7900 | $ 11.58 |  |  |  |  | 500 | $ 1,729.35 | $ 1,205.65 |
|  | 02/18/2005 | 500 | 5.8100 | $ 2,905.00 |  |  |  |  | 200 | $ 691.74 | $ 482.26 |
|  | 02/18/2005 | 300 | 5.8100 | $ 1,743.00 |  |  |  |  | 100 | $ 345.87 | $ 241.13 |
|  | 02/18/2005 | 200 | 5.8100 | $ 1,162.00 |  |  |  |  | 100 | $ 345.87 | $ 235.13 |
|  | 02/23/2005 | 100 | 6.0200 | $ 602.00 |  |  |  |  | 500 | $ 1,729.35 | $ 1,175.65 |
|  | 02/24/2005 | 200 | 5.7300 | $ 1,146.00 |  |  |  |  | 100 | $ 345.87 | $ 235.13 |
|  | 02/24/2005 | 500 | 5.7300 | $ 2,865.00 |  |  |  |  | 226 | $ 781.67 | $ 531.39 |
|  | 02/24/2005 | 200 | 5.7300 | $ 1,146.00 |  |  |  |  | 74 | $ 255.94 | $ 174.00 |
|  | 02/28/2005 | 1,000 | 5.8700 | $ 5,870.00 |  |  |  |  | 87 | $ 300.91 | $ 203.69 |
|  | 02/28/2005 | 200 | 5.8700 | $ 1,174.00 |  |  |  |  | 73 | $ 252.48 | $ 170.92 |
|  | 02/28/2005 | 500 | 5.8700 | $ 2,935.00 |  |  |  |  | 100 | $ 345.87 | $ 234.13 |
|  | 02/28/2005 | 200 | 5.8700 | $ 1,174.00 |  |  |  |  | 540 | $ 1,867.70 | $ 1,307.50 |
|  | 02/28/2005 | 100 | 5.8700 | $ 587.00 |  |  |  |  | 100 | $ 345.87 | $ 242.13 |
|  | 02/28/2005 | 100 | 5.8100 | $ 581.00 |  |  |  |  | 100 | $ 345.87 | $ 216.13 |
|  | 02/28/2005 | 500 | 5.8100 | $ 2,905.00 |  |  |  |  | 200 | $ 691.74 | $ 432.26 |
|  | 02/28/2005 | 100 | 5.8100 | $ 581.00 |  |  |  |  | 100 | $ 345.87 | $ 216.13 |
|  | 02/28/2005 | 226 | 5.8100 | $ 1,313.06 |  |  |  |  | 100 | $ 345.87 | $ 216.13 |
|  | 02/28/2005 | 74 | 5.8100 | $ 429.94 |  |  |  |  | 87 | $ 300.91 | $ 188.03 |
|  | 02/28/2005 | 87 | 5.8000 | $ 504.60 |  |  |  |  | 100 | $ 345.87 | $ 216.13 |
|  | 02/28/2005 | 73 | 5.8000 | $ 423.40 |  |  |  |  | 313 | $ 1,082.57 | $ 676.49 |
|  | 02/28/2005 | 100 | 5.8000 | $ 580.00 |  |  |  |  | 400 | $ 1,383.48 | $ 808.52 |
|  | 03/01/2005 | 540 | 5.8800 | $ 3,175.20 |  |  |  |  | 600 | $ 2,075.22 | $ 1,212.78 |
|  | 03/01/2005 | 100 | 5.8800 | $ 588.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 100 | 5.6200 | $ 562.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 200 | 5.6200 | $ 1,124.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 100 | 5.6200 | $ 562.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 100 | 5.6200 | $ 562.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 87 | 5.6200 | $ 488.94 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 100 | 5.6200 | $ 562.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 313 | 5.6200 | $ 1,759.06 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 400 | 5.4800 | $ 2,192.00 |  |  |  |  |  |  |  |
|  | 03/02/2005 | 600 | 5.4800 | $ 3,288.00 |  |  |  |  |  |  |  |
| TURNBERRY ASSET MANAGEMENT Totals | | 140,242 | | $ 936,455.58 | | 91,162 | | $ 643,048.30 | 45,580 | $ 157,647.35 | $ 105,434.93 |
| MOVANTS TOTALS | | 362,742 | | $ 2,764,208.57 | | 281,460 | | $ 2,243,605.81 | 77,782 | $ 269,024.27 | $ 221,253.49 |

(1) Sales have been applied on a FIFO basis.

(2) Shares held through the date of this filing have been valued using the average price of $3.4587 per share.

## DAMAGE ANALYSIS FOR RONALD SAUER

| Trade Date | Symbol | Activity | Quantity | USD Price | Net Amt/Net Notional Value |
|---|---|---|---|---|---|
| 12/17/2004 | VISG | Buy | 2,000 | $9.00 | $18,000.00 |
| 1/5/2005 | VISG | Buy | 2,000 | $8.39 | $16,780.00 |
| 1/5/2005 | VISG | Buy | 1,500 | $8.73 | $13,095.00 |
| 1/5/2005 | VISG | Buy | 500 | $8.63 | $4,315.00 |
| 1/11/2005 | VISG | Buy | 2,000 | $8.00 | $16,000.00 |
| 2/4/2005 | VISG | Buy | 2,000 | $7.60 | $15,200.00 |
| | | | **10,000** | | **$83,390.00** |
| | | | | | |
| 3/14/2005 | VISG | Sell | 2,000 | $4.16 | $8,320.00 |
| 3/14/2005 | VISG | Sell | 2,000 | $4.15 | $8,300.00 |
| 3/15/2005 | VISG | Sell | 2,000 | $4.18 | $8,360.00 |
| 3/15/2005 | VISG | Sell | 367 | $4.16 | $1,526.72 |
| 3/16/2005 | VISG | Sell | 1,633 | $4.32 | $7,054.56 |
| 3/16/2005 | VISG | Sell | 2,000 | $4.37 | $8,740.00 |
| | | | **10,000** | | **$42,301.28** |
| | | | | | |
| | | | **NET LOSS** | | **$41,088.72** |

## DAMAGE ANALYSIS  FOR DAVID HANCOCK

| Trade Date | Symbol | Activity | Quantity | USD Price | Net Amt/Net Notional Value |
|---|---|---|---|---|---|
| 2/4/2005 | VISG | Buy | 3,000 | $7.55 | $22,650.00 |
| 2/8/2005 | VISG | Buy | 1,000 | $6.14 | $6,140.00 |
| 2/8/2005 | VISG | Buy | 1,900 | $6.16 | $11,704.00 |
| 2/8/2005 | VISG | Buy | 100 | $6.20 | $620.00 |
| | | | **6,000** | | **$41,114.00** |
| | | | | | |
| 3/9/2005 | VISG | Sell | 3,000 | $4.51 | $13,530.00 |
| 3/9/2005 | VISG | Sell | 3,000 | $4.51 | $13,530.00 |
| | | | **6,000** | | **$27,060.00** |
| | | **NET LOSS** | | | **$14,054.00** |

## DAMAGE ANALYSIS FOR LANCE HANCOCK

| Trade Date | Symbol | Activity | Quantity | USD Price | Net Amt/Net Notional Value |
|---|---|---|---|---|---|
| 2/4/2005 | VISG | Buy | 5,000 | $7.50 | $37,500.00 |
| 2/8/2005 | VISG | Buy | 3,000 | $5.98 | $17,940.00 |
| | | | **8,000** | | **$55,440.00** |
| | | | | | |
| 2/9/2005 | VISG | Sell | 5,000 | $5.82 | $29,100.00 |
| 2/9/2005 | VISG | Sell | 3,000 | $5.95 | $17,850.00 |
| | | | **8,000** | | **$46,950.00** |
| | | **NET LOSS** | | | **$8,490.00** |

*Entwistle & Cappucci at a Glance*

Entwistle & Cappucci is dedicated to providing the most complete and effective legal representation without limitation.  The Firm employs seasoned and the best credentialed members of the bar in selected areas of expertise through offices located in Armonk, NY; Austin, TX, Chicago, IL, Florham Park, NJ, New York, NY, Tallahassee, FL and Washington, D.C. Taking advantage of a sophisticated proprietary information network, the Firm is committed to using technology in innovative ways that serve our clients' needs with speed and efficiency.  We have received an AV-rating from Martindale-Hubbell and are listed in the *Bar Register of Preeminent Lawyers: The Definitive Guide to the Most Distinguished Law Firms in America*.

We invite you to learn more about who we are and what we do by visiting our website, *www.entwistle-law.com*, or by contacting our founding partners, Andrew J. Entwistle, *aentwistle@entwistle-law.com*, or Vincent R. Cappucci, *vcappucci@entwistle-law.com*, who would be happy to answer any questions and direct you to other appropriate attorneys within the Firm.

Thank you for your interest in Entwistle & Cappucci.

*Practice Groups*

Entwistle & Cappucci's tradition of strength and creativity in the service of clients around the world traces its history to firms established more than 30 years ago. Today, we extend our commitment to meet changing client needs by combining this tradition with the most advanced computer and communications technology.

We define ourselves and our practice by the strength of our relationships. At the heart of these strong and successful relationships is our understanding of the needs and goals of our clients. An experienced team of lawyers brings depth, expertise and common sense to the search for practical solutions to business and legal problems. Every person working in our firm is dedicated to developing long-lasting relationships, rich with the goals we help our clients achieve.

In the following pages, we provide summaries of our approach to the law in our principal areas of practice:

- **Complex Business and Commercial Litigation**

- **Securities Litigation and Corporate Governance**

- **Business Transactions**

- **Employment and Labor**

- **Executive Compensation**

- **Government Affairs and Administrative Law**

- **Insurance and Reinsurance**

- **Intellectual Property and Cyberlaw**

- **Trust and Estate Litigation, Planning and Administration**

- **Alternate Dispute Resolution**

- **Workouts, Reorganizations and Bankruptcy Litigation**

### *Complex Business and Commercial Litigation*

Our litigators represent institutional, corporate, governmental and individual clients in many industries, including both domestic and foreign interests. The Firm has an active trial practice involving cases pending in federal and state courts and administrative and regulatory bodies throughout the country. We also provide counsel and guidance in connection with planning and structuring operations and transactions to minimize litigation risks.

The Firm litigates matters in almost all fields of commercial law, including: corporate finance; traditional banking, merchant banking and investment banking; workout and reorganization related matters; general commercial and contract litigation; antitrust; employment and labor; insurance and reinsurance; the defense of directors and officers; the defense of lawyers and accountants in professional malpractice claims; products liability; admiralty; oil, coal, gas and energy-related matters; environmental matters; benefits and ERISA litigation; federal and state tax disputes; and intellectual property, anti-competition and cyberlaw disputes. The Firm also prosecutes traditional price-fixing and restraint of trade antitrust cases, utilizing both class action litigation methods and individual representation in federal and state courts.

Litigation is the most costly form of dispute resolution available to clients. As a result, our lawyers always counsel on alternative legal courses of action on the assumption that only an informed client is in a position to make a sound business judgment regarding whether to litigate. Regardless of the course chosen, we pursue an aggressive strategy designed to maximize results and minimize costs.

### Securities Litigation and Corporate Governance

Entwistle & Cappucci LLP has one of the nation's leading securities litigation practices. We have a highly experienced team of litigation professionals -- specializing in all aspects of securities related litigation for public pension funds and other institutional investors, including private, class and derivative actions as well as actions alleging breach of fiduciary duty, corporate waste, appraisal proceedings, and actions challenging corporate transactions on fairness and other grounds -- supported by corporate finance, bankruptcy, and insurance lawyers. This multi-disciplinary team approach gives us a unique perspective and the ability to creatively resolve disputes in the litigation, corporate workout and bankruptcy arenas. Our Firm prosecutes only highly meritorious actions after conducting a thorough pre-filing factual and legal investigation of potential claims. The Firm currently serves as Lead Counsel in many prominent securities class actions pending throughout the country.

In recent years, the Firm has significantly broadened its representation of public and private pension systems in securities and commercial litigation as those entities have become more selective in choosing counsel in this practice area. Our success is demonstrated not only by the roster of institutional clients who seek our advice, but also by the recoveries, totaling over $2 billion, which our Firm has secured for defrauded investors in recent years in a multitude of high profile securities class actions where we served in a leadership role. In fact, Entwistle & Cappucci has served in a leadership role in many of the largest securities class action settlements since 1999, including: *In re DaimlerChrysler A.G. Securities Litigation*, Master Docket No. 00-0993 JJF (U.S. Dist. Ct., D. Del) ($300 million settlement); *In re BankAmerica Corp. Securities Litigation*, No. MDL 1264 (U.S. Dist. Ct., E.D. Mo.) ($490 million settlement); *In re Oxford Health Plans Securities Litigation*, No. MDL 1222 CLB (U.S. Dist. Ct., S.D.N.Y.) ($300 million settlement); and

*In re Dollar General Corp. Securities Litigation*, No. 3:01-0388 (U.S. Dist. Ct., M.D. Tenn.) ($172.5 million settlement). In other high-profile post-1999 securities actions, we have represented major institutional investors in private opt-out actions to achieve improved recoveries.

The Firm currently represents the Public Employees' Retirement Association of Colorado as sole lead counsel in *In re Royal Ahold, N.V. Securities and "ERISA" Litigation*, 03-md-01539-CCB (U.S. Dist. Ct., D. Md.) involving a widely reported financial fraud at Royal Ahold's U.S. Foodservice subsidiary, resulting in billions of dollars in restatements of revenue and earnings, and demonstrating a fiasco of international corporate governance and gross absence of internal financial controls. Here, our Firm represents a worldwide class of investors requiring coordination with proceedings in Amsterdam and discovery proceedings which have already included the production of eleven million pages of documents.

The Firm was recently retained by New York State Comptroller Alan Hevesi, as sole trustee to the New York State Common Retirement Fund, in *Hevesi v. Merck & Co., Inc., et al.*, 04-cv-05866-SRC-JJH (U.S. Dist. Ct., D. N.J.). This widely-reported class action seeks to recover losses experienced by investors in Merck & Co., Inc. ("Merck") securities arising out of defendants' scheme to issue materially false and misleading statements and/or omissions of material fact in connection with Merck's popular prescription drug product, Vioxx, and Merck's lack of disclosure related to an unacceptably high risk of adverse cardiovascular reactions. The September 30, 2004 withdrawal of Vioxx from worldwide markets punished the Company's stock price (representing a 26 percent, or $26 billion loss in market capitalization in just one day) and future earnings prospects precisely as the defendants knew would occur when they could no longer distort and conceal the truth about Vioxx.

Our work with public institutional investors and governmental entities, which includes working relationships with offices of attorneys general, governors and various state agencies across the country, grows out of our long standing representation of private institutional investors and various domestic and foreign insurance, reinsurance and banking institutions. The Firm aspires to build lasting relationships that are characterized by a detailed and responsive understanding of client goals and objectives. In addition to our securities litigation and related practice areas, the Firm is also actively engaged in representing clients in other practice areas, including: corporate and antitrust litigation, corporate finance and transactional work, bankruptcy and workouts, insurance and reinsurance, trusts and estates, intellectual property, and employment law matters.

We also have years of experience advising public and private institutional clients on corporate governance matters, including board structures and composition, by-law and certificate of incorporation provisions, takeover devices, management remuneration, and accounting and reporting processes, relating to business enterprises in a multitude of industries in both foreign and domestic financial markets. In this connection, we are highly skilled at litigating in all state and federal courts, governance and corporate transactional disputes, including claims for corporate waste, breach of fiduciary duty, self-dealing, fairness and improper business judgment. We are well-equipped to provide in-depth analyses of governance practices and are at the forefront of leading governance issues which best serve long-term investment objectives and principles. We also maintain active interaction with domestic and international institutional investor associations, including the Council of Institutional Investors and the International Corporate Governance Network, and have been called on routinely to provide advice in connection with wide-ranging shareholder issues. The firm shares the views of our institutional clients that effective corporate governance and monitoring of business enterprises for transparency and accountability to

shareholders and employees, serves the interests of all investors and preserves the integrity of our financial markets.

The success of the firm is challenging the fairness of business transactions and board conduct is amply demonstrated by its role as lead-counsel in *In Re Seagate Technology, Inc., Shareholders Litigation*, where we obtained monetary benefits of $200 million, as well as non-monetary disclosure and transactional relief. This action arose from a two-step transaction involving a Seagate management group and a third party, whereby Seagate's assets were to be sold to the management group at a price far below fair-market value. The case presented serious conflicts of interest among Seagate's board, attorneys and financial advisors, who were ultimately severely criticized by the Delaware Chancery Court. Our firm's negotiating efforts provided for significant non-case benefits to shareholders, which included revised proxy materials as well as an unbiased supplemental fairness opinion. This litigation was resolved after extensive document and deposition discovery, and the full submission of motions to enjoin the original transaction.

In *In Re SouthWest Gas Shareholders Litigation*, the firm also represented famed Wall Street investor Mario Gabelli and the Gabelli Companies (the utility's largest institutional investor) in connection with a well-publicized failed merger transaction. Here, we negotiated a myriad of corporate governance resolutions with management, including a reconstituted majority of independent directors and dutch auction proposals. The firm's retention in this litigation was, in fact, reported in our client's Schedule 13-D filings.

Some of the governance "best practices" that we have achieved through litigation alternatives have also included:

- Restructuring board of director membership to include a two-thirds majority of "independent directors;"

- Independent directors on all board committees;

- Annual management reviews;

- Annual election of directors;

- No "classified" boards whereby staggered terms are instituted;

- Equal voting for different classes of stock;

- Non-use of "repriced" or discounted stock options; and

- Enhanced disclosure for expensing of stock options.

We also routinely interface with federal agency, congressional and state representatives on legislative and regulatory initiatives covering governance-related issues. We have particular expertise covering requirements under the Sarbanes-Oxley Act of 2002 (as well as exchange listing requirements) and have lectured and written on issues related to management certifications, fraud detention, internal audits and document destruction.

Our Firm provides its institutional clients interested in the most up-to-date and innovative approaches to monitoring securities litigation developments with an advanced Monitoring and Reporting Program designed to furnish our clients with the most complete information available to evaluate whether: (i) to pursue securities class action litigation as a lead plaintiff or as a member of the class; (ii) to litigate claims on an independent basis; or (iii) not to pursue litigation. In general, our Monitoring and Reporting Program involves a regular review of our client's latest holdings in light of emerging market conditions and corporate developments to help identify matters where our clients may consider litigation. As part of our Monitoring and Reporting Program, the Firm performs a preliminary analysis that involves reviewing client losses as well as a detailed report on developing cases including, among other things: (i) a description of the factual and legal underpinnings of potential claims; (ii) strategies for resolution (which may or may not include

litigation); (iii) an overview of the likelihood of recovering all or a portion of our client's losses; and (iv) the opportunities to advocate corporate governance changes. As part of our evaluation, we also advise our clients regarding insurance coverage and assets that may be available to satisfy any judgment or settlement, analyze the potential impact on additional investment portfolios to the extent they contain other or related securities in the subject company (for example, holdings of both common stock and corporate bonds) and related trading and investment issues impacted by litigating or otherwise actively pursuing a business resolution of claims in the situation presented.

