**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| ERNESTO DARQUEA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  **Case No. 1:05-cv-10438-MLW** |
| | : |
| VIISAGE TECHNOLOGY, INC., | : |
| BERNARD BAILEY, WILLIAM K. | : |
| AULET, and DENIS K. BERUBE, | : |
| | : |
| Defendants. | : |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS,**
**APPOINTING TURNBERRY ASSET GROUP AS LEAD PLAINTIFF,**
**AND APPROVING SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL**

| | | |
|---|---|---|
| GERALD D. BRODER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10475-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10498-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, and THOMAS J. REILLY, | : | |
| | : | |
| Defendants. | : | |
| MIN CHANG, Individually, and On behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10537-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |

| | |
|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE,  :<br>:<br>:<br>:<br>:<br>Defendants.  : | **Case No. 1:05-cv-10577-MLW** |
| DAPENG LUO,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE  :<br>:<br>:<br>:<br>:<br>Defendants.  : | **Case No. 1:05-cv-10615-MLW** |

|  |  |  |
|---|---|---|
| WAYNE CLARK, Individually and on behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10578-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : : | |
| OLYMPIA LEVINSON STIEGELE, | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | **Case No. 1:05-cv-10677-MLW** |
| BERNARD BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, B. G. BECK. CHARLES E. LEVINE, WILLIAM K. AULET, and VIISAGE TECHNOLOGY, INC., | : : : : : : : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10725-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN, | : : : : : : : : | |
| Defendants. | : | |

Having considered the motion of Turnberry Asset Management, Electronic Trading Group, L.L.C., Ronald Sauer, David and Lance Hancock (collectively, the "Turnberry Asset Management Group" or "Movants"), and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. The Turnberry Asset Group is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. The Turnberry Asset Group's selection of Entwistle & Cappucci LLP and Klafter & Olsen LLP, as Co-Lead Counsel, and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel is hereby approved, pursuant to 15 U.S.C. § 78u-(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005   _____

United States District Court Judge