## CERTIFICATE OF SERVICE

I hereby certify that, on May 9, 2005, I caused a true and correct copy of the foregoing to be served by electronic and First Class Mail to the parties listed below:

1. Motion Of The Turnberry Asset Group For Consolidation, Appointment Of Lead Plaintiff, And Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel And Liaison Counsel;

2. Memorandum Of Law In Support Of Motion Of Turnberry Asset Group For Consolidation, Appointment As Lead Plaintiff, And Approval Of Lead Plaintiffs' Selection Of Co-Lead Counsel And Liaison Counsel;

3. [Proposed] Order Consolidating The Actions, Appointing Turnberry Asset Group As Lead Plaintiff, And Approving Selection Of Co-Lead Counsel And Liaison Counsel; and

4. Declaration Of Stephen D. Oestreich In Support Of The Motion Of The Turnberry Asset Group For Consolidation, Appointment Of Lead Plaintiff, And Approval Of Lead Plaintiff's Selection Of Co-Lead Counsel And Liaison Counsel.

Susan E. Stenger
**Perkins, Smith & Cohen, LLP**
One Beacon Street, 30th Floor
Boston, MA  02108

*Attorney for Plaintiff Gerald D. Broder*

Jeffrey C. Block
Leslie R. Stern
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square, 8th Floor
Boston, MA  02109

*Attorney for Plaintiff John Flynn and Turnberry Asset Management*

David Pastor
**Gilman and Pastor, LLP**
60 State Street, 37th Floor
Boston, MA  02109

*Attorney for Plaintiff Min Chang and Dapeng Luo*

John C. Martland
**Martland & Brooks LLP**
Stonehill Corporate Center, Suite 500
999 Broadway
Saugus, MA  01906

*Attorney for Plaintiff Min Chang*

Theodore M. Hess-Mahan
Thomas G. Shapiro
**Shapiro Haber & Urmy LLP**
53 State Street
Boston, MA  02108

*Attorney for Plaintiff Joseph Martin and Wayne Clark*

Alan L. Kovacs
**Law Office of Alan L. Kovacs**
2001 Beacon Street, Suite 106
Boston, MA  02135

*Attorney for Plaintiff Olympia Levinson Stiegele*

**Paskowitz & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165

Brian M. Felgoise, Esq.
**Law Office of Brian M. Felgoise, P.C.**
261 Old York Road, Suite 423
Jenkintown, PA  19046

Roy L. Jacobs, Esq.
**Roy Jacobs & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165

Charles J. Piven
**Law Office of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland  21202

Randall K. Pulliam, Esq.
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

Wayne T. Boulton
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT  06103

Virgilio Soler, Jr.
**Wechsler Harwood LLP**
488 Madison Avenue, 8th Floor
New York, NY  10022

Samuel Howard Rudman, Esq.
**Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
200 Broadhollow Raod, Ste. 406
Melville, NY  11747

Marc A. Topaz, Esq.
Darren J. Check, Esq.
**Schiffrin & Barroway LLP**
280 King of Prussia Road
Radnor, PA  19087

Stephen A. Weiss, Esq.
Eric T. Chaffin, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY  10004

Frederic S. Fox, Esq.
Joel B. Strauss, Esq.
Donald R. Hall, Esq.
Jeffrey P. Campisi, Esq.
**Kaplan Fox Kilsheimer LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

                                                     /s/ William W. Wickersham