UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
ERNESTO DARQUEA
                    Plaintiff,

        –against–                          C. A. NO. 05-10438 MLW

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K. AULET,
and DENIS K. BERUBE,
                    Defendants.

-------------------------------------------------------------x

## NOTICE OF APPEARANCE OF THOMAS G. SHAPIRO

PLEASE TAKE NOTICE THAT Thomas G. Shapiro hereby enters his appearance on behalf of the Plaintiffs in the above-captioned actions.

Dated: May 11, 2005                          Respectfully submitted,

                                                        **SHAPIRO HABER & URMY LLP**

                                                        **/s/Thomas G. Shapiro**
                                                        Thomas G. Shapiro BBO #454680
                                                        Exchange Place
                                                        53 State Street
                                                        Boston, MA 02109
                                                        (617) 439-3939

                                                        Attorneys for Plaintiff