UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
ERNESTO DARQUEA,
                          Plaintiff,

          –against–                         C. A. NO. 05-10438 MWL

VIISAGE TECHNOLOGY, INC.,
BERNARD BAILEY, WILLIAM K. AULET,
and DENIS K. BERUBE,
                          Defendants.

-----------------------------------------------------------x

## WITHDRAWAL OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL BY MOVANT WALTER D. COHUTT

    PLEASE TAKE NOTICE that upon the review of the Motion and supporting papers submitted by Turnberry Asset Group for appointment of Co-Lead Plaintiff and designation of Co-Lead Counsel, plaintiff Walter D. Cohutt and his counsel withdraw Mr. Cohutt's Motion for appointment as Lead Plaintiff and they acknowlege their support for the appointment of the members of the Turnberry Asset Group as Co-Lead Plaintiffs and the designation of their counsel as Co-Lead Counsel.

Dated: May 12, 2005                            SHAPIRO HABER & URMY LLP

                                                        **/s/Theodore M. Hess-Mahan**
                                                        Thomas G. Shapiro (BBO#454680)
                                                        Theodore M. Hess-Mahan (BBO#557109)
                                                        53 State Street
                                                        Boston, MA 02109
                                                        617-439-3939

                                                        Attorneys For Movant Walter D. Cohutt

**Of Counsel:**

**PASKOWITZ & ASSOCIATES**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 685-0969
(212) 685-2306 (Fax)

**ROY L. JACOBS**
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 867-1156
(212) 504-8343 (Fax)