**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-----------------------------------------------x
```

ERNESTO DARQUEA, on behalf                 :        Electronically Filed
of himself and all others similarly situated  :
                                           :
            Plaintiff,                     :
                                           :
       -against-                           :        Civil Action No. 1:05-CV-10438 (MLW)
                                           :
VIISAGE TECHNOLOGY, INC.,                   :
BERNARD C. BAILEY, WILLIAM K.               :
AULET and DENIS K. BERUBE,                  :
                                           :
            Defendants.                    :

```
-----------------------------------------------x
```
                                           :
GERALD D. BRODER, on behalf of              :
himself and all others similarly situated   :
                                           :
            Plaintiff,                     :
                                           :
       -against-                           :        Civil Action No. 1:05-CV-10475 (MLW)
                                           :
VIISAGE TECHNOLOGY, INC.,                   :
BERNARD C. BAILEY, WILLIAM K.               :
AULET and DENIS K. BERUBE,                  :
                                           :
            Defendants.                    :

```
-----------------------------------------------x
```

[Captions continued on next page]

**NOTICE OF NON-OPPOSITION TO COMPETING**
**MOTIONS FOR LEAD PLAINTIFF AND LEAD COUNSEL**

{00004778.DOC ; 1}

```
------------------------------------------------x
JOHN FLYNN, on behalf of                        :
of himself and all others similarly situated    :
                                                :
              Plaintiff,                         :
                                                :
       -against-                                 :   Civil Action No. 1:05-CV-10498 (MLW)
                                                :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
DENIS K. BERUBE, BUDDY G. BECK,                  :
MARCEL YON, THOMAS J. REILLY and                 :
CHARLES E. LEVINE,                               :
                                                :
              Defendants.                        :
------------------------------------------------x
MIN CHANG, individually and on behalf            :
of all others similarly situated                 :
                                                :
              Plaintiff,                         :
                                                :
       -against-                                 :   Civil Action No. 1:05-CV-10537 (MLW)
                                                :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
And DENIS K. BERUBE,                             :
                                                :
              Defendants.                        :
------------------------------------------------x
JOSEPH MARTIN, on behalf of himself              :
and all others similarly situated                :
                                                :
              Plaintiff,                         :
                                                :
       -against-                                 :   Civil Action No. 1:05-CV-10577 (MLW)
                                                :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
and DENIS K. BERUBE,                             :
                                                :
              Defendants.                        :
------------------------------------------------x
```

[Captions continued on next page]

```
-------------------------------------------------x
WAYNE CLARK, individually and on behalf          :
of all others similarly situated                 :
                                                 :
                                                 :
                Plaintiff,                       :
                                                 :
                                                 :
        -against-                                :   Civil Action No. 1:05-CV-10578 (MLW)
                                                 :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
And DENIS K. BERUBE,                             :
                                                 :
                Defendants.                      :
-------------------------------------------------x
DAPENG LUO, on behalf of                         :
of himself and all others similarly situated     :
                                                 :
                                                 :
                Plaintiff,                       :
                                                 :
                                                 :
        -against-                                :   Civil Action No. 1:05-CV-10615 (MLW)
                                                 :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
DENIS K. BERUBE, BUDDY G. BECK,                  :
MARCEL YON, THOMAS J. REILLY and                 :
CHARLES E. LEVINE,                               :
                                                 :
                Defendants.                      :
-------------------------------------------------x
OLYMPIA LEVINSTON STIEGELE,                      :
                                                 :
                                                 :
                                                 :
                Plaintiff,                       :
                                                 :
                                                 :
        -against-                                :   Civil Action No. 1:05-CV-10677 (MLW)
                                                 :
VIISAGE TECHNOLOGY, INC.,                        :
BERNARD C. BAILEY, WILLIAM K. AULET,             :
DENIS K. BERUBE, BUDDY G. BECK,                  :
MARCEL YON, THOMAS J. REILLY and                 :
CHARLES E. LEVINE,                               :
                                                 :
                Defendants.                      :
-------------------------------------------------x
```

[Captions continued on next page]

```
---------------------------------------------------------x
TURNBERRY ASSET MANAGEMENT,                              :
on behalf of itself and all others similarly situated   :
                                                        :
                              Plaintiff,                :
                                                        :
      -against-                                         :  Civil Action No. 1:05-CV-10725 (MLW)
                                                        :
VIISAGE TECHNOLOGY, INC.,                               :
BERNARD C. BAILEY, WILLIAM K. AULET,                    :
DENIS K. BERUBE, BUDDY G. BECK,                         :
MARCEL YON, THOMAS J. REILLY and                        :
CHARLES E. LEVINE,                                      :
                                                        :
                              Defendants.               :
---------------------------------------------------------x
```

After reviewing the competing motions for appointment of lead plaintiff filed with this Court on May 6, 2005, Stanley Norwalk, Cary Hammer, Ara K. Gechijian and Donald Sterby (the "Norwalk Group" or "Movant") recognize that other movants appear to have a larger financial interest and otherwise satisfy Fed. R. Civ. P. 23 at this preliminary stage based only on their submissions. Nevertheless, should the need arise, the Norwalk Group respectfully requests the Court to consider its motion as it remains willing to serve in a leadership or representative capacity on behalf of the Viisage Technology, Inc. class.

Dated: May 17, 2005

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor
   David Pastor (BBO #391000)
   60 State Street
   37th Floor
   Boston, MA  02109
   Telephone: (617) 742-9700
   Facsimile: (617) 742-9701

**Proposed Liason Counsel**


**SEEGER WEISS LLP**
Stephen A. Weiss
Eric T. Chaffin
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

**Proposed Lead Counsel**