UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-10438 MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

　　　　　　　　　　　　　　　　VIISAGE TECHNOLOGY, INC., ET AL.

　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　/s/ Mitchell H. Kaplan
　　　　　　　　　　　　　　　　Mitchell H. Kaplan, P.C. (BBO #258940)
　　　　　　　　　　　　　　　　**CHOATE, HALL & STEWART**
　　　　　　　　　　　　　　　　Exchange Place, 53 State Street
　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　Tel.: (617) 248-5000

Dated:  May 18, 2005

3926113v1