UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ERNESTO DARQUEA, | : |
| Plaintiff, | : |
| v. | : **Case No. 1:05-cv-10438-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

| | |  |
|---|---|---|
| GERALD D. BRODER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10475-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10498-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, and THOMAS J. REILLY, | : | |
| | : | |
| Defendants. | : | |
| MIN CHANG, Individually, and On behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Case No. 1:05-cv-10537-MLW** |
| | : | |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| | : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10577-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : : | |
| Defendants. | : : | |
| DAPENG LUO, | : : | |
| Plaintiff, | : : : | |
| v. | : : | **Case No. 1:05-cv-10615-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE | : : : : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WAYNE CLARK, Individually and on behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10578-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : : | |
| OLYMPIA LEVINSON STIEGELE, | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | **Case No. 1:05-cv-10677-MLW** |
| BERNARD BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, B. G. BECK. CHARLES E. LEVINE, WILLIAM K. AULET, and VIISAGE TECHNOLOGY, INC., | : : : : : : : | |
| Defendants. | : | |

|  |  |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  **Case No. 1:05-cv-10725-MLW**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

  I, Sandra F. Melloul, hereby certify that true copies of the Memorandum of Law in Further Support of Motion of Turnberry Asset Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel and Liaison Counsel and in Opposition to All Other Competing Motions were served upon all counsel listed below, via United States Mail, First Class, Postage Pre-Paid.

Date: May 20, 2005                   /s/ Sandra Melloul
                               Sandra Melloul

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro (BBO#454680)
Theodore M. Hess-Mahan (BBO#57109)
53 State Street
Boston, MA 02109
617-439-3939

**PASKOWITZ & ASSOCIATES**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 685-0969
(212) 685-2306 (Fax)


**ROY L. JACOBS**
60 East 42$_{nd}$ Street
46$_{th}$ Floor
New York, NY 10165
(212) 867-1156
(212) 504-8343 (Fax)

**Attorneys For Movant Walter D. Cohutt**

David Pastor (BBO #391000)
John C. Martland (BBO #322980)
GILMAN AND PASTOR, LLP
60 State Street, 37$_{th}$ Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**SEEGER WEISS LLP**
Stephen A. Weiss
Eric T. Chaffin
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

**Attorneys for Movant Norwalk Group**

Mitchell H. Kaplan, Esq.
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA 02109
T 617-248-5000

**Attorney for Defendants**