IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, on behalf of himself and all others similar situated<br><br>     Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>     Defendants. | Civil Action No. 1:05-CV-10438 (MLW) |
| GERALD D. BRODER, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>     Defendants. | Civil Action No. 1:05-CV-10475 (MLW) |
| JOHN FLYNN, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,<br><br>     Defendants. | Civil Action No. 1:05-CV-10498 (MLW) |

[captions continued on next page]

| | |
|---|---|
| MIN CHANG, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10537 (MLW) |
| JOSEPH MARGIN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10577 (MLW) |
| WAYNE CLARK, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10578 (MLW) |

[captions continued on next page]

| | |
|---|---|
| DAPENG LUO, on behalf of himself and all others similarly situated,  :<br><br>      Plaintiff,  :<br><br> - against -  :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,  :<br><br>      Defendants.  :<br>-------------------------------------------------: | Civil Action No. 1:05-CV-10615 (MLW) |
| OLYMPIA LEVINSON STIEGELE,  :<br>on behalf of herself and all others similarly situated,  :<br><br>      Plaintiff,  :<br><br> - against -  :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,  :<br><br>      Defendants.  :<br>-------------------------------------------------: | Civil Action No. 1:05-CV-10677 (MLW) |
| TURNBERRY ASSET MANAGEMENT  :<br>on behalf of itself and all others similarly situated,  :<br><br>      Plaintiff,  :<br><br> - against -  :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, BUDDY  :<br>G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,  :<br><br>      Defendants.  :<br>-------------------------------------------------: | Civil Action No. 1:05-CV-10725 (MLW) |

## RESPONSE TO MOTIONS TO CONSOLIDATE

Plaintiff, Olympia Levinson Stiegele, by and through counsel and for her Response to Motions to Consolidate does state:

1. On or about April 6, 2005 Plaintiff did file a derivative action for the benefit of Viisage Technology, Inc. against Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, B. G. Beck, Charles E. Levine and William K. Aulet. The action was styled as a Verified Shareholder Derivative Complaint, not as a class action.

2. At no time has the derivative action been consolidated with the number of cases alleging violations of the securities laws that were filed on a class-wide basis with this Court.

3. The causes of action alleged in the Verified Shareholder Derivative Complaint differ substantively from the allegations filed in the class action shareholder securities actions. As such, consolidation is not appropriate.

4. Counsel for Ms. Stiegele has contacted below counsel that have moved for consolidation and appointment of Lead Plaintiff in the following cases:

   a. Stephen D. Oestreich of Entwistle & Cappucci LLP, *Ernesto Darquea v. Viisage Technology, Inc., et al.*, Case No. 1:05-CV-10438-MLW;

   b. Chris Seeger of Seeger Weiss, LLP, *Ernesto Darquea v. Viisage Technology, Inc., et al.,* Case No. 1:05-CV-10438 (MLW) and *Gerald D. Broder v. Viisage Tecynology, Inc., et al.,* Case No. 1:05-CV-10475 (MLW); and

   c. Laurence D. Paskowitz of Paskowitz & Associates, *Ernesto Darquea v. Viisage Technology, Inc., et al.,* Case No. 1:05-CV-10438 (MLW).

Above-referenced counsel do not oppose this Response, nor do they seek to consolidate the derivative matter with the securities case.

WHEREFORE, premises considered, Plaintiff, Olympia Levinston Stiegele, prays this Court not consolidate her verified derivative action, case number 1:05-CV-10677-MLW with the pending securities class actions.

                              Respectfully Submitted,

Dated:  May 20, 2005                /s/ Alan L. Kovacs_____
                                      Alan L. Kovacs, BBO #278240
                                      LAW OFFICES OF ALAN L. KOVACS
                                      2001 Beacon Street Suite 106
                                      Boston, MA  02135
                                      (617) 964-1177/Fax: (617) 332-1223

                                      William B. Federman, Bar #OBA #2853
                                      FEDERMAN & SHERWOOD
                                      120 North Robinson, Suite 2720
                                      Oklahoma City, OK  73102
                                      (405) 235-1560/Fax: (405) 236-2112
                                            *wfederman@aol.com*
                                              - and -
                                      2926 Maple Avenue, Suite 200
                                      Dallas, TX  75201

