**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------x
| | | |
|---|---|---|
| ERNESTO DARQUEA, on behalf of himself and all others similarly situated | : : : | Electronically Filed |
| Plaintiff, | : : | |
| -against- | : : | Civil Action No. 1:05-CV-10438 (MLW) |
| VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| GERALD D. BRODER, on behalf of himself and all others similarly situated | : : : | |
| Plaintiff, | : : | |
| -against- | : : | Civil Action No. 1:05-CV-10475 (MLW) |
| VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : | |

---------------------------------------------------------x

[Captions continued on next page]


**NOTICE OF CHANGE OF ADDRESS**

```
-------------------------------------------------------------x
JOHN FLYNN, on behalf of                           :
of himself and all others similarly situated       :
                                                   :
                        Plaintiff,                 :
                                                   :
      -against-                                    :  Civil Action No. 1:05-CV-10498 (MLW)
                                                   :
VIISAGE TECHNOLOGY, INC.,                          :
BERNARD C. BAILEY, WILLIAM K. AULET,               :
DENIS K. BERUBE, BUDDY G. BECK,                    :
MARCEL YON, THOMAS J. REILLY and                   :
CHARLES E. LEVINE,                                 :
                                                   :
                        Defendants.                :
-------------------------------------------------------------x
MIN CHANG, individually and on behalf              :
of all others similarly situated                   :
                                                   :
                        Plaintiff,                 :
                                                   :
      -against-                                    :  Civil Action No. 1:05-CV-10537 (MLW)
                                                   :
VIISAGE TECHNOLOGY, INC.,                          :
BERNARD C. BAILEY, WILLIAM K. AULET,               :
And DENIS K. BERUBE,                               :
                                                   :
                        Defendants.                :
-------------------------------------------------------------x
JOSEPH MARTIN, on behalf of himself                :
and all others similarly situated                  :
                                                   :
                        Plaintiff,                 :
                                                   :
      -against-                                    :  Civil Action No. 1:05-CV-10577 (MLW)
                                                   :
VIISAGE TECHNOLOGY, INC.,                          :
BERNARD C. BAILEY, WILLIAM K. AULET,               :
and DENIS K. BERUBE,                               :
                                                   :
                        Defendants.                :
-------------------------------------------------------------x
```

[Captions continued on next page]

```
-------------------------------------------------------x
WAYNE CLARK, individually and on behalf     :
of all others similarly situated            :
                                            :
                  Plaintiff,                :
                                            :
     -against-                              : Civil Action No. 1:05-CV-10578 (MLW)
                                            :
VIISAGE TECHNOLOGY, INC.,                   :
BERNARD C. BAILEY, WILLIAM K. AULET,        :
And DENIS K. BERUBE,                        :
                                            :
                  Defendants.               :
-------------------------------------------------------x
DAPENG LUO, on behalf of                    :
of himself and all others similarly situated:
                                            :
                  Plaintiff,                :
                                            :
     -against-                              : Civil Action No. 1:05-CV-10615 (MLW)
                                            :
VIISAGE TECHNOLOGY, INC.,                   :
BERNARD C. BAILEY, WILLIAM K. AULET,        :
DENIS K. BERUBE, BUDDY G. BECK,             :
MARCEL YON, THOMAS J. REILLY and            :
CHARLES E. LEVINE,                          :
                                            :
                  Defendants.               :
-------------------------------------------------------x
OLYMPIA LEVINSTON STIEGELE,                 :
                                            :
                                            :
                  Plaintiff,                :
                                            :
     -against-                              : Civil Action No. 1:05-CV-10677 (MLW)
                                            :
VIISAGE TECHNOLOGY, INC.,                   :
BERNARD C. BAILEY, WILLIAM K. AULET,        :
DENIS K. BERUBE, BUDDY G. BECK,             :
MARCEL YON, THOMAS J. REILLY and            :
CHARLES E. LEVINE,                          :
                                            :
                  Defendants.               :
-------------------------------------------------------x
```

{00004855.DOC ; 1}

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, <br> on behalf of itself and all others similarly situated <br><br> Plaintiff, <br><br> -against- <br><br> VIISAGE TECHNOLOGY, INC., <br> BERNARD C. BAILEY, WILLIAM K. AULET, <br> DENIS K. BERUBE, BUDDY G. BECK, <br> MARCEL YON, THOMAS J. REILLY and <br> CHARLES E. LEVINE, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:05-CV-10725 (MLW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

-------------------------------------------------------------x

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: June 1, 2005               Respectfully submitted,

> /s/ David Pastor_____
> David Pastor (BBO # 391000)
> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701
>
> Attorney for Plaintiffs

{00004855.DOC ; 1}