UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, GERALD D. BRODER, JOHN FLYNN, ET AL., MIN CHANGE, ET AL., JOSEPH MARTIN, ET AL., WAYNE CLARK, ET AL., and DAPENG LUO,<br><br>          Plaintiffs,<br><br>          v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,<br><br>          Defendants. | CIVIL ACTION NOS. 05-10438 MLW<br>05-10475 MLW<br>05-10498 MLW<br>05-10537 MLW<br>05-10577 MLW<br>05-10578 MLW<br>05-10615 MLW |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Pursuant to Rule 83.5.2 (e) of the Local Rules of the United States District Court for the District of Massachusetts, please take notice that as of Monday August 1, 2005, the address of Choate, Hall & Stewart LLP, counsel for Defendants Bernard C. Bailey, William K. Aulet, Denis K. Berube, B. G. Beck, Marcel Yon, Thomas J. Reilly, Charles E. Levine, and Viisage Technology, Inc., will change to Two International Place, Boston, MA 02110, (617) 248-5000.

          VIISAGE TECHNOLOGY, INC., ET AL.

          By their attorneys,

          /s/ Aloknanda S. Bose
          Mitchell H. Kaplan, P.C. (BBO #258940)
          Aloknanda S. Bose (BBO # 658108)
          **CHOATE, HALL & STEWART**
          Exchange Place, 53 State Street
          Boston, MA  02109
          Tel.: (617) 248-5000
          Nbose@choate.com

Dated:  July 29, 2005

3964543v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, GERALD D. BRODER, JOHN FLYNN, ET AL., MIN CHANGE, ET AL., JOSEPH MARTIN, ET AL., WAYNE CLARK, ET AL., and DAPENG LUO,<br><br>           Plaintiffs,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,<br><br>           Defendants. | CIVIL ACTION NOS. 05-10438 MLW<br>05-10475 MLW<br>05-10498 MLW<br>05-10537 MLW<br>05-10577 MLW<br>05-10578 MLW<br>05-10615 MLW |

**CERTIFICATE OF SERVICE**

I, Aloknanda S. Bose, do hereby certify that on the 29th day of July, 2005 I caused a copy of the Notice of Change of Address of Counsel to be served by first class mail upon the attorneys of record for the Plaintiffs.

           /s/ Aloknanda S. Bose
           Aloknanda S. Bose (BBO # 658108)
           **CHOATE, HALL & STEWART LLP**
           Exchange Place
           53 State Street
           Boston, MA  02109
           Tel.: (617) 248-5000

Dated:  July 29, 2005

3964551v1