## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| ERNESTO DARQUEA, | : | |
| Plaintiff, | : | |
| v. | : | **Case No. 1:05-cv-10438-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| Defendants. | : | |
| GERALD D. BRODER, | : | |
| Plaintiff, | : | |
| v. | : | **Case No. 1:05-cv-10475-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : | |
| Defendants. | : | |
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, | : | |
| Plaintiff, | : | |
| v. | : | **Case No. 1:05-cv-10498-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, AND THOMAS J. REILLY, | : | |
| Defendants. | : | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

|  |  |  |
|---|---|---|
| MIN CHANG, Individually, and On Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10537-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : | |
| Defendants. | : : | |
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10577-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : | |
| Defendants. | : : | |
| DAPENG LUO, | : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10615-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, AND THOMAS J. REILLY, | : : : : : : | |
| Defendants. | : | |

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the law firm of Entwistle & Cappucci LLP, *Proposed Co-Lead Counsel* in the above-captioned actions, has relocated its New York office and, effective immediately, may be contacted as follows:

>Entwistle & Cappucci LLP
>280 Park Avenue, 26th Floor West
>New York, New York 10017
>Telephone: (212) 894-7200
>Facsimile: (212) 894-7272

Dated:  October 13, 2005

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Leslie R. Stern
Leslie R. Stern, Esq.
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
*Proposed Liaison Counsel*

Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue – 26th Floor West
New York, NY 10017
(212) 894-7200

**KLAFTER & OLSEN LLP**
Jeffrey A. Klafter
Kurt B. Olsen
1311 Mamaroneck Ave., Suite 220
White Plains, NY 10602
(212) 997-5656
*Proposed Co-Lead Counsel*

**SERVICE LIST**

Susan E. Stenger
**Perkins, Smith & Cohen, LLP**
One Beacon Street, 30th Floor
Boston, MA  02108

*Attorney for Plaintiff Gerald D. Broder*

Jeffrey C. Block
Leslie R. Stern
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square, 8th Floor
Boston, MA  02109

*Attorney for Plaintiff John Flynn and Turnberry Asset Management*

David Pastor
**Gilman and Pastor, LLP**
60 State Street, 37th Floor
Boston, MA  02109

*Attorney for Plaintiff Min Chang and Dapeng Luo*

John C. Martland
**Martland & Brooks LLP**
Stonehill Corporate Center, Suite 500
999 Broadway
Saugus, MA  01906

*Attorney for Plaintiff Min Chang*

Theodore M. Hess-Mahan
Thomas G. Shapiro
**Shapiro Haber & Urmy LLP**
53 State Street
Boston, MA  02108

*Attorney for Plaintiff Joseph Martin and Wayne Clark*

Alan L. Kovacs
**Law Office of Alan L. Kovacs**
2001 Beacon Street, Suite 106
Boston, MA  02135

*Attorney for Plaintiff Olympia Levinson Stiegele*

**Paskowitz & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165

Brian M. Felgoise, Esq.
**Law Office of Brian M. Felgoise, P.C.**
261 Old York Road, Suite 423
Jenkintown, PA  19046

Roy L. Jacobs, Esq.
**Roy Jacobs & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165

Charles J. Piven
**Law Office of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland  21202

Randall K. Pulliam, Esq.
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

Virgilio Soler, Jr.
**Wechsler Harwood LLP**
488 Madison Avenue, 8th Floor
New York, NY  10022

Marc A. Topaz, Esq.
Darren J. Check, Esq.
**Schiffrin & Barroway LLP**
280 King of Prussia Road
Radnor, PA  19087

Frederic S. Fox, Esq.
Joel B. Strauss, Esq.
Donald R. Hall, Esq.
Jeffrey P. Campisi, Esq.
**Kaplan Fox Kilsheimer LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

Wayne T. Boulton
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT  06103

Samuel Howard Rudman, Esq.
**Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
200 Broadhollow Raod, Ste. 406
Melville, NY  11747

Stephen A. Weiss, Esq.
Eric T. Chaffin, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY  10004