UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ERNESTO DARQUEA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No. 1:05-cv-10438-MLW** |
| : | |
| VIISAGE TECHNOLOGY, INC., : | |
| BERNARD BAILEY, WILLIAM K. : | |
| AULET, and DENIS K. BERUBE, : | |
| : | |
| Defendants. : | |

**NOTICE OF APPEARANCE**

| | |
|---|---|
| GERALD D. BRODER, : Plaintiff, : v. : VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, : Defendants. | **Case No. 1:05-cv-10475-MLW** |
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, Plaintiff, v. VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, and THOMAS J. REILLY, Defendants. | **Case No. 1:05-cv-10498-MLW** |
| MIN CHANG, Individually, and On behalf of All Others Similarly Situated, Plaintiffs, v. VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, Defendants. | **Case No. 1:05-cv-10537-MLW** |

|  |  |  |
|---|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10577-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : : | |
| Defendants. | : : | |
| WAYNE CLARK, Individually and on behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | **Case No. 1:05-cv-10578-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, | : : : : : | |
| Defendants. | : : | |
| DAPENG LUO, | : : | |
| Plaintiff, | : : : | |
| v. | : : | **Case No. 1:05-cv-10615-MLW** |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, and CHARLES E. LEVINE | : : : : : : : | |
| Defendants. | : : | |

| | |
|---|---|
| TURNBERRY ASSET MANAGEMENT, on behalf of itself and all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | :    **Case No. 1:05-cv-10725-MLW** |
| | : |
| VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY, CHARLES E. LEVINE, HARRIET MOUCHLY-WEISS, PAUL T. PRINCIPATO, and PETER NESSEN, | : : : : : : : |
| Defendants. | : |

    Please enter the appearance of Jeffrey C. Block on behalf of proposed Lead Plaintiff Turnberry Asset Group.

                                                       **BERMAN DEVALERIO PEASE**
                                                        **TABACCO BURT & PUCILLO**

Dated: November 16, 2005                  By:   /s/ Jeffrey C. Block, Esq.
                                                         Jeffrey C. Block, Esq.
                                                         Leslie R. Stern, Esq.
                                                         One Liberty Square
                                                         Boston, MA 02109
                                                         *Proposed Liaison Counsel*

                                                         Vincent R. Cappucci
                                                         Stephen D. Oestreich
                                                         Robert N. Cappucci
                                                         **ENTWISTLE & CAPPUCCI LLP**
                                                         280 Park Avenue – 26th Floor West
                                                         New York, NY 10017

                                                         **KLAFTER & OLSEN LLP**
                                                         Jeffrey A. Klafter
                                                         Kurt B. Olsen
                                                         1311 Mamaroneck Ave., Suite 220
                                                         White Plains, NY 10602
                                                         *Proposed Co-Lead Counsel*