# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

|  | |  |
|---|---|---|
| _____ ): | | |
| In re VIISAGE TECHNOLOGY ) SECURITIES LITIGATION ) ) | | **Case No. 1:05-cv-10438-MLW** |
| _____ ) ) | | |
| This document applies to All Actions ) ) ) ) | | |
| _____) | | |

**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR FILING LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND BRIEFING DEFENDANTS' MOTION TO DISMISS**

WHEREAS, the Court issued an order dated January 13, 2006 establishing dates for the filing of Lead Plaintiffs' Consolidated Amended Complaint, for Defendants' response to that Complaint, and for a Scheduling Conference; and

WHEREAS, the Parties have met and conferred on a revised schedule for the filing of Lead Plaintiffs' Consolidated Amended Complaint and for the briefing of Defendants' motion to dismiss that Complaint;

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1.    Lead Plaintiffs shall, by February 27, 2006 file and serve their Consolidated Amended Complaint;

2.    Defendants shall, by April 3, 2006 file and serve their response to the Consolidated Amended Complaint;

3.    Lead Plaintiffs shall, by May 8, 2006 file and serve a response to any motion to dismiss filed by Defendants;

4.    Defendants shall, by May 26, 2006 file and serve a reply in further support of any motion to dismiss.

5.    The Scheduling Conference shall go forward on the date previously indicated – April 11, 2006 at 3:00 p.m.


Dated:        January 30, 2006
              Boston, Massachusetts

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**

By:  /s/  Leslie R. Stern, Esq.
Leslie Stern (BBO # 631201)
One Liberty Square
Boston, MA 02109
(617) 542-8300

**Liaison Counsel for
the Turnberry Asset Group**

Stephen D. Oestreich
Robert N. Cappucci
William W. Wickersham
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue
New York, NY 10171
(212) 894-7200

Jeffrey A. Klafter
Kurt B. Olsen
**KLAFTER & OLSEN LLP**
1311 Mamaroneck Ave., Suite 220
White Plains, NY 10605
(212) 997-5656

Co-Lead Counsel for the
the Turnberry Asset Group

**CHOATE, HALL & STEWART**

By:  /s/ Mitchell H. Kaplan, P.C.
Mitchell H. Kaplan, P.C. (BBO #258940)
Aloknanda S. Bose (BBO #658108)
Exchange Place, 53 State Street
Boston, MA 02109
(617) 248-5000

**Counsel for Defendants**

**IT IS SO ORDERED.**

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE