**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION | ):<br>)<br>)<br>)   **Case No. 1:05-cv-10438-MLW**<br>)<br>)<br>This document applies to All Actions   )<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Sandra F. Melloul, hereby certify that this Stipulation And [Proposed] Order Amending Schedule For Filing Lead Plaintiffs' Consolidated Amended Complaint And Briefing Defendants' Motion To Dismiss, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of January 2006.

/s/ Sandra F. Melloul_
Sandra F. Melloul