UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VIISAGE TECHNOLOGY, INC.<br>SECURITIES LITIGATION<br><br>This Pleading Applies to:  All Actions | CIVIL ACTION NO. 05-cv-10438-MLW |

## DEFENDANTS' MOTION TO DISMISS
## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Viisage Technology, Inc., Bernard C. Bailey, William Aulet, Denis K. Berube, Marcel Yon, Buddy G. Beck, Charles A. Levine, Thomas J. Reilly, Harriet Mouchly-Weiss, Paul T. Principato and Peter Nessen move, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), to dismiss plaintiffs' Consolidated Amended Class Action Complaint in its entirety. The grounds for defendants' motion are that plaintiffs have not alleged an actionable misrepresentation or omission by any defendant, nor have they alleged any defendant acted with the requisite fraudulent intent. The grounds for defendants' motion are further set forth in the accompanying memorandum of law.

WHEREFORE, defendants respectfully ask this Court to dismiss plaintiffs' Consolidated Amended Class Action Complaint as against each one of them, in its entirety and with prejudice.

1

## REQUEST FOR ORAL ARGUMENT

Defendants request oral argument on this motion.

VIISAGE TECHNOLOGY, INC.

By its attorneys,

/s/ Aloknanda S. Bose
Mitchell H. Kaplan (BBO #258940)
John R. Baraniak, Jr. (BBO #552259)
Aloknanda S. Bose (BBO #658108)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Dated: April 3, 2006

## LOCAL RULE 7.1 (A)(2) CERTIFICATE

Counsel for defendants certify that they have conferred with counsel for plaintiffs in a good faith attempt to resolve or narrow the issues presented by this motion but have been unable to do so.

/s/ Aloknanda S. Bose
Aloknanda S. Bose

4066455_1.DOC