UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE VISAGE TECHNOLOGY INC.**                    CIVIL  CASE
                                                    NO. 05-10438-MLW

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** currently scheduled for **APRIL 11, 2006** at **3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

April 6, 2006                        By:    /s/ Dennis O'Leary
Date                                        Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                    [ntchrgcnf.]