UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION** <br><br> _____ <br><br> **This Pleading Applies to: All Actions** | **Civil Action No. 05-cv-10438-MLW** |

## CERTIFICATE OF SERVICE

I, Sandra F. Melloul hereby certify that the following documents:

1) Plaintiffs' Motion for Leave To File Memorandum in Excess of Twenty Pages;

2) [Proposed] Memorandum in Opposition to Defendants Viisage Technology, Inc., Bernard C. Bailey, William Aulet, Denis K. Berube, Marcel Yon, Buddy G. Beck, Charles Levine, Thomas J. Reilly, Harriet Mouchly-Weiss, Paul T. Principato and Peter Nessen's Motion to Dismiss; and

3) Declaration of Jeffrey A. Klafter in Support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Compliant.

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 8, 2006               /s/    Sandra Melloul
                                        Sandra Melloul