**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION** <br><br> **This Pleading Applies to: All Actions** | **Civil Action No. 05-cv-10438-MLW** |

## CERTIFICATE OF SERVICE

I, Sandra F. Melloul hereby certify that Lead Plaintiffs' Memorandum in Opposition To Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 11, 2006                    /s/    Sandra Melloul
                                                   Sandra Melloul