UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA,<br><br>                Plaintiff,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC., et al.<br><br>                Defendants. | Case No. 1:05-10438-MLW |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiff in the above-captioned action. Plaintiff will continue to be represented by court-appointed lead counsel. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                            Respectfully submitted,

                                                            **/s/Theodore M. Hess-Mahan**
                                                            Theodore M. Hess-Mahan, BBO No. 557109
                                                            SHAPIRO HABER & URMY LLP
                                                            53 State Street
                                                           Boston, MA 02109
                                                           (617) 439-3939

                                                           *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

      **/s/Theodore M. Hess-Mahan**
      Theodore M. Hess-Mahan