# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION**

**Civil Action No. 05-cv-10438-MLW**

**This Pleading Applies to:  All Actions**

## CERTIFICATE OF SERVICE

I, Sandra F. Melloul, hereby certify that the Joint Statement And Proposed Pretrial Schedule Pursuant To Local Rule 16.1 filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 19, 2007                    /s/ Sandra F. Melloul