UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION )<br>)<br>)<br>) | Case No. 1:05-cv-10438-MLW |
| This document applies to All Actions )<br>)<br>)<br>)<br>) |  |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Leslie R. Stern, hereby moves the Court to enter an Order granting leave to Jeffrey A. Klafter of the law firm of Klafter & Olsen LLP to appear on behalf of Lead Plaintiffs Ronald Sauer, David Hancock and Lance Hancock in this class action, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Jeffrey Klafter has been a member in good standing of the bar of the State of New York since 1980.

2. There are no disciplinary proceedings against Jeffrey Klafter as a member of the bar in any jurisdiction.

3. Jeffrey Klafter has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 29, 2007                             Respectfully submitted,

                                                    **BERMAN DEVALERIO PEASE**
                                                    **TABACCO BURT & PUCILLO**

                                         By:     /s/ Leslie R. Stern
                                                    One Liberty Square, 8th Floor
                                                    Boston, Massachusetts 02109
                                                    (t) 617-542-8300
                                                    (f) 617-542-1194
                                                    lstern@bermanesq.com

Doc. 154638