UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION )<br>)<br>)<br>) | Case No. 1:05-cv-10438-MLW |
| This document applies to All Actions )<br>)<br>)<br>)<br>) | |

**AFFIDAVIT OF JEFFREY A. KLAFTER IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Jeffrey A. Klafter, being duly sworn, deposes and says as follows:

1. I am a partner with the law firm of Klafter and Olsen LLP, 1311 Mamaroneck Ave., Suite 220, White Plains, NY 10605.

2. I make this Affidavit in support of the motion for my admission *pro hac vice* to appear as counsel for Lead Plaintiffs Ronald Sauer, David Hancock and Lance Hancock in this action.

3. I am a member in good standing of the Bar of the State of New York, the Southern District Court of New York, the Eastern District Court of New York as well as the Second Circuit Court of Appeals, First Circuit Court of Appeals and the United States Supreme Court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

     5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

     I hereby swear under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2007                                      /s/ Jeffrey A. Klafter