# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION** | **Civil Action No. 05-cv-10438-MLW** |
| **This Pleading Applies to:  All Actions** |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick T. Egan, of the firm Berman DeValerio Pease

Tabacco Burt & Pucillo, One Liberty Square, Boston, MA 02019, on behalf of Lead Plaintiffs in

this action.

Dated: January 31, 2007

Respectfully submitted,

/s/ Patrick T. Egan
Jeffrey C. Block, Esq.  (BBO# 6007470)
Leslie R. Stern, Esq. (BBO# 631201)
Patrick T. Egan, Esq. (BBO# 637477)
BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

**Plaintiffs' Liaison Counsel**

Jeffrey A. Klafter, Esq.
KLAFTER & OLSEN LLP
1311 Mamaroneck Ave., Suite 220
White Plains, NY 10605
(914) 997-5656

1

2

Kurt B. Olsen, Esq.
KLAFTER & OLSEN LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C.  20036
(202) 261-3553

Stephen D. Oestreich, Esq.
Robert Cappucci, Esq.
William W. Wickersham, Esq.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

**Lead Counsel for Lead Plaintiffs**