UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10438

| Turnberry Asset Group et al | Visage Technology Inc. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Patrick Egan | Mitcheel Kaplan |
| Jeffrey Klafter | |
| Bill Wickersham | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 2/1/07 | Court asks if the individual defendants are still in the case as it was not apparent by the parties briefing. |
| | Plaintiff informs they are still in the complaint as to Count I. Court listens to oral arguments on the defendants motion to dismiss. Court takes a brief recess after two hours of oral arguments and resumes back on the bench. |
| | Court makes book of excerpts from defendant exhibit 1 of today's date. Court marks second amended complaint in the Georgia action as exhibit 2 of today's date. Court takes another brief recess. Court resumes with oral argument. Court establishes a briefing schedule for the parties to supplement their briefs. |
| | Supplemental briefs due by 2/14/07. Further hearing set for 2/23/07 at 10:30 am. |