UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION ) ) ) | |
| ) | Case No. 1:05-cv-10438-MLW |
| ) ) | |
| This document applies to All Actions ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, Elizabeth D'Entremont, hereby certify that the Lead Plaintiffs' Supplemental Memorandum on the Misrepresentations and Omissions Alleged in the Consolidated Amended Class Action Complaint Concerning the Georgia Litigation, Lead Plaintiffs' Compendium of Exhibits Submitted Pursuant to the Court's February 6, 2007 Order, and Excerpts From and References to Lead Plaintiffs' Compendium of Exhibits Submitted Pursuant to the Court's February 6, 2007 Order filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 14, 2007                              /s/ Elizabeth D'Entremont