UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re VIISAGE TECHNOLOGY, INC. )
SECURITIES LITIGATION ) CIVIL ACTION NO. 05-cv-10438-MLW
)
)
This Pleading Applies to: All Actions )
)

### NOTICE OF APPEARANCE

Please enter the appearance of John R. Baraniak, Jr. on behalf of the defendants in this action.

                          VIISAGE TECHNOLOGY, INC., et al.

                          By their attorneys,

/s/ John R. Baraniak, Jr.
Mitchell H. Kaplan (BBO #258940)
John R. Baraniak, Jr. (BBO #552259)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: February 21, 2007

## CERTIFICATE OF SERVICE

This is to certify that on February 21, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William B. Federman
Stuart W. Emmons
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112

and

Alan L. Kovacs (BBO #278240)
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel.: (617) 964-1177
Fax: (617) 332-1223

**Attorneys for Plaintiff**

/s/ John R. Baraniak, Jr.
John R. Baraniak, Jr.

4175831v1