UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION ) ) ) ) ) ) This document applies to All Actions ) ) ) ) | Case No. 1:05-cv-10438-MLW |

### CERTIFICATE OF SERVICE

I, Sandra F. Melloul, hereby certify that the Notice of Appearance of Leslie R. Stern filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 21, 2007         /s/ Sandra F. Melloul