UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION** <br><br> **This Pleading Applies to:  All Actions** | **Civil Action No. 05-cv-10438-MLW** |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Leslie R. Stern, hereby moves the Court to enter an Order granting leave to Robert N. Cappucci, of the law firm of Entwistle & Cappucci LLP to appear on behalf of Lead Plaintiffs in this class action, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Robert N. Cappucci has been a member in good standing of the bar of the State of New York since 1994 and in good standing of the bar of the State of New Jersey since 1994.

2. There are no disciplinary proceedings against Robert N. Cappucci as a member of the bar in any jurisdiction.

3. Robert N. Cappucci has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

Dated: February 21, 2007                     Respectfully submitted,

                                                  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

                                                  By:   /s/ Leslie R. Stern
                                                          Leslie. R. Stern (BBO# 631201)
                                                          Jeffrey C. Block (BBO# 600747)
                                                          One Liberty Square, 8th Floor
                                                          Boston, Massachusetts 02109
                                                          (t) 617-542-8300
                                                          (f) 617-542-1194
                                                          lstern@bermanesq.com
                                                          jblcok@bermanesq.com

Doc. 154638