UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION | Civil Action No. 05-cv-10438-MLW |
| This Pleading Applies to: All Actions | |

**AFFIDAVIT OF ROBERT CAPUCCI IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE*** 

Robert N. Capucci, being duly sworn, deposes and says as follows:

1. I am a partner with the law firm Entwistle & Cappucci LLP of 280 Park Avenue, 26th Floor West, New York, New York 10017.

2. I make this Affidavit in support of the motion for my admission *pro hac vice* to appear as counsel for Lead Plaintiffs in this action.

3. I am a member in good standing of the Bar of the State of New Jersey since 1994; the Bar of the State of New York since 1994; as well as the U.S. District Court for the Southern and Eastern Districts of New York; U.S. District Court for the Eastern District of Michigan; the U.S. Court of Appeals, 8th Circuit and 3rd Circuit; and the U.S. Supreme Court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    I hereby swear under penalty of perjury that the foregoing is true and correct.


Dated: February 21, 2007                                    <u>/s/ Robert N. Cappucci</u>