UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION** <br><br> **This Pleading Applies to:  All Actions** | **Civil Action No. 05-cv-10438-MLW** |

## CERTIFICATE OF SERVICE

I, Leslie R. Stern, hereby certify that the Proposed Revised Joint Pretrial Scheduling Order, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: June 7, 2007                           /s/ Leslie R. Stern
                                              Leslie R. Stern