UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>IN RE VISAGE TECHNOLOGY: SECURITIES LITIGATION</u>
CIVIL ACTION
NO.  <u>05-10438-MLW</u>

<u>NOTICE</u>

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING on the MOTION FOR SETTLEMENT on <u>August 13, 2007</u> at <u>2:00</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARAH THORNTON, CLERK

<u>August 7, 2007</u>                By:    /s/ Dennis O'Leary
**Date**                                  **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                      [ntchrgcnf.]