UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10438

IN RE VISAGE TECHNOLOGIES - SECURITIES LITIGATION

| PLAINTIFF | DEFENDANT |
|---|---|
| Jeffrey Klafter | Mitchell Kaplan |
| Patrick Egan | Chris Edwards |
| | |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|

JUDGE   Wolf          CLERK   O'Leary          REPORTER   O'Hara

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 8/13/07 | Court listens to the parties on the plaintiff's motion for certification of class action for settlement purposes. |
| | Court satisfied that the class should be conditionally approved for settlement purposes and that the proposed settlement is reasonable to justify consideration by the class. Court goes over the changes to the proposed notice with counsel. Counsel shall submit the order/notice with changes by 12:00 on 8/14/07. |