```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

IN RE VIISAGE TECHNOLOGY            )
INC. SECURITIES                     ) C.A. No. 05-10438-MLW
LITIGATION                          )

<u>ORDER</u>

WOLF, D.J.                                             August 16, 2007

      The court has considered the revised proposed Order and Notice filed on August 14 2007. The Proposed Order is acceptable. The proposed Notice does not, as directed at the August 13, 2007 hearing, include a description of the remaining claims in the "What is This Case About Section" or a section including the statement that, "The Court may alter any of the deadlines it has established for good cause shown." Therefore, it is hereby ORDERED that plaintiffs file another proposed Notice including these matters by August 17, 2007, at 12:00 noon.

                                              <u>/s/ MARK L. WOLF</u>
                                              UNITED STATES DISTRICT JUDGE