UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION <br><br> This Pleading Applies to: All Actions | Civil Action No. 05-cv-10438-MLW |

**UNOPPOSED MOTION FOR LEAVE TO SUBMIT COUNSEL'S
TIME RECORDS *IN CAMERA***

Plaintiffs hereby move for an order authorizing the submission of their counsel's attorney time records *in camera*. In support of this unopposed motion, Plaintiffs state as follows:

1. On August 13, 2007, counsel for the Parties appeared before this Court at a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. At that hearing, the Court requested that Counsel submit detailed time records in connection with their Motion for an Award of Attorneys' Fees.

2. Plaintiffs intend to file their papers in support of final approval of the settlement, and their request for attorneys' fees, on or before Friday, November 2, 2007. The final approval hearing is scheduled for November 16, 2007 at 3:00 p.m.

3. Plaintiffs' Counsel submit that the requested detailed time records contain attorney work product that warrant *in camera* review. These time records reflect the strategies and mental impressions of the attorneys who prosecuted this class action.. Fed. R. Civ. P. 26(b)(3) dictates that attorney work product is entitled to broad protect from disclosure. While Plaintiffs' Counsel respect the Court's request for this information to assist in its determination of a fair and reasonable fee, neither Defendants nor the general public have any interest or

1

substantial need for this information, nor will either entity be prejudiced by the Court's *in camera* review of these records. Accordingly, Plaintiffs request that this Court maintain the work product protection of Counsel's time records by reviewing the time records *in camera*.

WHEREFORE, Plaintiffs' Counsel respectfully requests that this Court enter the accompanying proposed order authorizing the submission of the time records of Plaintiffs' Counsel *in camera*.

### Certification Pursuant to Local Rule 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that counsel for both Parties have conferred on the matters addressed in this Motion and Counsel for Viisage does not oppose Plaintiffs' Motion.

Dated: October 24, 2007

Respectfully submitted,

/s/ Patrick T. Egan
Leslie R. Stern, Esq. (BBO# 631201)
Jeffrey C. Block, Esq. (BBO# 600747)
Patrick T. Egan, Esq. (BBO# 637477)
BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

Plaintiffs' Liaison Counsel

Jeffrey A. Klafter, Esq.
KLAFTER & OLSEN LLP
1311 Mamaroneck Ave., Suite 220
White Plains, NY 10605
(914) 997-5656

Kurt B. Olsen, Esq.
KLAFTER & OLSEN LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
(202) 261-3553

Stephen D. Oestreich, Esq.
Robert Cappucci, Esq.
William W. Wickersham, Esq.
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION | Civil Action No. 05-cv-10438-MLW |
| This Pleading Applies to: All Actions | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSE MOTION FOR LEAVE TO SUBMIT <u>COUNSEL'S TIME RECORDS *IN CAMERA*</u>**

**THIS MATTER** came before the Court for consideration of Plaintiffs' Unopposed Motion for Leave To Submit Counsel's Time Records *In Camera*.

Upon consideration of the submissions of the Parties, and for good cause show, it is hereby ordered that in connection with their motion for an award of attorneys' fees, Plaintiffs' counsel shall submit their time records for *in camera* review.

**SO ORDERED.**

Dated: October __, 2007            _____
                                    Chief Judge Mark L. Wolf
                                    United States District Judge

1