UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION | Civil Action No. 05-cv-10438-MLW |
| This Pleading Applies to: All Actions | |

**CERTIFICATE OF SERVICE**

I, Patrick T. Egan, hereby certify that the Unopposed Motion for Leave to Submit Counsel's Time Records *In Camera* the filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2007.

/s/ Patrick T. Egan
Patrick T. Egan