UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re VIISAGE TECHNOLOGY, INC. SECURITIES LITIGATION**<br><br>**This Pleading Applies to:  All Actions** | Civil Action No. 05-cv-10438-MLW |

## CERTIFICATE OF SERVICE

I, Patrick T. Egan, hereby certify that the following:

1. Lead Plaintiffs' Motion For Final Approval Of Proposed Class Action Settlement And Plan Of Allocation Of The Net Settlement Fund;

2. Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation of the Net Settlement Fund;

3. Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses;

4. Memorandum of Law in Support of Lead Counsel's Motion For An Award of Attorneys' Fees and Reimbursement of Expenses;

5. Affidavit of Jeffrey A. Klafter In Support of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement And Plan of Allocation, And Lead Counsel's Motion for an Award Of Attorneys' Fees and Reimbursement of Expenses; and

6. Compendium of Affidavits and Declarations In Support Of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation, and Lead Counsel's Motion For an Award of Attorneys' Fees and Reimbursement of Expenses

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 2, 2007                                                /s/ Patrick T. Egan
                                                                                          Patrick T. Egan