UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10438

In Re: Viisage Technologies - Securities Litigation
PLAINTIFF                                                           DEFENDANT

Various Counsel


COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT


JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/16/07 | Court goes over the current posture of the case. Court listens to the parties on the motion for class action settlement. Court finds the settlement reasonable and approves the same. Court gives its reasoning for its decision from the bench orally. Court signs the proposed orders of judgment and approval of the settlement. Court allows plaintiff's counsel to submit time records in camera and approves the request for attorney's fees and costs. Court signs the requested orders in court. |