UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VIISAGE TECHNOLOGY SECURITIES LITIGATION )<br>)<br>)<br>) | Case No. 1:05-cv-10438-MLW |
| This document applies to All Actions )<br>)<br>)<br>)<br>) | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that as of August 1, 2008, Klafter & Olsen has changed its name to Klafter Olsen & Lesser LLP. The address, telephone, facsimile numbers and e-mail addresses remain the same.

Dated: August 5, 2008                    Respectfully submitted,

/s/ Patrick T. Egan
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block (BBO# 600747)
Leslie R. Stern (BBO# 631201)
Patrick T. Egan (BBO# 637477)
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

**Plaintiffs Liaison Counsel**

Jeffrey A. Klafter, Esq. (*pro hac vice*)
**KLAFTER OLSEN & LESSER LLP**
1311 Mamaroneck Ave., Suite 220
White Plains, NY 10605
(914) 997-5656

Kurt B. Olsen, Esq.
**KLAFTER OLSEN & LESSER LLP**
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 261-3553

Vincent R. Cappucci. Esq.
Stephen D Oestreich, Esq.
Robert N. Cappucci, Esq. (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue
26th Floor West
New York, NY 10017
(212) 894-7200

**Co-Lead Counsel for
Lead Plaintiffs and the Class**

**CERTIFICATE OF SERVICE**

      I, Patrick T. Egan, hereby certify that the foregoing Notice of Change of Firm Name through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2008.

                                                        /s/Patrick T. Egan
                                                        Patrick T. Egan