We invite you to contact us to learn more about our securities litigation practice as well as to receive regular updates on the many securities cases we are currently prosecuting to better protect your interests and investments.

### *Business Transactions*

The Firm provides a broad range of legal services in the area of domestic and international business transactions where our attorneys are deeply committed to providing responsible, cost-effective and timely counseling to our clients. In addition to general corporate and commercial law, we have specialized expertise in:

○ **Entity Formation:** an area in which we advise on the proper choice of entity and formation of corporations, limited liability companies and partnerships; negotiation and documentation of shareholder agreements, limited liability company agreements, partnership agreements and employee agreements; advise on the initial funding of start-up enterprises and follow-on transactions;

○ **Mergers and Acquisitions:** a historically active area of our transactional practice, in which we advise companies, boards of directors and shareholders/owners in mergers, acquisitions, dispositions and leveraged buy-outs;

○ **Securities Issuance:** where our experience includes accessing U. S. Capital markets through public offerings and private placements;

○ **Venture Capital:** where our business-sensitive attorneys understand the unique issues confronting entrepreneurs and capital providers and are regularly engaged by start-up companies, emerging growth companies and mature businesses in a wide variety of industries, from conventional to technology-based industries, where we represent clients that are either portfolio companies or capital providers that are engaged in equity, mezzanine and/or senior debt financings;

○ **Exit Strategies:** an area in which we advise clients on the proper choice of an exit, including a sale, a public offering, refinancings, recapitalizations, restructuring and spinning-off businesses;

○ **Asset Protection Planning:** where our attorneys advise on the transfer of an individual's assets to protect those assets from the claims of future creditors, and to minimize U.S. income, gift and estate taxation;

○ **Commercial Law and Finance:** an area in which we negotiate and structure a wide variety of transactions including license, franchise and distributorship arrangements, asset-based loans and letters of credit on behalf of both lenders and borrowers;

○ **Broker-Dealer Regulation:** an area in which we have expertise in the formation of licensed registered broker-dealers as well as with respect to SEC, NYSE and NASD rules and compliance.

### *Employment and Labor*

Our Employment Law attorneys represent individuals and businesses ranging from closely held companies to major corporations and financial institutions. While our lawyers have in the past, and do presently, handle a variety of traditional labor issues, the focus in recent years has been more on employment matters.

Entwistle & Cappucci has represented individuals, professionals, manufacturing companies, service organizations, financial institutions, insurance brokerages, and major insurance and reinsurance companies across the country in a variety of employment related matters, including discrimination, fraud, trade secret, unfair competition and related matters in the state and federal courts, and

administrative proceedings before federal agencies such as the EEOC and OFCCP and a variety of state agencies including, among others, New York's Human Rights Division. We have also handled labor negotiations, NLRB proceedings and various related litigations, including benefits and ERISA litigation.

The Firm has counseled clients on procedures to avoid employment discrimination and wrongful discharge claims; on conducting employment audits; and on drafting employment agreements, policies and handbooks. In addition, we conduct lectures and other in-house training on topical issues of concern, such as the avoidance of claims in response to new OFCCP and EEOC initiatives, the *Americans With Disabilities Act*, *Equal Pay Act*, and hostile work environment and other sexual harassment claims.

### Executive Compensation

Our Executive Compensation practice includes all phases of negotiation and legal drafting for virtually every type of executive compensation transaction, both from the company's and the executive's point of view. While our executive clients have at times likened us to sports agents, we prefer to think of ourselves as facilitators who assist them in closing an agreement in a manner that maximizes value.

We also advise directors and officers of major multi-national corporations, closely-held businesses, banks, financial institutions and start-up ventures on virtually every "boardroom" issue, including stock purchases, corporate takeovers, the purchase and sale of businesses, and other areas impacting upon their corporate responsibilities.

While we strive to resolve all matters in this area, the Firm will not hesitate to litigate disputed matters in federal and state courts or before administrative agencies throughout the country, if necessary.

### *Government Affairs and Administrative Law*

The firm has a national lobbying and government affairs practice representing prominent multi-national corporations, national and state associations, and small and mid-sized businesses requiring expertise in the development, management and resolution of public policy issues before the intergovernmental community.

Our lawyers draw on their own resources and upon a network of veteran intergovernmental affairs professionals from both sides of the aisle at both the state and national levels.  In this way, we can work with our clients to assure the point of access and level of advocacy before decision makers most appropriate to their specific needs.

Our unique perspective combines legal and business analysis with the insights of various intergovernmental affairs professionals to establish highly effective public affairs strategies, including coalition building, message development, crisis management, legislative tracking, public disclosure reporting, advocacy before legislative committees and regulatory agencies, and overall issue advocacy.

As in all areas of our practice, our government relations work is focused on developing, implementing and completing a common-sense based strategy to ensure goals are met.

### *Insurance and Reinsurance*

We represent and advise primary insurers, excess insurers, reinsurers and insurance brokers, providing guidance in capacities ranging from coverage issues and regulatory matters to the defense of insurers in almost all areas of law, including the litigation of coverage and intercompany disputes, insolvencies and rehabilitations.  We litigate complex insurance coverage disputes including:  insurance fraud and arson; various issues arising under CGL policies -- especially large multi-site environmental and toxic tort actions; the errors and omissions of insurance professionals, attorneys and accountants; directors' and officers' liability; advertising liability; employment; coverage disputes arising under

public official and law enforcement policies; and insurer, reinsurer and fiduciary insolvencies. We have also been active in the litigation of coverage matters arising from toxic tort claims such as waste sites, lead paint, chemical and radiation exposure, asbestos (PD and BI) and several HIV claims.

Whether we are actively litigating disputes or advising on coverage, regulatory and related business matters, our lawyers work hard to anticipate both the direct business effect on the client's position in a specific matter and the effect upon the client's overall position in respect of a given line of business or the insurance industry as a whole. For example, we are often asked to comment on whether a beneficial position in an inter-company coverage or reinsurance dispute will compromise the position taken by the company in other matters.

Our lawyers have also litigated a broad variety of direct suits involving environmental, E&O, D&O, advertising liability, catastrophic injury cases, business contracts, labor and employment, copyright and trademark, product liability, and public official and law enforcement liability issues. Our work in these areas includes the direct representation through trial of public officials in antitrust, zoning and discrimination cases; attorneys and accountants in securities fraud, RICO and other malpractice cases; directors and officers in securities fraud, RICO and related cases; and corporations in contract, antitrust, insolvency, employment, ERISA and product liability suits.

As a complement to the Firm's insurance and reinsurance litigation practice, we have conducted audits of claims files and conduct employment audits for insurance industry clients to determine the appropriateness of internal regulatory policies and procedures, including compliance with state and federal employment laws. We have, as well, directed various internal investigations for industry and non-industry clients.

On May 16, 2003, the Firm was selected to act as counsel to the *New York State Superintendent of Insurance*. This retention, also pursuant to a competitive RFP process, engages

the Firm for purposes of investigating and prosecuting actions including financial and business fraud, breach of fiduciary duties and other wrongdoing by insurers placed into liquidation, as well as the institution of actions against third parties (including outside auditors) for acts in connection with public filings and other regulated matters.

### Intellectual Property and Cyberlaw

The Firm has long counseled its clients with regard to their intellectual property rights, particularly the enforcement of those rights through litigation, arbitration or mediation. We have litigated patent, trademark and copyright cases ranging from basic trademark infringement matters to patent-antitrust cases for clients in a variety of industries.

In the last several years, this practice has grown and shifted to include representation in cyberlaw matters for computer, software, information and internet companies. Online and Internet-related client companies include B2B exchanges, B2B companies, B2C companies, content developers, distributors, backbone, infrastructure and telecom providers and software, platform and website developers. Recent transactions in this area have included everything from subscription agreements, venture capital and other financing arrangements, to content distribution, weblinking, EDI and website and software development agreements to transactions involving corporate acquisitions, sales and mergers. We are also active in the area of unfair competition, confidentiality and issues surrounding the duty of loyalty of employees, officers and directors to the various entities with which they are affiliated. We are regularly called upon to represent corporations in drafting appropriate agreements to protect their rights regarding trade secrets, other confidential business information, software development and other innovations including, but not limited to, agreements limiting the future rights of employees to compete with the company post-termination.

Entwistle & Cappucci lawyers also litigate these matters when necessary to protect trade secrets and proprietary information, including source code, object code, and the documentation and design of various other technology innovations, in addition to the more traditional areas involving such issues including sales and marketing (including customer lists, pricing and the like in the sales and marketing area), scientific processes in the manufacturing, petrochemical and pharmaceutical industries and protected information in the financial industry.

### *Trust and Estate Litigation, Planning and Administration*

Our lawyers have been at the forefront of some of the most complex and prominent litigation involving estates and trusts in the country.  We represent both fiduciaries and beneficiaries in defending and prosecuting all manner of will contests; proceedings to construe testamentary documents; allegations of mismanagement, self-interested dealing and related claims involving the valuation and management of estates, trusts and other arrangements involving fiduciaries; and virtually all other types of contested matters involving estates and trusts.  More recently, our lawyers were instrumental in recovering $54 million dollars in a hotly contested estate litigation on behalf of a disenfranchised beneficiary.

Planning for the future transfer of wealth including planning for catastrophic illness continues to be an important personal service that we bring to our clients.  In this area our lawyers work closely with our corporate group to structure family and closely held businesses, assist with succession planning and structure new ventures to minimize adverse estate tax consequences.

Our corporate lawyers also work closely with our estate lawyers to structure transactions during trust and/or estate administration in a way that maximizes value and minimizes the tax impact on the beneficiaries.

### *Alternate Dispute Resolution*

The Firm's lawyers are engaged in all aspects of alternative dispute resolution, including certified mediation in the federal court system. In addition, we have represented clients in various forms of alternative dispute resolution, including securities, insurance, employment and commercial arbitrations, summary jury trials, and mediations. We have found that alternative dispute resolution resolves many cases, particularly when all sides to the dispute agree that litigation is no longer an effective or efficient way of settling their dispute and when all sides are convinced they possess all of the relevant information. Whenever we are engaged in litigation or other kinds of disputes, we always consider whether alternative dispute resolution will provide a solution for the client.

### *Workouts, Reorganizations and Bankruptcy Litigation*

Our litigators, corporate lawyers and bankruptcy counsel work in concert to creatively and efficiently structure corporate workouts and reorganizations both before and in bankruptcy; advise equity holder and creditor committees; handle bankruptcy-related litigation, including the prosecution of claims and litigation of adversary proceedings; and, acquisitions out of bankruptcies and in other distressed circumstances. Most recently, these representations have included the representation of public and private institutional investors and committees in major bankruptcies, including the *Enron*, *Worldcom*, and *OMC* bankruptcies.

\* \* \*

*Entwistle & Cappucci LLP -- a tradition of strength, creativity and client service -- without limits*

*Selected Attorney Biographies*

*Partners*

## ANDREW J. ENTWISTLE

Andrew J. Entwistle is a founding partner of Entwistle & Cappucci LLP. The son of a Scottish coal miner and an American schoolteacher, he received his undergraduate degree from the University of Notre Dame and his law degree from the University of Syracuse College of Law. Mr. Entwistle's practice principally involves the representation of public and private institutional investors in complex litigation and corporate finance and transactional matters.

Over the years, Mr. Entwistle has represented clients including *Fortune 100* companies, public and private institutional investors, governmental and individual clients in a variety of corporate finance, and transactional matters and in litigation throughout the United States before federal and state courts, surrogate's and probate courts, grand juries, administrative and regulatory agencies and arbitration panels. For example, Mr. Entwistle was recently appointed sole Lead Counsel by Judge Catherine C. Blake in the *Royal Ahold N.V. Securities and "ERISA" Litigation* (representing the Colorado Public Employees Retirement Association as lead plaintiff). Mr. Entwistle was also appointed by Chief Judge Lifland of the United States Bankruptcy Court for the Southern District of New York to serve on the Court's Special Mediation Panel and has actively litigated a number of bankruptcy matters including representing the Retired Employees Committee in the *OMC Bankruptcy*, equity holders in the *American Bank Note Bankruptcy* and the Florida State Board of Administration in connection with the *Enron Bankruptcy*. Mr. Entwistle is also Special Litigation Counsel for the Global Crossing Estate Representative in connection with the *Global Crossing Bankruptcy*.

Mr. Entwistle has been named to the Martindale-Hubbell *Bar Register of Preeminent Lawyers,* to the *Order of International Fellowship, Who's Who In The World, Who's Who In America, Who's Who In The East, Who's Who In American Law, Who's Who In Practicing Attorneys, Who's Who In Emerging Leaders In America, Who's Who In Finance and Industry, Who's Who Worldwide Registry and Who's Who Registry of Global Business Leaders*. The International Biographical Centre of Cambridge, England recently named Mr. Entwistle as its International Legal Professional of the Year for 2004 and inducted him into the Centre's International Order of Merit.

Mr. Entwistle was also named the 2003 Man of the Year by the Catholic Big Brothers for Boys and Girls after more than a decade of service on the Board of that organization which service included founding Sports Buddies, NY -- a partnership between the youth of New York City and athletes from the New York Region's professional sports teams. Mr. Entwistle has received special commendations from the President of the United States, the Governors of the States of Georgia and Hawaii, and the New York State Assembly. He also serves as outside counsel to, and is now or has previously acted as a director on several corporate, advisory and charitable boards. Mr. Entwistle is a member of the Board of Directors of the Guiliani Center for Urban Leadership. In addition to membership in the *Federal Bar Council* and various city, county, state and national bar associations, Mr. Entwistle is a member of the *National Association of Public Pension Funds Attorneys* and is an Educational Sustainer of the *Council of Institutional Investors*.

Mr. Entwistle is Northeast Regional Editor for the Defense Research Institute publication *The Business Suit (*from 1998-present), is a member of various bar and business association committees (including speaking on Sarbanes-Oxley to the Federal Bar Council's 2003 Annual Bench and Bar Conference and co-chairing a New York State Bar Association Panel on Alternative Dispute Resolution for the Trial Practice Committee of the State Bar's Commercial and Federal Litigation Section), and he has lectured extensively and has been interviewed by print and television journalists to provide commentary on a variety of general business law, litigation, securities law, bankruptcy and trial issues. Mr. Entwistle is currently a member on the Federal Bar Council's 2005 Winter Bench & Bar Planning Committee and he is speaking on both the Class Action Litigation and Cross Border Issues Panels at the Federal Bar Council's 2005 Conference. Mr. Entwistle is also the author of articles and publications on various legal and business topics, including *"Corporate Exposure and Employment Practices Liability,"* Mealey's Reinsurance Conference, November, 2000; *"Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions,"* The Business Suit, Winter 2000; and *"The Fine Line Between An Auditor's Recklessness and Intent to Deceive,"* The Business Suit, Summer 1999; *"What a Web We Weave . . . Jurisdiction in Web-Related Litigation,"* The Business Suit, Winter 1998 (DRI); *"Due Deference -- The Supreme Court Confirms the Post-Daubert Discretion of the Trial Judge as the Gatekeeper,"* The Business Suit, Winter 1998 (DRI); *"Red Light, Green Light, 1-2-3: Stop and Go Traffic on the Information Superhighway,"* The Business Suit, Winter 1998 (DRI); *"The Inevitable Disclosure Doctrine and the Economic Espionage Act: Emerging Weapons In the Battle to Protect Trade Secrets from Theft and Misappropriation,"* The Business Suit, Spring 1998 (DRI); *"Covenants Not to Compete and the Duty of Loyalty,"* (DRI Spring 1997 Conference Chicago); *"New York Business Law Update 1997,"* (New York State Society of CPA's); *"New York Business Law Update 1998,"* (New York State Society of CPA's); *"Excess Insurers Late Notice and Prejudice, American Home Puts The Issue to Rest,"* New York Law Journal, July 1993; *"Managing the Risks of Accountants Liability, A Legal Perspective,"* New York Society of CPA's, 1993, 1995, 1997, 1998.

After a brief tenure in the District Attorney's office Mr. Entwistle became a lead trial and appellate attorney at Wilson Elser Moskowitz Edelman & Dicker trying a broad variety of commercial, securities, insurance, fraud and government-related matters. During the following years with the Mudge Rose firm Mr. Entwistle's trial and appellate practice also came to include transaction-related litigation, antitrust and bankruptcy work. Mr. Entwistle's practice now focuses on representing public and private institutional investors in litigation, transactional and bankruptcy matters. Mr. Entwistle also works closely with the Governors, State Treasurers and Attorney's General of several states. In connection with the Firm's Corporate Practice, Mr. Entwistle has acted as Lead Counsel on joint ventures, restructurings, venture capital placements and a multi-billion dollar leveraged buyout.

*State Bar Admissions*
New York, New Jersey, Illinois, Texas, Colorado, District of Columbia, Georgia (pending).

*Court Admissions*
United States Supreme Court; U.S. Court of Appeals for the Second Circuit, Third Circuit, Seventh Circuit and Eighth Circuit; U.S. District Court for the Southern and Eastern Districts of New York, District of New Jersey and Eastern District of Michigan.

## VINCENT R. CAPPUCCI

Mr. Cappucci is a founding partner of the Firm and is Head of its Securities Litigation Practice. Throughout the years, Mr. Cappucci has served as lead counsel in many high profile securities class action and derivative litigations as well as individual actions representing some of the nation's largest public pension systems, financial institutions, money managers and wealthy individuals. He has a distinguished record of successes in class litigation, having prosecuted cases in his career which have resulted in recoveries in the billions of dollars. He has personally participated in obtaining four of the top ten securities class action recoveries ever achieved and in four of the remainder, represented public institutions electing to file direct actions. His experience includes a multitude of securities trials, arguments in numerous state and federal appellate courts, appeals to the U.S. Supreme Court, and mediation and dispute resolution.

In *In Re DaimlerChrysler Securities Litigation,* a case that has received worldwide publicity alleging that the Daimler-Benz/Chrysler $36 billion acquisition was falsely portrayed as a "merger-of-equals," Mr. Cappucci served as Lead Counsel and in August 2003, achieved the largest settlement in a non-financial fraud securities action -- amounting to $300 million. Mr. Cappucci also serves as lead counsel in *In Re CMS Energy Securities Litigation,* one of the largest pending energy trading fraud actions involving in excess of $8 billion dollars in falsely reported round-trip trading. He served on Plaintiffs' Executive Committee in *In Re BankAmerica Corp. Securities Litigation*, alleging damages on behalf of former NationsBank shareholders and other classes in connection with the September 1998 merger with BankAmerica, which was also recently resolved globally for $490 million. Mr. Cappucci currently serves as Lead Trial Counsel for the State of Florida, Board of Administration, in the *Lucent Securities Litigation*, a direct action seeking to recover significant monetary losses sustained by the State in connection with its investment in Lucent securities. His institutional representations include more recently, the New York State Common Retirement Fund in the *Merck Securities Class Action Litigation*, which charges the Company with a massive fraud in connection with its marketing and untimely withdrawal of its Vioxx prescription painkiller.