                                      *Attorneys for Plaintiff,*
                                      *Olympia Levinson Stiegele*

## CERTIFICATE OF MAILING

This certifies that on the 20th day of May, 2005, I caused a true and correct copy of the above and foregoing document to be mailed by U.S. Mail, with postage fully prepaid thereon, to the following parties:

David Pastor
John C. Martland
GILMAN AND PASTOR, LLP
60 State St., 37th Floor
Boston, MA  02109

Thomas G. Shapiro
Theodore M. Hess-Mahan
SHAPIRO, HABER & URMY LLP
53 State Street
Boston, MA  02109

Laurence D. Paskowitz
Roy L. Jacobs
PASKOWITZ & ASSOCIATES
60 East 42nd St., 46th Floor
New York, NY  10165

Leslie R. Stern
BERMAN, DEVALERIO, PEASE,
    TABACCO, BURT & PUCILLO
One Liberty Square
Boston, MA  02109

Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
ENTWISTLE & CAPPUCCI, LLP
299 Park Avenue
New York, NY  10171

Christopher Seeger
Stephen A. Weiss
Eric T. Chaffin
SEEGER WEISS, LLP
One William St.
New York, NY  10004

Jeffrey A. Klafter
Kurt B. Olson
KLAFTER & OLSEN LLP
1311 Mamaroneck Ave., #220
White Plains, NY  10602

 

                      <u>Alan L. Kovacs</u>
                      Alan L. Kovacs

I:\Viisage\Derivative\ResptoConsolidation.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, on behalf of himself and all others similar situated<br><br>    Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>    Defendants. | Civil Action No. 1:05-CV-10438 (MLW) |
| GERALD D. BRODER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>    Defendants. | Civil Action No. 1:05-CV-10475 (MLW) |
| JOHN FLYNN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,<br><br>    Defendants. | Civil Action No. 1:05-CV-10498 (MLW) |

[caption continued on next page]

| | |
|---|---|
| MIN CHANG, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC.,  BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10537 (MLW) |
| JOSEPH MARGIN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10577 (MLW) |
| WAYNE CLARK, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  - against -<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE,<br><br>                Defendants. | Civil Action No. 1:05-CV-10578 (MLW) |

[caption continued on next page]

| | |
|---|---|
| DAPENG LUO, on behalf of himself and all others similarly situated, :<br><br>     Plaintiff, :<br><br> - against - :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, :<br><br>     Defendants. :<br>------------------------------------------------------: | Civil Action No. 1:05-CV-10615 (MLW) |
| OLYMPIA LEVINSON STIEGELE, :<br>on behalf of herself and all others similarly situated, :<br><br>     Plaintiff, :<br><br> - against - :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, :<br><br>     Defendants. :<br>------------------------------------------------------: | Civil Action No. 1:05-CV-10677 (MLW) |
| TURNBERRY ASSET MANAGEMENT :<br>on behalf of itself and all others similarly situated, :<br><br>     Plaintiff, :<br><br> - against - :<br><br>VIISAGE TECHNOLOGY, INC., BER BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE, :<br><br>     Defendants. :<br>------------------------------------------------------: | Civil Action No. 1:05-CV-10725 (MLW) |

## **[PROPOSED] ORDER**

NOW on this _____ day of _____, 2005, Plaintiff Olympia Levinson Stiegele's Response to Motions to Consolidate was heard. After reviewing the pleadings and other relevant matters, this Court hereby finds as follows:

THE COURT ORDERS, ADJUDGES AND DECREES that the case styled Olympia Levinson Stiegele, Plaintiff, on behalf of Viisage Technology, Inc., v. Bernard C. Bailey, *et al.,* Case No. 1:05-CV-10677-MLW, is a Verified Shareholder Derivative case and is not to be consolidated with the class action securities actions.

IT IS SO ORDERED this ____ day of May, 2005.

_____
Mark L. Wolf, UNITED STATES
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

/s/ Alan L. Kovacs_____
Alan L. Kovacs, BBO #278240
LAW OFFICES OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston, MA  02135
(617) 964-1177/Fax: (617) 332-1223

William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK  73102
(405) 235-1560/Fax: (405) 236-2112
*wfederman@aol.com*
       - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

*Attorneys for Olympia Levinston Stiegele*

I:\Viisage\Derivative\OrderforResponse.doc