Mr. Cappucci has lectured before associations of the bar and various professional organizations and regularly appears on *CNN's Money Line, CNBC's Power Lunch* and *Business Center,* providing expert commentary on a variety of securities litigation and corporate governance issues. Mr. Cappucci has for the last two years been a faculty member of the Annual National Conference on Corporate Governance and Equity Offerings sponsored by the UCLA Anderson School of Management and University of California Rady School of Management, with this year's topic focusing on the Sarbanes-Oxley Act of 2002 and developments in corporate fraud litigation. He also addressed legal practitioners and financial professionals before the National Association of Public Pension Fund Attorneys, Council of Institutional Investors and The American Conference Institute ("Trying and Defending Securities Class Actions").

Mr. Cappucci lectured before international institutional investors on corporate governance and shareholder litigation at the 2003 and 2004 annual conferences of the International Corporate Governance Network conducted in The Netherlands and in Brazil. Mr. Cappucci also serves on the ICGN Accounting and Auditing Practices and Executive Remuneration Board Committees.

Mr. Cappucci is the author of numerous articles appearing in a host of publications, including: *"Securities Class Actions: Settlements,"* The Review of Securities & Commodities Regulation, October, 2003; *"Beyond the Sarbanes-Oxley Bill: Additional Measures to Increase Corporate Accountability and Transparency,"* NAPPA Report, September 2002; *"Misreading 'Gustafson' Could Eliminate Liability Under Section 11,"* New York Law Journal, Sept. 22, 1997; *"Liability for Excessive Executive Compensation,"* The Corporate Governance Advisor, March/April, 1997; *"Must Reliance Be Proven To Certify A Class*?*,"* New York Law Journal, Aug. 30, 1996, Republished, Securities Reform Act Litigation Reporter, Vol. I; *"Class Action Lawsuits and Securities Fraud: A Plaintiff Lawyer's View of the Litigation Reform Act,"* Securities Industry News, Oct. 7, 1996; *"Conflicts Between Rule 23 And Securities Reform Act,"* New York Law Journal, April 2, 1996; *"Casino Law Is Consistent With Equal Protection,"* New York Law Journal, March 20, 2002; *"Hot Topics in Advertising Law: Investor Fraud"* The Association of The Bar of the City of New York, October 22, 2003; and *"Did I really Say That? The Truth Behind the DaimlerChrysler Merger,"* NAPPA Report, November 2003.

Mr. Cappucci received his undergraduate degree from Fordham University with a B.S. in Accounting and his law degree from Fordham University School of Law. Mr. Cappucci has also been named to the Martindale-Hubbell *Bar Register of Preeminent Lawyers,* for his expertise in securities litigation. In addition to membership in various state and national bar associations, Mr. Cappucci is a member of the *Federal Bar Council* (Member, Programs Committee), the *New York State Bar Association* (Committee on Securities Litigation), the *National Association of Securities Class Action Attorneys,* the *Association of the Bar of the City of New York* (Member, Committee on Consumer Affairs and Sub-Committee on Class Actions)*,* the *American Bar Association* and the *Association of Trial Lawyers of America.* He also has been a visiting instructor at Fordham University School of Law at various conferences and Advanced Law Seminars, and is a member of the Dean's Law Advisory Committee and the Law School Planning Committee.

*State Bar Admissions*
New York.

*Court Admissions*
United States Supreme Court; U.S. District Court, Southern and Eastern Districts of New York; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, Northern District of New York; U.S. Court of Appeals, Seventh Circuit; U.S. District Court, Central District of Illinois; U.S. District Court, Northern District of Illinois; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Eighth Circuit; U.S. District Court, Eastern District of Michigan.


**WILLIAM S. GYVES**

Mr. Gyves concentrates his practice on the litigation of complex commercial, employment and fraud matters and chairs the Firm's litigation and employment groups. Based in the Firm's New York and New Jersey offices, Mr. Gyves represents a broad spectrum of institutional and individual clients in a variety of business disputes. In addition to defending and prosecuting claims in the

traditional litigation context, Mr. Gyves has considerable experience in successfully resolving disputes through mediation, arbitration and direct pre-litigation negotiations.

In a practice that spans the full spectrum of business, commercial and employment disputes, Mr. Gyves has defended financial institutions, insurance companies and other institutional clients and/or their employees against charges of harassment, discrimination, retaliation and other employment law claims; represented financial institutions in litigation involving letters of credit, counterfeit checks, check-kiting schemes, lender liability issues and other matters; represented broker-dealers in a series of complex breach of contract claims brought against securities issuers and underwriters; litigated restrictive covenant, unfair competition, tortious interference, breach of fiduciary duty and other business tort claims; prosecuted and defended against claims arising out of disputed mergers and acquisitions and other corporate consolidations; and litigated claims involving complex accounting fraud and intellectual property issues.

A cum laude graduate of St. John's University School of Law, Mr. Gyves was Co-Executive Notes and Comments Editor of the St. John's Law Review. After obtaining his undergraduate degree from Fordham University and before attending law school, Mr. Gyves worked for six years as a newspaper journalist, garnering a number of awards for his coverage of politics, government and other matters. He has lectured and published on a variety of legal issues, including *"Trouble No Maw: Employers Breathing Easier As Court Clarifies The Enforceability Of Restrictive Covenants,"* The Metropolitan Corporate Counsel, July 2004; *"E-Discovery in the Post-Enron Era,"* Bureau of National Affairs Litigation Forum: Electronic Discovery and Document Retention, May 1, 2003; *"Electronic Discovery Is a Fact of Life,"* New Jersey Law Journal, April 29, 2002; *"Defending the Deposition: Potted Plant or Savvy Litigator?"* New York State Bar Association Seminar on Deposition Practice and Practicalities in State and Federal Court, April 26, 2002; *"Counsel and Computer Forensics Experts: Teaming Up to Get It Right on Electronic Discovery,"* The Metropolitan Corporate Counsel, November 2001; *"Competing With Former Employers,"* New Jersey Law Journal, June 25, 2001; *"The Duty to Disclose Inaccurate Deposition Testimony,"* New Jersey Law Journal, September 4, 2000; *"Navigating the Minefield of Ex Parte Communications,"* New Jersey Law Journal, April 10, 2000; *"Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions,"* The Business Suit, Winter 2000; and *"The Fine Line Between An Auditor's Recklessness and Intent to Deceive,"* The Business Suit, Summer 1999.

Mr. Gyves is a member of the Federal Bar Council, American Bar Association, New York State Bar Association, Association of the Bar of the City of New York, Defense Research Institute, New Jersey Defense Association, New Jersey State Bar Association, Association of the Federal Bar of the State of New Jersey and the Morris County (N.J.) Bar Association. He is also a Master of the William J. Brennan, Jr. Chapter of the Inns of Court. Prior to joining Entwistle & Cappucci, Mr. Gyves was with the New York office of the international law firm of White & Case.

*State Bar Admissions*
New York and New Jersey.

*Court Admissions*
United States Supreme Court, Second Circuit Court of Appeals, Third Circuit Court of Appeals,

Southern District of New York, Eastern District of New York, Northern District of New York, District of New Jersey and all state courts of New York and New Jersey.

## CRAIG E. NELSON

Craig Nelson is the Chairman of the Corporate Practice and Co-Managing Member of the Chicago office of Entwistle & Cappucci. Craig graduated with a B.A. in Accounting from the University of Notre Dame, an M.B.A. from the University of Houston and a J.D. from the University of Texas School of Law. He is admitted to the bar of the State of Illinois and he is a member of the Chicago Bar Association.

Prior to entering the practice of law, Craig was a certified public accountant and practiced with the international accounting firm of Coopers & Lybrand (now PricewaterhouseCoopers). While in public accounting, Craig was located in the Chicago, Illinois office of Coopers & Lybrand where he audited companies operating in many different industries, such as manufacturing, real estate development, and financial services. Most of these companies were based in the United States and some of these companies had operations overseas.

After several years in audit, Craig relocated to the Houston, Texas office of Coopers & Lybrand where he transferred into the tax department. His accounting practice focused on advising venture capital firms making strategic and financial investments in various portfolio companies. He also advised buy-out firms buying and selling companies. With his financial and tax accounting skills, his auditing experiences and his working knowledge of firm developed valuation software, Craig assisted clients estimate the value of targeted companies and develop structures through which to acquire controlling interests in these targeted companies. In connection with these services, Craig also prepared forecasted financial statements and cash flow projections.

Craig spends a significant amount of his legal practice addressing the general corporate needs of his clients. He advises companies involved in a variety of transactions including mergers, acquisitions, dispositions and start-up situations. Craig also represents clients involved in raising debt and/or equity capital, making equity and/or debt investments, management engaged in buyouts, forming strategic alliances and many other transactions. Many of Craig's clients are technology based where intellectual property is one of the most significant assets on their balance sheets. In start-up situations, these technology-based clients are in various stages of developing intellectual property. Craig assists his clients protect their intellectual property and choose an appropriate entity through which to do business. Craig structures ownership of these entities to address his clients' estate planning and asset protection concerns.

Craig has advised syndicators of various funds (both domestic funds and offshore funds) through which investors acquired various businesses and invested in certain securities and commodities. Craig has also negotiated and structured alliances and funding for large infrastructure projects in several foreign countries such as Vietnam, China, the Philippines, Indonesia, the British Virgin Islands, Qatar and various other countries located in Europe and South America. Many of Craig's clients continue to engage in cross border transactions.

Craig works closely with the Firm's litigators on securities law class actions and private actions. Craig's combination of legal, accounting and business knowledge (both domestic and international) provides a valuable addition to our litigation team when reviewing claims, conducting investigations, identifying facts and developing a litigation strategy for these complex securities law cases. Craig also works with the experts to sort out claims based on the fraudulent or negligent financial statements presented by issuers in these cases.

*State Bar Admissions*
Illinois.


## HAROLD F. McGUIRE, JR.

Harold F. ("Skip") McGuire, Jr. joined the firm as a partner in 2004. Mr. McGuire is a graduate of Princeton University and Columbia Law School. Mr. McGuire has vast experience in a number of fields as a trial lawyer and litigation counselor with a national practice, representing plaintiffs and defendants in about equal proportion. He began his career at Cravath, Swaine & Moore and then served as an Assistant U.S. Attorney for the Southern District of New York for more than four years, during which he prosecuted numerous high-profile securities frauds and other white-collar crimes.

For more than 25 years before joining Entwistle & Cappucci, Mr. McGuire was the senior partner of a litigation boutique, McGuire, Kehl & Nealon, where he carried on a varied litigation practice. Mr. McGuire's significant cases include: the successful representation of the Major League Baseball Players Association in a series of collusion grievances against all the Major League baseball clubs, which resulted in a $280 million settlement in the early 1990s after five years of arbitration and more than fifty days of expert testimony from economists; service as a court-appointed Special Agent to investigate and report on alleged securities and accounting frauds of International Systems and Controls Corp; representation of numerous witnesses, targets and defendants in criminal investigations and prosecutions in the areas of securities law, mail and wire fraud, antitrust and taxation; multi-million dollar civil litigation including both the prosecution and defense of class actions involving securities fraud, civil RICO, commercial contracts, ERISA entitlements, intellectual property, franchising, licensing, accounting, business torts and antitrust issues; representation of business clients in arbitration and mediation proceedings springing from contract and licensing disputes; representation of debtors and creditors in adversary proceedings in bankruptcy courts; and appellate practice in state and federal courts involving most of these subject matters.

Mr. McGuire has litigated well over a hundred matters to a conclusion in trial and arbitration proceedings, and has handled dozens of appeals in federal and state courts. He is proud of his judgment in advising clients about whether to litigate or settle. He is a member of the *American Bar Association*, the *New York State Bar Association*, *The Association of the Bar of the City of New York*, and *The Federal Bar Council*.

*State Bar Admissions*
New York.

*Court Admissions*
Supreme Court of the United States, U.S. Courts of Appeal, Second, Third, Fifth, Seventh and Tenth Circuits; U.S. District Courts in various jurisdictions; United States Tax Court; Supreme Court of the State of New York.


## ARTHUR V. NEALON

Mr. Nealon is a partner in the Firm's Litigation Section and concentrates his practice in the resolution of commercial, securities, employment and white-collar criminal matters. He has represented corporations, partnerships and individuals at trials and appeals in federal and state courts and in arbitration proceedings at the AAA, NYSE and NASD.

A graduate of Columbia College and Columbia Law School, Mr. Nealon was a founding partner of the New York firm of McGuire, Kehl & Nealon, LLP. He was previously an Assistant to the United States Special Prosecutor, a litigation associate at Christy & Viener in New York, and an Assistant District Attorney for New York County.

Over the course of more than 20 years, Mr. Nealon has represented plaintiffs and defendants in securities, accounting and employment litigation and arbitration. He has also handled professional malpractice defense matters for attorneys, physicians and accountants, and defended individuals accused of securities, tax and financial crimes in federal and state court. He is a member of the *American Bar Association*, the *New York State Bar Association*, *The Association of the Bar of the City of New York* and the *New York County Lawyers Association*.

*State Bar Admissions*
New York.

*Court Admissions*
Supreme Court of the United States; U.S. Courts of Appeal, Second and Seventh Circuits; U.S. District Courts, Southern and Eastern Districts of New York, Central District of Illinois; New York State Courts.


## ROBERT N. CAPPUCCI

Robert Cappucci received his undergraduate degree from Fordham University, graduating *cum laude* and *in cursu honorum*. He received his law degree from Fordham University School of Law, where he was Articles Editor of the *Fordham International Law Journal*. He is the author of "*Amending the Treatment of Defense Production Enterprises Under the U.S. Exon-Florio Provision: A Move Toward Protectionism or Globalism?*," 16 *Fordham Int'l L.J.* 652 (1993).

Over the years, Mr. Cappucci has litigated a wide range of securities class actions, including work on *In re BankAmerica Corporation Securities Litigation*; *In re Providian Financial Corporation Securities Litigation*; *In re American Banknote Holographics Sec. Litig.*; *In re Dollar General Corp. Securities Litigation*; *In re Iridium Securities Litigation*; and *In re DaimlerChrysler Securities Litigation*.

Currently, Mr. Cappucci is one of the partners litigating *In re CMS Energy Securities Litigation*, which involves the reporting of billions of dollars of false revenues in connection with the defendant company's round trip trading practices, as well as *In Re Novastar Financial Securities Litigation* and *In Re Nokia Oyj (Nokia Corp.) Securities Litigation*.

Mr. Cappucci is a member of the Commercial and Federal Litigation Sections of the *New York State Bar Association* and a member of the Litigation Section of the *American Bar Association, The Federal Bar Council, The Association of the Bar of the City of New York,* and *The Association of Trial Lawyers of America.*

Before entering private practice, Mr. Cappucci interned with the Honorable John E. Sprizzo, United States District Court, Southern District of New York.

*State Bar Admissions*
New Jersey and New York.

*Court Admissions*
U.S. Supreme Court; United States Court of Appeals, 8th Circuit; United States Court of Appeals, 3rd Circuit; U.S. District Court, District of New Jersey; U.S. District Court, Southern and Eastern Districts of New York; U.S. District Court, Eastern District of Michigan.


**JOHNSTON de F. WHITMAN, Jr.**

Johnston Whitman, Jr. graduated *cum laude* from Colgate University.  He received his law degree from Fordham University School of Law, where he was a member of the Dean's List from 1992-1994, and was a member of the Fordham International Law Journal.

Mr. Whitman has a broad range of experience in litigating securities fraud claims and has represented public institutions in lead plaintiff proceedings in litigation against DaimlerChrysler Corporation, Dollar General Corporation, Enron Corporation and Royal Ahold, N.V., among others. Mr. Whitman has taken depositions, drafted numerous critical briefs, discovery requests, oppositions to summary judgment, pre-trial stipulations, and appellate briefs in cases including but not limited to:  *In re Providian Financial Corporation Securities Litigation*; *In re BankAmerica Corp. Securities Litigation*; *In re American Banknote Holographics Sec. Litig.*; *In re Baker Hughes Sec. Litig.*; *In re Dollar General Corp. Securities Litigation*; *In re DaimlerChrysler Securities Litigation*; *In re Enron Corporation* (both securities litigation and bankruptcy proceedings); *In re WorldCom* (bankruptcy proceedings); *In re Iridium Sec. Litig.*; and *In Re Royal Ahold Securities & "ERISA" Litigation*.

Most recently, Mr. Whitman defeated defendants' motion for summary judgment based upon the statute of limitations in the *DaimlerChrysler Litigation*, which the parties subsequently agreed to settle for $300 million. In the course of this case, Mr. Whitman supervised other associates in all phases of the litigation, and argued discovery motions before the Court-appointed Special Master.

Mr. Whitman is also an active member of our firm's bankruptcy practice and, along with Andrew Entwistle, drafted and argued numerous motions in the *Enron* bankruptcy proceedings, including, without limitation: motion for the appointment of an independent examiner; motion for the preparation of documents; and motions opposing insurance and retention payments to Enron Insiders.

Mr. Whitman is the former Chair of the Insurance Committee of the Elder Law Section of the *New York State Bar Association*. In this capacity, he authored several articles and was a featured speaker at numerous New York State Bar Association continuing legal education programs and at the professional symposia of both the New York State Bar Association and the National Academy of Elder Law Attorneys. Mr. Whitman has also authored the article, "*Long-Term Care Insurance: What You Must Know To Expand Your Practice,*" for the 1996 Symposium.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.


**PAUL R. BRADSHAW**

Paul Bradshaw graduated from East Carolina University and attended Florida State University College of Law, where he served as an editor of the Law Review and graduated with honors. Mr. Bradshaw is admitted to the Bar of the State of Florida and is the resident partner of the Firm's Florida office.

Mr. Bradshaw previously served as an attorney for the Florida Department of Community Affairs. Under the administration of Governor Bob Martinez, he acted as staff counsel to the Governor and Cabinet on environmental issues, and between 1988 and 1990 headed the state division charged with implementing Florida's landmark growth management legislation. He then advanced to Chief Cabinet Aide to Governor Martinez and Director of Florida's Office of Planning and Budgeting, serving as such until 1991, when he left state government to enter private practice. Mr. Bradshaw recently worked as a consultant to Governor Jeb Bush both in connection with his 1998 gubernatorial campaign and more recently on a variety of legislative issues.

Mr. Bradshaw has extensive experience in handling regulatory and administrative matters through state agencies and the courts, as well as in monitoring and tracking legislation and in preparing legislative and political strategies for clients.

## RICHARD E. NAWRACAJ

Richard E. Nawracaj has exceptional experience as both in-house and outside counsel with a background and expertise in information technology law, intellectual property law, commercial transactions, mergers and acquisitions, and litigation/dispute resolution. Mr. Nawracaj is a skilled negotiator with a solid understanding of the relationship between the law and furthering business interests, with a proven ability to successfully position organizations to attain specific objectives.

Mr. Nawracaj received a B.S. degree in Biochemistry from the University of Illinois-Champaign-Urbana in 1990. He went on to graduate from Loyola University with a J.D. in 1993 where he was the recipient of American Jurisprudence award for highest grade in Sale and Securities. Mr. Nawracaj later went on to J.L. Kellogg Graduate School of Business in 1999, where he triple majored in Management and Strategy, Finance and International Business.

Mr. Nawracaj is regarded as a key advisor of senior management with aptitude to resolve matters in a desirable legal as well as business manner. He maintains a creative legal and business mind, with the capability to grasp complex legal, financial and business concepts with ease.

Prior to joining Entwistle & Cappucci as Partner, Mr. Nawracaj was Assistant General Counsel at Divine, Inc. and prior to that, at MarchFirst, Inc. His key accomplishments there included his negotiations of software reseller agreements for third party intellectual property incorporated in corporate software products and establishing, implementing and managing a program for third party licensing of corporate patents, creating $5 million in new annual revenue. In addition, Mr. Nawracaj successfully managed five lawsuits concerning theft and improper use of corporate intellectual property by former employees.

Mr. Nawracaj is a member of the *Illinois State Bar Association* and the *American Bar Association* and principally practices out of the Chicago office.

*State Bar Admissions*
Illinois.

*Other Admissions*
U.S. Patent and Trademark Office.

*Of Counsel*

**STEPHEN D. OESTREICH**

Mr. Oestreich joined Entwistle & Cappucci as Senior Counsel to the Firm after spending 25 years at Wolf Popper, LLP where he was a Senior Partner and Co-Chairman of the Litigation Department.

Over the years, Mr. Oestreich has served as Lead or Co-Lead counsel in numerous securities class actions and derivative actions. Among his many noteworthy cases, Mr. Oestreich was a lead attorney in *In re The Standard Oil Company/British Petroleum Litigation*, which resulted in a benefit of over $600 million to the class; *Joseph, et al. v. Shell Oil Company, et al.*, a class action before the Delaware Chancery Court, which resulted in a $205 million settlement for the benefit of the class; *In re Donnkenny, Inc. Securities Litigation*; *In re Salomon Brothers Securities Litigation*, which settled for $52 million; and the *Itel Securities Litigation*, which resulted in a class settlement of over $40 million.

Mr. Oestreich was also appointed by the Delaware District Court as Lead Counsel in the *In re Phillips Securities Litigation* and served as a member of Plaintiffs' Executive Committee, as well as Plaintiffs' Lead Settlement Counsel in the *In re Gulf Oil/Cities Service Tender Offer Litigation*. Mr. Oestreich also served as Co-Lead Counsel in, and was co-trial counsel in *Sirota v. Solitron Devices, Inc.*, which, after an eleven-day trial, resulted in a jury verdict for the plaintiff class on all issues of liability and damages. Mr. Oestreich was recently retained by the Global Crossing Estate Representatives as Special Litigation Counsel in connection with the Global Crossing Bankruptcy to recover funds on behalf of the Trust.

Mr. Oestreich graduated from Bucknell University (B.S./B.A., 1965) and Fordham University Law School (J.D., 1968), where he was a member of the Law School's National Moot Court Team and Sutherland Moot Court Team and was the recipient of the George W. Bacon Award and I. Maurice Wormser Award. After law school, he served as trial attorney with the Enforcement Division of the United States Securities and Exchange Commission in its New York Regional Office, where he represented the SEC in numerous hearings and trials.

Mr. Oestreich is presently a member of the Committee on Securities and Exchanges and the Federal Courts Committee of the New York County Bar Association. His experience also includes serving as Special Master for the Supreme Court of New York and as an arbitrator in the United States District Court for the Eastern District of New York. Aside from his practice, Mr. Oestreich has also been a guest lecturer on the subject of securities litigation at the Federal Bar Association and at the Rutgers Graduate School of Business. Most recently, Mr. Oestreich has been called upon by financial news networks to discuss recent developments involving the securities laws. In 1998, he was the recipient of the Man of the Year Award for the Long Island Chapter of the Crohn's and Colitis Foundation of America.

*State Bar Admissions*
New York.

*Court Admissions*
United States Supreme Court; United States Court of Appeals, First, Second, Third and Ninth
Circuits; United States District Court, Southern and Eastern Districts of New York.

## M. DIANE ALLBAUGH

Ms. Allbaugh graduated from Cameron University and holds a Juris Doctor Degree from the
University of Oklahoma.  She is a member of the Bars of the State of Texas, Oklahoma and the
District of Columbia and has published articles in many national law publications.

M. Diane Allbaugh represents a unique cross-section of clients, including public utilities, higher
education institutions, health care entities and telecommunications companies in many states on
issues primarily relating to various intergovernmental matters.

In 1997, Ms. Allbaugh organized a unique coalition of corporations, associations and state offices to
host a symposium on long-term care at the LBJ School of Public Affairs at the University of Texas
at Austin.  Partners in the coalition included those representing both sides of long-term care issues,
including state agencies, legislative offices, associations, HMO's and major corporations.

As Legal Counsel and Executive Assistant to the Vice Chairman of the Oklahoma Tax Commission
from 1992 to 1994, Ms. Allbaugh assisted in developing a strategic plan for reengineering the
agency.  Prior to this, Ms. Allbaugh served as Assistant General Counsel for the Oklahoma Tax
Commission and practiced in the federal, state, county and administrative courts.

Ms. Allbaugh was previously with the Austin law firm of Hance Scarborough Woodward &
Weisbart.  During her tenure at the firm, Ms. Allbaugh conducted government affairs activities on
behalf of the firm's corporate clients, as well as representing the firm before various Texas
departments and commissions.

*State Bar Admissions*
Texas, Oklahoma, District of Columbia.

## HON. THOMAS W. ALFANO

Thomas Alfano received his undergraduate degree from Fordham University where he was class
valedictorian and elected to Phi Beta Kappa.  He received his law degree from Fordham University
School of Law and is admitted to all state and federal courts serving New York State.

Mr. Alfano currently acts in a Senior Counsel capacity in various securities, antitrust and consumer
fraud litigations.  Mr. Alfano has extensive trial experience and was previously associated with
Skadden, Arps, Slate, Meagher & Flom.

Mr. Alfano was elected to the New York State Assembly in 1996.  He represents the 22nd Assembly
District which covers southwest Nassau County.  During his second term in the Assembly, Mr.
Alfano was selected to serve as Vice-Chairman of the Assembly Joint Conference Committee.  In

this capacity, Mr. Alfano has been speaking and leading the Conference on issues relating to job creation, tax, education and healthcare. Mr. Alfano has also assisted in spearheading the Governor's Office of Regulatory Reform's State Legislature Outreach Program, formed to solicit input from citizens and businesses across the state to reform the regulatory process. Mr. Alfano is a frequent commentator on state legislative television programs broadcast from the State Capitol. Additionally, he has made guest appearances on New York City's National Public Radio on current legislative issues.

Mr. Alfano was also named to serve on the New York State Legislative Budget Conference Committee. The Conference Committee is comprised of leaders from the Senate and Assembly who formulate the state budget.

Mr. Alfano is a member of the American Legislative Exchange Council, Council of State Governments, National Conference of Insurance Legislators where he sits on the Property and Casualty committee and the subcommittee on Natural Disaster Insurance Legislation, the National Republican Legislators Association and the *Nassau County Bar Association*.

## SENATOR ADELINE J. GEO-KARIS

Senator Geo-Karis is Of Counsel to the Firm and she is currently first in seniority in the Illinois Senate Republican Caucus, having served the 31st District of Illinois since 1979. The first woman in Illinois history ever to serve in Senate leadership, she served as Assistant Senate Majority Leader from 1993-2003. She previously served six years in the House of Representatives. Named Minority Spokesman for the Senate Executive Appointments Committee, she is currently one of two Republican Senators to serve as co-chairman in the 93rd General Assembly. Additionally, she serves as a member of the Financial Institutions Committee and chairman of the Senate Republican Task Force on Veterans. She is also the first lady of the Senate and a precinct committeewoman and parliamentarian for the Lake County Republican Central Committee. Senator Geo-Karis previously served as cochairman of that committee. She was a delegate to the 1984, 1988, 1996 and 2000 National Republican Convention and secretary to the Illinois Delegation. She was alternate delegate to the 1992 National Republican Convention.

Senator Geo-Karis pioneered legislation on gasohol, solar energy and other alternative energy resources and she successfully sponsored and supported bills for strong crime control and to benefit senior citizens, youth, people with disabilities and the working majority. She was cited for her sponsorship of the Nuclear Safety Preparedness Act, the Alternative Energy Act, and many laws to increase safety on Illinois lakes. She also sponsored the "Guilty but Mentally Ill" law. She also successfully sponsored the repeal of the Illinois inheritance tax.

The Adeline Geo-Karis Leadership Award at Zion-Benton High School was named for her with annual scholarships to be donated annually beginning in 2001.

She is the recipient of numerous honors and awards including: 2002 Friend of Agriculture, Illinois Farm Bureau; 2002 Certificate Appreciation for Excellence in Political Leadership, Treasurer Judy Baar Topinka; 2002 Appreciation Award, Order of AHEPA, Blue Ribbon District 13; 2000

Outstanding Public Service Award, DePaul University College of Law Alumni; Primary Health Care Association Award; 2000 Liberty Bell Award, 19th Judicial Circuit; 1999 Veteran of the Year, American GI Forum; 1999 Child Care Coalition Award; 1999 Legislator of the Year, Illinois Association of County Officials; 1998 Friend of Business LUCI (Leading Us in Commerce and Industry) Award; Hellenic American Achievement Award; North Shore D.A.R. Americanism Medal; Daughters of Penelope Woman of the Year; Illinois Federation of Independent Colleges and Universities Outstanding Legislator; Illinois Association of Park Districts Award; Jane Addams Leadership Award; NAACP Award from North Chicago Chapter; YWCA of Lake County Award for Outstanding Achievement in Government; United Hellenic Voters of America Most Distinguished American of Greek Ethnic Origin in the Field of Government; Illinois Women's Political Caucus Carrie Chapman Catt Award; Greater Waukegan Israel Bond Rally Honoree; Illinois State's Attorneys Legislative Award; Military Order of the Purple Heart Award; and the Midwestern Regional Medical Center Award.

Senator Geo-Karis was born in Tegeas, Greece and educated in the United States. She attended Northwestern University and received her LL.B from DePaul University. She served as Lt. Commander with Top Secret Clearance in the U.S. Naval Reserves. She is a member of St. Demetrios Greek Orthodox Church in Waukegan, Illinois and served as the past president of its Parish Board of Trustees and Ladies Auxiliary.

## DR. M. HOSSEIN BOR

Dr. Bor received a Masters in Comparative Law from George Washington University Law School and Ph.D. and Masters Degree in International Law and International Relations from American University. Dr. Bor also has a degree in law from Tehran University and is a member of the Bar of the District of Columbia.

Dr. Bor served as Energy and Economic Advisor to the Embassy of the State of Qatar in Washington, D.C. from 1982 to 1998. His practice includes commercial law, international law, international relations, energy and petroleum, international trade, international transactions, corporate law, contracts, and administrative law.

Dr. Bor is active in facilitating trade, joint ventures, investment, and project development between American corporations and their counterparts from the Gulf (G.C.C.) countries. He advises U.S. companies about conducting business in the Gulf and overseas corporations about business operations in the U.S., including analysis of U.S. and foreign policy and regulatory issues. Dr. Bor maintains a wide range of contacts among government officials, lawyers, the business community and academia in the United Arab Emirates, Qatar, Saudi Arabia, Kuwait, Bahrain and Iran.

Dr. Bor serves as an Adjunct Professor of Law at the Catholic University of America and he has written extensively on various issues relating to the Middle East, including the critically regarded treatise *Iran and Its Nationalities*, Karatchi: Pakistan Adab Publication, 2000. Dr. Bor has also appeared widely on television and radio broadcasts, including the Voice of America and BBC.

**JOHN A. BOHN**

John Bohn served for seven years as the President of Moody's Investors Service, the world's leading credit research and analysis company and a major publisher of financial information, with more than 1,500 employees in 10 countries. Mr. Bohn came to Moody's from a three-year term as President and Chairman of the Export Import Bank of the United States, a United States government corporation that finances and insures the sale abroad of American produced goods. During his tenure, Eximbank provided some $6 billion per year in loans, guarantees and insurance in more than 25 countries. Prior to his service with the bank, which he began as First Vice President and Vice Chairman, Mr. Bohn was Special Assistant to the Secretary of the Treasury, and United States Ambassador and Executive Director at the Asian Development Bank in Manila. Mr. Bohn advises corporate officers and directors on governance issues, counsels on transactional matters, and also currently sits on or chairs the Boards of several organizations whose focus is the Internet or other emerging technologies.

Mr. Bohn graduated with honors from Stanford University, he attended the London School of Economics as a Fulbright Scholar and then graduated in law from Harvard University. After practicing law in California and the Pacific Rim, Mr. Bohn joined the Wells Fargo Bank, where he spent four and one-half years in Tokyo, responsible for Far Eastern activities and, later, was head of the Bank's International Group in Los Angeles at its North American Division in San Francisco. A member of the Foreign Service Association, Mr. Bohn served on the Board of Directors of The Center for International Private Enterprise in Washington, D.C. for four years and serves as a Director of the National Committee on U.S.-China relations. He is a member of the *Counsel on Foreign Relations* and the *Economic Club in New York*. He is also a Trustee of The Monterey Institute in California, a member of the *Council for Excellence in Government* in Washington, and a member of a number of corporate boards.

*State Bar Admissions*
California and Guam.

*Court Admissions*
U.S. Supreme Court; U.S. District Court; Northern District of California; U.S. Court of Appeals, Ninth Circuit; Trust Territory of the Pacific Islands.

**WARREN P. TAYLOR**

Warren P. Taylor studied at Princeton University and the University of Oklahoma which ultimately awarded him both a Bachelor of Arts and his law degree. Mr. Taylor is admitted to practice before the U.S. Tax Court, the U.S. Military Court of Criminal Appeals, the U.S. Supreme Court and the courts of the State of Oklahoma. While on active duty in the Army, Mr. Taylor received the Bronze Star, Defense Meritorious Service medal, 4 Army Meritorious Service medals, the Army Commendation medal, and various foreign awards and meritorious unit awards.

Following his service in the field and after obtaining his law degree, Mr. Taylor served in various legal positions in the Army, including: Staff Judge Advocate, 2nd Infantry Division, Republic of

Korea (Senior Legal Advisor to the Commanding General); Deputy Staff Judge Advocate, 4th Infantry Division; Command Judge Advocate, Military Assistance Command (Vietnam) (principal legal advisor to the U.S. Commanding General of Military Region IV, Mekong Delta, Republic of Vietnam); and Team Chief, Office of the Chief Trial Attorney of the Army (represented the Department of the Army in multi-million dollar contract disputes). Mr. Taylor then served as Legal Advisor to the Secretary of the Army, advised the Secretary on Congressional investigative activities, developed and implemented "Legislative Action Plans", acted as liaison with Congressional Oversight and Investigative Committees, represented Department of the Army witnesses appearing before Congress, and acted as Lead Counsel for the Army in all personnel and procurement matters pending before the Congress.

Subsequently, Mr. Taylor was selected by General Colin Powell (then Senior Military Assistant to the Secretary of Defense) to be the Legislative Counsel to Secretary Weinberger. In this capacity, Mr. Taylor developed and implemented defense procurement and acquisition policies, acted as counsel to SECDEF, DEPSECDEF and other DOD executives appearing before Congressional Committees, developed "Legislative Action Plans," wrote legislation in coordination with executive and legislative branch executives and successfully advocated before the U.S. Congress for the procurement of advanced weapons systems and for increased funding of "quality of life" programs for all branches of the U.S. military. Mr. Taylor traveled extensively with Members of Congress and private sector executives as an advisor on national security and defense procurement and acquisition policies and procedures.

Since leaving the Department of Defense and entering the private sector, Mr. Taylor has represented clients in a variety of government relations, litigation and transactional matters including: representing the U.S. Air Force Association before the U.S. Congress; major defense contractors in connection with procurement issues; and a coalition of several American companies that successfully obtained a multi-million dollar contract to dismantle Russian chemical and biological weapons. Mr. Taylor has also represented the Russian Federation in connection with various matters.

Mr. Taylor's extensive experience domestically before Congress, the Department of Defense, National Guard and various branches of the Armed Services and his overseas contacts in the former Soviet Union and the Middle East, place him in a unique position to assist domestic and foreign companies on government relations, corporate and litigation issues.

## ALFRED V. GRECO

Mr. Greco received his undergraduate degree from Hunter College of the City University of New York, his law degree from Fordham University and is admitted in all state courts and federal courts in the Eastern and Southern Districts of the State of New York.

Mr. Greco started his legal career as a staff attorney with the Securities & Exchange Commission, Enforcement Division. In this capacity in the SEC's New York Regional Office, Mr. Greco engaged in all phases of enforcement matters involving injunctive actions in the federal courts against alleged violators of the securities laws including public corporations, securities brokerage

firms and member firms of the New York Stock Exchange. The foregoing included supervision of preparation and review of extensive investigative reports, depositions and paperwork incident to litigation involving temporary restraining orders, preliminary injunctions and consent decrees. Mr. Greco also participated in and supervised administrative proceedings involving enforcement of all phases of the securities laws with respect to the brokerage community and its registered representatives. Mr. Greco left the SEC to enter private practice and later served as an adjunct professor of Law at Fordham University.

In the course of his private practice, Mr. Greco represents clients from a broad spectrum of the business world including securities underwriters, member firms of the New York Stock Exchange and foreign public and private corporations. This representation has covered all aspects of the federal securities laws including defense of enforcement proceedings and injunctive actions in both the federal and state courts and arbitration proceedings before the National Association of Securities Dealers and the New York and American Stock Exchanges.

During the past twenty-five years, Mr. Greco has represented a broad array of public and private corporations and securities underwriters in both litigated and transactional matters. He has had extensive experience in the preparation of registration statements and the required documentation relating to the public offering of securities, including preparation of complex prospectuses, negotiating and preparing complex underwriting agreements and preparation of documents for compliance with state (blue sky) and federal securities laws. Mr. Greco's area of expertise includes merger and acquisition transactions and the negotiation and preparation of complex documents in connection therewith.

Mr. Greco's extensive knowledge and broad experience has placed him in a unique position to represent or act as a special counsel for other law firms to advise novice as well as seasoned corporations concerning financing and equity offerings as well as acting as a troubleshooter with respect to compliance with the federal securities laws.

## DOUGLASS A. WISTENDAHL

Douglass Wistendahl received his B.B.A. from the Ohio University graduating with honors and his law degree from the Rutgers School of Law, ranking in the top 10% of his class. Mr. Wistendahl is admitted to the bar of the States of New York and New Jersey.
Mr. Wistendahl specializes in corporate and commercial representation of European and U.S. clients, including lender and lessors in secured lending and equipment leasing transactions for computers, aircraft, rail cars and containers, lender funded buy-outs of lease and debt portfolios in and out of bankruptcies; licensing; franchising; mergers and acquisitions; and real estate transactions.

Prior to entering private practice Mr. Wistendahl was a law clerk in the Chancery Division of the New Jersey Superior Court. Mr. Wistendahl has acted as an officer and director for various technology, internet, outdoor sports and fitness, leasing and food service corporations. Mr. Wistendahl also holds a technology patent involving interactive television.

**THOMAS J. BONNER**

Tom Bonner graduated from the University of Notre Dame Law School where he received his Juris Doctor. He is admitted to the Bar of the State of New York and Chairs the International Law and Practice Section of the New York State Bar Association.

Mr. Bonner has extensive experience in general commercial litigation, corporate, banking law, international trade, international finance, real estate finance and loan reorganization.

**REX A. GUEST**

Rex Guest received his undergraduate degree from the University of Illinois and his law degree from the Loyola University of Chicago in 1955, ranking fourth in his class. Mr. Guest practices tax law with a special emphasis on federal and state tax disputes and Tax Court litigation.

As a revenue agent with the Internal Revenue Service from 1948 to 1955, Mr. Guest examined and investigated Federal individual, partnership, fiduciary and corporation returns with primary emphasis on corporate returns. Mr. Guest conducted the investigation of approximately 100 cases in which a civil fraud penalty was sustained. Mr. Guest also participated in two cases resulting in convictions for criminal tax evasion.

Mr. Guest served as: trial attorney with the Office of Chief Counsel, Internal Revenue Service in Milwaukee, Wisconsin (1955-1965); head of the New Orleans office (1965-1967); head of the Kansas City office (1967-1970); Staff Assistant to the Regional Counsel in Chicago (1970-1978); and as Assistant District Counsel from June, 1978 until entering private practice.

Mr. Guest's litigation experience includes every stage of disputed tax cases, whether income, estate or gift tax, furnishing advice to the District Director, reviewing proposed notices of deficiency as to form and legal sufficiency, directing supplemental investigations by revenue agents or special agents, and appearing in court representing the Government during trial. Mr. Guest has tried in excess of 30 cases in the Tax Court, many of which were of several weeks duration. Mr. Guest has also tried a significant number of civil fraud cases.

Mr. Guest has also litigated Freedom of Information and disclosure cases; foreclosure and quiet title actions under U.S.C. §2410, U.S.C.; suits by the United States to reduce its tax claims to judgment and/or to foreclose its tax liens; suits to enforce compliance with levies; cases involving priority of tax claims in bankruptcy proceedings and corporate reorganizations, and in state receivership proceedings and probate proceedings. Mr. Guest has also handled several refund suits in the District Court and Court of Federal Claims, as well as a number of criminal tax cases.

*State Bar Admissions*
Illinois and Wisconsin.

*Court Admissions*
U.S. Tax Court; U.S. District Court, Eastern District of Wisconsin, Northern District of Illinois.

## WILLIAM B. HORTON, II

William Horton received his B.A. from John Hopkins University, his J.D. from Baylor University and his LL.M. from the University of Washington. He is a member of the Association of the Bar of the City of New York, Washington State, New York State and American Bar Associations. Mr. Horton is also a member of the Japan-American Legal Society and is fluent in Japanese.

Mr. Horton is a recipient of the American Jurisprudence Award, Conflict of Laws, and has authored "Taxing the Attorneys' Income in Japan" 14 Law in Japan, An Annual 104.

Mr. Horton represents a cross-section of clients including finance, corporate, entertainment, intellectual property and insurance.

## ALIX R. RUBIN

Alix Rubin concentrates her practice in the areas of employment law and complex commercial litigation. Based in the firm's New Jersey office, Ms. Rubin counsels and represents both institutional and individual clients in a variety of business disputes in federal and state courts as well as before administrative agencies, mediators, and arbitrators.

Ms. Rubin has defended institutional clients and/or their employees against employment discrimination, harassment, wrongful discharge, and other employment-related claims; represented institutional clients who sought to enforce restrictive covenants in employment contracts; litigated a broad range of contractual disputes and business torts; and successfully prosecuted a violation of the Commerce Clause in the U.S. District Court for the District of New Jersey. Ms. Rubin has an active pro bono practice in which, among other things, she has obtained asylum and permanent resident status for individuals and their families who fled from countries in which they were persecuted and tortured for their political beliefs.

A graduate of the University of Pennsylvania Law School, Ms. Rubin was Associate and Book Review Editor of the Comparative Labor Law Journal as well as a Legal Research Fellow. After obtaining her B.A. in English and French magna cum laude from Tufts University, she earned a Master of Journalism Degree from Temple University before attending law school.
Ms. Rubin is a member of the American Bar Association, New Jersey State Bar Association, Essex County (N.J.) Bar Association, and Association of the Federal Bar of the State of New Jersey. She served as a facilitator on the New Jersey World Trade Center Disaster Legal Response Team, and was named 2003 Pro Bono Attorney of the Year by Volunteer Lawyers for Justice, on whose board she currently serves. Prior to joining Entwistle & Cappucci, Ms. Rubin was associated with the New Jersey law firm of Lowenstein Sandler.

*Publications*
Contributing author, *A Practical Guide to New Jersey Employment Law: The Employer's Resource, Lowenstein Sandler and NJBIA*, 2001-2002 and 2004-2005 editions.

"*Anonymous 'Posters' Complicate Discovery*," New York Law Journal, November 19, 2001.

"*The Americans With Disabilities Act, Reasonable Accommodations and Therapists' Responsibilities*," OT Practice, Volume 3, Issue 7, July/August 1998.

"*Mental Disabilities and the ADA: What's an Employer to Do*?" Exploring the Real World of Employee Relations: An Interactive Workshop, January 21, 1998.

"*What the Balanced Budget Act Means for New Jersey Health Care Providers*," Hannoch Weisman Health Update, Volume III, No. 3, Fall 1997.

"*HIV Positive, Employment Negative? HIV Discrimination Among Health Care Workers in the United States and France*," Comparative Labor Law Journal, Volume 17, No. 2, Winter 1996.

*State Bar Admissions*
New Jersey and Pennsylvania.

*Court Admissions*
United States Court of Appeals for the Third Circuit, U.S. District Court for the District of New Jersey and Southern and Eastern Districts of New York.

*Associates*

## RICHARD W. GONNELLO

Richard Gonnello graduated *summa cum laude* from Rutgers University with a B.A. in Classics and History where he was named Phi Beta Kappa.  He received his J.D. from UCLA Law School in 1998.

Prior to joining Entwistle & Cappucci, Mr. Gonnello was a litigation specialist with Latham & Watkins in New York.  In this capacity, Mr. Gonnello participated in corporate internal investigations and led numerous securities actions, commercial litigations and arbitrations from initiation to settlement.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.

## WILLIAM W. WICKERSHAM

William Wickersham graduated Skidmore College with honors in Government. He received his law degree from Fordham University School of Law, where he was a member of the Dean's list in 1999.

Mr. Wickersham entered private practice immediately after finishing Fordham University School of Law and has worked exclusively in the complex securities litigation field.  Mr. Wickersham has worked in his tenure as an attorney on some of the largest and most significant cases in the field, representing either lead plaintiffs in the class action setting or in private actions brought by institutional investors with considerate losses at stake.

In *In re BankAmerica Corp. Securities Litigation*, he represented the lead plaintiff in that action, which was settled for $490 million.  Mr. Wickersham, as an associate of one of executive committee firms, participated in the investigation and drafting of the consolidated amended complaints in *In re Initial Public Offering Securities  Litigation*, currently pending in the Southern District of New York.  Mr. Wickersham also participated in *In re DOV Pharmaceutical, Inc. Securities Litigation*, which resulted in a substantial settlement of cash and warrants to the class.  In addition, Mr. Wickersham represents one of the lead plaintiffs in the class action *In re CMS Energy Corporation Securities Litigation*, which involved an $8 billion restatement of the company's financial statements.  He also participated in the discovery phase of *In re Daimler Chrysler Securities Litigation*, which was recently settled of behalf of the class for approximately $300 million.

In addition, Mr. Wickersham is actively litigating federal and state securities claims on behalf of several private investors against Enron Corporation, Cendant Corporation, and Lucent Corporation.

Mr. Wickersham was previously associated with the law firm of Stull, Stull & Brody in New York.

His area of practice is complex securities litigation.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.

## ERIC S. COHEN

Eric S. Cohen is an associate with the firm and assigned to the Commercial Litigation department.

Mr. Cohen graduated cum laude from Queens College of the City University of New York with a bachelor's degree in Political Science and was awarded the Pi Sigma Alpha Award for Academic Excellence.  He received his J.D. from the Hofstra University School of Law.

Mr. Cohen is a member of the *New York State Bar Association*, the *Queens County Bar Association*, the *Brandeis Association* and the *New York State Trial Lawyers' Association*.

*State Bar Admissions*
New York, New Jersey.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York; District of New Jersey.

## MICHAEL A. MCDONOUGH

Michael McDonough's areas of practice include commercial litigation and intellectual property law. He has represented a diverse range of clients in a broad range of business related disputes.

Mr. McDonough graduated from the University of Scranton with a B.A. in History.  He received his law degree from St. John's University School of Law, where he was an editor on the St. John's Journal of Legal Commentary.

*Publications*
"*Mail Fraud and the Good Faith Defense*," 14 St. John's Journal of Legal Commentary 279, (1999)

*State Bar Admissions*
New York, New Jersey.

*Court Admissions*
U.S. District Court, Southern District of New York and District of New Jersey.

**ANDREW E. PLATEK**

Andrew Platek graduated from Rutgers College in New Brunswick, New Jersey with honors in History. He received his law degree from New York University in 2000.
Immediately after completing law school, Mr. Platek entered the law firm of Fried, Frank, Harris, Shriver & Jacobson in New York as an associate. At Fried, Frank, Mr. Platek worked on corporate, litigation and anti-trust matters. These matters included mergers and acquisitions, securities offerings (both public and private), complex securities litigation, corporate governance issues, Hart-Scott-Rodino filings, and even a death penalty case.

Currently, Mr. Platek is engaged in the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

*State Bar Admissions*
New York.

**FRANK S. ROSSI, II**

Frank S. Rossi, II graduated *summa cum laude* from Union College in Schenectady, New York in 1998 with a Bachelor of Arts Degree in Political Science. He received his *Juris Doctor* Degree from Harvard Law School in 2001. He is a member of the New York State Bar Association.

Mr. Rossi was previously associated with the law firm of McDermott, Will & Emery LLP in New York, where his practice area was bankruptcy and distressed company transactions, and he was influential in the representation of IDT Corporation's subsidiary Winstar Holdings LLC in its purchase of Winstar Communications Inc. and its related subsidiaries in December 2001.

At Entwistle & Cappucci LLP, Mr. Rossi is assisting in securities class action work, including the firm's lead representation in the class action litigation in the *In re: Royal Ahold N.V. Securities & ERISA Litigation* case.

*State Bar Admissions*
New York.

**LOCKSLEY O. WADE**

Locksley O. Wade spent most of his career in the Office of the Attorney General of Florida, successfully defending constitutional challenges to State laws and administrative rules both in Federal and State Courts from inception to appeals. For his outstanding work for the State of Florida, Mr. Wade was the recipient of the 1998 Davis Productivity Award for the State of Florida.

Mr. Wade, a graduate of Baruch College in New York and Nova Southeastern University Law Center, is a member of the Florida Bar, the U.S. Court of Appeals for the Eleventh Circuit and the

U.S. District Court, Northern, Middle and Southern Districts of Florida.  He practices primarily in the areas of complex business and securities litigation.

*State Bar Admissions*
Florida.

*Court Admissions*
U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Northern, Middle and Southern Districts of Florida.

## MICHAEL D. KEENAN

Michael Keenan graduated from Vassar College with B.A.s in Political Science and Theater.  He received his law degree from Fordham University School of Law in 2004, where he was a member of moot court and Fordham's Environmental Law Journal.  As a member of moot court, he was Captain of the team that captured Best Petitioner's Brief at the University of San Diego School of Law's National Criminal Procedure Competition.  He was also the Associate Editor of the Irving R. Kaufman Memorial Securities Law Moot Court Competition.

Prior to attending law school, Mr. Keenan worked for over five years in corporate finance as an Assistant Vice President in Fleet Bank's Media and Entertainment Division, and as an Associate in Citicorp's Loan Syndications Division.

Mr. Keenan has been with Entwistle & Cappucci since January of 2003.  Currently, he is engaged in the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

*State Bar Admissions*
New York.

## AMITA SINGH

Amita Singh graduated from Emory University with a B.A. in International Relations and Economics.  She received her J.D. from the University of Georgia School of Law and her L.L.M. in Securities and Financial Regulation at Georgetown University Law Center, where her thesis was entitled *"The Uncertainty of the Scope of the Duty to Update:  The Impact of Regulatory Reforms on Corporate Disclosure."*

Ms. Singh has a strong financial background, including experience in the Division of Enforcement at the Securities and Exchange Commission in Washington, D.C.

*State Bar Admissions*
Georgia, District of Columbia.

**DARBY J. GREEN**

Darby Green graduated from Dartmouth College in 2001 with a B.A. in Geography. She received her J.D. from Vanderbilt University Law School in 2004, where she was a Notes Editor on the Vanderbilt Journal of Entertainment Law & Practice and a member of the Moot Court Board.

Ms. Green has interned for Hon. Denise L. Sher and Hon. Scott Fairgrieve, who both preside at the District Court of Nassau County in Hempstead, NY. She also served as an intern for the legal department at ESPN, Inc., where she performed substantial transactional and intellectual property work.

At Entwistle & Cappucci LLP, Ms. Green is involved in the *In Re Royal Ahold N.V. Securities & ERISA Litigation*, assisting the firm as it represents the Co-Lead Plaintiffs in this significant securities class action suit.

*Publications*
"*Almost Famous: Reality Television Participants as Limited-Purpose Public Figures*," 6 Vand. J. Ent. L. & Prac. 94 (2003).

*State Bar Admissions*
New York.

**Offices**

Entwistle & Cappucci LLP
299 Park Avenue
New York, New York  10171
Tel:  212-894-7200
Fax:  212-894-7272

Entwistle & Cappucci LLP
720 Brazos Street, Suite 1120
Austin, Texas 78701
Tel:  512-275-7388
Fax:  512-480-8230

Entwistle & Cappucci LLP
200 Business Park Drive
Suite 305
Armonk, New York  10504
Tel:  914-730-3200
Fax:  914-730-3206

Entwistle & Cappucci LLC
333 W. Wacker Drive
20th Floor
Chicago, Illinois  60606
Tel:  312- 251-9500
Fax:  312-251-9300

Entwistle & Cappucci LLP
The White House
203 North Gadsden Street
Tallahassee, Florida  32301
Tel:  850-222-9886
Fax:  850-671-4402

Entwistle & Cappucci LLP
30 Columbia Turnpike
P.O. Box 95
Florham Park, New Jersey  07932
Tel:  973-236-0666
Fax:  973-236-9565

Entwistle & Cappucci LLP
1735 New York Avenue, NW
Washington, DC  20006
Tel:  202-661-3960
Fax:  202-331-1024

# KLAFTER & OLSEN LLP

Jeffrey Klafter and Kurt Olsen founded Klafter & Olsen LLP (the "Firm") in June 2003. The Firm has offices in Washington D.C. and New York. Together, Messrs. Klafter and Olsen bring over thirty two years combined experience representing plaintiffs and defendants in a wide variety of litigation matters including securities, antitrust, corporate governance, and derivative actions as well as concurrent bankruptcy proceedings. The Firm provides its clients with the full spectrum of legal services including: (i) factual investigation, forensic accounting, and legal analysis; (ii) written reports advising the client of the merits of the case, developments in the litigation, and settlement issues; and (iii) advisory services on an "as needed" basis on both case specific and general securities litigation matters.

The Firm served as co-lead counsel in two federal securities class actions in which a total of over $42 million was recovered. Currently, the Firm is co-lead counsel in the following securities class actions:

- *Davidoff et al. v. Farina, et al.*, No. 04-CV-7617(NRB)(S.D.N.Y.);

- *In re Eaton Vance Corporation Securities Litigation*, Civil Action No. 01-10911-EFH (D. Mass.); and

- *Broderick et al. v. PricewaterhouseCoopers LLP*, No. CV 98-1658 MRP (C.D. Cal.).

The Firm is also co-lead counsel in several consumer fraud class actions, including a class action involving allegedly defective car engines manufactured by General Motors**.**

**Jeffrey A. Klafter** has more than twenty years of experience in prosecuting securities and commercial litigation. Since 1988, Mr. Klafter was a partner of Bernstein Litowitz Berger & Grossmann LLP. Early in his career, Mr. Klafter was one of the principal lawyers responsible for the prosecution of over 100 defendants to recoup the losses suffered by the purchasers of municipal bonds issued by the Washington Public Power Supply System when it defaulted on those bonds. That litigation resulted in the recovery of over $800 million, one of the largest securities fraud settlements in history. Mr. Klafter has also served as a lead counsel in prosecuting numerous securities class actions on behalf of investors in common stock, municipal bonds, convertible debentures and preferred stock in which hundreds of millions of dollars have been recovered on behalf of investors. Among his many notable achievements are the recent recovery of $48 million in *In re Independent Energy PLC Securities Litigation*; the decision of the Second Circuit Court of Appeals reversing the district court's dismissal of plaintiffs' complaint in *In re Scholastic Corp. Securities Litigation*; the recovery with Mr. Olsen of $27.1 million in *In re SmarTalk Teleservices Inc. Securities Litigation*, and a significant recovery on behalf of holders of Sun Oil Company preferred stock in litigation over the indenture governing the stock.

1

Mr. Klafter has also been responsible for the prosecution of innovative and diverse litigation successfully challenging Delaware regulations governing the disposal of solid waste on behalf of waste haulers; the laying of fiber optic cable along railroad rights of way on behalf of adjoining landowners; and efforts to impose the cost of Y2K compliance on businesses and medical practices by suppliers of various computer software.

Mr. Klafter is a member of the Bar of the State of New York, the United States District Court for the Southern District of New York, other federal district courts, the Second Circuit Court of Appeals, and the United States Supreme Court. Mr. Klafter is a member of the Securities Law Committee of the Commercial and Federal Litigation Section f the New York State Bar Association; the Class Actions and Derivative Suits Committee of the Litigation Section of the American Bar Association, and is a noted author and lecturer on securities litigation issues.

**Kurt B. Olsen** has more than twelve years of experience representing plaintiffs and defendants in commercial, Title VII, and securities class action litigation. In September 1997, Mr. Olsen founded The Olsen Law Firm. The Firm focused on uncovering complex accounting schemes before they became public including several actions where the defendant companies were forced to restate their financial results after the Firm filed suit. As a lead counsel, Mr. Olsen successfully prosecuted several prominent federal securities class actions including: *In re SmarTalk Teleservices Inc. Securities Litigation* ($27.1 million total settlement); *Edwards v. Casino DataSystems, Inc.*($5 million settlement); and *Broderick v. PHP Healthcare Corporation.*($4.5 million settlement); *In re Ashworth, Inc. Securities Litigation* ($15.25 million settlement). In *SmarTalk*, the district court recognized the $15 million settlement with the company's auditor, defendant PricewaterhouseCoopers LLP, as an "extraordinary" recovery.

Prior to founding The Olsen Law Firm, Mr. Olsen was associated with the Washington D.C. office of Kirkland & Ellis where he represented General Motors Corp., Dow Corning Corp., and the Dow Chemical Co. in various products liability actions. He also served as co-lead trial counsel in *Scott v. Dow Corning, Inc.*, one of only two trial victories in Texas for Dow Corning in the breast implant litigation. Mr. Olsen is a graduate of the U.S. Naval Academy (B.S. *with Merit* 1984) and the National Law Center, George Washington University (J.D. *with Honors* 1992). During his career in the U.S. Navy, Mr. Olsen served as a Naval Special Warfare Officer assigned to SEAL Team Five in Coronado, California. He has traveled extensively in the Middle East and Far East, primarily as a special operations platoon commander.

Mr. Olsen is a member of the Bar of the District of Columbia and the State of Maryland, and a member of the United States District Courts for the Districts of Maryland and the District of Columbia.

# BERMAN DEVALERIO PEASE
# TABACCO BURT & PUCILLO

## THE FIRM

The law firm of Berman DeValerio Pease Tabacco Burt & Pucillo prosecutes class actions nationwide on behalf of victims of securities and antitrust law violations. Founded in 1982, Berman DeValerio has 34 attorneys in offices in Boston, San Francisco, and West Palm Beach. The firm holds leadership positions in dozens of securities and antitrust actions around the country.

The attorneys at Berman DeValerio have prosecuted hundreds of class actions on behalf of defrauded individuals and institutions, recovering billions of dollars overall for clients. In addition to the financial recoveries, the firm has achieved significant changes in corporate governance.

The firm acts as monitoring, evaluation, and/or litigation counsel to 43 public and Taft-Hartley pension funds, including some of the nation's largest. In antitrust matters, the firm's institutional clients include the State of Florida and Aetna U.S. Healthcare, Inc.

## RESULTS

### Securities Settlements

The firm has negotiated substantial settlements for its clients. The following is a sample of significant results in securities litigation:

As counsel to court-appointed bondholder representatives the County of Fresno, Calif., and the Fresno County Employees' Retirement Association in In Re: WorldCom, Inc. Sec. Litig., 02civ3288 (S.D.N.Y.), Berman DeValerio helped a team of lawyers representing the New York State Common Retirement Fund obtain a settlement from underwriters worth more than $6 billion as of March 17, 2005. Claims against some defendants remain pending.

In In Re: Bristol-Myers Squibb Sec. Litig., 02CV2251 (S.D. N.Y.), Berman DeValerio represented the Fresno County Employees' Retirement Association and the Louisiana State Employees' Retirement System as lead plaintiffs. The firm negotiated a cash settlement of $300 million in July 2004. The settlement is the largest by a drug company in a U.S. securities fraud case.

Berman DeValerio represented the Louisiana Municipal Police Employees Retirement System as co-lead plaintiff in In Re: Symbol Technologies, Inc. Sec. Litig., 2:02cv01383 (E.D.N.Y.), obtaining a $139 million partial settlement in June 2004. Lead plaintiffs continue to prosecute the claims against individual defendants. A separate lawsuit is pending against Symbol's former auditor, Deloitte & Touche LLP.

As co-lead counsel in In Re: Lernout & Hauspie Products, N.V., Securities Litigation, 00-CV-11589 (PBS) (D. Mass.), Berman DeValerio negotiated the third largest settlement ever paid by accounting firms in a securities class action – a $115 million agreement with the U.S. and Belgian affiliates of KPMG International to settle claims of accounting malpractice. The case stemmed from KPMG's work for Lernout & Hauspie Speech Products, a software company driven into bankruptcy by a fraud scandal. The firm has reached additional partial settlements worth $5.5 million. The case is continuing against other defendants, including Lernout & Hauspie's former top officers, who are currently facing criminal charges in Belgium.

Berman DeValerio acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees' Retirement Association was lead plaintiff. In Re: Enterasys Networks, Inc. Securities Litigation, 02-CV-71 (D.H.H.) settled in October 2003 for $17 million in cash, stock valued at $33 million, and major corporate governance improvements that opened the computer networking company to greater public scrutiny. Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates to the board, and expanding the company's annual proxy disclosures. The settlement received court approval in December 2003.

Representing the Teachers' Retirement System of Louisiana as co-lead plaintiff, Berman DeValerio negotiated a $30.5 million partial settlement in In Re: SmartForce PLC Securities Litigation, Case No. 02-CV-544 (PJB) (D. N.H.). The agreement received court approval in September 2004. The case is continuing against the company's auditors Ernst & Young Chartered Accountants and Ernst & Young, LLP.

In In Re: Warnaco Group, Inc. Securities Litigation, 00civ6266 (LMM) (S.D.N.Y.), the firm negotiated a $12.85 million settlement against several current and former top officers of the company. The firm represented the Fresno County Employees Retirement Association as co-lead plaintiff in the case.

The firm represented the Florida State Board of Administration as co-lead plaintiff in In Re: Sykes Enterprises, Inc. Sec. Litig., Case No. 8:00-CV-212-T-26F (M.D. Fla.), in which Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations. The firm negotiated a $30 million settlement, which received final approval in March 2003.

The firm served as co-lead counsel in In Re: Thomas & Betts Securities Litigation, Civil Action No. 2:00cv2127 (JPM) (W.D. Tenn.), which settled for $51 million in 2004.

2

Plaintiffs in this action had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000.

A member of the executive committee representing plaintiffs, Berman DeValerio secured a $45 million settlement in Giarraputo v. UNUMProvident Corp., cv99-301-P-C (D. Me.), a lawsuit stemming from the 1999 merger that created UNUMProvident. Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger. The settlement received final approval in June 2002.

In In Re: Critical Path, Inc. Securities Litigation, C-01-0551-WHA (N.D. Ca.), the firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company. The firm, representing the Florida State Board of Administration, was appointed sole lead counsel in August of 2001. Allegations of serious fraud arose shortly after the spectacular collapse of Critical Path's stock price and certain former officers were indicted for stock fraud. The difficulties facing the lead plaintiff related to marshalling all available resources to secure a recovery for the class as Critical Path teetered on bankruptcy. Following arduous negotiations, the case settled for $17.5 million. The settlement was approved in June 2002.

As one of co-lead counsel in In Re: Molten Metal Technology Inc. Sec. Litig., No. 97-10325-MLW(D. Mass.) and Axler v. Scientific Ecology Group, Inc., et al., No. MLW (D. Mass.), the Boston office played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in Molten Metal agreed to settle for $11.91 million. After the bankruptcy trustee objected to the use of insurance proceeds for the settlement, the parties agreed to pay the trustee $1.325 million of the Molten Metal settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metals investors $11.835 million.

In In Re: Interspeed, Inc. Sec. Litig., 00-CV-12090-EFH (D. Mass.), the Boston office served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

In In re Avant, Sec. Litig., 96 CV 20132 (N.D. Cal.), Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product. Serving as lead counsel, the firm recovered $35 million for the class. The recovery resulted in each eligible class claimant receiving almost 50% of losses net of attorneys' fees and expenses.

3

The Boston office, as co-lead counsel in <u>In Re: Summit Technology Sec. Litig.</u>, No. 96-11589-JLT (D. Mass.)., negotiated a settlement consisting of $10 million for the benefit of the class. The action was intensely litigated for four years, resulting in motion practice on the adequacy of the complaint and the issue of class certification, the review and analysis of over a million pages of documents produced by the defendants and 40 third-party witnesses, the depositions of 40 witnesses, the exchange of nine expert reports and the filing of and responding to nine motions for summary judgment.

<u>In Re: Prison Realty Sec. Litig.</u>, 3:99 CV 0452 (<u>In Re: Old CCA Sec. Litig.</u>) 3:99 CV 0458 (M.D. Tenn.). The firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements. The firm successfully countered arguments that the class' claims for securities fraud were released in prior litigation involving the merger and overcame motions to dismiss. It negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

The Boston office served as co-lead counsel in <u>Gelfer v. Pegasystems, Inc., et al.</u>, 98 CV 12527 (D. Mass.) and negotiated a settlement valued at $12.5 million consisting of $4.5 million in cash and $7.5 million in shares of the company's stock or cash at the company's option.

In <u>In Re: Sybase II, Sec. Litig.</u>, C-98-0252-CAL (N.D. Cal.), Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly owned subsidiary in Japan. Acting as co-lead counsel, attorneys in the California office obtained a $28.5 million settlement.

In <u>In Re: UCAR International, Inc. Sec. Litig.</u>, 98-CV-0600-JBA (D. Conn.), the firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement. The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its Board of Directors. The settlement was approved in 2000 and the lead plaintiff's recommended nominee is currently serving on the board. It was one of the first securities class actions to achieve such significant corporate governance relief.

The firm served as sole lead counsel in the class action <u>In Re: Centennial Technologies Litigation</u>, No. 97-10304-REK (D. Mass.) involving a massive accounting scandal that shot down the company's high-flying stock. The Boston office negotiated a settlement that permitted a turnaround of the company and provided a substantial recovery for class members. The firm negotiated changes in corporate practice, a strengthening of internal financial controls, and obtained 37% of the company's stock for the class. In addition, the firm recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time – the largest settlement with an auditor in a shareholder class action in New England and among the largest in the nation. The firm also recovered $2.1 million from defendants

4

Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class.

In <u>In Re: Exide Corp. Sec. Litig.</u>, 98 CV 6006 (E.D. Mich.), Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated, or unsuitable batteries as new ones. The Boston office, as co-lead counsel for the class, recovered more than $10 million in cash for class members.

In <u>In Re: Digital Lightwave Sec. Litig.</u>, 98-152-CIV-T-24C (M.D. Fla.), the Boston office acted as co-lead counsel and the Florida office acted as liaison counsel in negotiating a settlement that included changing company management and strengthening the company's internal financial controls so the company could be poised for a successful turnaround. In addition, the class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement. At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses. The total value of the settlement, at the time of distribution to the class, was almost $200 million.

The Florida office acted as co-lead counsel in <u>Ehrenreich v. Witter</u>, 95 CV 6637 (S.D. Fla.) involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million approved in 1998. It was one of the largest class-action settlements in the State of Florida.

In <u>Hallet v. Li & Fung, Ltd., et al.</u>, 95 CIV 8917 (S.D.N.Y.) the company Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company. In 1998, the Boston office successfully recovered more than $13 million for defrauded investors.

In <u>In Re: Valence Sec. Litig.</u>, 95-20459-JW (EAI) (N.D. Cal.), the California office served as co-lead counsel for the class litigating against a Silicon Valley-based company that overstated performance and development of an allegedly revolutionary battery technology. Following the Ninth Circuit's reversal of the District Court's granting summary judgment in defendants' favor, the case settled for $30 million in Valence common stock.

Berman DeValerio represented the Florida State Board of Administration (FSBA) in <u>Sand Point Partners, L.P. v. Pediatrix Medical Group, Inc.</u>, 99-6181-CIV-2LOCH (S.D. Fla.). The FSBA was appointed co-lead plaintiff along with several other public pension funds. The complaint accused Pediatrix of Medicaid billing fraud, claiming that the company illegally increased revenue and profit margins by improperly coding treatment rendered. The case settled for $12 million on the eve of trial in 2002, after completion of discovery. As co-lead counsel, the firm prosecuted the case through pre-trial proceedings.

BOSTON · SAN FRANCISCO · WEST PALM BEACH
TEL: 800 516-9926 · E-MAIL: LAW@BERMANESQ.COM · URL: WWW.BERMANESQ.COM

The firm helped obtain an $11.5 million settlement for co-lead plaintiff Warburg, Dillon, Read, LLC (now UBS Warburg) in In Re: CHS Electronics, Inc. Sec. Litig., 99-8186-CIV (S.D. Fla.).

Using a novel theory in In Re: Fidelity/Micron Sec. Litig., 95 Civ. 12676 (D. Mass.), Berman DeValerio & Pease recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

**Antitrust Settlements**

Over the past two decades, Berman DeValerio has held leadership roles in scores of complex antitrust cases, negotiating substantial settlements for its clients. Among those results are the following:

The California office served as lead counsel in In Re: Sorbates Direct Purchaser Antitrust Litigation, Master File No. C 98-4886 CAL (N.D. Cal.), alleging that six manufacturers of sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States. The firm negotiated a partial settlement of $82 million with four of the defendants in 2000. Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002. Total settlement achieved for the class was $96.5 million.

Attorneys in the Florida office acted as co-lead counsel and chief trial counsel in In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.). Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial. The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and at more competitive prices.

The California office negotiated a $62 million settlement in In Re: Toys "R" Us Antitrust Litigation, MDL 1211 (E.D.N.Y.) to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices. A component of the settlement included $40 million worth of toys to needy children throughout the United States over a three-year period.

The California office served as co-lead counsel in In Re: Industrial Diamonds Antitrust Litigation, MDL-948 (WCC) (S.D.N.Y.) alleging General Electric and DeBeers conspired to fix, raise, and maintain the prices of industrial diamond products in violation of the federal antitrust laws. The action settled for a combined cash and coupon settlement valued at $26 million.

The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more than 30 Nasdaq Market-Makers on about

6

6,000 Nasdaq-listed stocks over a four-year period. The settlement, one of the largest of its kind at the time, was valued at near $1 billion.

Berman DeValerio attorneys also played a key role in obtaining a $535 million agreement from Bristol-Myers Squibb Co. to partially settle claims that the drug company had illegally blocked generic competition for its anxiety medication, BuSpar.

In another case involving generic drug competition, Berman DeValerio, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker Aventis Pharmaceuticals and the Andrx Corporation of Florida. The payment to consumers, state agencies, and insurance companies settles claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined that case in support of the class.


## LEADERSHIP ROLES

The firm has acted as lead or co-lead counsel in dozens of high profile cases, and has played an active role in some of the country's most prominent class actions. The following is a list of active cases where the firm is currently serving as lead or co-lead counsel for the class. This list does not include the numerous closed actions where the firm served as lead or co-lead counsel.


### Securities Class Actions

- In Re: Abercrombie & Fitch Co. Securities Litigation, M21-83 (TPG) (S.D.N.Y) – Member of the Executive Committee.

- In Re: Oscar Wyatt v. El Paso Corp., Civil Action No. H-02-2717 (S.D. Tex.); Deputy Lead Counsel

- In Re: Emex Corporation Securities Litigation, 01cv4886 (S.D.N.Y.) – Lead Counsel.

- In Re: Fannie Mae Securities Litigation, 1:04-cv-1639 (RJL) (D. D.C.) – Co-lead Counsel.

- In Re: FreeMarkets, Inc. Securities Litigation, 01cv0746 (DBS) (W.D. Pa.) – Lead Counsel.

- In re: GenesisIntermedia, Inc. Securities Litigation, 01cv9024 (C.D. Cal) – Co-lead Counsel.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

- <u>Hanley v. Warburg (Magma Copper)</u>, 96-390 (D. Ariz.) – Co-lead Counsel.

- <u>Heartland High Yield Municipal Bond Fund et al.</u>, 00 C 1388 (JPS) (E.D. Wisc.) – Lead Counsel.

- <u>In re: ICG Communications Inc. Securities Litigation</u>, 00-CV-1864 (D. Colo.) – Co-lead Counsel.

- <u>In Re: City of Austin Police Retirement System v. ITT Educational Services, Inc.</u>, 1:04-cv-0380 (S.D. In.) – Lead Counsel.

- <u>Kinder Morgan, Inc.</u>, Civil Action No. 00-N-516 (D. Colo.) – Co-lead Counsel.

- <u>McKesson HBOC, Inc. Securities Litigation</u>, 02-405792 (Cal. Sup. Ct.).

- <u>In Re: Micromuse Inc. Securities Litigation</u>, No. CV 04-00136 SBA (N.D. Cal.) – Lead Counsel.

- <u>In Re: MTI Technology Corp. Securities Litigation, II</u>, Civil Action No. 8:00cv745 (DOC)   (C.D. Cal.) – Co-lead Counsel.

- <u>In Re: Philip Services Corp Securities Litigation</u>, 98cv835 (MBM) (S.D.N.Y.), 99-7825 (2d Cir.) – Co-lead Counsel.

- <u>In Re: Reliant Sec. Litig.</u>, H-02-1810 (S.D. Tex.) – Lead Counsel.

- <u>In Re: Stone & Webster, Inc. Securities Litigation</u>, 00cv10874 (RCL) (D. Mass.) – Member of the Executive Committee and Liaison Counsel.

- <u>In Re: Xcelera.com Securities Litigation</u>, 1:00cv11649 (RWZ) (D. Mass.) – Co-lead Counsel.

- <u>Carlson v. Xerox Corp.</u>, 3:00-CV-1621 (AWT) (D.Conn.) – Co-lead Counsel

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Antitrust Class Actions**

- <u>In Re: Canadian Car Antitrust Litigation</u>.

- <u>In Re: SBC Communications, Inc. Antitrust Litigation</u>, (Lead Case No. 3:02CV1617 (DJS), D. Conn.) and <u>Syncro Services v. Bell Atlantic Corp. (02 civ. 7650 (SHS), S.D. N.Y)</u>.

- <u>In Re: Automotive Refinishing Paint Litigation</u>, (JCCP4199, Superior Court of California, County of Alameda).

- <u>Sample v. Monsanto et al.</u> [Bioseeds Antitrust Litigation], (4:01cv00065RWS, E.D. Mo.).

- <u>In Re: High Fructose Corn Syrup Antitrust Litigation</u>, (95-1477, MDL No. 1087, C.D. Ill.).

- <u>Samole v. Bayer Ag, et al.</u> [Cipro Antitrust Litigation], (MDL1383, E.D. N.Y.). <u>Koonan v. Barr Laboratories, Inc.</u> [Tamoxifen Antitrust Litigation], (MDL 1408, E.D. N.Y.).

- <u>Blevins v. Wyeth-Ayerst Laboratories, et al.</u> [Premarin Antitrust Litigation], (CGC-01-324380, Superior Court of California, County of San Francisco).

- <u>In Re: Neurontin Antitrust Litigation</u>, (MDL1479, D. N.J.).

- <u>In Re: Terazosin Hydrochloride Antitrust Litigation</u>, [Hytrin], (99-MD-1317, S.D. Fla.).

- <u>MC - UA Local 119 Health and Welfare Plan V. Glaxosmithkline, PLC et al.</u> [Wellbutrin], (02-cv-4398, E.D. Pa.).

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

## TRIAL EXPERIENCE

The firm also has extensive experience in taking securities and antitrust class actions to trial. Over the years, its attorneys have gone to trial against pharmaceutical companies in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank. The firm also took an environmental products company to trial in Philadelphia and successfully argued the case before a federal appeals court.

The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar. Our trial experience includes In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.) (settled for $60 million with defendant Johnson & Johnson after five weeks of trial); Hurley v. Federal Deposit Insurance Corp., 88 Civ. 1940 (D. Mass.) (bench verdict for plaintiffs); Howard Savings Bank, ($3 million plaintiffs' verdict following four week trial); In Re: Equitec Sec. Litig., ($35 million settlement at close of evidence following five month trial); In Re: ICN/Viratek Sec. Litig., 87 Civ. 4296 (S.D.N.Y.) (hung jury with 8-1 vote in favor of plaintiffs; the case settled for over $14.5 million after the trial); In Re: Biogen Sec. Litig., 94 Civ. 12177 (D. Mass.) (verdict for defendants); Peil v. Speiser, No. 82-1289 (E.D. Pa. 1985) (securities fraud class action, verdict for defendants after six-week trial, Court of Appeals affirms but adopts "fraud-on-the-market" rule for Third Circuit securities cases); Kumpis v. Wetterau, No. 83-0362-(C3) (E.D. MO Dec. 1985) (securities fraud class action, case settled in mid-trial); Upp v. Mellon, No. 91-5219 (E.D. Pa. 1992) (bench trial, court finds for class of trust beneficiaries in suit against trustee bank and orders disgorgement of fees; Third Circuit later reversed based on lack of jurisdiction). The firm has the reputation and experience to take a case through verdict and appeal.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

# PARTNERS

## Boston Office

### Glen DeValerio

Glen DeValerio has prosecuted federal securities law violations, chiefly class and derivative actions, since the early 1970s. A 1969 graduate of the University of Rhode Island, he received his law degree in 1973 from the Catholic University Law School and served on the Catholic University Law Review's editorial board for two years. In 1973 and 1974, he worked as a law clerk to the Honorable June L. Green, U.S. District Court for the District of Columbia. Mr. DeValerio was admitted to the bar of the District of Columbia in 1974 and to the Massachusetts Bar in 1982. He has tried cases and argued before appellate and district courts in the District of Columbia, the District of Massachusetts, Delaware, and elsewhere, earning favorable judicial comment for his work.

Mr. DeValerio frequently lectures on complex securities litigation issues at continuing legal education seminars sponsored by groups like PLI, ALI-ABA, and the Boston Bar Association. He served as the President of the National Association of Securities and Commercial Law Attorneys (NASCAT) from 1996 through 1998.

### Norman Berman

Since the creation of the firm in 1982, Norman Berman has focused his activities principally on the complex litigation of cases filed under the federal securities and antitrust laws. Mr. Berman has acted as trial counsel in a number of successful cases, including In Re: ICN Securities Litigation, which was settled after trial for more than $14.5 million in 1996. The trial team's work prompted positive judicial comment.

Mr. Berman graduated from Boston University in 1970 and from Suffolk University Law School in 1974. He was admitted to practice law in Massachusetts and Connecticut in 1974.

### Peter A. Pease

Since the mid-1970s, Peter A. Pease has been litigating cases under the federal antitrust laws, the federal securities laws, and state unfair trade practices laws. Mr. Pease is admitted to practice in Massachusetts, the U.S. District Courts of Massachusetts and the Eastern District of Michigan, and the U.S. Courts of Appeals for the First and Third Circuits. His effective and successful advocacy in courts throughout the nation has elicited favorable judicial comment.

Mr. Pease assisted in the prosecution of many prominent cases, including Bogosian v. Gulf Oil Corp. (trademark tying claims alleging conscious parallelism on the part of the major oil companies) and Salomon Brothers Treasury Litigation (monopolization and manipulation of the market for U.S. Treasury Securities). A 1972 graduate of Denver University and a 1976 graduate of Suffolk University Law School, Mr. Pease has written

11

and lectured in the franchise and antitrust fields. He also has served as an editor of the American Bar Association's Franchise Law Journal. Publications he has authored include "Franchisee and Dealer Terminations and Antitrust Exposure: Spray-Rite and Evidentiary Standards in the 80s," Vol. 3, No. 4, Journal of the American Bar Association Forum Committee on Franchising, Spring 1984.

## Jeffrey C. Block

Jeffrey C. Block graduated *cum laude* from the State University of New York at Albany in 1983 and received his J.D. in 1986 from Brooklyn Law School, where he finished in the top 10 percent of his class. He was admitted to the New York Bar in 1987 and is also admitted to practice in Massachusetts. From 1987 to 1995, Mr. Block was associated with the New York law firm of Pomerantz Haudek Block Grossman & Gross, representing shareholders in securities class actions brought under the federal securities laws and in state court actions involving claims of breaches of fiduciary duties by corporate directors.

A partner at Berman DeValerio since 1997, Mr. Block has been one of the firm's lead attorneys on a number of cases, including In Re: Prison Realty Sec. Litig., one of the 10 largest settlements in securities class-action history, and In Re: Digital Lightwave Sec. Litig., in which the class received more than twice its certified losses after payment of attorneys' fees. He has also represented institutional clients in class actions alleging securities fraud at Xerox and Bristol-Myers Squibb.

## Kathleen M. Donovan-Maher

Kathleen Donovan-Maher became a partner at the firm's Boston office in 1999 and focuses her work in Berman DeValerio's antitrust and securities practices. Ms. Donovan-Maher served as discovery captain in In Re: Nasdaq Antitrust Litigation and was a member of the trial team in In Re: ICN Securities Litigation, which settled for $14.5 million when the jury deadlocked after a 1996 trial. Ms. Donovan-Maher graduated from Suffolk University in 1988, receiving a B.S. degree in Business Administration, *magna cum laude*, and earning an award for maintaining the highest grade point average among students with concentrations in Finance. She graduated from Suffolk University Law School three years later after serving for two years on the *Transnational Law Review*.

Ms. Donovan-Maher was admitted to the Massachusetts Bar in 1991, the United States District Court for the District of Massachusetts in 1992 and the United States Court of Appeals for the First Circuit in 1995. A frequent author on continuing legal education issues, Ms. Donovan-Maher is a member of Phi Delta Phi; Delta Mu Delta National Honor Society in Business Administration; and Omicron Delta Epsilon International Honor Society of Economics.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Michael G. Lange**

Michael G. Lange became a partner with the firm in 1999. Until 1994, when he joined Berman DeValerio, he was a member of the defense bar as an attorney with Testa, Hurwitz & Thibeault. Mr. Lange is a 1988 graduate of Swarthmore College, where he received his B.A. degree in Economics, *magna cum laude*. He graduated *cum laude* from Harvard Law School in 1991. He was admitted to the Massachusetts Bar in 1991 and the U.S. District Court for the District of Massachusetts in 1992. He is also admitted in the U.S. District Court of Colorado and the 1st, 3rd and 10th Circuit Courts of Appeal.

Mr. Lange has been involved in numerous class action cases on behalf of shareholders, insurance policyholders, and consumers. He was a member of the trial team in In Re: Biogen, Inc. Securities Litigation, the first securities class action tried in Massachusetts in nearly a decade. He was a co-chair and featured speaker for the February 2001 Class Action Litigation Summit in Washington, D.C., chair of the June 2001 MCLE Seminar "Class Action Practices in Massachusetts and Federal Court," and co-chair of the May 2002 BBA Seminar "The Life Cycle of a Class Action." He has spoken at investor conferences and serves as co-chair of the Boston Bar Association Class Action Committee. He is currently Vice President of the National Association of Shareholder and Consumer Attorneys (NASCAT), as well as a member of the Executive Committee, and previously served as the head of the media committee for the organization. He has written extensively on class action issues for professional and popular publications and has been quoted frequently in the national press.

**Leslie R. Stern**

Leslie R. Stern earned a B.S. degree in Finance from American University in 1991 and graduated, *cum laude,* from Suffolk University Law School in 1995. While at Suffolk, Ms. Stern served on the *Suffolk University Law Review's* editorial board and authored three publications. She was admitted to the Massachusetts Bar in 1995.

Before joining the firm, Ms. Stern practiced general civil litigation. She became associated with Berman DeValerio in 1998 and was named partner in 2003. Ms. Stern focuses her practice on securities litigation.

**San Francisco Office**

**Joseph J. Tabacco, Jr.**

The managing partner of the firm's San Francisco office, Mr. Tabacco has actively litigated antitrust, securities fraud, commercial high tech, and intellectual property matters since the 1970s. He is a member of the bar in California, where he began his legal career, and is also a member in good standing of the bars of New York, Massachusetts, and the District of Columbia. Since entering private practice in the 1980s, Mr. Tabacco has served as trial or lead counsel in numerous antitrust and securities cases and has been involved in all aspects of state and federal securities and antitrust litigation.

13

Until 1981, he served as senior trial attorney for the U.S. Department of Justice, Antitrust Division, in both the Central District of California and the Southern District of New York. In that capacity, he had major responsibility for several criminal and civil matters including the antitrust trial of the U.S. v. IBM. He is a former teaching fellow of the Attorney General's Advocacy Institute in Washington, D.C., and has served on the faculty of ALI-ABA on programs about U.S.-Canadian business litigation and trial of complex securities cases. Author of numerous articles on securities and antitrust law issues, he is a member of the Advisory Board of the Institute for Consumer Antitrust Studies at Loyola University Chicago School of Law.

**Christopher T. Heffelfinger**
Christopher T. Heffelfinger is a 1984 graduate of the University of San Francisco School of Law, where he was a member of the law review. He graduated from Claremont Men's College in 1977 with a B.A. in Economics. He has an AV rating from Martindale-Hubbell. He specializes in corporate, securities, derivative and antitrust litigation, and has acted as a principal attorney in a number of such cases. Prior to joining the firm, he was associated with the San Francisco firm of Gold & Bennett from 1990 to 1994, where he practiced securities and bankruptcy litigation. Before that, he practiced securities litigation and bankruptcy law for five years with a small firm in Marin County with an emphasis on Chapter 11 reorganizations, representing both debtors and creditors. He has litigated securities cases involving real estate limited partnerships, the mortgage banking and insurance industries, and companies engaged in the high-tech arena where the allegations involved both non-disclosed product problems and accounting fraud issues.

Mr. Heffelfinger has also lectured on discovery as a panelist in the Federal Court Northern District of California Practice Program. In addition, he served as a Captain (infantry) in the U.S. Marine Corps from 1990-1991, when he was recalled to active duty in support of Operations Desert Shield/Storm.

**Nicole Lavallee**
Nicole Lavallee is a 1989 graduate of the French Civil Law School at Université de Montréal in Canada. In 1991, she was admitted to the Quebec Bar (currently inactive) and obtained her Common Law degree from Osgoode Hall Law School in Toronto. After graduating from Osgoode, Ms. Lavallee worked for the Toronto firm of McDonald & Hayden where she co-authored two feature articles in Foreign Investment in Canada: A Guide to the Law: "Protecting Our Struggling Artists: The Canadian Content Rules in Radio Broadcasting" and "An Analysis of Social Democratic Corporate Phobia in Canada."

Ms. Lavallee joined the firm shortly after being admitted to the California Bar in 1993 and was elevated to partner in 2002. She currently practices complex litigation including securities, corporate, and environmental litigation. Ms. Lavallee is fluent in French.

**Sharon T. Maier**
Sharon T. Maier joined Berman DeValerio's San Francisco office in 2001 and concentrates her activities in the firm's antitrust law practice. She graduated from the

14

University of South Carolina in 1971 and received her J.D., *magna cum laude*, from the University of San Diego in 1989, where she was lead articles editor of San Diego Law Review. Admitted to the State Bar of California in 1989 and to the District of Columbia Bar in 1992, she has been a member of the San Diego County, Federal, and American Bar Associations, as well as the Enright Inn of Court and California Women Lawyers.

From 1997 to 1999, she served on the Board of Governors of Consumer Attorneys of California. She has co-chaired the Rule 23 subcommittee of the ABA Litigation Section's Committee on Class Actions and Derivative suits and is on the faculty of the 2001 National Class Action Institute. She has written and lectured widely on Rule 23 and on discovery of electronic evidence in complex litigation. Before joining Berman DeValerio, she was a partner with the law firm of Milberg Weiss Bershad Hynes and Lerach, LLP.

## West Palm Beach Office

### C. Oliver Burt, III

C. Oliver Burt, a partner in the West Palm Beach office, launched his legal career with a major Philadelphia law firm. In 1971, he began prosecuting white-collar criminal cases as an assistant U.S. attorney for the Eastern District of Pennsylvania and, two years later, was appointed chief of the Civil Division of the United States Attorney's Office. He later returned to private practice in Philadelphia, focusing primarily on antitrust, unfair competition, and securities cases. He also briefly served as a special assistant U.S. attorney.

Mr. Burt has extensive litigation experience. He was trial co-counsel for plaintiffs in Peil v. Speiser, and argued the appeal. In its landmark opinion in that case, the Third Circuit adopted the "fraud-on-the-market" presumption of reliance as the law of the Circuit. Mr. Burt also argued numerous appeals in class action cases in the Third, Eighth, and Eleventh Circuits and in the Delaware Supreme Court. He is a member of the Florida and Pennsylvania Bars and is admitted to practice before the Supreme Court of the United States. Mr. Burt graduated from Swarthmore College in 1964 and from the Law School of the University of Pennsylvania in 1967.

### Michael J. Pucillo

Michael J. Pucillo is the managing partner of the firm's West Palm Beach office. A member of the Florida Bar since 1978, he is admitted to practice before the United States Court of Appeals for the Fifth and Eleventh Circuits, and the United States District Courts for the Southern and Middle Districts of Florida and the District of Arizona. He has been active in numerous class actions and shareholder derivative actions throughout the United States since 1989. He acted as sole lead counsel in In Re: UCAR International, Inc. Securities Litigation, Case No. 98-CV-0600-JBA (D. Conn.), an action in which the Florida State Board of Administration was the lead plaintiff. That action settled in 2000 for a $40 million cash payment and the right to appoint a new member to

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

UCAR's Board of Directors, one of the first times such significant corporate governance relief was achieved as part of a securities class action.

A graduate of Williams College (1975) and Georgetown University Law School (1978), Mr. Pucillo worked as law clerk to two federal judges before serving as an enforcement attorney with the U.S. Securities and Exchange Commission in Washington. Mr. Pucillo has lectured frequently on class actions and litigation. In 1994, he became a member of the faculty of the College of Advanced Judicial Studies ("AJS"), where he taught "Managing the Complex Civil Case" to Florida circuit court judges in 1994 and in 1996. He taught again at the 2002 AJS. A member of the Academy of Florida Trial Lawyers, he has lectured for the Academy on class actions and on recent developments in commercial and business tort litigation. He served as president of the Gold Coast Chapter of the Federal Bar Association during 1989-1990, and served from 1994 to 1997 as chairman of the Palm Beach County Bar Association Federal Court Practice Committee. He also appeared on the PBS Nightly Business Report on issues relating to investor fraud.

### Wendy H. Zoberman

Wendy Zoberman is admitted to practice before the United States District Court for the Middle and Southern Districts of Florida, as well as all Florida State Courts. Ms. Zoberman is a 1981 graduate of Wellesley College, where she was a Durant Scholar, and was elected to the Phi Beta Kappa Society. She received her law degree from Columbia University in 1984. At Columbia she served as an Articles Editor of the Columbia University - Volunteer Lawyers for the Arts Journal of Art and the Law and is a co-author of "An Introduction to the New York Artists' Authorship Rights Act," appearing at Vol. 8, No. 3 Columbia - VLA Journal of Art and the Law 369.

Ms. Zoberman has practiced law in Florida since 1984, originally concentrating on First Amendment litigation and commercial litigation. Since 1990, Ms. Zoberman has prosecuted numerous securities class actions and shareholder derivative actions both throughout Florida and in other jurisdictions, including In Re: John Alden Financial Corp. Securities Litigation, Ehrenreich, et al. v. Sensormatic Electronics Corp. and In Re: Brothers Gourmet Coffees, Inc. Securities Litigation. She was also instrumental in the prosecution of In Re: UCAR International, Inc. Securities Litigation.

### R. Scott Palmer

Scott Palmer, a graduate of the University of Michigan and a 1976 honors graduate of the University of Miami School of Law, began his career as an assistant state attorney in Orlando, Florida. From 1976 to 1979, he served as a misdemeanor and felony trial attorney as well as a legal advisor to the Organized Crime Strike Force. In 1980, Mr. Palmer was appointed chief field counsel for the Florida Department of Law Enforcement and later became director of executive investigations, responsible for the security of Florida's governor and internal affairs at the Department of Law Enforcement. In 1982, then-Gov. Bob Graham appointed him chief prosecutor of the Statewide Grand Jury, a post he held until 1986. After two years in private practice, Mr. Palmer was appointed an

16

assistant attorney general for the Antitrust Section of the Economics Crimes Litigation Unit, handling all major antitrust litigation for Florida, including trials.

Mr. Palmer has continued to represent Florida since joining Berman DeValerio's West Palm Beach office in 1997. He is a member of the Florida Bar and the bars of the Eleventh Circuit Court of Appeals, Northern, Middle, and Southern Districts of Florida. A certified Circuit Court mediator, he has authored a law review article on statewide prosecution and a chapter on unfair trade practices in Matthew Bender's "Florida Forms of Jury Instruction." In addition, Mr. Palmer has taught litigation skills at the Florida State University College of Law and has studied antitrust law under Philip Areeda at Harvard Law School.

## ASSOCIATES

### Boston Office

### Colleen M. Conners

Colleen M. Conners graduated, *cum laude*, from Boston College in 1999 with a B.A. in History. Ms. Conners earned a J.D., *cum laude*, from Suffolk University Law School in 2002, where she served as an editor for the *Suffolk University Law Review*. Ms. Conners was admitted to the Massachusetts Bar in 2002 and the U.S District Court for the District of Massachusetts in 2003.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Ms. Conners was a staff attorney for the Victim Rights Law Center in Boston, where she represented sexual assault victims in employment, housing, education, privacy and criminal justice matters. She also practiced corporate litigation and labor and employment law at Mintz Levin Cohn Ferris Glovsky & Popeo. Ms. Conners focuses her work in the firm's securities litigation practice.

### Patrick T. Egan

Patrick T. Egan received a B.A. in Political Science, *cum laude*, from Providence College in 1993. In 1997, Mr. Egan graduated *cum laude* from Suffolk University Law School. Mr. Egan served on the editorial board of the *Suffolk University Law Review* and authored a Note entitled: "Virtual Community Standards: Should Obscenity Law Recognize the Contemporary Community Standard of Cyberspace," 30 *Suffolk University Law Review* 117 (1996). Mr. Egan was admitted to the Massachusetts Bar in 1997, the Connecticut Bar in 1998 and the New York Bar in 1999.

Mr. Egan came to the firm from the U.S. Department of Labor, where he served as an attorney advisor with the Office of Administrative Law Judges. He became associated with the firm in 1999 and focuses on securities litigation.

17

**Audley Fuller**

Audley Fuller received his law degree from Boston College Law School in 1985 and a double degree in English and Mass Communications, *cum laude,* from the University of Hartford in 1981. Mr. Fuller was admitted to practice in Massachusetts in 1985, the U.S. District Court for the District of Massachusetts in 1986, and the U.S. Supreme Court in 2000.

Mr. Fuller began his legal career as an assistant district attorney for Middlesex County, Massachusetts. Later, he worked as an associate with Fitzhugh & Associates, a Boston insurance defense firm.

**Richard F. Malloy, Jr.**

Richard F. Malloy, Jr. graduated from the University of North Texas in 1991 with a B.A. in philosophy and religion studies and a minor in music performance. Mr. Malloy received a J.D. from Suffolk University Law School in 1994, where he received the Award for Outstanding Oral Advocacy in the first-year mock trial competition. While studying at Suffolk Law, Mr. Malloy worked as an advocate at the New England Center for Homeless Veterans and clerked at Adelson Golden & Loria PC, where he assisted in the firm's bankruptcy and real estate practices.

After being admitted to the Massachusetts Bar in 1994, Mr. Malloy worked as a consultant for Tufts and Harvard Universities, where he coordinated the reaccreditations of both universities' medical schools. Mr. Malloy joined Berman DeValerio Pease Tabacco Burt & Pucillo as an associate in 2005.

**Joseph C. Merschman**

Joseph C. Merschman earned a BBA in Accounting in 1998 from the University of Iowa. In 2001, Mr. Merschman graduated from the University of Connecticut School of Law, where he was articles editor for the *Connecticut Law Review*. Mr. Merschman was admitted to the Massachusetts and Connecticut Bars in 2002.

Prior to joining Berman DeValerio in 2003, Mr. Merschman was a law clerk for the Honorable Judge Richard Roberts in the U.S. District Court for the District of Columbia. Mr. Merschman is also a former law clerk of Connecticut Supreme Court Justice Christine Vertefeuille and a summer/fall associate at the law firm of Rogin, Nassau, Caplan, Lassman & Hirtle, LLC.

**Julie A. Richmond**

Julie A. Richmond graduated *magna cum laude* from Tufts University in 1995 with a B.A. in Economics. In 1998, Ms. Richmond received her J.D. from the American University Washington College of Law, *summa cum laude*, where she served as an Articles Editor on the American University Law Review. Ms. Richmond has been a

18

member of the Massachusetts Bar since 1998 and was admitted to practice before the
U.S. District Court for the District of Massachusetts in 1999.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Ms. Richmond
practiced securities litigation and corporate law at Goodwin Procter LLP.  She focuses
her activities in the firm's securities litigation practice.

### Nicole R. Starr

Nicole R. Starr earned a B.A., *magna cum laude*, in Political Science and a minor in
Spanish in 1999 from Providence College.  In 2002, Ms. Starr graduated, *summa cum
laude*, from Suffolk University Law School, where she served as an Associate Production
Editor for the *Suffolk University Law Review* and authored an article entitled: "The
Curtailment of the Doctrine of Equivalents: Courts Emphasize the Public Notice Function
of Patent Claims," 35 *Suffolk U.L. Rev.* 323 (2001).  While at law school, Ms. Starr
received the Best Brief and Best Oral Advocate Award in the First Year Legal Practice
Skills Program and the Jurisprudence Award for Civil Procedure and Commercial Paper.
In 2001, Ms. Starr was a summer associate at the Boston firm of Mintz, Levin, Cohn,
Ferris, Glovsky and Popeo, P.C., where she researched and prepared memoranda on a
variety of legal matters, including litigation, corporate, real estate, and trusts and estates
issues.  Ms. Starr was admitted to the Massachusetts Bar in 2002.

Ms. Starr joined Berman DeValerio Pease Tabacco Burt & Pucillo in 2002 and focuses
her practice on securities litigation.

### Alfonso R. Torrijos

Alfonso R. Torrijos earned his undergraduate degree in Economics at Harvard University
in 1994, graduating *cum laude* in general studies. In 1996, Mr. Torrijos graduated with a
Masters of Science in Accountancy with *distinction* from Bentley's McCallum Graduate
School of Business. He worked two years as a public accounting auditor for Ernst &
Young, LLP before attaining a J.D. and M.B.A. with *distinction* from the University of
Michigan in 2002, concentrating in finance, business law, and management. Mr. Torrijos
was admitted to the California State Bar in 2003 and is currently a Certified Public
Accountant in California.

Prior to joining the firm, Mr. Torrijos worked as a corporate associate with Skadden Arps
Slate Meagher & Flom, LLP, in Los Angeles and a summer associate with the law firm of
Butzel Long, LLC, in Detroit.  He is a member of the Massachusetts Society of CPAs, the
American Institute of Certified Public Accountants, and National Society of Hispanic
MBAs.

Mr. Torrijos joined Berman DeValerio Pease Tabacco Burt & Pucillo in 2005 and
focuses his practice on securities litigation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Bryan A. Wood**
Bryan A. Wood graduated, *cum laude*, from the University of Massachusetts in 1991 with a B.A. in Sociology. In 1995, he earned an M.S., *summa cum laude*, in Public Policy from the Eagleton Institute of Politics at Rutgers University and graduated, *cum laude,* from the Temple University School of Law in 1998. While at law school, Mr. Wood was the Managing Editor of the *Temple Law Review* and a board member of the Temple Law Moot Court Honor Society. Mr. Wood was admitted to the Pennsylvania bar in 1998 and the Massachusetts bar in 2001. He was also admitted to the U.S. District Court for the Districts of Pennsylvania in 1998, the U.S. District Court for the District of Massachusetts in 2001, and the U.S. Circuit Court of Appeals for the Third Circuit in 1998. Mr. Wood is a member of the Boston and American bar associations.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Mr. Wood was a litigation associate at both Montgomery McCracken Walker & Rhoads in Philadelphia, and Schnader Harrison Goldstein & Manello in Boston, where he represented corporations and directors in shareholder and other class action lawsuits as well as businesses and municipalities in general contract and employment discrimination cases. Mr. Wood focuses his activities in the firm's securities litigation practice.


## San Francisco Office

**Julie J. Bai**
Julie J. Bai earned a B.S. in Economics and a minor in Japanese in 1995 from the University of Pennsylvania, Wharton School of Business. In 2003, Ms. Bai received her J.D. from the University of California, Davis, School of Law. While in law school, Ms. Bai worked on family law matters with low-income victims of domestic violence at the Family Protection Clinic in Woodland, California. Ms. Bai was admitted to the California Bar in 2003. She is a member of the American Bar Association.

Ms. Bai is also a Certified Public Accountant and has worked as a business assurance associate and senior tax accountant at two major public accounting firms. Ms. Bai joined Berman DeValerio as an associate in 2004.

**Elizabeth C. Guarnieri**
Elizabeth C. Guarnieri graduated from Rider University in 1995 with a B.A. in Political Science. In 1998, she received her J.D. from Rutgers University School of Law. She is a member in good standing of the bars of California, New Jersey, and Pennsylvania. Ms. Guarnieri serves on the Board of Directors for the Meiklejohn Civil Liberties Institute. She is also a member of the American Bar Association, the California Bar Association, and the National Lawyers Guild.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

Prior to joining the firm, Ms. Guarnieri was associated with the law firm Lexington Law Group, where her practice focused on complex civil litigation. She concentrates her activities in the firm's securities fraud and antitrust litigation practices.

**Kristin J. Madigan**
Kristin J. Madigan earned a B.A. with high honors in Political Science and a minor in Spanish Literature from the University of California, San Diego, in 1999. In 2004, Ms. Madigan received her J.D. from the University of California, Berkeley, School of Law (Boalt Hall). During law school, Ms. Madigan was an editor to the Berkeley Journal of International Law, and a member of the International Human Rights Law Clinic. Ms. Madigan was admitted to the California Bar in 2004 and joined Berman DeValerio as an associate that year.

**Todd A. Seaver**
Todd A. Seaver graduated *magna cum laude* from Boston University in 1994 with a B.A. in International Relations. He earned a M.Sc. from the London School of Economics in 1995 and graduated *cum laude* from the American University Washington College of Law in 1999. While in law school, Mr. Seaver worked as a law clerk at the Federal Trade Commission's Bureau of Competition, as a judicial extern for the Honorable Ricardo M. Urbina of the U.S. District Court for the District of Columbia, and as a law clerk in the antitrust practice group in the law firm Morgan, Lewis & Bockius.

Mr. Seaver was admitted to the New Hampshire Bar in 1999 and to the Massachusetts Bar in 2000, and is a member of the American Bar Association's Antitrust Section. Mr. Seaver joined the firm in 2000 and focuses his practice on both antitrust litigation and securities litigation.

**Michael W. Stocker**
Michael W. Stocker graduated from the University of California at Berkeley in 1989 with a B.A. with a Distinction in Oriental Languages. In 1995, he received his J.D. from University of California, Hastings College of the Law. While in law school, he served as judicial extern to U.S. Magistrate Judge (now District Judge) Phyllis Hamilton. In 2000 he was awarded a Master of Criminology degree from the Law Faculty of the University of Sydney.

Prior to joining Berman DeValerio, Mr. Stocker served as a staff attorney in the civil and motions divisions of the Office of the Staff Attorneys at the United States Court of Appeals for the Ninth Circuit. He also served as an adjunct instructor of legal writing and research and moot court at Hastings College of the Law. From 2000 to August of 2003 Mr. Stocker was associated with the firm of Zelle, Hofmann, Voelbel, Mason, and Gette LLP, where he specialized in commercial litigation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**West Palm Beach Office**

**Kyle G. DeValerio**
Kyle G. DeValerio graduated from Colby College in 1999 with a B.A. in Government. In his junior year, he studied at the London School of Economics and Political Science, concentrating in European politics and the English legal System. Mr. DeValerio received his J.D. from the Suffolk University School of Law in 2004.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo as an associate, Mr. DeValerio worked as a legal intern in the Civil Division of the United States Attorney's Office in Boston and as a law clerk and paralegal in the firm's Boston office. Mr. DeValerio focuses his practice on securities litigation.

**Manuel J. Dominguez**
Manuel Dominguez graduated with honors from the Florida State University Law School in 1995 and was a member of the *Transnational Journal of Law and Policy*. He received his undergraduate degree from Florida International University in 1991. Mr. Dominguez is admitted to practice law in the State of Florida as well as the United States District Courts for the Northern, Middle, and Southern Districts of Florida.

Mr. Dominguez served as an assistant attorney general with the State of Florida from 1995 to 1997 in the Department of Economic Crimes. He participated in the prosecution and investigation of corporations and business entities for violations of Florida's RICO statute, Florida's antitrust statute and Florida's Unfair and Deceptive Trade Practices Act. In private practice from 1997 through 2000 Mr. Dominguez litigated and tried cases involving Florida's Unfair and Deceptive Trade Practices Act, the Florida Consumer Collection Practices Act, Federal Debt Collection Practices Act, and Truth In Lending.

**Jay W. Eng**
Jay W. Eng graduated from Florida State University in 1994 with a B.S. in Economics. In 1998, he graduated from Tulane Law School with a J.D. and certificate of specialization in maritime law. He was awarded the book award for the top grade in Contracts II – the Uniform Commercial Code. He also served as a Notes and Comments Editor to the *Tulane Maritime Law Journal* and authored a note entitled, "The 'Something More' Requirement under Section 5(b) of the Longshore Act: Singleton v. Guangzhou Ocean Shipping Co.," 21 Tul. M. L.J. 205 (1996). Jay is a member of the Florida Bar, the Southern District of Florida, Middle District of Florida, Northern District of Florida, and the Eleventh Circuit Court of Appeals.

Prior to joining the firm, Jay was a commercial litigation associate at a major Florida law firm. He also served a judicial law clerk to Magistrate Judge Ann E. Vitunac, United States District Court for the Southern District of Florida, and as a trial court law clerk to the Fifteenth Judicial Circuit Court in and for the State of Florida.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Marc J. Greenspon**
Marc J. Greenspon graduated from the State University of New York at Buffalo in 1999 with a B.A in Political Science and received a J.D. from Nova Southeastern University in 2002. Mr. Greenspon authored an article entitled, *Securities Arbitration: Bankrupt, Bothered & Bewildered*, 7 STAN. J.L. BUS.& FIN.131(2002). He was admitted to the Florida Bar in 2002. In 2003, he received an LL.M. in Securities & Financial Regulation at Georgetown University Law Center. He joined Berman DeValerio that same year.

**Of Counsel**

**Anne F. Jacobs**
Anne Jacobs, of counsel to the firm, was admitted to the New York bar in 1987 and the Florida Bar in 1995. She obtained her B.A., *summa cum laude* and Phi Beta Kappa, from the University of Pennsylvania in 1983. She received her J.D. in 1986 from New York University School of Law, where she was an articles editor on the *Annual Survey of American Law* and authored an article entitled, "Prisoners' Rights: Judicial Deference to Prison Administrators," 1985 *Ann. Surv. Am. Law.* 325.

Upon graduating from law school, Ms. Jacobs served as a law clerk for the Honorable Dickinson R. Debevoise, United States District Court for the District of New Jersey. She then served as a research and teaching associate for the Honorable A. Leon Higginbotham, Jr., of the United States Court of Appeals for the Third Circuit, and later co-authored, with Judge Higginbotham, a law review article entitled, "'The Law Only As An Enemy': The Legitimization of Racial Powerlessness Through The Colonial and Antebellum Criminal Laws of Virginia," 70 *N.C. L. Rev.* 969 (1992).

From 1988 to 1991, Ms. Jacobs was as a commercial litigation associate with a major New York law firm. From 1991 to 1996, she was a staff attorney for a federally funded agency in Tallahassee, Florida, where she represented death row inmates in state and federal post-conviction proceedings. From 1996 to 1997, she served as co-director of an agency representing battered women seeking executive clemency. She then taught as an adjunct professor at St. Thomas University Law School in Miami, Florida, and from 1997 until she joined the firm in 2000, she was a central staff attorney at the Fourth District Court of Appeal in West Palm Beach, Florida.

23

## OTHER KEY PERSONNEL

**Christopher A. Szechenyi, Director of Investigations**
Christopher A. Szechenyi is the Firm's director of investigations. Prior to joining the firm, he worked for 60 Minutes as a Paris-based producer, investigating stories all over the world for correspondent Mike Wallace. He also has conducted investigations for Dateline NBC, A&E, and the Discovery Channel and he has contributed stories to the New Yorker magazine and the Boston Globe. During his 25 years in journalism, he received more than two-dozen journalism awards, including two regional Emmys and national recognition from Investigative Reporters and Editors. Among other things, he has exposed of a pattern deadly safety violations on a giant construction project, uncovered design flaws in defibrillators and, most recently, interviewed Osama Bin Laden's half-brother. He earned a B.A. in journalism from Lehigh University in 1975. Mr. Szechenyi is an adjunct professor of journalism at Emerson College in Boston.

**Harriett Gibbs, Investigative Researcher**
An investigative researcher, Harriett Gibbs is responsible for conducting database research and assisting the director of investigations. Prior to joining the firm in 2002, she was an investigator with the Middlesex County (Massachusetts) Public Defender's Office. She also worked as a correctional officer at the Chittenden County Regional Correctional Facility in Shelburne, Vermont. Ms. Gibbs earned a bachelor's degree from the University of Vermont in 1995.

**Jeannine M. Scarsciotti, Chief Paralegal**
Jeannine M. Scarsciotti is Berman DeValerio's senior paralegal and, as such, coordinates portfolio monitoring and loss calculation for institutional clients. Ms. Scarsciotti joined the Firm as a paralegal in 1995. Ms. Scarsciotti attended Bentley College, where she graduated, *summa cum laude*, in 1995. She earned a B.S. in Professional Studies and an ABA-Accredited Certificate of Paralegal Studies.

**Robert I. Francis, Forensic Accountant**
Robert I. Francis graduated from Bentley College with a Bachelor of Science in Accountancy and received a Masters in Business Administration from Northeastern University. Mr. Francis is a Certified Public Accountant. He is a member of the American Institute of Certified Public Accountants, the Massachusetts Society of CPAs, and the East Coast Committee of the National Investment Company Service Association (NICSA).

Mr. Francis has an extensive accounting background. He has worked as an audit senior manager specializing in financial services at KPMG Peat Marwick and PricewaterhouseCoopers LLP, and served as vice president for Global Accounting Policy/External Reporting for State Street Corporation. Mr. Francis also has experience as an independent consultant, providing accounting support services related to compliance requirements of the Sarbanes-Oxley Act of 2002.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Van C. Khang, Forensic Accountant**

Van C. Khang graduated from the University of Massachusetts in 1998 with a B.S in Accounting and Finance. In 1993, Ms. Khang also earned a B.S. in Molecular Biology from the University of Connecticut. Ms. Khang is a Certified Public Accountant in Massachusetts. She has worked as a Manager of Global Investigations and Dispute Advisory for the accounting firm of Ernst & Young. Prior to holding that position, Ms. Khang was a senior consultant and staff auditor for the firm.

## OFFICES

**MASSACHUSETTS**
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

**FLORIDA**
222 Lakeview Ave., Suite 900
West Palm Beach, FL 33401
Phone: (561) 835-9400
Fax: (561) 835-0322

**CALIFORNIA**
425 California Street, Suite 2100
San Francisco, CA 94104
Phone: (415) 433-3200
Fax: (415) 433-6382

# # #

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM